# EXHIBIT E

# Growth Opportunity's Solar for All Work Plan

**ENVIRONMENTAL PROTECTION AGENCY (EPA)**
**Solar for All, Greenhouse Gas Reduction Fund**
**Request for Applications (RFA) - EPA-R-HQ-SFA-23-01**
**Industrial Heartland Solar Coalition**
**Work Plan**
Project Period: 5/1/2024 – 4/31/2029

**Program Title:** Industrial Heartland Solar Coalition
**Grant Number:** 84087601
**Organization Name:** Growth Opportunity Partners ("Growth Opps")
**Geography:** 29 communities across eight states: Indiana, Kansas, Michigan, Missouri, New York, Ohio, Pennsylvania, and West Virginia.

1. City of Akron, Ohio
2. Allegany County, New York
3. Allen County, Indiana, and the City of Fort Wayne
4. Cass County, Missouri
5. Cattaraugus County, New York
6. Chautauqua County, New York
7. Clay County, Missouri
8. City of Cleveland, Ohio
9. Cuyahoga County, Ohio
10. City of Detroit, Michigan
11. Douglas County, Kansas
12. Erie County, New York
13. Franklin County, Ohio and the City of Columbus
14. City of Grand Rapids, Michigan
15. City of Huntington, West Virginia
16. City of Cincinnati, Ohio
17. Indianapolis-Marion County, Indiana, inclusive of the cities of Lawrence, Beech Grove, and Speedway
18. Jackson County, Missouri
19. Johnson County, Kansas
20. Kanawha County, West Virginia
21. City of Kansas City, Missouri
22. Leavenworth County, Kansas
23. City of Morgantown, West Virginia
24. Montgomery County, Ohio
25. Niagara County, New York
26. Platte County, Missouri
27. City of St. Louis, Missouri
28. Wyandotte County, Kansas

**Coalition Members (Subawardees):**
1. Akron, OH: City of Akron
2. Buffalo, NY: Erie County
3. Charleston, WV: City of Charleston
4. Cincinnati, OH: City of Cincinnati
5. Cleveland, OH: City of Cleveland
6. Columbus, OH: City of Columbus
7. Cuyahoga County, OH: Cuyahoga County

1

8.  Dayton, OH: Dayton Energy Collaborative
9.  Detroit, MI: City of Detroit
10. Fort Wayne, IN: City of Fort Wayne
11. Grand Rapids, MI: City of Grand Rapids
12. Huntington, WV: City of Huntington
13. Indianapolis, IN: Indianapolis Foundation
14. Kansas City, MO: Metropolitan Energy Center
15. Morgantown, WV: City of Morgantown
16. Pittsburgh, PA: Pittsburgh Community Foundation
17. South Charleston, WV: City of South Charleston
18. St. Louis, MO: City of St. Louis

Over the past six weeks, Growth Opps has met with the coalition members to discuss budget reduction. All of the 18 coalition members listed above have confirmed their participation in the coalition and agreed to adjust their budget and goals accordingly. These coalition members will serve the 29 communities in the geographic scope.

**Definition of LIDAC:** Low- and moderate-income households are being defined by the CEJST tool. This definition was used for the preparation of this application and will be used for the subawardees as they develop their workplans.

**PROGRAM NARRATIVE**

## 1.  Program Strategy Narrative

### 1.1 Impact Assessment

The Industrial Heartland Solar Coalition unites 29 communities spanning eight states from the Midwest. Led by Growth Opportunity Partners ("Growth Opps"), our mission is to catalyze the just, clean energy transition in America's industrial heartland communities. Our Solar for All program will be centrally run by Growth Opps and is locally informed and implemented by 18 coalition members. Through our Solar for All program, we are projected to deploy 46.34MW of residential rooftop solar and 25.93 MW of community solar, serve 17,468 low- to moderate-income (LMI) households, and train 624 individuals in solar workforce development programs.

### A.  Project Outputs, Outcomes, and Linkage to the U.S. EPA's Strategic Goals

Based on preliminary estimates using state level energy consumption and cost values, the Industrial Heartland Solar Coalition is projected to **serve 17,468 households** (11,397 through rooftop solar and 6,071 through community solar), leading to:
- 72.27 MW of **new solar capacity**
  - 46.34 MW of new solar capacity on residential homes
  - 25.93 MW of new community solar capacity (Community solar projects will have a nameplate capacity of 5 MW ac or less, deliver at least 50% of the electricity generated from the system to multiple residential customers within the same utility territory as the facility, and at least 50% of the benefits and/or credits of the power generated from a community solar system will be delivered to residential customers in the same service territory.)
- $12,055,000 in annual savings across the coalition from solar generation and energy efficiency measures.

2

- ○ $690 in **annual savings per household** on average across the coalition, equivalent to an average 58% reduction in electricity costs per household
  - ○ $12.94 grant dollars per dollar of annual household savings.
  - ○ $301,374,995 in savings from solar generation and energy efficiency across the 25 year lifetime of the solar panels, translating to $0.52 in program dollars requested per dollar of savings.
- 98,000 tons of **CO$_2$ reduced** based on an analysis using US EPA's AVERT
- Average of $8,931 award funding per household
- Average of $2,158,738 per MW of solar
- Average of $1,592 per ton of CO$_2$ reduced
- 7.98 MWh of **storage capacity** deployed throughout the program which will be deployed in conjunction with and connected to an SFA-funded residential-serving solar project.
- $19,541,819 program dollars per annual **MWh of battery capacity**

Our program will train 624 new solar workers to meet workforce needs through partnerships with IBEW and existing local workforce programs. Our Solar for All programs will be locally customized and implemented to address the varying regulatory environments across the coalition. Growth Opps will provide centralized technical assistance while also facilitating peer-to-peer learning opportunities to leverage the diversity and local expertise within the coalition.

### B. Alignment with Federal Priorities

The Industrial Heartland Solar Coalition's Solar for All goals are closely aligned with the Greenhouse Gas Reduction Fund (GGRF) Program Objectives, EPA's FY 2022-2026 Strategic Plan, and the Justice40 Initiative as follows: F

First, we will advance GGRF Program Objective #1 and EPA's Strategic Goals #1 and #4 aimed at decarbonizing the energy sector, reducing air pollution, and advancing local climate action.[1] Through our Solar for All program, we aim to achieve annual emissions reductions of 98,000 tons of CO$_2$-equivalent to taking 23,324 gasoline-powered vehicles off of the road for one year or avoiding over 180 million pounds of coal burned.[2] Emissions reduction will also improve public health for frontline communities disproportionately affected by the polluting legacy of the fossil fuel industry since the average census tract ranks in the 69th percentile for particulate matter air pollution and the 71st percentile for diesel particulate matter exposure.

Our coalition is dedicated to promoting environmental justice and benefiting low-income and disadvantaged communities, in alignment with GGRF Program Objective #2, EPA's Strategic Goal #2, and the Justice40 Initiative. There are over 3.5 million members of disadvantaged communities residing in our geographic area. Our program will deliver an average of 58% household savings, serving LMI households exclusively. In addition to the significant energy and cost savings impact, our program will train 624 new solar workers and institutionalize high road labor practices in RFPs and contracts.

With the experienced and innovative leadership of Growth Opps, our coalition is well-positioned to deliver on GGRF Program Objective #3, to mobilize financing and private capital to extend the reach of GGRF programs. Solar for All grant funds will serve as a catalyst for a sustainable program that extends beyond the five-year grant period. We aim to mobilize nearly $127 million in tax credits in addition to Solar for All

---

[1] https://www.epa.gov/system/files/documents/2022-03/fy-2022-2026-epa-strategic-plan.pdf
[2] https://www.epa.gov/energy/greenhouse-gas-equivalencies-calculator

3

grant dollars. The program is expected to generate a significant economic impact across the industrial heartland, with an estimated increase of $323 million during program years and $3.6 million annually afterward. Additionally, the program will provide an added value of $202 million during program years and $2.5 million annually afterward.

## 1.2 Meaningful Benefits Plan

Our coalition has encouraged the development of localized programs that address the most common barriers in each community and bring significant benefits to those most in need.

