# EXHIBIT K

# EPA's Acknowledgment Email to Growth Opportunity

| From: | Michael Jeans |
|---|---|
| To: | Sondra Miller |
| Subject: | FW: Acknowledgement - RE: 5H-84087601 Response |
| Date: | Monday, September 22, 2025 2:10:10 PM |

Sondra -

I received the acknowledgment this morning and it is consistent with what others received with a response date of February 24, 2026.

Michael

*"We are now faced with the fact that tomorrow is today. We are confronted with the fierce urgency of now. In this unfolding conundrum of life and history, there is such a thing as being too late. This is no time for apathy or complacency. This is a time for vigorous and positive action." Dr. Martin Luther King, Jr.*

CONFIDENTIALITY NOTICE: This electronic communication and any attachments (a) are protected by the Electronic Communications Privacy Act (18 U.S.C. § 2510-2522), (b) may contain confidential and/or legally privileged information, and (c) are for the sole use of the intended recipient. This communication may contain nonpublic personal information, subject to the restrictions of the Gramm-Leach-Bliley Act. If you have received this electronic communication in error, please notify the sender immediately and delete the entirety of the electronic communication. Any use of the contents of any information received in error, including but not limited to disclosure, copying, or distribution, is strictly prohibited.

IRS CIRCULAR 230 NOTICE: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. tax advice contained in this communication (or in any attachment) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed in this communication (or in any attachment).

**From:** Schindel, Phillip <Schindel.Phillip@epa.gov>
**Date:** Monday, September 22, 2025 at 08:01
**To:** Michael Jeans <michael.jeans@growthopps.org>
**Cc:** Brown, Devon <Brown.Devon@epa.gov>, Nguyen, Tiana <Nguyen.Tiana@epa.gov>, Molina, Michael <molina.michael@epa.gov>
**Subject:** Acknowledgement - RE: 5H-84087601 Response

[other EPA Cc moved to Bcc for awareness]

Good morning Mr. Jeans,

This email acknowledges Growth Opportunity Partners' formal dispute of the termination of its assistance agreement 5H-84087601 on behalf of the Agency and Michael Molina, Principal Deputy Assistant Administrator for the Office of Mission Support. No additional information or documentation is being requested from the organization at this time. Mr. Molina's staff will contact you to let you know if the agency requests any additional information or

documentation from the organization that is needed to complete the dispute review.

In accordance with 2 CFR 1500.17, a decision will be issued regarding this dispute by February 24, 2026. If this timeline changes, Mr. Molina's staff will reach back out to inform you.

Sincerely,


Phillip Schindel
Acting Director
US EPA Grants Management and Business Operations Division
202-564-5293
Schindel.Phillip@epa.gov

---

**From:** Michael Jeans <michael.jeans@growthopps.org>
**Sent:** Thursday, August 28, 2025 3:22 PM
**To:** Molina, Michael <Molina.Michael@epa.gov>
**Cc:** Brown, Devon <Brown.Devon@epa.gov>; Donahue, Sean <Donahue.Sean@epa.gov>; Tisa, Nathaniel <Tisa.Nathaniel@epa.gov>; Payne, James (Jim) <Payne.James@epa.gov>; Askew, Wendel <Askew.Wendel@epa.gov>; Coogan, Daniel <Coogan.Daniel@epa.gov>; Wise, Melissa <Wise.Melissa@epa.gov>; Schindel, Phillip <Schindel.Phillip@epa.gov>; Carpenter, Wesley <Carpenter.Wesley@epa.gov>; Fiedorczyk.Brian@epa.gov
**Subject:** 5H-84087601 Response
**Importance:** High

> **Caution:** This email originated from outside EPA, please exercise additional caution when deciding whether to open attachments or click on provided links.

Mr. Molina:

Please see the attached. We look forward to working with you and the EPA, to find an amicable resolution.

Best regards,

Michael



**Michael Jeans**
President & CEO
**Growth Opportunity Partners, Inc.**
216-462-0640
michael.jeans@growthopps.org

THE NEXT STEP IN GROWING YOUR BUSINESS