**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **GROWTH OPPURTUNITY PARTNERS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 26-691** |
| | ) | **Judge Bruggink** |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**NOTICE OF WITHDRAWAL AND SUBSTITUTION**

To the Clerk:

In accordance with Rule 83.1(b)(3)(B), Julia S. March enters her appearance and substitutes for Kara M. Westercamp as lead counsel for the United States. Service of all papers by opposing parties should be addressed as follows:

Julia S. March
Trial Attorney
Civil Division, Commercial Litigation Branch
United States Department of Justice
P.O. Box 480, Ben Franklin Station
Washington, DC 20044
(202) 598-7383
Julia.S.March@usdoj.gov

Additionally, and in accordance with Rule 83.1(b)(4), Kara M. Westercamp hereby withdraws as an attorney of record for the United States.

s/ Julia S. March
JULIA S. MARCH
Trial Attorney
United States Department of Justice
Civil Division, Commercial Litigation Branch
(202) 598-7383
Julia.S.March@usdoj.gov

s/ Kara M. Westercamp
KARA M. WESTERCAMP
Senior Trial Counsel
United States Department of Justice
Civil Division, Commercial Litigation Branch
(202) 305-7571
Kara.m.westercamp@usdoj.gov

July 28, 2026