# In the United States Court of Federal Claims

No. 26-691
(Filed: September 3, 2026)

* * * * * * * * * * * * * * * * * * * * * * * * * *

GROWTH OPPORTUNITY PARTNERS,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant*.

* * * * * * * * * * * * * * * * * * * * * * * * * *

ORDER

Plaintiff filed an amended complaint on August 28, 2026. The amended complaint, however, does not comply with Rule 5.5(c)(6) of the Rules of the United States Court of Federal Claims, which requires all pages be numbered. Accordingly, plaintiff is directed to refile a corrected amended complaint.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Senior Judge