Each member of the coalition has identified priorities for delivering meaningful benefits through their localized Solar for All programs, detailed in the table below.

| Coalition Member | Benefit 1 | Benefit 2 | Benefit 3 | Benefit 4 | Benefit 5 |
|---|---|---|---|---|---|
| City of Akron, OH | Yes | Yes | | Yes | Yes |
| City of Buffalo, NY | Yes | Yes | Yes | Yes | Yes |
| City of Charleston, WV | | Yes | | | |
| City of Cincinnati, OH | Yes | Yes | Yes | Yes | Yes |
| City of Cleveland, OH | Yes | Yes | | Yes | Yes |
| City of Columbus, OH | Yes | Yes | Yes | Yes | Yes |
| City of Dayton, OH | Yes | Yes | | | Yes |
| City of Detroit, MI | Yes | | Yes | | Yes |
| City of Fort Wayne, IN | Yes | Yes | Yes | Yes | Yes |
| City of Grand Rapids, MI | Yes | Yes | | Yes | Yes |
| City of Huntington, WV | Yes | Yes | Yes | | Yes |
| City of Indianapolis, IN | Yes | Yes | Yes | Yes | Yes |
| City of Kansas City, MO | Yes | Yes | Yes | Yes | Yes |
| City of Morgantown, WV | Yes | Yes | | | |
| City of Pittsburgh, PA | Yes | Yes | Yes | Yes | Yes |
| City of South Charleston, WV | Yes | Yes | | Yes | Yes |
| City of St. Louis, MO | Yes | Yes | | Yes | Yes |

Benefit 1: 20% Household Savings

Across the coalition, our plan is to install nearly 46.34 MW of new solar capacity on residential homes and 25.93 MW of new community solar capacity to serve 17,468 households. Community solar projects will have a nameplate capacity of 5 MW ac or less, deliver at least 50% of the electricity generated from the system to multiple residential customers within the same utility territory as the facility, and at least 50% of the benefits and/or credits of the power generated from a community solar system will be delivered to residential customers in the same service territory. This will produce an average of **58% energy savings** and $690 savings per household, totaling $12.1 million in annual savings across the coalition, inclusive of both solar and energy efficiency measures. To maximize household energy savings, our coalition will deploy home energy efficiency and enabling upgrades alongside solar, leveraging local, state, and federal funding programs.

Our methodology for calculating household savings includes the following steps: We used an average energy consumption per household based on U.S. Energy Information Administration Form 861. We calculated average expenditures on that form as well. We then assumed a production rate for the solar panels based on capacity rates provided by EPA. We then multiplied the average cost per kilowatt by the kilowatt savings and subtracted this from the average annual expenditures to arrive at estimated household savings.

We will require solar vendors to comply with all applicable federal, state, and local consumer laws covering unfair, deceptive, or abusive acts; telemarketing and door-to-door sales; lending disclosures; privacy and data security; and access for non-English speakers.  Specific unlawful practices that will be prohibited include misrepresenting products or contract terms, aggressive sales tactics, excessive fees, discrimination, and unauthorized data sharing.

We will review all marketing materials, sales scripts, and financing agreements and vendors must provide translations and interpretive services for non-English speakers. We will establish a simple complaint process for reporting concerns, which we will investigate thoroughly. Violations will result in penalties, including partner contract termination. Ongoing spot checks and secret shopping evaluations will also be conducted. Additional consumer safeguards we will employ include securing customer data, providing accommodations, and overseeing customer complaints through a customer advocate.

Many of our Solar for All program beneficiaries will be residents who are renting housing units as part of single family or multifamily properties. Solar for All will use the Low Income Communities Bonus Credit program 20% adder, which **will help deliver significant savings to households without individual electricity bills**, through the tax credit bonus's requirements to share 50% or more of an energy project's financial benefits with tenants. The solar installation contracts between Growth Opportunities and landlords will require that landlords provide a rent discount or other subsidy to tenants meeting IRS requirements, for the entire five year IRS tax credit vesting period. See the Fiscal Stewardship Plan for more details on Growth Opportunities' audit procedures to guarantee compliance with program savings objectives and the IRS requirements.

We will implement automated utility bill monitoring where available to guarantee tenants' ongoing energy bill savings. This system will track actual savings compared to projected amounts, triggering alerts for underperformance. We can then work to diagnose and address any issues to maximize solar output. Third-party meter readings will verify realized savings and system performance.

For multi-family housing with shared solar installations, we will mandate that building owners enter into binding agreements to distribute a defined portion of the financial savings to tenants. This will be structured as direct rent reductions or cash payments, and these agreements will prohibit landlords from offsetting tenant energy savings with rent increases. We will audit these savings distributions through

5

periodic requests for documentation of tenant credits/payments.  Any non-compliance will result in penalties, fees, and potential loss of incentives or tax benefits.

Benefit 2: Increasing Low-Income and Disadvantaged Households' Access to Solar
Our coalition is proposing to provide fully-funded rooftop solar systems for low-income residents in disadvantaged communities through third-party ownership. Through this model, we will utilize the Investment Tax Credit and the bonus tax credits established under the Inflation Reduction Act. By offering these **rooftop systems at no-cost to homeowners**, it will provide a transformational opportunity to unlock rooftop solar for low-income households, while delivering 100% of the cost savings benefits to occupants.

The coalition intends to conform to all Civil Rights terms and conditions by:

- Reviewing programs and activities to ensure they comply with civil rights statutes prohibiting discrimination based on race, color, national origin, sex, age, disability, and retaliation.
- Adopting the required procedural safeguards under 40 C.F.R. Parts 5 and 7, as applicable, and may consider incorporating additional best practices as described in the Civil Rights Guidance on Procedural Safeguards: Requirements and Best Practices as outlined by the EPA's Office of External Civil Rights Compliance.
- Managing subrecipient compliance – for example, through active monitoring and procedures to investigate complaints.
- Collecting, maintaining, and providing data and information to EPA, including in response to complaint investigations, pre-award Form 4700-4 reviews, post-award audits, and affirmative compliance reviews.

Benefit 3: Delivering Energy Resilience
Select communities will incorporate 7.98 MWh of battery storage capacity into their SFA-funded projects to help create local resilience hubs.  Across the coalition, place-based philanthropy is investigating how it might assist with the purchase of batteries for households to further energy resilience needs of the coalition communities.  Providing grid resilience benefits relies heavily on access to battery storage. Because of this relationship, participant beneficiaries that have access to battery storage will be a subset of the overall project participant beneficiary pool.

Due to the high cost of batteries and grid limitations from utilities, our coalition is limiting funds available for battery storage and will use prioritization criteria to evaluate storage projects that build community resilience where economically feasible, especially for vulnerable populations that require consistent power for medical purposes (see *Financial Assistance Strategy Pg. 8*).  All storage projects will be deployed in conjunction with and connected to an SFA-funded residential-serving solar project.  Work regarding the siting of the storage project and deployment in conjunction with eligible residential-serving solar projects will be ongoing into the planning period.

Benefit 4: Household and Community Ownership Models
In order to limit risk to communities regarding ownership, there will be City ownership of facilities for community solar projects and a third-part ownership model for rooftop solar projects.

In communities opting for community solar, City ownership of the facility will ensure accessibility for solar energy and the benefits it provides to low-income households. Communities will also explore creative models to create community solar cooperatives, encourage shared ownership, or provide favorable

financing terms for residents to own solar systems.  Community solar projects will have a nameplate capacity of 5 MW ac or less, deliver at least 50% of the electricity generated from the system to multiple residential customers within the same utility territory as the facility, and at least 50% of the benefits and/or credits of the power generated from a community solar system will be delivered to residential customers in the same service territory.

For communities opting for rooftop solar, our coalition will employ a third-party ownership model to implement fully-funded solar systems and capitalize on available tax credits through the Inflation Reduction Act. Our plan is to transfer ownership after five years to the program participant tax-free, using the "Gift" and the "General Welfare" exclusions provided to charitable and governmental programs and benefit recipients established by IRS precedent.[7] Our solution enables local ownership of solar while avoiding imposing unmanageable financial burdens on low-income households.

Benefit 5: Workforce Development and Entrepreneurship
Through our program partners and coalition members, we will build the workforce pipeline locally with a goal to train 624 solar workers, keeping the dollars spent on solar installation and maintenance in our communities.

The Industrial Heartland Coalition has developed a plan to build a diverse, equitable workforce pipeline that delivers meaningful benefits to low-income and disadvantaged communities while also meeting the challenge of rapidly growing residential solar. Our approach has three pillars:

- Pillar #1: Establishing principles and job requirements to drive diversity and inclusion across workforce supply
  To ensure that new opportunities are high-quality and equitable, our coalition will advance the Biden Administration's eight Good Jobs Principles. In partnership with communities and workforce development experts, our coalition will provide centralized technical resources to ensure that "high road" labor practices and the Good Jobs Principles are integrated and operationalized.

  Our Coalition's RFPs and resulting contracts will include requirements for prevailing wage, family-sustaining benefits, safe working conditions, free and fair choice to join a union or organize, contractor neutrality on union organizing and operations, diversity, equity, inclusion, and accessibility, and the use of Project Labor Agreements when appropriate. Additionally, scoring criteria for RFP responses will include competitive preference for projects that utilize disadvantaged business enterprises and HUBZone-certified companies. Every community in our coalition has a HUBZone in their area, aside from South Charleston. Communities will have the opportunity to build on this foundation to match local mandates, but these minimum requirements will ensure that a diverse workforce with high-quality jobs secures new opportunities created through Solar for All.

- Pillar #2: Building robust, sustainable training programs on existing workforce infrastructure
  In the program design phase, we will provide technical assistance to help our communities understand their workforce needs and establish tailored programs. We will walk communities through a landscape mapping exercise to identify key stakeholders and workforce development infrastructure, including local providers of wrap-around services (see *Project Deployment Technical Assistance*).

  For communities without local solar workforce training programs, our coalition has partnered regionally with the International Brotherhood of Electrical Workers union, 4th District. IBEW operates a Registered Apprenticeship program and is ready to expand their programming within

7

our regions and establish training programs in areas without existing solar training infrastructure. IBEW will offer a direct pipeline to their apprenticeship program within our communities that will greatly expand the opportunities for low-income, women and minorities to be trained in high quality, living wages jobs.  IBEW's impressive network of existing training facilities will be integral to the expansion of the solar workforce.

During the planning period, Growth Opportunities Partners will work with its installers to design and create solar training programs, internships or job opportunities and work with IBEW to integrate solar training into existing workforce infrastructure and expand existing solar training programs.

- Pillar #3: Expanding outreach and engagement through local organizations to drive workforce participation opportunities
  Our members reported existing partnerships with over 40 community-based organizations operating in frontline communities, which will play a crucial role in connecting these communities with training programs and job opportunities created under the first two pillars of our strategy. Growth Opportunities Partners will work with its installers to create internships or jobs related to solar technologies for residents in LIDAC.

## 1.3 Distributed Solar Market Strategy

In order to be responsive to differing regulatory environments across our eight states, our communities have a unique opportunity to influence program design in a way that addresses local needs. The coalition's zero-emission technology programs fall into three general categories:
1. Rooftop solar for LMI households: Services all states with net metering and municipal utilities
2. Rooftop solar and battery programs for LMI households: Services all territories, regardless of regulations
3. Community solar: Services states with community solar programs and municipal utilities

Growth Opps is poised to operate a bulk purchasing program as a pivotal element of our coalition's strategy, which transcends collaborative learning to deliver centralized support and expanded benefits for all participating communities. Community solar projects will have a nameplate capacity of 5 MW ac or less, deliver at least 50% of the electricity generated from the system to multiple residential customers within the same utility territory as the facility, and at least 50% of the benefits and/or credits of the power generated from a community solar system will be delivered to residential customers in the same service territory.  By leveraging economies of scale, we aim to realize cost savings in solar deployment, while our intention to centralize tasks and provide resources across the coalition seeks to minimize administrative costs and burdens. This centralized model is designed to amplify the efficiency and effectiveness of solar initiatives throughout the Industrial Heartland region, accelerating solar deployment and ushering in transformative economic and environmental changes, ensuring equitable access to clean energy benefits for our communities.

Simultaneously, the Industrial Heartland Solar Coalition emerges as a collaborative platform, facilitating peer-to-peer learning by drawing from a rich tapestry of ideas, expertise, and experiences across our broad geographical scope. This collective approach not only empowers communities to navigate shared challenges and inspire the adoption of potent local policies but also advocates for alterations in state solar policies, informed by the proven successes of other regions. The inter-regional exchange of ideas within our coalition ignites innovation, prompting communities to learn from each other's experiences in promoting solar deployment and creating a vibrant, knowledge-sharing environment.

| Coalition Member | Residential Rooftop Goal (kW) | Community Solar Goal (kW) |
|---|---|---|

8

| | | |
|---|---|---|
| Akron | 1,496 | 0 |
| Buffalo | 6,984 | 0 |
| Charleston | 312 | 0 |
| Cincinnati | 0 | 3,930 |
| Cleveland | 2,744 | 6,862 |
| Columbus | 5,040 | 5,000 |
| Dayton | 3,744 | 1,560 |
| Detroit | 0 | 7,330 |
| Fort Wayne | 2,244 | 1,247 |
| Grand Rapids | 1,248 | 0 |
| Huntington | 312 | 0 |
| Indianapolis | 4,240 | 0 |
| Kansas City | 8,736 | 0 |
| Morgantown | 424 | 0 |
| Pittsburgh | 2,992 | 0 |
| South Charleston | 80 | 0 |
| St. Louis | 5,992 | 0 |
| Coalition Dollars* | 748 | |
| Total | 46,336 | 25,929 |

*Due to the withdrawal of Smithers and Montgomery, the coalition has decided to redistribute their $1.17 million in grant funds to other coalition members when the deployment of their programs is proven successful. Until the redistribution, these funds will be referred to as "Coalition Dollars."*

## 1.4 Financial Assistance Strategy

The Industrial Heartland Solar Coalition's program will be focused predominantly on two eligible zero-emission technologies - residential rooftop solar and residential-serving community solar.  Note that Community solar projects will have a nameplate capacity of 5 MW ac or less, deliver at least 50% of the electricity generated from the system to multiple residential customers within the same utility territory as the facility, and at least 50% of the benefits and credits of the power generated from a community solar system will be delivered to residential customers in the same service territory.  As noted below in the

9

Program Administration Narrative, Section 1.1 Budget Narrative, Item A. Project Budget, The majority of the budget, $117.0 million or 75%, is dedicated directly towards solar deployment for low-income households across the partner communities.  Each coalition member will be responsible for working directly with Growth Opps through a to-be-established contractual agreement to ensure they meet their allotted goal and properly manage the budget and meet reporting requirements. Across our coalition, the average amount of grant funding per household served is $8,932, including program administrative costs.

Financial Assistance Model: Residential Rooftop Solar
Coalition wide, we will be able to successfully deploy 72.3 MW of residential rooftop solar, serving 17,468 households in the next five years with Solar for All funding, generating over $12.1 million in annual savings. The communities that plan to implement residential rooftop solar through the Industrial Heartland Solar Coalition's Solar for All program are: Akron, OH; Buffalo, NY; Charleston, WV; Cleveland, OH; Columbus, OH; Dayton, OH; Fort Wayne, IN; Grand Rapids, IN; Huntington, WV; Indianapolis, IN; Kansas City, MO; Kansas City, KS; Morgantown, WV; Pittsburgh, PA; Montgomery, WV; South Charleston, WV; and St. Louis, MO.

Growth Opps will deploy residential rooftop solar under a third-party ownership model. Under this ownership model, each residential solar installation will be funded by Growth Opps through a financial stack that integrates Solar for All grant funds, federal tax credits, and other government programs. This financial stack will provide fully-funded solar systems for each household and is detailed below:

- Solar for All Grant Funds: Each household will be allocated $6,250 in Solar for All grant funds for the residential solar system and other qualifying upgrades.

- Investment Tax Credits (ITC): As a non-profit financial institution, Growth Opps is eligible to receive ITC's through elective pay.  To take advantage of all accessible ITC's (outlined below), Growth Opps will operate the "Bridge to Solar" fund.   This fund will initially use a pool of capital sourced independently of SFA funding, to fund 40% - 70% of individual residential installations eligible for ITC's.  ITC's from previously completed residential solar installations will provide upfront capital for future solar installations in an amount equal to the ITC available on each installation. Bridge to Solar funds will be allocated internally to specific projects, Growth Opp will use program management software to tie each project to its respective ITC's.  As projects are completed and commissioned, Growth Opps will apply to the IRS through the Direct Pay mechanism and as funds are received from IRS they will replenish the Bridge to Solar fund.

- Each participant beneficiary in the program will have an account with the Bridge to Solar fund, however, at no time will they be financially liable for this amount.  The intent is for the Bridge to Solar fund to be a mechanism to access all available ITC's through the third-party ownership model.

- Capital applied to individual projects will not bear interest.

- The size of individual applications of Bridge to Solar funding will be based on the size of the project and the ITC available to that project. it is likely that not all projects will have access to all ITC's available through the Inflation Reduction Act.

We will leverage the following ITC's to the extent possible:

- The 10-20% **Low-Income Bonus** established through the Inflation Reduction Act.
- Across our geographic area, there are also 270,569 households located in energy communities, making these project sites eligible for the **Energy Community Bonus**.

- Finally, we will prioritize the use of American-made products to meet the phased requirements of the **Domestic Content Bonus**. Our goal is to phase in domestic content requirements starting in 2025 and reach program-wide implementation in 2026.

Considering this landscape, we've modeled that each residential rooftop solar installation will be able to capitalize on a **minimum of 40% tax credit and potentially up to 70%**.

With this structure, we plan to deploy $79.1 million in Solar for All grant funds and leverage additional capital through tax credits.  Coalition members have $83 million in tax incentives available for the projects assuming all tax credits are able to be realized.

Additionally, during the planning period Growth Opps will explore options to ensure operations and maintenance following the transfer of ownership. We are currently evaluating the viability of purchasing a 20-year insurance policy for each solar system and transferring the beneficiary to the homeowner at the point of asset ownership transfer. This insurance policy will adhere to the highest industry standard and prioritize blanket coverage.

In addition, Growth Opps will design and lead a bulk purchasing program for the coalition to capture additional savings and reduce administration costs for coalition members for both rooftop solar and community solar projects. During the planning period Growth Opps will investigate the ability of planned program management software to track the origin and warranty status of individual system components and as an alternative will also investigate available methods for tracking the same at the community level to protect the performance of the individual residential system against faulty components.

Financial Assistance Model: Community Solar
Coalition wide, we will be able to successfully deploy 25.9 MW of community solar serving 6,071 households in the next five years with Solar for All funding, generating over $4.0 million in annual savings (not including additional wrap-around services which may be provided). The communities that plan to implement community solar through our program are: Cincinnati, OH; Cleveland, OH; Columbus, OH; Dayton, OH; Detroit, MI; and Fort Wayne, IN. Solar for All grant funds and tax credits will be utilized to finance community solar projects, with ownership by Growth Opps or local implementation partners. Community solar systems will receive $6,250 in Solar for All Grant funds per household served. Our coalition will leverage the 30% Investment Tax Credit, along with the Low-Income Bonus, Energy Community Bonus, and Domestic Content Bonus. In total, we plan to utilize $37.9 million in Solar for All grant funds alongside leveraged capital for a $81.9 million investment in community solar.  Community solar projects will have a nameplate capacity of 5 MW ac or less, deliver at least 50% of the electricity generated from the system to multiple residential customers within the same utility territory as the facility, and at least 50% of the benefits and credits of the power generated from a community solar system will be delivered to residential customers in the same service territory.

Associated Storage and Enabling Upgrades
Our coalition's primary focus is solar deployment, so grant funds for **associated storage** will be limited and will be subject to prioritization criteria. All storage projects will be deployed in conjunction with and connected to an SFA-funded residential-serving solar project.  Any SFA funded enabling upgrades must meet the following criteria: (1) an investment in energy or building infrastructure and (2) necessary to deploy or maximize benefits (i.e. financial savings or resiliency benefits) of a residential rooftop and residential-serving community solar project. Our financial assistance strategy for **enabling upgrades** is to avoid using Solar for All grant funds whenever possible by utilizing local, state, and federal funding sources to prevent duplicate uses of public funds. While we will rely heavily on existing programs, there may be

11

justifications for funding enabling updates through Solar for All. Regardless, no more than 20% of total financial assistance will be used to support enabling upgrades throughout the lifetime of the program.

Coalition members will leverage federally funded programs, including the Low Income Home Energy Assistance Program (LIHEAP), Weatherization Assistance Program (WAP), and forthcoming DOE Home Energy Efficiency Program, to connect eligible households with enabling upgrades and fund those upgrades with these other sources, complementing Solar for All grant funds.

In addition to state and federally-administered programs, the coalition has identified **79 local programs** specifically designed to support LMI households with home repairs, utility assistance, and energy efficiency improvements. These programs, spanning local governments, utilities, community-based organizations, and philanthropic groups, form a robust network of funding sources. Our cities will lead these partnerships to connect eligible homeowners with programs to fund enabling upgrades alongside rooftop solar.

Last, **affordability protections** to maintain affordability and prevent rapid cost increases for low-income and disadvantaged households and communities are crucial. Protections are necessary to protect renters who receive bill reductions or stipends for energy efficiency from landlords who then attempt to offset those savings with rapid rent increases. Our plan is to prohibit landlords from doing this with binding agreements with landlords and tenants to adhere to EPA programmatic guidelines and IRS low-income tax credit bonus requirements, which require that energy savings be actual and not offset by increased costs elsewhere.

Complementary Funds and Financial Structure Strategy
In addition to fully leveraging the ITC tax credits and bonus adders using third-party ownership, as well as local, state, and federal funding programs, our coalition is evaluating other financial structures that would help sustain the program beyond the five year grant performance period.

In addition, the community foundations in our coalition are committed to supporting the Industrial Heartland Solar Coalition, including the Cleveland Foundation, George Gund Foundation, Community Foundation for Greater Buffalo, the Indianapolis Foundation, the Pittsburgh Foundation and the Dayton Community Foundation. These community foundations have made numerous commitments to support the coalition by providing coordination and implementation support, raising additional capital through the nationwide clean energy philanthropic community and increasing the reach and impact of our program.

**1.5 Project Deployment Technical Assistance Strategy**

**A.  Workforce Development**

- Procurement Support: We will provide coalition-wide standards for RFPs and contracts that include "high road" labor practices and the Good Jobs Principles, such as requirements for prevailing wage, family-sustaining benefits, safe working conditions, free and fair choice to join a union, and diversity, equity, inclusion, and accessibility, and the use of Project Labor Agreements when appropriate.
- Landscape Mapping: We will guide coalition members through a "landscape mapping" exercise to gain insight into the current local infrastructure, which includes labor organizations, non-labor training providers, and educational institutions (including community colleges and Minority Serving Institutions). This exercise aims to document the existing programs these stakeholders offer, as well as their capacity to implement new

solar training initiatives.
- Workforce Ecosystem Discussions: We will provide framework resources and support to our coalition members in conducting workforce ecosystem discussions with solar developers, training institutions, and recruitment organizations. These conversations will establish shared goals for workforce development rooted in the Good Jobs Principles. Takeaways from these conversations will be shared across the coalition so communities can learn and replicate best practices in their jurisdictions.
- Wrap-around Services: We will work with each community to identify local providers of wrap-around services and to create plans to address current gaps. Through the Advisory Board meetings, coalition members can share best practices in identifying and engaging these organizations.
- IBEW Technical Assistance: IBEW will provide project-deployment technical assistance by investing in workforce development to develop the workforce to install solar to catalyze a robust and inclusive solar market. As a part of this deployment, IBEW will leverage existing and planned Registered Apprenticeship programs across our collective territories (see *Meaningful Benefits Plan Pg. 7, Pillar #2*).
- Education and Outreach: We will support coalition members in leveraging organizations that have existing relationships with frontline communities by providing template outreach materials and support in managing educational campaigns.

**B.   Resilient Assets/Project Siting and Permitting**

During the planning period Growth Opps will work with the coalition members to create siting plans, where applicable (primarily where community solar is being used), that address climate hazards, avoiding greenspace to the extent possible, and considering other factors important to the community such as specific consideration around agrivoltaics. This project will include the compilation of best practices and industry standards for high quality community and rooftop solar installations. Growth Opps will work with coalition members pursuing community solar projects regarding any existing Community Benefit Agreements or the potential that one may be created as part of their project.  Most of the coalition members are municipalities and the rest are community based organizations that have a vested interest in creating long-term benefits for their respective communities.  Community solar projects will have a nameplate capacity of 5 MW ac or less, deliver at least 50% of the electricity generated from the system to multiple residential customers within the same utility territory as the facility, and at least 50% of the benefits and/or credits of the power generated from a community solar system will be delivered to residential customers in the same service territory.

To ensure that participant beneficiaries are receiving resilient and reliable systems that will provide cost savings for many years to come Growth Opps will work during the planning period to develop:
- A bulk procurement system for materials and project equipment that is partially or completely centralized.  Centralized procurement will be run according Growth Opps Procurement Policy and will incorporate warranty and reliability commitments from selected vendors.
- Vetting processes for contractors that will hold them accountable for the quality of their installation work.  Local resources will be required to physically inspect each job site prior to payment.
- Individual system performance monitoring, ancillary to calculations of cost savings for each system, and will proactively manage systems that underperform or on which system output changes unexpectedly.

13

**C.  Solar Implementation Technical Assistance**

We will offer resources that can be shared across the coalition while also delivering tailored support to address specific challenges unique to each locality.

- SolSmart Designation: Our coalition will assist all local governments in achieving a minimum of a SolSmart Silver designation. This program enables our communities to access free technical support across a number of topics, including market development, permitting and inspection, siting, planning and zoning, national codes and standards, and data collection and metrics. All member communities will pursue a new SolSmart designation or upgrade a current one. Green Building Alliance (GBA) will provide support to our coalition through community engagement, communications support, technical expertise, education, workforce training, and building performance data tracking.
- Procurement Templates: Our initiative's RFPs or RFQs will incorporate provisions promoting local hiring, inclusion of small and disadvantaged businesses, and workforce development. Communities will have the flexibility to adapt the language to align with their government's procurement standards and policies. Additionally, all RFP templates will require performance and insurance guarantees.
- Program Design and Implementation Support: We will offer coalition-wide solar implementation technical assistance. One of our supporting organizations, **Solar United Neighbors (SUN)**, will advise coalition communities on setting up permitting and inspection processes as needed.
- Interconnection Technical Assistance: In the program design phase, we will work with coalition members to contact their utility at the beginning, providing guidance on the right questions to discuss and a framework to proactively plan for the forecasted solar installations. We will also facilitate connections to DOE's i2X Technical Assistance program and the Case Western Reserve University Environmental Law Clinic for coalition members who need additional interconnection support.


**1.6 Equitable Access and Meaningful Involvement Plan**


Customer Prioritization and Diversity Strategy
We are exploring the potential to employ on-the-ground field managers through local grassroots organizations to ensure substantial community engagement. Our education and marketing endeavors will utilize and expand upon the existing communication channels our coalition members have established with disadvantaged communities, aiming to enhance and leverage the trust and relationships already fostered within these communities. These proven channels will ensure effective and inclusive engagement with all communities, including those with limited English proficiency, supported by culturally appropriate content as well as online and offline communication methods. Examples below demonstrate local resources that can be leveraged to ensure a smooth and effective rollout of the Solar for All initiative.


Participatory Governance and Community-Based Program Design and Decision-Making

During the planning period the coalition will create and convene its Advisory Body which will be the coalition's participatory governance entity responsible for supporting program implementation and serving as a hub for peer learning and feedback.  Each coalition member will have a representative on the advisory body and will meet regularly through the duration of the program.

14

The frequency of the meetings will be set by the advisory body, however, during the planning year projected frequency of meetings will be monthly to begin with and at minimum, quarterly.

Our coalition members have established partnerships with over 40 community-based organizations operating in frontline communities and will be essential to the community engagement effort. Growth Opps will collaborate with coalition members to identify their specific outreach and engagement programs, connect them with relevant technical experts and resources, and promote peer-to-peer knowledge sharing within the coalition. Coalition members are already actively involved in discussions and have offered various plans for community engagement and participatory governance, including:

Stakeholder Outreach and Education
We will develop cohesive branding, messaging, and marketing materials tailored to target audiences that will be aimed at educating the public on the benefits of solar energy and ways to participate in the program. Outreach plans and timelines will be created for each territory. User-friendly digital infrastructure like an application portal, website, and data dashboards will be established with key performance indicators to track success. Program staff will be hired and trained across territories. Educational materials will be created for homeowners in various formats with an emphasis on ensuring that culturally appropriate materials are developed in multiple languages. Solar contractors will be vetted and qualified while installation standards and quality control processes are finalized. Financing options like grants and loans will be confirmed. Systems and technology integrations will be tested through beta trials. Comprehensive homeowner FAQs and support resources will be developed.

Our coalition, the subawardees and community based partners will develop different engagement strategies to reach many types of communities such as urban, rural, and suburban communities; communities with limited English proficiency; and diverse building types including single-family, multi-family, and manufactured homes

Customer Acquisition and Program Management Strategy
For outreach, kickoff events utilizing toolkit assets will promote the program locally. We will leverage coalition members' existing communication channels for broader reach. Digital, print, radio, and TV campaigns with clear calls-to-action will run in each territory. Volunteers will canvas high-opportunity neighborhoods door-to-door, while informational booths at community events will also engage residents. Partnerships with trusted local organizations will enable grassroots promotion. Website traffic, downloads, calls, and other leads will be tracked to analyze outreach effectiveness.

During the planning period a contingency and process will be developed to address situations in which the participant beneficiary of an individual residential system changes for some reason e.g., the participant beneficiary moves, or the death of the property owner forces sale of the residence.

Income Verification
Growth Opps will build centralized systems for customer income verification while also leveraging local pipelines to capture efficiencies. Income verification is necessary to capture the Low-Income Communities Bonus Credit. In accordance with IRS rules, participation in the following programs may be shown to verify low-income status: Federal Communication Commission's Lifeline Support for Affordable Communications, USDA's National School Lunch Program; U.S. Social Security Administration's Supplemental Security Income, or any verified government or non-profit program serving Asset Limited Income Constrained Employed (ALICE) persons or households.  In addition to these programs, we will utilize existing pipelines that local governments have established for income verification. During the

15

planning period Growth Opps will ensure that programs used for income verification conform to the "low-income" definition including in the Terms and Conditions of the SFA program.

Our coalition will also review the forthcoming DOE Low-Income Community Solar Subscription Tool to evaluate its potential use for income verification.

## 1.7 Program Planning Timeline and Workplan Narrative

Central to our strategy is compiling **technical assistance tools and resources** into a Solar for All Toolkit, a digital clearinghouse of resources that will provide reliable structure and tools for each locality's program. This toolkit, coupled with personalized consultative support, will be a living repository, evolving with feedback and experiences from the ground, ensuring a program that is not just top-down but is informed by local expertise and learnings as we progress.

We have assembled a network of solar technical experts that we will consult for ongoing refinement of our program plan, including SolSmart, Solar United Neighbors (SUN) and Solar Energy Industries Association (SEIA). Additionally, we are in conversations and coordinating with the Department of Commerce to identify strategies to support the solar supply chain across the entire ecosystem. Our proposal recognizes that additional assistance may be needed to adjust or evolve program implementation based on market and legislative activity (such as changes to net metering or community solar policies).

A revised (final) Workplan and Budget will be submitted to EPA no later than 365 calendar days after the date of award for the grant's first amendment (approximately January 2026).

## A.  Program Planning

As we prepare for launch, we will facilitate seamless communication and project management through collaborative tools, creating a supportive ecosystem where every voice is heard. First, we will finalize coalition member agreements, and host a virtual kickoff outlining requirements and timelines. Growth Opps will then co-host internal kickoffs with each region to provide on-the-ground support, team building, and establish norms tailored to each partner's needs. We will integrate an intuitive digital platform for coalition-wide collaboration and provide personalized consultative support to address unique needs. A Solar for All toolkit will offer customizable marketing, education, and guidelines.

Other Considerations & Next Steps During Program Planning
- Regulatory Compliance: Ensuring that all activities are in compliance with local, state, and federal regulations.
- Community Engagement: Engaging with the local communities to understand their needs and preferences better in close collaboration with our coalition partners.
- Feedback Loop: Establishing a continuous feedback loop and mechanism with all stakeholders for iterative improvements.
- Risk Management: Identifying potential risks and developing mitigation strategies.
- Sustainability: Ensuring the sustainability of the program beyond the grant period.
- Build America, Buy America (BABA): Integrating forthcoming EPA guidance for BABA in alignment with our plans to meet the Domestic Content Bonus tax credit (see *Financial Assistance Strategy Pg. 19*).
- Davis-Bacon and Related Acts (DBRA): Incorporating prevailing wage requirements in compliance with DBRA into RFPs coalition-wide.
- Data Security: Ensuring the security of sensitive data managed during the program.

16

- Resource Allocation: Ensuring equitable resource allocation across all territories.
- Timeline: Meeting the project milestones within the stipulated timelines.
- Community Reception: Ensuring positive reception and participation from the communities involved.

Next Step Action Items:

- Finalize the Plan: Incorporate feedback from coalition members and finalize the program design details and implementation plan.
- Toolkit Development: Begin the development of the "Solar for All Toolkit".
- Training: Schedule training sessions.
- Community Engagement: Plan and schedule community engagement activities.
- Regulatory Compliance: Begin ensuring regulatory compliance for all planned activities.

## B.  Program Implementation

During implementation, applications will be efficiently processed for eligibility. Site visits will evaluate home solar potential. Eligible applicants will be enrolled and provided program details. Coordination teams will facilitate communication between homeowners and contractors during installations. Inspections will ensure quality standards are met. Ongoing customer support and issue resolution will be provided through a helpline and online resources. Regular consultative check-ins will offer localized guidance to address challenges. Impact reports will showcase savings and achievements for homeowners. Feedback surveys will drive continuous improvement. Detailed progress reports will be provided to the EPA and coalition members. (see Attachment D Timeline for project implementation milestones).

## 2.  <u>Program Administration Narrative</u>

### 1.1 Budget Narrative

For this work plan, budget items and categories are estimated and generalized.  As we move through the planning period, these items will be further defined as more detail becomes available and the work plan becomes more specific overall.  A revised (final) Workplan and Budget will be submitted to the EPA no later than 365 calendar days after the award date for the grant's first amendment (approximately January 2026).

Growth Opps is requesting $156,120,000 in EPA funding to support this project. The majority of the budget, $116.8 million or 75%, is dedicated directly towards solar deployment for low-income households across the partner communities. Activities include contractor procurement, site evaluations, solar installations, operations and maintenance, and associated personnel costs. This category covers activities like contractor procurement, site evaluations, solar installations, operations and maintenance, and associated personnel costs. The upfront investments in Years 1-2 enable rapid scale-up of solar access. As programs mature in Years 3-5, resources are allocated efficiently to sustain operations and continue driving adoption. The remaining $39,000,000 of the budget will be utilized by Growth Opps Administration ($15.6M, 10%), Coalition Member Administration ($15.6M, 10%) Workforce Development ($6.2M, 4%), and Community Engagement ($1.6M, 1%).  We expect to utilize the DOE's in-kind contribution of $400,000 over the Program's life.] The structure allows flexibility while ensuring consistent oversight and impact.

Upon the start of the award period, Growth Opps will ensure that internal control procedures are in place to comply with regulations and award terms. We will ensure separation of duties and adequate oversight and controls over the entire IHSC Solar for All program. All grant expenses will be reviewed to ensure allowability, allocability, necessity, reasonableness, and where appropriate, conformity with GAAP.

17

## A.  Reasonableness of Costs

The proposed cost categories included in the detailed budge table are described below.

Personnel

Personnel costs are budgeted at $7,281,746 and includes the existing staff, and staff in support of the IHSC Solar for All project. This project team will provide the management oversight and labor that is necessary for successful project implementation which is determined by achieving the outlined key outputs and outcomes. All of this is to be accomplished while maintaining compliance with EPA funding guidelines. The table below describes the project team and their annual costs. As shown in the Detailed Budget Table Attachment and the table below, annual salaries are increased by 3% each year to account for inflation, cost of living expenses, etc.

| Personnel | Job description | Annual | %FTE | YoY Adj. | Total 5 Yr Salary |
|---|---|---|---|---|---|
| CEO | Chief Executive Officer | $ 325,000 | 70% | 3% | $1,209,687 |
| Chief Operating Officer | Oversight of processes, policies, and systems needed to operate efficiently | $ 175,000 | 70% | 3% | $650,369 |
| Chief Credit Officer | Support financial operations and manage Bridge to Solar. | $ 175,000 | 70% | 3% | $650,369 |
| Chief Of Staff | Direct oversight of all GO staff | $ 200,000 | 70% | 3% | $743,279 |
| Chief Financial Officer | Oversight of financial planning, data collection, and reporting efforts | $ 175,000 | 70% | 3% | $650,369 |
| Grants Manager - fundraising | Lead ongoing fundraising effort for Bridge to Solar and overall Growth Opps operations | $ 100,000 | 70% | 3% | $371,640 |
| Quality Assurance Manager | Manage the SFA Programs QAPP | $ 100,000 | 70% | 3% | $371,640 |
| Program Managers | Liaison between Growth Opps and Coalition membership | $ 100,000 | 100% | 3% | $530,914 |
| Outreach Coordinators | Lead effort to with coalition membership to enroll and educate participant beneficiaries | $ 70,000 | 100% | 3% | $743,279 |
| Technical Staff | Maintain SFA-specific program management software and support coalition membership in its use | $ 160,000 | 100% | 3% | $849,462 |
| Office Manager | | $ 62,000 | 10% | 3% | $32,917 |
| Admin Support | Provide direct administrative support to all SFA-specific staff. | $ 60,000 | 100% | 3% | $318,548 |
| Admin Assistant | Support CEO administratively | $ 60,000 | 50% | 3% | $159,274 |
| Total Personnel Costs | | | | | $7,281,746 |

Fringe Benefits

For the Project Budget, fringe benefit costs are budgeted at $1,019,444 and were calculated based on 20% of the aggregate salary cost which includes 401k with immediate eligibility and 3% Safe Harbor contribution, Medical/Dental/Vision with an 80/20 split premium, and paid time off (PTO). This calculation assumes that each employee would take advantage of all benefits offered by Growth Opps, which is not likely but is the most conservative approach.

| Fringe Benefits | Fringe % | Annual | % FTE | YoY Adj. | Total 5 yr. Fringe |
|---|---|---|---|---|---|
| CEO | 20% | $ 31,899 | 70% | 3% | $ 169,356 |
| Chief Operating Officer | 20% | $ 17,150 | 70% | 3% | $ 91,052 |
| Chief Credit Officer | 20% | $ 17,150 | 70% | 3% | $ 91,052 |
| Chief Of Staff | 20% | $ 19,600 | 70% | 3% | $ 104,059 |
| Chief Financial Officer | 20% | $ 17,150 | 70% | 3% | $ 91,052 |
| Grants Manager - fundraising | 20% | $ 9,800 | 70% | 3% | $ 52,030 |
| Quality Assurance Manager | 20% | $ 9,800 | 70% | 3% | $ 52,030 |
| Program Managers | 20% | $ 14,000 | 100% | 3% | $ 74,328 |
| Outreach Coordinators | 20% | $ 19,600 | 100% | 3% | $ 104,059 |
| Technical Staff | 20% | $ 22,400 | 100% | 3% | $ 118,925 |
| Office Manager | 20% | $ 868 | 10% | 3% | $ 4,608 |
| Admin Support | 20% | $ 8,400 | 100% | 3% | $ 44,597 |
| Admin Assistant | 20% | $ 4,200 | 50% | 3% | $ 22,298 |
| Total Fringe Costs | | $ 192,017 | | | $ 1,019,444 |

Travel

Employee travel in support of the IHSC Solar for All project is critical for this project's success. Travel costs are budgeted at $198,503 for the project period, accounting for two employees traveling to each of the eighteen (18) coalition partner geographies two (2) times a year for five (5) years. Each trip will be 2 days long and include either car or air transportation costs depending on the destination's distance from Cleveland Ohio. The Detailed Budget Table and travel budget detail categories are delineated as follows:

| Travel | $/cycle | Adj. | # cycles / year | 5 Year Total |
|---|---|---|---|---|
| Air Travel | $ 1,790 | 10% | 2 | $21,859 |
| Ground Travel | $ 3,409 | 10% | 2 | $41,624 |
| Lodging | $ 7,656 | 10% | 2 | $93,481 |
| Per Diem | $ 3,402 | 10% | 2 | $41,539 |
| Total | | | | $198,503 |

These trips are designed so that executive leadership can visit each coalition partner's geography, and where possible, multiple coalition members will be included in these trips. Travel costs are estimated on a per trip basis and include airfare, hotel, transportation, per diem expenses, registration fees and include 10% YoY inflation. Growth Opps Travel Policy is compliant with 2 CFR 200 and will utilize per diem travel allowances published by GSA. All travel will be on commercially available carriers or utilizing staff-owned vehicles with reimbursement at IRS-published mileage rates. Additional travel expenses will be incurred as Growth Opps/IHSC staff fulfill their responsibilities in working with coalition members to provide program management and outreach to participants.

Equipment
The IHSC work plan does not require the procurement of items that meet the definition of "Equipment" per 2 CFR 200 guidelines.

Supplies (Operations)
Project administration will require purchasing computers and related technology equipment worth $128,000. Each workstation and associated peripherals are forecast at $6,282, and this figure is an estimate for each employee's workstation items, including a computer, external monitors, keyboard, mouse, required software licenses, and similar items. The allocation of computer and peripheral costs to EPA assumes additional hiring as outlined in the Direct Labor section multiplied by a percentage equal to the average of employee time spent on the Solar For All program (using the data from the Direct Labor section of the Table.) Growth Opps Procurement Policy will comply with Federal 2 CFR 200 guidelines.

Contractual
The Coalition has budgeted $6,393,670 for contractual services from individuals and business to support project implementation. The attached budget table details vendor types in eleven (11) categories per the table below. The below list is non-exhaustive, and Growth Opps may be required to execute other contracts necessary to implement the workplan. The final list of necessary contracts will be determined during the project's planning phase.

| Vendor Type | Example Expertise Needed | Y1 | Y2 | Y3 | Y4 | Y5 | Total |
|---|---|---|---|---|---|---|---|
| Program Management Software | SaaS software utilized to track all outgoing EPA SFA funding, provide for financial and program data collection, and manage participant and vendor profiles.  Track BABA and DBRA compliance. | 575,000 | 410,000 | 410,000 | 410,000 | 410,000 | $2,215,000 |
| Program development, Work Plan and Budget development | Financial and operational expertise in specific areas related to federal funding | 336,500 | 70,000 | 30,000 | 30,000 | 30,000 | $496,500 |
| Legal Services | Counsel and support on creation and negotiation of sub-recipient agreements | 142,144 | 100,000 | 100,000 | 100,000 | 100,000 | $542,144 |
| Enterprise Resource Planning | Operational experience with large programs funded by the federal government | 150,000 | 100,000 | 100,000 | 100,000 | 100,000 | $550,000 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Impact Measurement and Management, Research, and Analysis | Data collection and analysis to track outputs and outcomes. | 150,000 | 100,000 | 100,000 | 100,000 | 100,000 | $550,000 |
| Translation & Communication Support Services | Support for non-English speaking Participant Beneficiaries | 100,000 | 50,000 | 50,000 | 50,000 | 50,000 | $300,000 |
| Accounting and Audit Services | External accounting support for financial statement auditing, including Single Audit support. | 150,000 | 100,000 | 100,000 | 100,000 | 100,000 | $550,000 |
| Human Resources Support and Recruiting Services | Internal and external support for hiring SFA-specific staff and managing overall HR functions. | 160,000 | 80,000 | 80,000 | 80,000 | 80,000 | $480,000 |
| Treasury and Financial Management Services | Assistance in management of funds moving through Growth Opps and specifically through the SFA program. | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | $125,000 |
| Tax Advisory Services | Advisory services relating to tax issues specific to SFA, including ITC applicability and management of process to apply and collect ITC's | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | $125,000 |
| Media and Public Relations | Support for outreach to all interested stakeholders of the SFA program, including participant beneficiaries, coalition members, and elected officials. | 120,026 | 100,000 | 80,000 | 80,000 | 80,000 | $460,026 |
| Total Contractual | | | | | | | $6,393,670 |

The Budget includes funding that is reasonable in light of the goods and services Growth Opps intends to procure through these competitive procurement processes and includes higher costs in the first year because of enterprise resource planning systems design and implementation, costs associated with hiring personnel, anticipated increased costs related to training, costs associated with entering into subgrant agreements, costs for drafting of standardized legal documents, and other one-time costs associated with Growth Opps Solar for All project.  All contracts will be procured competitively under Growth Opps'

Procurement Policy which includes an assessment that reviews their operational history, current financial position, pipeline, community impact, and operational ability to execute under our stated goals and program needs.

Construction
There will be no relevant expenses in this category.

Other
*Subawards.* Growth Opps will subaward $138,694,000 in EPA funds to entities representing 29 communities across eight (8) states. The final number of entities and subawards will be determined during the planning period. The attached budget detail assumes 29 entities, the maximum projected. The dollar amount awarded through each subaward to each entity is determined by multiplying the $6,250 financial assistance allocated for each participant by the number of participants in each coalition community. The total amount of subawards will be a function of the final number of entities identified, multiplied by three categories of subaward for each entity.

| Subaward Category | Total |
|---|---|
| *Coalition Member Administration* | *$15,612,000* |
| *Coalition Member Solar Implementation - direct grants to Participant Beneficiaries* | *$116,850,000* |
| *Workforce Development Training* | *$6,232,000* |

- Coalition Member Administration: Subawards to the municipal and nonprofit partners to support local outreach, engagement, and administrative costs for promoting and managing Solar for All in their communities. This includes local program managers, outreach staff, marketing materials and events, and travel.

- Coalition Member Solar Implementation: Subawards to the municipal and nonprofit partners to deploy solar for low-income households across the partner communities. Community solar projects will have a nameplate capacity of 5 MW ac or less, deliver at least 50% of the electricity generated from the system to multiple residential customers within the same utility territory as the facility, and at least 50% of the benefits and credits of the power generated from a community solar system will be delivered to residential customers in the same service territory.  This category covers activities like contractor procurement, site evaluations, solar installations, operations and maintenance, and associated personnel costs. The upfront investments in Years 1-2 enable rapid scale-up of solar access. As programs mature in Years 3-5, resources are allocated efficiently to sustain operations and continue driving adoption.

- Workforce Development: Subawards to the municipal and nonprofit partners to develop training programs, workshops, and certifications to build a pipeline of 1,000 skilled solar workers. This covers training organization contracts, trainee stipends, facilities, and equipment.

  Community Engagement ($300,000): Supports marketing, events, materials, and advertising to raise local awareness and drive participation. This includes promotional campaigns, outreach grants, collateral, and sponsorships.

- Conferences and Workshops ($130,000): The IHSC plans to convene its membership annually to review progress, share best practices and build relationships between the Growth Opps and the membership and between the members themselves.  This convening may move to different locations throughout the term of the project. The annual meeting will be a Coalition-level event

22

hosted by Growth Opps and the IHSC, in conjunction with one of the Coalition Member's local to their geography.  The gathering will be for Coalition and member staff and will not include program participant beneficiaries.  These events are not intended to be open to the public or other entities not directly participating in the IHSC SFA Program and are intended for Coalition members and their staff.  The gatherings will not be widely marketed or advertised to Coalition members, who will be kept informed on the details of the annual meetings through the regularly established correspondence channels.  Each Coalition Member entity will be asked to send their SFA staff to the event. However, attendance will not be mandatory, and options to attend virtually will be offered. Estimated attendance at these events will be between sixty and ninety people (two to three per Coalition member) and might also include a small number, between six and ten guest speakers or representatives from organizations outside the SFA that express interest in supporting the IHSC mission financially.  The annual event will present information to the full Coalition including performance against goals, output tracking information, outcome tracking, fundraising updates and other financial reporting metrics.  Additional workshops and convenings may be offered on topics related to such things as system training, data tracking, performance against goals, legislative updates and others as appropriate.  These meetings would be planned and hosted virtually to minimize travel-related expenses and eliminate the need for venue costs (e.g. food or audio-visual support).  IHSC will not charge registration or participation fees for these Coalition level events but, will likely look for sponsorship opportunities within the host city/geography.

- *In-kind assistance from DOE:* The project will receive $400,000 in in-kind assistance from US DOE. During the planning period Growth Opps and the coalition members will explore how this will be used.

Indirect Costs
In accordance with 2 CFR 200.414(f), Growth Opps does not yet have a current negotiated (including provisional) indirect cost rate and has elected to charge a de minimis rate of 10% of MTDC.
Indirect costs of $1,574,636 are calculated at de minimis 10% of Modified Total Direct Cost (MTDC) of personnel, fringe, travel, supplies and contractual plus the first $25,000 of each subaward. These funds will be for overhead items such as rent, network support and maintenance, and other basic operational costs.

Growth Opps may request an indirect cost rate above the de minimis in the future but is not planning to do so at this time. Indirect costs will cover expenses such as administrative services, general accounting, marketing, human resources, utilities, etc.

Meals and Refreshments
Not applicable.

Program Income
There will not be a significant amount of program income associated with the IHSC Solar for All project. However, Growth Opps will maintain all accounting records for any program income generated, prepare grant budgets to actual statements monthly, along with other required statements and reports, and perform monthly account reconciliations. Our internal and external finance team members will review these financial statements monthly to ensure that we spend our grant funds in line with the expected budget and financial projections.

23

**1.2 Fiscal Stewardship Plan**

**A.  Safeguarding Taxpayer Funds Through Rigorous Program Oversight**

We have established confidential whistleblower protections, providing multiple secure channels for anonymous reporting of any suspected misconduct. We will promptly investigate all credible reports through fair procedures guided by legal counsel.

Our stringent conflict of interest policy requires annual disclosures from all staff and board members. Any potential conflicts must be addressed or the individual will be recused from related decisions. We will verify that no conflicts exist before partnering with vendors or subrecipients.

For subawards, we will mandate training on proper grants management and ongoing monitoring and support to ensure full adherence to federal regulations including cost principles under 2 CFR 200 Subpart E. Our subrecipient policies comply with all requirements in 2 CFR 200.303 for financial management and 200.332 for subrecipient monitoring, including site visits, expense documentation reviews, and single audit report analysis. We will provide technical assistance to address any deficiencies identified. Our subrecipient monitoring procedures align with federal guidelines and industry best practices. Subaward agreements will contain detailed terms and conditions on compliance, monitoring, and oversight. We will establish clear performance goals and budgets. During the award, we will provide training on federal regulations and cost principles, conduct regular check-ins, perform site visits, review performance and financial reports, verify supporting documentation for expenditures, and analyze single audit findings. We will work closely with subrecipients to provide technical assistance to address any issues identified and maintain proper documentation of monitoring activities.

**B.  Screening Contractors and Protecting Consumers**

We will thoroughly vet all contractors and subcontractors who interact directly with consumers through background checks, licensing verification, and reviews of company track records. Our pre-screening will seek to identify any history of illegal, deceptive, or fraudulent business practices to prevent engagement.

To safeguard customers, we will prohibit partners from charging any illegal upfront fees or cancellation penalties. Billing and payment processes will be transparent and verifiable through statements sent directly to customers from their utility. We will require linguistic accessibility for limited English proficiency customers, including translated materials and interpretive services that comply with Executive Order 13166.

With existing robust internal expense controls, anti-fraud measures, staff training, and subrecipient oversight, Growth Opps maintains the highest standards of accountability in management of all our programs.

**C.  Supplemental Policy Details**

Consumer Protection
We will require solar vendors and financiers to comply with all applicable federal, state, and local consumer laws covering unfair, deceptive, or abusive acts; telemarketing and door-to-door sales; lending disclosures; privacy and data security; and access for non-English speakers.
Specific unlawful practices that will be prohibited include misrepresenting products or contract terms, aggressive sales tactics, excessive fees, discrimination, and unauthorized data sharing.

24

Sales agents will undergo background checks and training on ethical marketing tailored to solar industry practices. Consumers will have 3-day cancellation periods for in-home sales. Financing terms will be disclosed per Regulation Z requirements.

We will review all marketing materials, sales scripts, and financing agreements to ensure adherence to our standards. Vendors must provide translations and interpretive services for non-English speakers. A simple complaint process will be established for reporting concerns, which we will investigate thoroughly. Violations will result in penalties, including partner contract termination. Ongoing spot checks and secret shopping evaluations will be conducted as well. Additional consumer safeguards we will employ include securing customer data and providing accommodations and overseeing customer complaints through a customer advocate.

Safeguarding Household Savings by Incorporating Guardrails
We will ensure that landlords and building owners honor agreements to pass on financial savings from solar installations to tenants.
- We will implement automated utility bill monitoring where available. This system will track actual savings compared to projected amounts, triggering alerts for underperformance. We will then diagnose and address any issues to maximize solar output. Third-party meter readings will verify realized savings and system performance.
- For multi-family housing with shared solar installations, we will mandate that building owners enter into binding agreements to distribute a defined portion of the financial savings to tenants. We will audit these savings distributions through periodic requests for documentation of tenant credits/payments and create a system to address non-compliance.

As an experienced community lender, we will establish the "Bridge to Solar" revolving loan fund with Solar for All program income and repayments. The fund will be maintained in a dedicated bank account and we will implement financial controls around lending approvals, disbursements, collections, and reporting. The fund administrator will provide monthly updates on cash balances, lending activity, and portfolio performance. We will also evaluate the viability of purchasing a 20-year insurance policy for each solar system.

Program Income Financial Management
Growth Opps will implement robust financial planning and management of any Solar for All program income in alignment with EPA regulations at 2 CFR 1500.8. We will maintain program income in a separate revolving loan fund bank account to sustainably reuse funds after the initial grant term.
Our policies and procedures for managing program income will include:
- Tracking and recording all program income in our accounting system in dedicated accounts and cost centers.
- Using program income funds **only** for allowable grant activities that further Solar for All program goals. Repayments will be re-lent to new recipients.
- Implementing controls around lending approvals, disbursements, collections, repayments, and reporting.
- Providing monthly financial reports detailing cash balances, accrued interest, lending activities, delinquencies, and portfolio performance.
- Undergoing annual audits of the revolving loan fund as part of our A-133 single audit.
- Maintaining detailed records of program income recipients, loan terms, projected energy savings, and actual outcomes.

**Supplemental Savings Guardrails and Revolving Loan Fund Controls**

25

**Savings Verification Policies**
- Require installers to provide real-time monitoring of system to homeowners
- Perform annual on-site meter readings by qualified technicians
- Automate data feeds from utility bills into savings tracking system where available
- Provide plain language explanations of savings achieved on monthly statements
- Conduct surveys with statistically valid sampling to confirm projected savings
- Task internal auditors with spot-checking projected vs. actual savings for a subset of households

**"Bridge to Solar" Fund Financial Management**
- Maintain detailed records of program income recipients, loan terms, projected energy savings, and actual outcomes
- Provide monthly financial reports on cash balances, accrued interest, lending activities, delinquencies, and portfolio performance
- Undergo annual audits of the revolving loan fund as part of A-133 single audits
- Track and record all program income separately in accounting system
- Implement controls around lending approvals, disbursements, collections, repayments, and reporting

## 1.3 Reporting Plan

For the Solar for All grant, we will implement the required data collection processes and reporting procedures and will regularly update EPA and the public on progress. We will supplement internal monitoring with independent third-party evaluations. Findings will be published to support national learnings.

Growth Opps is fully committed to comprehensive and transparent reporting that will drive accountability, demonstrate impact, support national learnings, and advance equitable community solar access. Our rigorous and multifaceted tracking will showcase progress toward program objectives. We will comply with all EPA reporting requirements in a timely manner.

We will support the development of standardized reporting procedures and adopt any EPA-identified tracking tools. All reported calculations will disclose underlying methodologies, data sources, assumptions, and analytical choices while protecting personal information.

Third-party evaluators will verify installation data, energy savings, and customer satisfaction through site visits, engineering estimates, meter readings, and surveys. We understand EPA may also require independent audit and assurance of reported results. Growth Opps will fully comply with all EPA verification and assurance processes.

Supplemental Reporting Compliance Policies
- Submit all mandated reports covering program objectives, key indicators, and progress to the EPA on or before deadlines
- Follow EPA guidance on reporting frequency, deadlines, required indicators, and standard calculations
- Assign responsibility for report review to confirm accuracy and completeness before submission
- Provide EPA access to the raw project-level data upon request
- Develop templates for quarterly and annual reports to facilitate consistent data collection

26

- Establish thorough QA protocols for verifying reported data and addressing errors
- Document and retain all reporting procedures, methodologies, and communications with EPA
- Conduct internal audits of reporting processes and data integrity as part of our A-133 single audit

Catalyzing Progress: Growth Opps' Reporting Capabilities and Capacity

Growth Opps will publish all data, evidence, and evaluation reports publicly during the program lifetime to support transparency and national learnings.

Our robust data tracking will capture both quantitative and qualitative metrics. Quantitative data will include household demographics, income levels, system technical specifications, location, costs, financing terms, projected and actual energy savings, utility bill reductions, and more.

Qualitative and quantitative data will be gathered through surveys assessing customer satisfaction, energy affordability, jobs created, and other indicators. Our team of data analysts will review data over time to identify trends and analyze progress toward objectives like reducing emissions and energy burdens.

Evaluating Outcomes with Rigor to Drive Continuous Improvement

We will capture over 50 data points per installation, including demographics, costs, production, savings, and customer feedback.

Surveys at six and twelve months will gather longitudinal feedback on satisfaction, affordability, jobs, and other outcomes. Independent evaluators will verify details through site visits, savings metering, and surveys, and analyze progress on the outputs and outcomes.

Supplemental Evaluation Policies and Procedures
- Require consent from participants to provide performance data and survey feedback.
- Develop rigorous measurement and verification plans including engineering estimates, metering, and utility bill analysis.
- Convene an expert Evaluation Advisory Committee to review methodologies and provide input.
- Assess cost-effectiveness by comparing expenditures to outcomes.
- Interview partners annually to identify successes, challenges, and improvements.
- Benchmark reported results against similar programs to identify performance gaps.
- Publish all evaluations, methodologies, and data transparently.

**EPA Reporting Requirements**

1. Performance Reports
Semi-Annual Report

The recipient agrees to submit semi-annual performance reports electronically to the EPA Project Officer within 30 calendar days after the semi-annual reporting period ends. The semi-annual reporting periods are as follows: July 1 to December 31; January 1 to June 30. The semi-annual performance report should cover activities from the preceding two quarters.

Final Report

The recipient agrees to submit a final report in a format conducive for immediate public consumption. The final report must contain detailed narratives describing program performance for the entire period of performance, representing an overall assessment of the recipient's implementation of its EPA-approved Solar for All Workplan, supported with qualitative discussions and quantitative metrics. Additionally, the

recipient should detail its program strategy and plans for performance reporting under the Closeout Agreement. The recipient must include the following broad, non-exhaustive elements in its final report:

- Progress towards objectives on key performance metrics over the entire period of performance,
- Summary of key activities completed in the entire period of performance, including case studies across different types of financial assistance and project-deployment technical assistance undertaken to enable low-income and disadvantaged communities to deploy or benefit from zero-emissions technologies,
- Geographic coverage of financial assistance and project-deployment technical assistance deployed in the entire period of performance,
- Descriptions and examples of actions the program took over the entire period of performance to meaningfully involve the communities the program serves in program design and operations,
- Plans for key activities (including current transaction pipeline) to be completed as well as outputs and outcomes to be achieved under the Closeout Agreement.

The recipient agrees to submit the final performance report electronically to the EPA Project Officer no later than 120 calendar days after the end date of the period of performance.

2. Transaction-Level and Project-Level Data

The recipient agrees to submit semi-annual transaction-level and project-level data in accordance with information collection instruments approved through GGRF Accomplishment Reporting (EPA ICR Number 2783.01, OMB Control Number 2090-NEW). The recipient agrees to submit the transaction-level and project-level data electronically to the EPA Project Officer within 30 calendar days after the semi-annual reporting period ends. The semi-annual reporting periods are as follows: July 1 to December 31; January 1 to June 30. The semi-annual transaction-level and project-level reports should cover transactions originated in the preceding two quarters.