# EXHIBIT A

# Revised Solar for All NOFO

**FEDERAL AGENCY AND OFFICE:** U.S Environmental Protection Agency, Office of the Greenhouse Gas Reduction Fund

**FUNDING OPPORTUNITY TITLE:** Solar for All

**ANNOUNCEMENT TYPE:** Request for Applications (RFA)

**FUNDING OPPORTUNITY NUMBER:** EPA-R-HQ-SFA-23-01

**ASSISTANCE LISTING NUMBER:** 66.959

**IMPORTANT DATES:**

| | |
|---|---|
| **October 12, 2023** | **Closing Date** |
| **March 2024** | **Anticipated Notification of Selections** |
| **July 2024** | **Anticipated Awards** |

**Deadline:** Application packages must be submitted on or before October 12, 2023 at 11:59 PM (Eastern Time) through Grants.gov. Please refer to *Section IV.A: Due Date and Submission Instructions* and *Appendix A: Grants.gov Application Submission Instructions* for further instructions.

Applicants are required to submit a **Notice of Intent (NOI)** to be eligible to participate in the Solar for All competition. The deadline for the NOI is July 31, 2023 at 11:59 PM (Eastern Time) for states, the District of Columbia and Puerto Rico; August 14, 2023 at 11:59 PM (Eastern Time) for territories (specifically, The Virgin Islands, Guam, American Samoa, and the Commonwealth of the Northern Mariana Islands), municipalities, and eligible nonprofit recipients; and August 28, 2023 at 11:59 PM (Eastern Time) for Tribal governments and Intertribal Consortia. Refer to *Section I.F: Required Notice of Intent* and *Section III. Eligibility Information* for additional information NOI requirements and about applicant eligibility.

**NOTE:** A grantee who transfers funds awarded through this competition must comply with the Procurement Standards in 2 CFR Parts 200 and 1500, EPA's Subaward Policy, and EPA's Guidance on Participant Support Costs, as applicable, depending on the vehicle that the grantee uses to transfer funds, as well as the Participation by Disadvantaged Business Enterprises in EPA Programs requirements in 40 CFR Part 33. Before naming contractors (including consultants) or subrecipients in your application, please carefully review Section IV.d, "Contracts and Subawards," of EPA Solicitation Clauses as well as the guidance in *Section III.B: Named Contractors and Named Subrecipients*. In accordance with 2 CFR § 200.320(c)(2) and (4), the Agency does not accept justifications for sole source contracts for services or products available in the commercial marketplace based on a contractor's role in preparing an application or existing relationships that an applicant may have established without complying with competitive procurement requirements. However, as provided in 2 CFR § 200.317 *States* as defined in 2 CFR § 200.1 follow the same competitive policies and procedures they use for procurements with non-Federal funds, so EPA defers to state determinations on sole source contracting.

# Contents

**Section I. Funding Opportunity Description** ... **4**
A. Background ... 4
B. Statutory Authority and Assistance Listing ... 6
C. GGRF Solar for All Program Objectives ... 6
D. Competition Terminology ... 7
E. Scope of Work ... 13
F. Required Notice of Intent ... 18
G. Environmental Results and Strategic Plan Information ... 20
H. Measuring and Reporting Environmental Results: Example Outputs, Outcomes, and Performance Measures ... 21
I. Additional Provisions for Applicants Incorporated into the Funding Opportunity ... 23
**Section II. Federal Award Information** ... **24**
A. Number and Amount of Awards ... 24
B. Period of Performance ... 27
C. Partial Funding ... 27
D. Additional Awards ... 27
E. Funding Type ... 28
**Section III. Eligibility Information** ... **29**
A. Eligible Applicants ... 29
B. Named Contractors and Named Subrecipients ... 31
C. Threshold Eligibility Criteria ... 32
D. Allowable and Unallowable Costs ... 36
E. Cost Sharing or Matching ... 38
**Section IV. Application and Submission Information** ... **39**
A. Due Date and Submission Instructions ... 39
B. Application Materials ... 40
C. Content of Application Submission ... 42
D. Pre-Application Assistance ... 50
**Section V. Application Review Information** ... **51**
A. Evaluation Criteria ... 51
B. Review and Selection Process ... 62
**Section VI. Award Administration Information** ... **64**
A. Award Notification ... 64
B. Administrative and National Policy Requirements ... 64
C. Program Performance Reporting Requirements ... 65
D. Administrative Reporting Requirements ... 68
E. Remedies for Non-Compliance ... 69
**Section VII. Contact Information** ... **70**
**Appendix A. Grants.gov Application Submission Instructions** ... **71**
A. Requirement to Submit through Grants.gov and Limited Exception Procedures ... 71
B. Submission Instructions ... 71
C. Technical Issues with Submission ... 73

**Appendix B. Program Budget** .......... **74**
A. Guidance for Detailed Budget Table .......... 74
**Appendix C. Household Savings Guidance** .......... **79**
**Appendix D. Consumer Protection Examples** .......... **80**
**Appendix E. Equitable Workforce Development and Job Quality** .......... **81**
**Appendix F. Guidance for Carbon Dioxide Avoided Calculations** .......... **83**

# Section I. Funding Opportunity Description

## A. Background

Residential distributed solar generation and energy storage, including rooftop residential and residential-serving community photovoltaic (PV) solar and storage, reduces energy costs for American households, abates pollution from power generation, generates wealth and jobs for local communities, improves public health, and provides resilient and secure power.

Yet, to date low-income and disadvantaged households have been left behind in the rapid deployment of residential distributed solar generation, despite the benefits that this technology can provide to these communities. According to data from the U.S. Department of Energy's (DOE's) Low-Income Energy Affordability Tool, the national average energy burden for low-income households is 8.6%, three times higher than the energy burden for non-low-income households, and, in some cases, can be as high as 30%.[1] Despite this significant opportunity for lower-cost electricity generation and the falling cost of solar PV systems in recent years, low-income households have not benefitted from solar equally. DOE's Solar Futures Study found that only 31% of residential solar adopters are households that earned less than the area median income (AMI).[2] There are numerous barriers to low-income and disadvantaged communities adopting residential distributed solar energy. The barriers are financial as well as non-financial such as community engagement, site suitability, and policy and regulatory.[3] Investing in solar energy and project-deployment services to enable residential distributed solar projects for low-income and disadvantaged households will expand access to the benefits of clean energy—benefits that include household savings, energy resilience, improved air quality, wealth building, and quality jobs.

Solar energy investments in and benefitting low-income and disadvantaged communities support the climate and equity goals of the United States. Achieving the Biden-Harris Administration's goal of a 100% clean-electricity grid by 2035 requires a cumulative solar deployment of 760 to 1,000 gigawatts ($GW_{dc}$), serving 37% to 42% of electricity demand.[4] Distributed generation is expected to satisfy at least 20% of this deployment.[5] Solar deployment is also critical for achieving the 2030 and 2050 climate goals outlined in the U.S. Nationally Determined Contribution by enabling the zero-emissions transition in other sectors including buildings and transportation.[6]

Similarly, solar generation in and benefitting low-income and disadvantaged communities advances the Biden-Harris Administration's equity and environmental justice priorities as detailed in Executive Order 14091 (*Further Advancing Racial Equity and Support for Underserved Communities Through the Federal Government*) and the President's Justice40 Initiative, established in Executive Order 14008 (*Tackling the Climate Crisis at Home and Abroad*), which sets the goal that 40% of the overall benefits from certain investments flow to disadvantaged

[1] U.S. Department of Energy, "Low-Income Community Energy Solutions", accessed May 2023; Energy burden is defined as the percentage of gross household income spent on energy costs.
[2] U.S. Department of Energy, "Solar Futures Study", September 2021
[3] National Renewable Energy Laboratory (NREL), "Affordable and Accessible Solar for All: Barriers, Solutions, and On-Site Adoption Potential", September 2021
[4] U.S. Department of Energy, "Solar Futures Study", September 2021
[5] U.S. Department of Energy, "Solar Futures Study", September 2021
[6] The United States has set bold climate targets to reduce greenhouse gas emissions 50-52% below 2005 levels in 2030 and net-zero emissions no later than 2050.

communities. Residential rooftop and residential-serving community solar generation create meaningful benefits for overburdened households and communities. These benefits include household savings, equitable access to clean energy, power resiliency, asset wealth building, investment in local businesses, and quality jobs in alignment with the Department of Labor's Good Jobs Initiative. Traditional energy communities, a priority focus of the President's Interagency Working Group on Coal and Power Plant Communities, are in a prime position to benefit from solar deployment.

President Biden's Inflation Reduction Act authorized the U.S. Environmental Protection Agency (EPA) to implement the Greenhouse Gas Reduction Fund (GGRF), a historic $27 billion investment to combat the climate crisis by mobilizing financing and private capital for greenhouse gas- and air pollution-reducing projects in communities across the country. As part of this program, EPA is launching a $7 billion Solar for All competition — designed to spur the deployment of residential distributed solar energy to lower energy bills for millions of Americans and catalyze transformation in markets serving low-income and disadvantaged communities. Solar for All will tackle the financial and non-financial barriers that limit the ability of low-income and disadvantaged communities across the country to benefit from the rapid growth in distributed solar capacity, thus advancing the Biden-Harris Administration's climate and environmental justice goals.

To support a broader suite of greenhouse gas-reducing projects, EPA is also launching a $14 billion National Clean Investment Fund competition to finance clean technology deployment nationally as well as a $6 billion Clean Communities Investment Accelerator competition to finance clean technology deployment in low-income and disadvantaged communities while simultaneously building the capacity of community lenders that serve those communities. These three grant competitions are complementary programs and will work together to transform the clean financing ecosystem in the United States, especially in low-income and disadvantaged communities. All competitions are covered under the President's Justice40 Initiative, which sets the goal that 40% of the overall benefits from certain federal investments in climate, clean energy, and other areas flow to disadvantaged communities. Per Section 134(a)(1) of the Clean Air Act, 100% of Solar for All funds must be deployed "to enable low-income and disadvantaged communities to deploy or benefit from zero-emissions technologies".

**This Notice of Funding Opportunity (NOFO) is for the $7 billion Solar for All competition.** This competition will award up to 60 grants to states, territories, Tribal governments, municipalities, and eligible nonprofit recipients to expand the number of low-income and disadvantaged communities primed for distributed solar investment—enabling millions of low-income households to access affordable, resilient, and clean solar energy. Grantees will use funds to expand existing low-income solar programs or design and deploy new Solar for All programs nationwide.[7] EPA will not fund individual projects under this competition.

EPA's $7 billion Solar for All competition will help deliver on the climate and environmental justice goals of the United States. To achieve these goals, Solar for All grantees will provide subsidies and other financial assistance to residential rooftop and residential-serving community

[7] The Clean Air Act defines "state" to mean a state, the District of Columbia, the Commonwealth of Puerto Rico, the Virgin Islands, Guam, and American Samoa and includes the Commonwealth of the Northern Mariana Islands.

solar projects in and benefiting low-income and disadvantaged communities in addition to project-deployment technical assistance such as workforce development, community outreach, and other project-deployment support (e.g., interconnection technical assistance, siting and permitting support) to help overcome barriers to solar deployment.

## B. Statutory Authority and Assistance Listing

The Inflation Reduction Act amended the Clean Air Act to include Section 134 (42 U.S.C. § 7434), which authorizes the EPA to make competitive grants under the Solar for All competition with appropriations funded by Section 134(a)(1), called Zero Emissions Technologies. The law appropriates $7 billion to EPA to make competitive grants to states, Tribal governments, municipalities, and eligible recipients, as defined in the statute, to provide subgrants, loans, or other forms of financial assistance as well as technical assistance to enable low-income and disadvantaged communities to deploy and benefit from zero-emission technologies, including distributed technologies on residential rooftops, and to carry out other greenhouse gas emission reduction activities.

Section 134(c)(4) defines zero-emission technology as any technology that produces zero emissions of air pollutants listed under Section 108(a) (i.e., particulate matter, ozone, carbon monoxide, sulfur dioxide, nitrogen dioxide, and lead), or any precursor to such an air pollutant, or greenhouse gases, defined under Section 134(c)(2) as carbon dioxide, hydrofluorocarbons, methane, nitrous oxide, perfluorocarbons, and sulfur hexafluoride.

## C. GGRF Solar for All Program Objectives

Solar for All will advance the three overarching GGRF program objectives:

1. **Program Objective 1: Reduce emissions of greenhouse gases and other air pollutants.** GGRF program grantees will support projects, activities, and technologies that reduce emissions of greenhouse gases and other air pollutants that harm communities and contribute to climate change. As part of the GGRF program, the Solar for All program grantees will deploy and enable deployment of residential-serving solar, storage, and enabling upgrades across the country, directly supporting the climate goal of the United States to achieve a carbon pollution-free electricity sector by 2035.
2. **Program Objective 2: Deliver benefits of greenhouse gas- and air pollution-reducing projects to American communities, particularly low-income and disadvantaged communities.** GGRF program grantees will invest in projects that directly benefit American communities. All Solar for All funds will enable low-income and disadvantaged communities to deploy and benefit from distributed solar. EPA expects Solar for All grantees will deliver meaningful benefits, such as household savings, quality jobs, and community ownership to American communities and households. EPA expects Solar for All grantees to maximize the breadth and diversity of households served in the program, including rural, urban, and suburban communities; energy communities; and persistent poverty counties, while

prioritizing investing in the most disadvantaged and low-income households in the communities the program is designed to serve.[8]

3. **Program Objective 3: Mobilize financing and private capital to stimulate additional deployment of greenhouse gas- and air pollution-reducing projects.** GGRF program grantees will facilitate market transformation by addressing the barriers to mobilizing private capital into clean technology projects in undercapitalized markets. Grantees will catalyze additional investment in underinvested project types critical to achieving our climate goals and in underinvested communities that have long faced barriers to accessing capital. Solar for All grantees will stimulate additional deployment of solar by strengthening the overall market for residential-serving solar by not only providing access to low-cost capital but also providing project-deployment services, such as community outreach and workforce development. Solar for All will catalyze the deployment of residential distributed solar by developing favorable market environments for low-income and disadvantaged communities to deploy and benefit from solar across the country.

Grantees must align their programs with these three objectives, including setting targets as described in *Section IV.C: Content of Application Submission*.

## D. Competition Terminology

This section defines competition terminology referenced throughout this funding opportunity. Some of this terminology includes important requirements of the grant award that should be carefully considered in preparing the application.

**Capital Mobilization:** For this competition, capital mobilization refers to additional capital contributions made toward qualified projects as a result of the grant's activities. Applicants may define methodologies to set goals and targets for capital mobilization for the purposes of their applications. An example methodology is provided below; applicants that do not use this methodology will not be penalized.

Capital mobilization is defined as the total capital contributions toward projects that are financed by the grantee, excluding grant funds; under this definition, capital mobilization for a particular project may be calculated as total capital contributions toward the project, less grant funds committed to the project by the grantee. Total capital contributions may include financing provided by the grantee with funds raised from private capital providers (including through balance-sheet leverage and securitizations), additional sources of financing provided to project sponsors from private capital providers, equity contributions from project sponsors, and sources of public capital including tax increment financing and other tax incentives. Private capital mobilization is defined as a subset of capital mobilization, excluding capital contributions from public entities, including federal, state, and local government entities (such as tax credits and other financial incentives) other than grant funds provided under this competition.

[8] Energy communities are coal mining and power plant communities, including but not limited to the 25 energy communities identified by the Interagency Working Group on Coal & Power Plant Communities & Economic Revitalization.

For this competition, the capital mobilization ratio is defined as the grantee's capital mobilization (as defined above), divided by the grantee's capital commitments through financial assistance (i.e., total financial contributions to the project). The private capital mobilization ratio is defined as the grantee's private capital mobilization (as defined above), divided by the grantee's capital commitments through financial assistance. These ratios exclude the grantee's expenditures for project-deployment technical assistance and program administration activities.

**Coalition Application:** A coalition application is one of the two types of eligible applications under this competition. A coalition application is composed of one lead applicant, which partners with one or more non-lead coalition member(s) that are named in the application and would receive subawards (in the form of subgrants) to carry out a portion of the grant's activities if the application is selected. The lead applicant must be an eligible applicant and submit the application on behalf of the coalition. The non-lead coalition member(s) may be eligible applicants as defined in Section 134(c)(1) as well as other types of nonprofits, governmental entities, and Institutions of Higher Education[9] that are entities eligible for subawards under the EPA Subaward Policy.[10] **An application submitted by a coalition should describe the overall coalition's program plan, including the role of each coalition member in the Program Narrative**.

If selected, the lead applicant will become the grantee, administer the grant as a pass-through entity for the purposes of 2 CRF Part 200, and be accountable to EPA for effectively carrying out the full scope of work and the proper financial management of the grant (including subawards to non-lead coalition members). Additionally, if selected, as provided in 2 CFR § 200.332, non-lead coalition members will become subrecipients accountable to the lead applicant for proper use of EPA funding. Applicants do not need to identify all subgrantees at the time of application (only coalition members must be named), yet applicants should identify in the budget narrative and the Budget Table the intent to award subawards even if the subgrantee is not identified. **Note that pursuant to 2 CFR § 200.332(a)(2), as implemented in Items 2 and 4 of EPA's *Establishing and Managing Subawards* General Term and Conditions, successful lead applicants of coalitions must ensure that the terms and conditions of the grant agreement "flow down" to any coalition members as well as other eligible subrecipients that are provided subawards.**

**Eligible Zero-Emissions Technology:** Section 134(a)(1) of the Clean Air Act provides that grants be used to provide financial assistance and technical assistance "to enable low-income and disadvantaged communities to deploy or benefit from zero-emissions technologies." Section 134(c)(4) of the Clean Air Act provides that the term zero-emissions technology means any technology that produces zero emissions of (a) any air pollutant that is listed in Section 108(a) (or any precursor to such an air pollutant) and (b) any greenhouse gas. EPA is implementing this statutory language by identifying the four technology categories that exclusively qualify for financial and technical assistance from Section 134(a)(1). These technology categories are defined below. Note: "distributed solar" is used to refer to residential rooftop and residential-serving community solar throughout this NOFO.

[9] See definition of *Institution of Higher Education* at 2 CFR § 200.1. Proprietary colleges and universities and similar for-profit providers of educational services are not eligible for subawards under this program.
[10] For profit firms and individual consultants may not be coalition members.

- **Residential Rooftop Solar:** Behind-the-meter solar photovoltaic (PV) power-producing facilities, including rooftop, pole-mounted, and ground-mounted PV systems, that support individual households in existing and new single-family homes, manufactured homes, and multifamily buildings. The definition of residential rooftop solar includes behind-the-meter solar facilities serving multifamily buildings classified as commercial buildings so long as the solar facility benefits individual households either directly or indirectly such as through tenant benefit agreements. Residential rooftop solar includes properties that are both rented and owned.

- **Residential-Serving Community Solar:** A solar PV power-producing facility or solar energy purchasing program from a power-producing facility, with up to 5 MW nameplate capacity, that delivers at least 50% of the power generated from the system to multiple residential customers within the same utility territory as the facility. There are a variety of community solar ownership models that can be considered, including community-owned solar, third-party-owned community solar, and utility-owned community solar.

- **Associated Storage:** Infrastructure to store solar-generated power for the purposes of maximizing residential rooftop and residential-serving community solar deployment, delivering demand response needs, aggregating assets into virtual power plants, and delivering residential power during grid outages. Financial assistance for associated storage must be deployed in conjunction with financial assistance for a solar PV system and the storage asset must be connected to the solar PV system.

- **Enabling Upgrades:** Investments in energy and building infrastructure that are necessary to deploy and/or maximize the benefits of a residential rooftop and residential-serving community solar project. Enabling upgrades can include, but are not limited to, electrical system upgrades, structural building repairs and energy efficiency. Applicants may decide the exact types of enabling upgrades that are eligible for Solar for All financial assistance, yet all enabling upgrades should be energy and building infrastructure related and deployed in conjunction with financial assistance for an eligible solar PV system. **Financial assistance for enabling upgrades may comprise up to 20% of the total financial assistance deployed during the lifetime of the program.**

**Grant Fund Activities:** Section 134(a)(1) of the Clean Air Act provides that funds for this competition be used for financial assistance and technical assistance as well as program administration costs allowable under federal awards. These three cost activities are defined below.

- **Financial Assistance:** Financial assistance is defined as subgrants, rebates, subsidies, other incentive payments, debt (including loans, partially forgivable loans, forgivable loans, soft loans, subordinate debt), and other financial products consistent with the definition of *Federal financial assistance* in 2 CFR § 200.1 and *Participant support costs* in 2 CFR § 1500.1.[11] Solar for All financial assistance is intended to enable low-income and disadvantaged communities to deploy and benefit from solar, storage, and enabling upgrades, while ensuring all projects

[11] An applicant may propose a financial assistance strategy which generates program income (as defined at 2 CFR § 200.1 and includes, but is not limited to, repayments of the principal on loans, interest on loans, loan origination fees and may include other income from investments of GGRF grant funds). EPA specific rules on program income are provided at 2 CFR § 1500.8. EPA will negotiate terms and conditions governing program income with a successful applicant who will use EPA funding to capitalize revolving loan funds.

deliver household savings, among other benefits. Most applicants should use **at least 75% of program funds on financial assistance** and should maximize solar deployment funded by this program. **EPA will evaluate proposals more favorably if the applicant proposes to use 75% of program funds or more on financial assistance. Please see *Section I.E: Scope of Work* for additional guidance and details on applicability.**[12]

- **Project-Deployment Technical Assistance:** Section 134(a)(1) of the Clean Air Act provides that funds for this competition be used for "technical assistance." Technical assistance is defined as "project-deployment technical assistance" and is services and tools provided by grantees to communities and energy stakeholders to overcome non-financial barriers to solar deployment. Examples of these services and tools include workforce training, customer outreach and education, project deployment assistance such as siting, permitting, and interconnection support (including procurement of services and tools from National Labs), and coordination with utilities for the purposes of project deployment.

- **Program Administration Activities:** Consistent with 2 CFR § 200.403, expenditures such as program administration costs are allowable under federal awards provided they are necessary and reasonable for the performance of the award—in this program, for the provision of financial assistance and project-deployment technical assistance. Expenditures for program administration activities could include those for program performance, financial and administrative reporting, and compliance, including but not limited to activities to support, monitor, oversee, and audit subrecipients, contractors, and program beneficiaries. Program administration costs include procuring services and tools that support the grantee in program design (e.g., technical assistance from the DOE National Laboratories to support the grantee directly for program design).[13]

**Low-Income and Disadvantaged Communities:** Section 134(a)(1) of the Clean Air Act appropriates $7 billion for the purposes of providing financial and technical assistance to enable "low-income and disadvantaged communities" to deploy and benefit from residential distributed solar. GGRF defines low-income and disadvantaged communities as encompassing the following four categories, as defined below: (a) communities identified as disadvantaged by the CEJST mapping tool; (b) a limited number of additional communities identified as disadvantaged by the EJScreen mapping tool; (c) geographically dispersed low-income households; and (d) properties providing affordable housing.

a. **CEJST-Identified Disadvantaged Communities:** The Climate and Economic Justice Screening Tool (CEJST) is a publicly-available mapping tool developed by the White House

[12] Further in this document, EPA explains how Solar for All has three different award options for applicants. Applicants will determine their relevant award option based on the type of communities the applicants are designing a program to serve. Most applicants should use at least 75% of program funds for financial assistance; applicants applying to serve Indian and Alaska Native communities should use at least 65% of program funds for financial assistance. Thus, programs serving Indian and Alaska Native communities may use up to 35% of program funds for project-deployment technical assistance and program administration.

[13] As provided in section 7.0(a) of EPA's Subaward Policy, Federally Funded Research and Development Centers are eligible subrecipients provided the substance of the transaction is consistent with the guidance at 2 CFR § 200.331 and Appendix A: Distinctions Between Subrecipients and Contractors.

Council on Environmental Quality. GGRF's definition of "disadvantaged communities" includes all communities identified as disadvantaged through the CEJST.

b. **EJScreen-Identified Disadvantaged Communities:** EJScreen is a publicly-available, place-based environmental justice screening and mapping tool developed by the EPA. GGRF's definition of "disadvantaged communities" includes (1) the limited supplemental set of census block groups that are at or above the 90th percentile for any of EJScreen's supplemental indexes[14] when compared to the nation or state or (2) geographic areas within Tribal lands as included in EJScreen.

c. **Geographically Dispersed Low-Income Households:** GGRF's definition of "geographically dispersed low-income households" includes low-income individuals and households that fall within either of the two categories listed below.

- Individuals and households with incomes at or below the greater of:
    - *For Metropolitan Areas:* (1) 80% Area Median Income (AMI) and (2) 200% of the Federal Poverty Level
    - *For Non-Metropolitan Areas:* (1) 80% AMI; (2) 80% Statewide Non-Metropolitan Area AMI; and (3) 200% of the Federal Poverty Level
- Individuals and households currently approved for assistance from or participation in at least one of the following income-based or income-verified federal assistance programs, with an award letter within the last 12 months: (1) U.S. Department of Health and Human Services' (HHS) Low Income Home Energy Assistance Program; (2) U.S. Department of Agriculture's (USDA) Supplemental Nutrition Assistance Program; (3) U.S. Department of Energy's (DOE) Weatherization Assistance Program; (4) Federal Communications Commission's Lifeline Support for Affordable Communications; (5) USDA's National School Lunch Program; (6) U.S. Social Security Administration's Supplemental Security Income; or (7) any other verified government or non-profit program serving Asset Limited, Income Constrained, Employed (ALICE) individuals or households designated by the EPA Administrator

d. **Properties Providing Affordable Housing:** GGRF's definition of "properties providing affordable housing" includes properties serving low-income individuals and households defined as properties that fall within either of the two categories listed below.

- Multifamily housing with rents not exceeding 30% of 80% AMI for at least half of residential units and with an active affordability covenant from one of the following federal or state housing assistance programs: (1) Low-Income Housing Tax Credit; (2) a housing assistance program administered by the U.S. Department of Housing and Urban Development (HUD), including Public Housing, Section 8 Project-Based Rental Assistance, Section 202 Housing for the Elderly, Section 811 Housing for Disabled, Housing Trust Fund, Home Investment Partnership Program Affordable Rental and Homeowner Units, Permanent Supportive Housing, and other programs focused on the

---

[14] The EJ Supplemental Indexes cover 12 environmental indicators: Particulate Matter 2.5, Ozone, Diesel Particulate Matter, Air Toxics Cancer Risk, Air Toxics Respiratory Hazard Index, Traffic Proximity, Lead Paint, RMP Facility Proximity, Hazardous Waste Proximity, Superfund Proximity, Underground Storage Tanks, and Wastewater Discharge. Within EJScreen, the EJ Supplemental Indexes can be found on the "Maps" tab by clicking the "Threshold Map."

goal of ending homelessness funded under HUD's Continuum of Care Program; (3) a housing assistance program administered by USDA under Title V of the Housing Act of 1949, including under Sections 514 and 515; (4) a housing assistance program administered by a tribally-designated housing entity, as defined in Section 4(21) of the Native American Housing Assistance and Self-Determination Act of 1996 (25 U.S.C. § 4103(22); or (5) any other housing assistance program designated by the EPA Administrator

- Naturally-occurring (unsubsidized) affordable housing with rents not exceeding 30% of 80% AMI for at least half of residential units[15]

**Meaningful Benefits of Residential Rooftop and Residential-Serving Community Solar:** Consistent with Section 134(a)(1), this program must "enable low-income and disadvantaged communities to deploy or benefit" from solar. This program defines "benefit" as the five meaningful benefits of residential rooftop and residential-serving community solar defined below. EPA will evaluate applications on their vision and ability to maximize the following benefits received by low-income and disadvantaged communities.

1. **Household Savings:** Delivering a minimum of 20% household savings to all households served under the program, including households in multi-family, master-metered buildings; 20% household savings is defined as 20% of the average household electricity bill in the utility territory. Household savings can be delivered as a direct financial benefit or, for households without an individual utility bill, a direct non-financial benefit equivalent in value to the program's household savings target in the utility territory. Additional detail on how to calculate household savings is included in *Appendix C: Household Savings Guidance*. Applicants may propose preliminary estimates in the financial assistance model for household savings and explain how they plan on refining those estimates during the first year of the program if more analysis is needed. EPA expects to work with grantees to refine estimates for household savings
2. **Equitable Access to Solar:** Ensuring the program increases access to residential distributed solar generation in low-income and disadvantaged communities through financing products and project-deployment technical assistance, maximizing the breadth and diversity of the households that can benefit from solar
3. **Resilience Benefits:** Increasing the resilience of the power grid by creating capacity that can deliver power to low-income and disadvantaged households and/or to critical facilities serving low-income and disadvantaged households during a grid outage
4. **Community Ownership:** Facilitating ownership models that allow for low-income households and disadvantaged communities to access the additional economic benefits of asset ownership
5. **Workforce Development and Entrepreneurship:** Investing in high-quality jobs and businesses in low-income and disadvantaged communities by supporting prevailing wages, investing in effective workforce training programs for underserved populations (e.g., pre-

[15] Applicants will be evaluated on their strategies to ensure the long-term housing affordability for properties that receive Solar for All financial assistance.

apprenticeship and registered apprenticeship programs), and prioritizing equitable economic opportunities for women and minority-owned businesses and contractors

**Program Income:** Consistent with 2 CFR § 200.1, program income means gross income earned by the grantee that is directly generated by a supported activity or earned as a result of the grant award. For this competition, program income includes but is not limited to origination fees, interest payments, income from principal and interest payments on loans made with federal award funds (e.g., repayments from revolving loan funds), interest from short-term securities (e.g., cash deposits of program income), asset sales, and other sources of program income (e.g., proceeds from bonds issued by governmental entities that were financed with EPA grant funds). EPA-specific rules on program income are provided at 2 CFR § 1500.8.

## E. Scope of Work

The Solar for All competition will fund applicants applying to expand existing or develop new Solar for All programs. A Solar for All program is a program that ensures low-income households have access to residential rooftop and residential-serving community solar energy, often through providing financial support and other incentives. These programs ensure low-income households receive the benefits of residential distributed solar by providing customers household savings, community ownership, energy resilience, and other meaningful benefits. Solar programs can extend beyond solar generating capacity to include associated storage and enabling upgrades that allow for the deployment of solar energy in low-income and disadvantaged communities. Programs may also include solar project-deployment technical assistance such as workforce training programs that enable underserved communities to participate in the economic opportunity created by the energy transition. All financial and technical assistance funded through GGRF's Solar for All competition must enable low-income and disadvantaged communities to deploy and benefit from solar and storage. The Solar for All competition will fund multi-year programs that subsidize many projects while laying the groundwork to transform distributed residential solar generation markets in low-income and disadvantaged communities.

Existing low-income solar programs are considered existing Solar for All programs, which can be expanded with funding from this competition.[16] Applicants that operate existing Solar for All programs should detail in their application how they will expand their existing program. Examples of expansion strategies include, but are not limited to, increasing program caps or carveouts; reevaluating the current subsidy size; expanding eligibility; introducing new subsidies for storage of solar energy and enabling upgrades; increasing household savings for subscribers; expanding community ownership opportunities; funding workforce training programs; and introducing new project-deployment technical assistance.

[16] Grant funds from this competition statutorily must enable low-income and disadvantaged communities (as defined in *Section I.D: Competition Terminology*) to deploy or benefit from distributed solar. GGRF Solar for All program funds can augment existing programs so long as the funds are deployed to enable low-income and disadvantaged communities as defined in this document. This requirement may not be entirely congruent with an existing Solar for All program's definitions, and grantees will need to ensure that GGRF funds are deployed according to the statutory requirements.

Both new and existing programs funded by this competition should align with the scope and vision of the GGRF Solar for All program. This vision includes delivering meaningful benefits, as described in *Section I.D: Competition Terminology*, and achieving the program objectives defined in *Section I.C: GGRF Solar for All Program Objectives*. Solar for All programs funded in this competition will provide financial and technical assistance to enable low-income and disadvantaged communities to deploy and benefit from solar and storage projects over a five-year period of performance. EPA expects all funds to be deployed within the five-year period of performance. Applicants may elect to include a program planning period in their application that should not exceed one year. This planning period can give the grantee time to refine program plans after receiving an award from EPA and before beginning to deploy financial and technical assistance. Using time and grant funds for program planning should help applicants create a strong foundation for a low-income solar program that is sustainable and long-lasting and fundamentally reshapes local solar markets to better serve low-income and disadvantaged communities.

EPA intends to make up to 60 awards under this competition with three award options for applicants. The approximate guidance on number of awards in each bucket are estimated maximums for each award option. EPA intends to limit the total number of awards across all three award options to 60 awards.

(1) Up to 56 awards, one to serve each of the 56 states/territories eligible for this competition[17]

(2) Up to 5 awards to serve American Indian and Alaska Native Communities

(3) Up to 10 awards to serve similar communities across multiple states

The table below explains the eligible applicants for each award option, the number of awards available, and a summary of the different scope of work for each award option.

[17] Under this competition, all 50 states, the District of Columbia, the Commonwealth of Puerto Rico, the Virgin Islands, Guam, American Samoa, and the Commonwealth of the Northern Mariana Islands are eligible to compete under the definition of a "State" in section 302(d) of the Clean Air Act.

| | | **Award Option #1** – State and Territory Programs | **Award Option #2** – American Indian and Alaska Native Programs | **Award Option #3** – Multi-state Programs |
|---|---|---|---|---|
| **Eligible applicants** including coalitions with a lead applicant that is an eligible applicant | States | ✓ Eligible | | |
| | Territories | ✓ Eligible | | |
| | Tribal governments | ✓ Eligible | ✓ Eligible | ✓ Eligible |
| | Municipalities (including councils of governments) | ✓ Eligible | | ✓ Eligible |
| | Eligible nonprofit recipients | ✓ Eligible | ✓ Eligible | ✓ Eligible |
| **Number of awards** | | Up to 56 | Up to 5 | Up to 10 |
| **Geographic scope of work** | | Develop Solar for All programs that **serve a specific state/territory or a portion of a state/territory** (e.g., a coalition of municipalities within a state/territory) | Develop Solar for All programs that **serve American Indian and Alaska Native Communities** | Develop Solar for All programs that **serve similar communities in multiple states** |

EPA reserves the right to modify this award allocation based on the quality of applications that are received and other program considerations. EPA aims to maximize national geographic coverage of the program across all three award options. Note that only activities that serve communities within the boundaries of the United States (including Puerto Rico) and its territories are eligible for funding under the Solar for All program.

All low-income and disadvantaged communities nationwide should be able to access the benefits of this program. Solar policies, economics, and market conditions vary significantly across states and territories. EPA has designed three award options to account for these varying contexts, while also leaving room for innovative programs to serve multiple markets and solve shared challenges. To apply to award option #1, an application must cover only <u>one</u> state or territory. If an applicant is interested in serving multiple states and/or territories and is not designing a program to serve similar communities in multiple states as described in award option #3, the applicant must submit an application for each state and/or territory that the applicant proposes to serve. In award option #1, applicants will be ranked against other applicants applying to serve the applicable state or territory. To apply to award option #2, an application must propose a program to serve American

Indian and Alaska Native Communities. To apply to award option #3, an applicant must submit a program that serves similar communities in multiple states that face similar barriers to distributed solar deployment. Additional detail on award option requirements can be found in *Section II.A: Number and Amount of Awards*.

EPA anticipates issuing awards of varying amounts. Applicants for all three award options can apply for a small-sized program ($25 - $100 million), a medium-sized program ($100 - $250 million), or a large-sized program ($250 - $400 million). Applicants must follow the guidance in *Section II.A: Number and Amount of Awards,* which describes the program size(s) an applicant is eligible for by reference to the total population of the census tracts identified as disadvantaged by CEJST in the geography the program is applying to serve. The below table summarizes these requirements. Please refer to *Section II.A: Number and Amount of Awards* for additional details on how to determine what size program for which applicants may apply.

| | **Small Programs** | **Medium Programs** | **Large Programs** |
|---|---|---|---|
| **Award range** | $25 million and up to $100 million | Greater than $100 million and up to $250 million | Greater than $250 million and up to $400 million |
| **Total population of disadvantaged census tracts identified by CEJST in the geography the program will cover** | Fewer than 1 million people | Between 1 million people and 5 million people, inclusive | Greater than 5 million people |
| **Number of awards EPA anticipates making** | Up to 35 | Up to 20 | Up to 5 |

EPA reserves the right to modify the award allocation based on the quality of applications that are received and other program considerations. EPA encourages applicants to maximize households served with the funds requested in their application.

EPA expects applicants to maximize financial assistance to projects. Applicants to award option #1 and award option #3 should aim to use at least 75% of the award for financial assistance to solar projects. Applicants to award option #2 – American Indian and Alaska Native programs should aim to use at least 65% of funds for financial assistance to solar projects. These targets for financial assistance to solar projects includes financial assistance for associated storage and enabling upgrades in conjunction with a solar project supported under this program. The remaining funds may be used for project-development technical assistance and program administration.

Since American Indian and Alaska Native Communities face additional challenges in deploying solar, EPA intends to provide additional flexibility in their use of funds for project-deployment technical assistance. For applicants to award option #2 – American Indian and Alaska Native Programs, applicants may use up to 35% of award funds for project-development technical assistance and program administration. Consequently, these applicants should ensure that at least 65% of the program budget is allocated for financial assistance to solar projects.

The table below summarizes the guidance on share of funds that can be used for financial assistance.

| | **Award Option #1** – State and Territory Programs | **Award Option #2** – American Indian and Alaska Native Programs | **Award Option #3** – Multi-state Programs |
|---|---|---|---|
| **Financial Assistance**, share of funds | Target at least **75%** of funds | Target at least **65%** of funds | Target at least **75%** of funds |

As defined in *Section I.D: Competition Terminology*, eligible financial assistance includes subsidies, grants, rebates, forgivable loans, and recyclable financial products such as loans (including soft loans and subordinate loans). Applicants should detail how they expect to deliver this financial assistance to projects in their application. Some examples of how existing low-income solar programs offer financial assistance include developer subsidies for customer acquisition and installation, subsidies on subscription prices for residential-serving community solar, and supplemental credits on energy bills for new solar deployment.

All financial assistance must enable low-income and disadvantaged communities to deploy and benefit from residential-rooftop and residential-serving community solar capacity, associated storage, and enabling upgrades.

Strategies to integrate financial assistance for storage and enabling upgrades should be designed to maximize solar deployment to the greatest extent possible. EPA encourages that financial assistance for storage be designed to maximize energy resilience for households. In addition, EPA recommends that applicants adopt a flexible definition of enabling upgrades to address the various infrastructure barriers inhibiting solar deployment for low-income and disadvantaged communities. Financial assistance for enabling upgrades should be no more than 20% of the total program financial assistance in the lifetime of the program.

As defined in *Section I.D: Competition Terminology*, eligible project-deployment technical assistance includes community engagement strategies, including education, outreach, and dissemination of information to the public; customer acquisition support; management and verification requirements; cross-program coordination specific to project deployment (e.g., engaging with DOE's WAP); workforce training; and other wrap-around program support

elements. Applicants should detail in their application the market barriers in the geography they are applying to serve and how they will use project-deployment technical assistance to address those barriers.

To achieve the statutorily defined role of this program "to enable low-income and disadvantaged communities to deploy or benefit from zero-emissions technologies," EPA expects applicants to consider how market structures and regulatory policies in the applicable service area may impact the deployment of solar and storage in low-income and disadvantaged communities. These market structures and policies include net metering, third-party ownership, and renewable portfolio standards, among others. Applicants will be evaluated on their strategies and plans to overcome any relevant structural barriers to maximize the number of households served, including by catalyzing additional solar deployment beyond projects directly funded by Solar for All financial assistance. Strong applicants will have plans to collaborate with relevant market stakeholders such as utilities, public utility commissions, and other jurisdictional entities to address these barriers.

Market transformation is needed to overcome current deployment inequalities—and realization of the associated benefits—in the distributed solar and storage generation market. Solar for All applicants should consider how their proposed program will catalyze public sector and private sector participation in their program design—through financial and technical assistance.

Lastly, Solar for All grantees can also use awards for program administrative activities—such as program personnel, technology, and procuring services and tools that support program design. Additional information on administrative costs is in *Section III.D: Allowable and Unallowable Costs*.

## F. Required Notice of Intent

Applicants are required to submit a Notice of Intent (NOI) to be eligible to apply to the Solar for All competition. An NOI is required for every application you anticipate submitting. You must answer all questions listed in this section to complete the NOI. A list of the organizations that submit NOIs will be made public on epa.gov/GGRF and updated frequently during the NOI open period. EPA will not publicly share which award option the applicant is applying for nor information on the estimated EPA funding requested. NOIs must be submitted by email to GGRF@epa.gov according to the following deadlines and requirements. **In your email, please include one document as an attachment that has both a letter signed by an authorized official based on the instructions and the answers to questions #1 through #3 below.**

- **States, the District of Columbia, and Puerto Rico:** July 31, 2023 11:59 PM (Eastern Time). NOIs must include an attached letter or memo in support of the entity applying to the competition signed by one of the following authorized officials.
    - An official within the relevant governor's (or District of Columbia mayor's) office, or
    - The director of the agency that will respond to the Solar for All competition

- **Territories (specifically, The Virgin Islands, Guam, American Samoa, and the Commonwealth of the Northern Mariana Islands), Municipalities, and Eligible Nonprofit Recipients:** August 14, 2023 11:59 PM (Eastern Time). NOIs must include an attached letter or memo in support of the entity applying to the competition signed by one of the following authorized officials, depending on the applicant type.
  - **Territories:**
    - An official within the relevant governor's office, or
    - The director of the agency that will respond to the Solar for All competition
  - **Municipalities:**
    - The office of the chief executive (e.g., mayor, county manager)
    - The director of a designated municipal agency in the municipality
    - The executive director or equivalent senior management level official of a council of governments
  - **Eligible Nonprofit Recipients:**
    - The executive director or equivalent senior management level official of the nonprofit (e.g., executive director, chief executive officer, chief operating officer)
- **Tribal Governments and Intertribal Consortia:** August 28, 2023 11:59 PM (Eastern Time). NOIs must include an attached letter or memo in support of the entity applying to the competition signed by one of the following authorized officials.
  - The chief executive of the Tribe (e.g., chairperson) or executive director or equivalent senior management level official of an intertribal consortium that meets the requirements of 40 CFR 35.504.

**NOIs for coalitions:** If applying in a coalition, regardless of the type of applicant, only the lead applicant is required to submit an NOI according to the applicable requirements above, depending on the type of lead applicant. EPA recommends that coalition applicants include the names of all the entities involved in the coalition, but it is not required as part of the NOI.

**In the NOI, applicants must include the following information for every application they plan to submit to the competition:**

1. **Applicant Name.** Identify the name of the organization submitting the application.
2. **Applicant Eligibility.** Indicate whether the applicant is a state/territory, Tribal government, municipality, or eligible nonprofit recipient using the criteria outlined under *Section III.A: Eligible Applicants*.
3. **Number and Type of Applications:** State the number of applications you anticipate submitting. For each application, include:
   a. **Award Option.** State the specific award option (award option #1, #2, or #3) you will apply to as defined in *Section II.A: Number and Amount of Awards*.

b. **Program Location.** Describe the geographic coverage (i.e., which states, territories, Tribes, municipalities your program will cover) for the program.

c. **Estimated EPA Funding Requested.** Provide an estimate of the award amount you expect to request in your application based on the guidance defined in *Section II.A: Number and Amount of Awards.* *(Note: EPA will not make this information public).*

**Applicants that do not submit a NOI by the above deadlines will be deemed ineligible. Information submitted in the NOI must be identical to information submitted in the application, except answers to question 1 (applicant name) for some applicants and answers to question 3.c (estimated EPA funding amount requested) for all applicants. These exceptions are explained in *Section III.C: Threshold Eligibility Criteria*.**

## G. Environmental Results and Strategic Plan Information

Pursuant to Section 6.a of EPA Order 5700.7A1, Environmental Results under Assistance Agreements, EPA must link proposed assistance agreements with the Agency's Strategic Plan. EPA must also require applicants and grantees to adequately describe environmental outputs and outcomes to be achieved under assistance agreements.

Awards made under this funding opportunity will support the following goals and objectives of the FY 2022-2026 EPA Strategic Plan.

- **Goal 1: Tackle the Climate Crisis**
  - Objective 1.1: Reduce Emissions that Cause Climate Change
  - Objective 1.2: Accelerate Resilience and Adaptation to Climate Change Impacts
  - Objective 1.3: Advance International and Subnational Climate Efforts
- **Goal 2: Take Decisive Action to Advance Environmental Justice and Civil Rights**
  - Objective 2.1: Promote Environmental Justice and Civil Rights at the Federal, Tribal, State, and Local Levels
  - Objective 2.2: Embed Environmental Justice and Civil Rights into the EPA's Programs, Policies, and Activities
- **Goal 4: Ensure Clean and Healthy Air for All Communities**
  - Objective 4.1: Improve Air Quality and Reduce Localized Pollution and Health Impacts

## H. Measuring and Reporting Environmental Results: Example Outputs, Outcomes, and Performance Measures

Pursuant to EPA Order 5700.7A1, Environmental Results under Assistance Agreements, EPA must require applicants and grantees to adequately describe environmental outputs and outcomes to be achieved under assistance agreements. Outputs and outcomes differ both in their nature and in how they are measured.

- **Outputs:** The term "output" means an environmental activity, effort, and/or associated work product related to an environmental goal or objective that will be produced or provided over a period or by a specified date. Outputs may be quantitative or qualitative but must be measurable during the period of performance.
- **Outcomes:** The term "outcome" means the result, effect, or consequence that will occur from carrying out an environmental program or activity that relates to an environmental or programmatic goal or objective. Outcomes may be environmental, behavioral, health-related, or programmatic in nature; may be quantitative or qualitative; and may not necessarily be achievable within the period of performance.

Applicants will discuss environmental outputs and outcomes in the Program Narrative as described in *Section IV.C: Content of Application Submission*. Examples outputs and outcomes, that align with the three GGRF program objectives are detailed in the below table. EPA will further describe the required outputs and outcomes, as well as how grantees will measure against those outputs and outcomes, in the reporting requirements defined in the grant's terms and conditions. *Section VI.C: Program Performance Reporting Requirements* details initial guidance on these anticipated requirements.

| Category | Example Solar for All Outputs | Example Solar for All Outcomes[18] |
|---|---|---|
| Climate and Air Pollution Benefits | • **Number of projects financed** by geography and type of project (residential rooftop solar, residential-serving community solar) (#)<br>• **Solar capacity installed** by geography and type of project (MW)<br>• **Storage capacity installed** by geography, type of project (MWh) | • **Clean energy generation** by geography, type of project, and technology (MWh)<br>• **Greenhouse gas emissions reduced and avoided** by geography and type of project (tons $CO_2e$)<br>• **Other air pollution reduced and avoided** by geography and type of project (tons other air pollutants such as particulate matter, nitrogen dioxide, ozone, etc.) |

[18] EPA will work with recipients to develop a standardize methodology for measuring and estimating outcome metrics which may include standardized equations, tools such as EPA's Avoided Emissions and Generation Tool (AVERT), and standardized assumption sources.

| | | |
|---|---|---|
| Equity and Community Benefits[19] | • **Number of households benefitting** from projects by geography and type of project (#)<br>• **Amount of household savings delivered** by geography and type of project ($)<br>• **Workers trained by workforce development programs** by geography (#) and their starting wages and benefits ($)<br>• **Projects executed using tools to promote good jobs and community benefits** (e.g., Community Workforce Agreement, Community Benefits Agreement, Project Labor Agreement) by geography, project-type (#)<br>• **Investments in or in partnership with women- and minority-owned businesses** by geography, type of engagement (e.g., investment in a business, partnership on a deal, procurement of services), type of project (# of businesses engaged) ($ of procurement costs) | • **Number of households with resiliency benefits** by geography (#)<br>• **Clean energy capacity owned by communities** in direct ownership models by geography, type of project, type of community owner (household, community-based organization) and technology (MW, MWh)<br>• **Number of solar jobs created** by geography (#)<br>• **Reduced disparities in energy burden between low-income and non-low-income households** by geography ($)<br>• **Increased wages for individuals working in solar energy** by geography (%) |
| Market Transformation Benefits | • **Grant funds deployed** by type of cost (financial assistance, technical assistance, program administration) ($)<br>• **Financial assistance deployed** by geography, type of cost (solar, storage, and enabling upgrades), type of financial assistance (e.g., subsidy, loans), type of project, type of technology ($)<br>• **Total private sector financing mobilized**, alongside projects funded directly by Solar for All by geography, type of project ($) | • **Changes in net metering caps** by geography by type of project (MW, %)<br>• **Changes in interconnection timelines** by geography (days)<br>• **Changes in Solar Renewable Energy Credit (SREC) values** by geography ($)<br>• **Distributed clean energy capacity deployed benefitting communities** not directly financed by Solar for All by geography, type of project, type of technology, and recipient-type (households, community-serving |

[19] Equity and Community Benefits are defined as the meaningful benefits of residential rooftop and residential-serving community solar as defined in *Section I.D: Competition Terminology*.

| | | |
|---|---|---|
| | • **Number of community-based organizations engaged by Solar for All services** (e.g., technical assistance programs for solar deployment, education programs) by geography (#)<br>• **Financial assistance deployed to consumers with limited credit history** by geography, type of financial assistance, type of project, type of technology ($) | institutions), type of community (low-income and disadvantaged communities, other communities) (MW, MWh)<br>• **Capital deployed to finance distributed clean energy capacity** not directly financed by Solar for All by geography, type of project, type of technology, and recipient-type (households, community-serving institutions), type of community (low-income and disadvantaged communities, other communities) ($) |

EPA expects applicants to integrate program evaluation activities into their program design as described in *Section IV.C: Content of Application Submission*. Applicants should include plans for conducting evaluations of their GGRF program administration and project portfolios. Program evaluations should include assessment of effectiveness and efficiency in achieving outputs, outcomes, and objectives as described in the logic model. All evaluations must be conducted in adherence with ORDER 1000.33 03/25/2022 U.S. Environmental Protection Agency Policy for Evaluations and Other Evidence-Building Activities, including timely publication of findings.

Grantees will also be expected to report, on an ongoing basis, the underlying methodologies, technologies, data sources, inputs and assumptions, and other significant analytical choices used to calculate or estimate outputs and outcomes. EPA will work with grantees to ensure standardized reporting requirements and identifying tools to support reporting.

## I. Additional Provisions for Applicants Incorporated into the Funding Opportunity

Additional provisions that apply to Sections III, IV, V, and VI of this funding opportunity and/or awards made under this funding opportunity, can be found at EPA Solicitation Clauses. These provisions are important for applying to this funding opportunity and applicants must review them when preparing applications for this funding opportunity. If you are unable to access these provisions electronically at the website above, please contact the EPA point of contact listed in *Section VII: Contact Information* to obtain the provisions.

EPA recommends that you do not include confidential business information (CBI) in your application. However, if CBI is included, it will be treated in accordance with 40 CFR § 2.203. Applicants must clearly indicate which portion(s) of their application they are claiming as CBI. EPA will evaluate such claims in accordance with 40 CFR Part 2. If no claim of confidentiality is made, EPA is not required to make the inquiry to the applicant otherwise required by 40 CFR § 2.204(c)(2) prior to disclosure under the Freedom of Information Act prior to or after selections are made.

# Section II. Federal Award Information

## A. Number and Amount of Awards

EPA anticipates awarding approximately $7,000,000,000 under this announcement, depending on Agency funding levels, the quality of applications received, agency priorities, and other applicable considerations.

EPA anticipates making up to 60 awards under this announcement—up to 56 awards for each state/territory eligible in this competition, up to 5 awards set aside to serve American Indian and Alaska Native Communities, and up to 10 awards for multi-state programs. EPA aims to maximize geographic coverage across all three award options. The award options, eligible applicants, and scope of work are explained below.

1. **Award option #1 - up to 56 awards to serve state and territory geographies:** All eligible applicants (i.e., states, territories, Tribal governments, municipalities, and eligible nonprofit recipients, as defined in Section III.A.) can apply to serve a single state or territory. Geographic areas that Solar for All can serve include each of the 50 states, the District of Columbia, the Commonwealth of Puerto Rico, the Virgin Islands, Guam, American Samoa, and the Commonwealth of the Northern Mariana Islands. Applicants interested in serving more than one state and/or territory and not serving similar communities in multiple states as described in award option #3 should submit one application for every geography they aim to serve. EPA is requiring applicants to submit one application per geography to ensure differences in state energy market policies are evaluated in context. A coalition of municipalities in the same state/territory should apply under award option #1. Note: programs under this award option do not need to serve the entirety of the state or territory, yet EPA will evaluate applications that maximize geographic coverage more favorably.
2. **Award option #2 - up to 5 awards to serve American Indian and Alaska Native Communities:** Tribal governments and/or eligible nonprofit recipients can apply for this award option. Eligible nonprofit recipients must have Tribal leadership at the senior management level (e.g., Chief Executive Officer, Chief Operating Officer, at least one Member of the Board of Directors) and experience serving American Indian and Alaska Native Communities to compete under this award option. EPA aims to maximize the ability of this program to serve the broadest population of American Indian and Alaska Native Communities, and EPA will evaluate applications on the extent to which they maximize the number of households served and geographic coverage.
3. **Award option #3 - up to 10 awards to serve similar communities across multiple states:** Tribal governments, municipalities and eligible nonprofit recipients can apply for awards to serve municipalities in multiple states. Applications for award option #3 should explain how the program proposes to address similar market challenges specific low-income and disadvantaged communities face in many states. Grantees will be expected to coordinate with state governments and regulators where applicable. Given the limited number of grants EPA can award under this competition, EPA will evaluate applications that maximize geographic coverage more favorably.

| | | **Award Option #1** – State and Territory Programs | **Award Option #2** – American Indian and Alaska Native Programs | **Award Option #3** – Multi-state Programs |
|---|---|---|---|---|
| **Eligible applicants** including coalitions with a lead applicant that is an eligible applicant | States | ✓ **Eligible** | | |
| | Territories | ✓ **Eligible** | | |
| | Tribal governments | ✓ **Eligible** | ✓ **Eligible** | ✓ **Eligible** |
| | Municipalities | ✓ **Eligible** | | ✓ **Eligible** |
| | Eligible nonprofit recipients | ✓ **Eligible** | ✓ **Eligible** | ✓ **Eligible** |
| **Number of awards** | | Up to 56 | Up to 5 | Up to 10 |
| **Geographic scope of work** | | Develop Solar for All programs that **serve a specific state/territory or a portion of a state/territory** (e.g., a coalition of municipalities within a state/territory) | Develop Solar for All programs that **serve American Indian and Alaska Native Communities** | Develop Solar for All programs that **serve similar communities in multiple states** |

There is no limit on the number of applications an applicant can submit to this program. An entity may submit more than one application for the Solar for All competition and more than one application to a particular award option so long as each application is for a different program (serving a different geography and different scope of work) and is separately submitted.

Note: the threshold eligibility differs between the three award options. Please refer to *Section III.C: Threshold Eligibility Criteria* to confirm application eligibility for each of these options. Applicants should clearly state in the Summary Program Cover Sheet the award option for which they are applying.

EPA expects award amounts to vary based on the geography of the proposed program. Awards will range from $25 million to $400 million, broken down by small, medium, and large-sized program awards as described below.

Applicants must submit proposals requesting funding amounts that do not exceed the award ranges described in the table below, a requirement which is based on the total population within

disadvantaged census tracts identified by CEJST in the geography the applicant proposes to serve.[20] For example, an applicant proposing a program covering a geography with a population of four million people in census tracts that are identified as disadvantaged per CEJST may apply for a medium-sized program award up to $250 million.

| | **Small Programs** | **Medium Programs** | **Large Programs** |
|---|---|---|---|
| **Award range** | $25 million and up to $100 million | Greater than $100 million and up to $250 million | Greater than $250 million and up to $400 million |
| **Total population of disadvantaged census tracts identified by CEJST in the geography the program will cover** | Fewer than 1 million people | Between 1 million people and 5 million people, inclusive | Greater than 5 million people |
| **Number of awards EPA anticipates making** | Up to 35 | Up to 20 | Up to 5 |

**<u>Applicants may not request funding amounts that exceed those prescribed in the table above.</u>** For example, an applicant with a program qualifying for a small program award (i.e., such applicant's proposed program covers a geography that includes census tracts identified by CEJST as disadvantaged with a total population less than one million people) **<u>may only</u>** apply for a small program award.

**<u>However, applicants may request funding amounts that are smaller than those prescribed in the table above</u>**. For example, an applicant with a proposed program that qualifies for a large program award (i.e., such proposed program covers a geography that includes more than five million people in census tracts identified by CEJST as disadvantaged) may choose to apply for a large, medium, or small program award.

**<u>All applicants should state clearly in the Summary Program Cover Sheet the geography that the proposed program will cover as well as the total population of the census tracts identified as disadvantaged by CEJST in the identified geography</u>**. To determine the population of census tracts identified by CEJST as disadvantaged, applicants can download an Excel file, titled "Communities list data," from the CEJST downloads webpage. This Excel file includes population data for all census tracts and identifies the census tracts that are disadvantaged according to CEJST.

[20] Population size as published by CEJST at the time of application.

Applicants can use column "T," titled "identified as disadvantaged," of the communities list data Excel to determine if a census tract is identified as disadvantaged. If this column is "TRUE," the census tract is disadvantaged according to CEJST. Applicants can refer to column "W," titled "total population" of the communities list data Excel to determine the total population of people by census tract. Importantly, the communities list data Excel includes both disadvantaged census tracts and other census tracts. Applicants should only consider the population in census tracts identified as disadvantaged by CEJST to determine their award range.

To determine the applicable program award size for a program, applicants must use the population of disadvantaged census tracts identified by CEJST within the geography the program will serve. Applicants may not augment CEJST identified disadvantaged community population with other population data when determining the applicable program award. EPA is choosing to use CEJST population as a proxy metric to determine the appropriate award range for applications, so all applicants are using the same readily available metric to identify the appropriate award range. Applicants may still serve other categories of low-income and disadvantaged communities as defined in *Section I.D: Competition Terminology* in their programs and proposed workplans.

EPA reserves the right to modify the award allocation described in the table above based on the quality of applications that are received and other program considerations. EPA encourages applicants to maximize households served with the funds requested in their application.

## B. Period of Performance

EPA anticipates the start date for programs funded under this funding opportunity will be July 2024. All activities funded with the initial grant award must be completed within the negotiated program performance period of up to five years, meaning all program grant funds must be deployed as described in the application. In addition, if program income is generated from the program, grantees will be required to retain and reuse program income for additional capital deployment.

## C. Partial Funding

In appropriate circumstances, EPA reserves the right to partially fund applications by funding discrete portions or phases of proposed projects. If EPA decides to partially fund an application, it will do so in a manner that does not prejudice any applicants or affect the basis upon which the application, or portion thereof, was evaluated and selected for award, and therefore maintains the integrity of the competition and selection process.

## D. Additional Awards

EPA reserves the right to make additional awards under this funding opportunity, consistent with Agency policy and guidance, if additional funding becomes available after the original selections are made. Any additional selections for awards will be made no later than six months after the original selection decisions.

## E. Funding Type

EPA anticipates awarding cooperative agreements under this funding opportunity. Cooperative agreements provide for substantial involvement between the EPA Project Officer and the selected applicant(s) in the performance of the work supported. Although EPA will negotiate precise terms and conditions relating to substantial involvement as part of the award process (program specific forms of substantial involvement by employees of EPA and other Federal agencies (e.g., DOE) are likely), generally substantial federal involvement for these projects may include any or all the below activities.

- Closely monitoring the successful applicant's performance to verify the results proposed by the applicant
- Collaborating during performance of the scope of work
- Reviewing proposed procurement, in accordance with 2 CFR § 200.317 and 2 CFR § 200.318
- Approving qualifications of key personnel (EPA will not select employees or contractors employed by the award recipient)
- Approving completion of project phases before the recipient can draw down funding for subsequent project phases
- Reviewing and commenting on reports prepared under the cooperative agreement (the final decision on the content of reports rests with the recipient)

EPA does not have the authority to select employees or contractors employed by the recipient. The final decision on the content of reports rests with the recipient.

# Section III. Eligibility Information

## A. Eligible Applicants

Note: Additional provisions that apply to this section can be found at EPA Solicitation Clauses.

Consistent with Assistance Listing No. 66.959, Section 134(a)(1) of the Clean Air Act, and EPA's Policy for Competition of Assistance Agreements (EPA Order 5700.5A1), eligible applicants for this competition include: (1) states (including territories as defined below), (2) municipalities, (3) Tribal governments, or (4) eligible nonprofit recipients. Applicants are required to be eligible applicants at the time of application. The definitions of a state, municipality, Tribal government, and eligible nonprofit recipient are described below.

1. **State:** Section 302(d) of the Clean Air Act defines a state as a state, the District of Columbia, the Commonwealth of Puerto Rico, the Virgin Islands, Guam, American Samoa, and the Commonwealth of the Northern Mariana Islands.

2. **Municipality:** Section 302(f) of the Clean Air Act provides that a municipality is a city, town, borough, county, parish, district, or other public body created by or pursuant to state law. This term may include councils of government (COGs) created by or pursuant to the laws of one or more states even if a COG is incorporated as a nonprofit organization. Note: if an applicant is applying as a COG, the applicant must provide a legal opinion from the State Attorney General's Office of the state of the COG's incorporation or charter, or the COG's Chief Legal Officer, confirming that the entity is a public body created by or pursuant to state law. The applicant must describe how they are an eligible applicant in the applicant's Summary Program Cover Page, as described in *Section IV.C: Content of Application Submission*.

3. **Tribal Government:** In defining this term, EPA will use Section 302(r) of the Clean Air Act, which defines "Indian Tribe" as any "Indian Tribe, band, nation, or other organized group or community, including any Alaska Native village, which is Federally recognized as eligible for the special programs and services provided by the United States to Indians because of their status as Indians."[21] EPA includes Intertribal Consortia that meet the requirements of 40 CFR § 35.504 as an eligible applicant under this category pursuant to the authority in 40 CFR § 35.501(b) to issue guidance extending Intertribal Consortia eligibility to environmental programs established subsequent to the effective date of 40 CFR Part 35, Subpart B. As provided in 40 CFR 35.504(a) all members of the Intertribal consortium must meet the definition of "Indian tribe" in Section 302(r) of the Clean Air Act. Note: Intertribal consortia must provide documentation that it meets the requirements in 40 CFR 35.540(c) through signed memoranda of agreement, charters, copies of emails or conference call minutes establishing that the members of the consortium have authorized applying for Solar for All funding or similar documentation that meets regulatory requirements. The applicant

[21] EPA has determined that based on the exclusion of Alaskan Native Corporations (ANCs) from the definition of "Indian tribe" in section 302(r) of the Clean Air Act that ANCs are not eligible for direct grants from EPA under this program. ANCs may, however, receive "non-coalition member" subawards from eligible Solar for All grantees.

must describe how they are an eligible applicant in the applicant's Summary Program Cover Page, as described in *Section IV.C: Content of Application Submission*.

4. **Eligible Recipient** (titled "Eligible Nonprofit Recipient"): Section 134(c)(1) of the Clean Air Act provides that an eligible recipient (a) is a non-profit organization; (b) is designed to provide capital, leverage private capital, and provide other forms of financial assistance for the rapid deployment of low- and zero-emission products, technologies, and services; (c) does not take deposits other than deposits from repayments and other revenue received from financial assistance provided using grant funds under this program; (d) is funded by public or charitable contributions; and (e) invests in or finances projects alone or in conjunction with other investors. An applicant must describe how they are an eligible recipient in the applicant's Summary Program Cover Page, as described in *Section IV.C: Content of Application Submission*. The applicant must provide supporting evidence (including organizational documents, such as articles of incorporation or similar documents filed with a governmental authority as a condition of carrying out its activities; tax filings; financial statements; investment records; and/or any other information the applicant deems appropriate) demonstrating that it satisfies all the requirements listed below.

   a. Meets the definition of nonprofit organization set forth in 2 CFR § 200.1[22]

   b. Has an organizational mission consistent with being "designed to provide capital, leverage private capital, and provide other forms of financial assistance for the rapid deployment of low- and zero-emission products, technologies, and services"

   c. Does not receive any "deposit" (as defined in Section 3(l) of the Federal Deposit Insurance Act) or "member account" or "account" (as defined in Section 101 of the Federal Credit Union Act)

   d. Is funded by public or charitable contributions

   e. Has the legal authority to invest in or finance projects

   Further, to be an eligible nonprofit recipient, an applicant cannot be controlled by one or several entities that are not eligible nonprofit recipients, such as for-profit commercial banks or asset managers. Control is defined by either (i) control in any manner over the election of a majority of the directors, trustees, or general partners (or individuals exercising similar functions); or (ii) the power to exercise, directly or indirectly, a controlling influence over management policies or investment decisions, as determined by the EPA.[23] A term and condition specifying compliance with this requirement—and the other requirements of being an eligible recipient—may be

[22] 2 CFR § 200.1 states that a *nonprofit organization* "means any corporation, trust, association, cooperative, or other organization, not including Institutes of Higher Education, that: (1) is operated primarily for scientific, educational, service, charitable, or similar purposes in the public interest; (2) is not organized primarily for profit; and (3) uses net proceeds to maintain, improve, or expand the operations of the organization."

[23] EPA may use the indicia of control described in the 2 CFR § 180.905 definition of "Affiliate" as a basis for making such determinations.

included in the grant agreement and in the closeout agreement to ensure that grantees remain eligible recipients while they retain grant funds.

An eligible applicant, as described above, may apply to this competition as either an individual applicant or a "lead applicant" in a coalition.[24] Please see *Section I.D: Competition Terminology* for additional details on the definition of a coalition applicant.

An organization may submit more than one application for the Solar for All competition and more than one application to a particular award option so long as each application is for a different program (i.e., the program is in a different geography or for a different scope of work) and is separately submitted. As a reminder, an applicant interested in receiving funds from Solar for All should consider which award option the applicant will apply to and consult the guidance on the differences between each award option described in *Section II.A: Number and Amount of Awards*.

## B. Named Contractors and Named Subrecipients

A grantee who transfers funds awarded through this competition must comply with the Procurement Standards in 2 CFR § 200 and 1500, EPA's Subaward Policy, and EPA's Guidance on Participant Support Costs, as applicable, depending on the vehicle that the grantee uses to transfer funds, as well as the Participation by Disadvantaged Business Enterprises in EPA Programs requirements in 40 CFR § 33. Before naming contractors (including consultants) or subrecipients in your application, please carefully review Section IV.d, "Contracts and Subawards," of EPA Solicitation Clauses as well as the guidance in this section. In accordance with 2 CFR § 200.320(c)(2) and (4), the Agency does not accept justifications for sole source contracts for services or products available in the commercial marketplace based on a contractor's role in preparing an application or existing relationships that an applicant may have established without complying with competitive procurement requirements. However, as provided in 2 CFR § 200.317 *States* as defined in 2 CFR § 200.1 follow the same competitive policies and procedures they use for procurements with non-Federal funds, so EPA defers to state determinations on sole source contracting.

**Named Contractors.** EPA does not require or encourage applicants to name procurement contractors (including consultants) in applications for grant funding. However, if an applicant chooses to identify a procurement contractor(s) to conduct work proposed in this application, the applicant must comply with the following requirements even if the entity is referred to as a "partner" in the application.

Applicants (other than states) that identify a procurement contractor(s) in their application where the amount of the contract will be more than the micro-purchase threshold in 2 CFR § 200.320(a)(1) ($10,000 for most applicants) must demonstrate, in their application, how the contractor (including consultants) was selected in compliance with the fair and open competition

[24] In either case, the individual applicant or lead applicant may make additional subawards to carry out a portion of the grant's activities, even if those subrecipients were not named in the application, provided that they are consistent with the grant's terms and conditions and with all applicable requirements, including the EPA Subaward Policy. EPA provides additional guidances in the EPA Subaward Policy Frequent Questions.

requirements in 2 CRF § 200 and 2 CFR § 1500. EPA provides guidance on complying with the competition requirements in the Best Practice Guide for Procuring Services, Supplies, and Equipment Under EPA Assistance Agreements. For example, EPA will not accept sole source justifications for proposed procurement contracts for services such as environmental consulting and engineering that are available in the commercial marketplace. Applicants (other than states) must describe the procurement procedures that were followed to hire the contractor(s) that is named in this application and include information on where and when the Request for Proposals/Request for Qualifications was posted in the Summary Program Cover Sheet, as described in *Section IV.C: Content of Application Submission*.

**Failure to demonstrate compliance with these requirements for named contractors in the application will result in rejection of the application.**

*Successful applicants that do not name procurement contractors in their applications must also comply with these requirements, regardless of if the contractor was procured before or after the EPA grant agreement is awarded. For example, firms or individual consultants that develop or draft specifications, requirements, statements of work, or invitations for bids or requests for proposals must be excluded from competing for such procurements as provided in 2 CFR § 200.319(b).*

**Named Subrecipients.** With the exception of coalition applications, defined in *Section I.D: Competition Terminology*, EPA does not require nor encourage applicants to name subrecipients in applications for grant funding. For this competition, the EPA requires any named subrecipient to be part of a coalition application as a non-lead coalition member, which must be eligible for a subaward in compliance with Appendix A of EPA's Subaward Policy. This policy provides, among other requirements, that transactions between grantees and for-profit firms and individual consultants are procurement contracts rather than subawards when the transaction involves the acquisition of services from the firm or individual.

**Failure to demonstrate compliance with these requirements for named subrecipients (including coalition members) in the application will result in rejection of the application.**

*Refer to EPA's Contracts and Subawards Solicitation Clause for additional guidance on these requirements, which must be met for all contractors (except for micro-purchases) and/or subrecipients specifically named in the application. EPA staff may contact the applicant to clarify issues or obtain additional information before making a final determination of non-compliance and rejection of the application.*

## C. Threshold Eligibility Criteria

All applications must meet the eligibility requirements described in this section. If necessary, EPA may contact applicants to clarify threshold eligibility questions prior to making an eligibility determination. Applicants deemed ineligible for funding consideration because their applications fail to satisfy the threshold eligibility review will be notified within 15 calendar days of the ineligibility determination.

Applications must meet the following threshold criteria to be considered eligible:

- Applications must comply with the content and submission requirements, as listed below.
  - Applications must substantially comply with the application submission instructions and requirements set forth in *Section IV.B: Application Materials* else they will be rejected. Where a page limit is expressed in *Section IV.B* with respect to the application, or parts thereof, pages in excess of the page limitation will not be reviewed. Applicants are advised that readability is of paramount importance and should take precedence in application format, including selecting a legible font type and size for use in the application.
  - Applications must be submitted through Grants.gov as stated in *Appendix A: Grants.Gov Application Submission Instructions* of this funding opportunity (except in the limited circumstances where another mode of submission is specifically allowed for as explained *Appendi*x A) on or before the application submission deadline published in *Section IV.A: Due Date and Submission Instructions* of this funding opportunity. Applicants are responsible for following the submission instructions in *Section IV.A* and *Appendix A* of this funding opportunity to ensure that their application is timely submitted. Please note that applicants experiencing technical issues with submitting through Grants.gov should follow the instructions provided in *Section IV.A* and *Appendix A*, which include both the requirement to contact Grants.gov and email a full application to EPA prior to the deadline.
  - Applications submitted outside of Grants.gov will be deemed ineligible without further consideration unless the applicant can clearly demonstrate that it was due to EPA mishandling or technical problems associated with Grants.gov or SAM.gov. An applicant's failure to timely submit their application through Grants.gov because they did not timely or properly register in SAM.gov or Grants.gov will not be considered an acceptable reason to consider a submission outside of Grants.gov.
- Applicants, including lead applicants for coalitions, must submit a Notice of Intent (NOI) by the listed deadline and according to the instructions in *Section I.F: Required Notice of Intent*. Information submitted in the NOI must be identical to information submitted in the application, except answers to question 1 (applicant name) for some applicants and answers to question 3.c (estimated EPA funding amount requested) for all applicants. These exceptions are explained below.
  - For question 1 (applicant name): units of government that are states (including the District of Columbia and Puerto Rico), territories (i.e., The Virgin Islands, Guam, American Samoa, and the Commonwealth of the Northern Mariana Islands), Tribal governments, and individual municipalities may change which government agency submits an application after the NOI is submitted, so long as each unit of government submits only one NOI or application. If more than one agency of a unit of government submits an NOI, EPA staff will contact the agencies and advise them to coordinate to

decide which agency(ies) will withdraw the NOI(s) such that EPA receives only one NOI per unit of government.

- Applicants that are eligible nonprofits recipients, councils of government, and intertribal consortia must be the same legal entity that submitted an NOI unless EPA's Selection Official or designee grants a waiver to this requirement based on an unanticipated change in circumstances that have taken place since the submission of the NOI.

- For question 3.c (estimated EPA funding amount), all applicants may change the EPA requested funding amount submitted in the NOI in their application. If applicants change their EPA requested funding amount, applicants must explain why the requested funding amount in the application is different than the requested funding amount in the NOI.

- Applicants must be an eligible applicant as described in *Section III.A: Eligible Applicants* and, if required according to *Section III.A*, must provide supporting evidence that demonstrate this eligibility, as described in *Section III.A* and below.

  - Intertribal consortia must provide documentation that it meets the requirements in 40 CFR 35.540(c) through signed memoranda of agreement, charters, copies of emails or conference call minutes establishing that the members of the consortium have authorized applying for Solar for All funding or similar documentation that meets regulatory requirements.

  - Councils of Government (COGs) must provide a legal opinion from the State Attorney General's Office of the state of the COG's incorporation or charter, or the COG's Chief Legal Officer, confirming that the entity is a public body created by or pursuant to state law.

  - Eligible nonprofit recipients must provide supporting evidence (including organizational documents, such as articles of incorporation or similar documents filed with a governmental authority as a condition of carrying out its activities; tax filings; financial statements; investment records; and/or any other information the applicant deems appropriate) demonstrating that it satisfies all the requirements listed below.

    a. Meets the definition of nonprofit organization set forth in 2 CFR § 200.1[25]

    b. Has an organizational mission consistent with being "designed to provide capital, leverage private capital, and provide other forms of financial assistance for the rapid deployment of low- and zero-emission products, technologies, and services"

[25] 2 CFR § 200.1 states that a *nonprofit organization* "means any corporation, trust, association, cooperative, or other organization, not including Institutes of Higher Education, that: (1) is operated primarily for scientific, educational, service, charitable, or similar purposes in the public interest; (2) is not organized primarily for profit; and (3) uses net proceeds to maintain, improve, or expand the operations of the organization."

c. Does not receive any "deposit" (as defined in Section 3(l) of the Federal Deposit Insurance Act) or "member account" or "account" (as defined in Section 101 of the Federal Credit Union Act)

d. Is funded by public or charitable contributions

e. Has the legal authority to invest in or finance projects

- Applications must comply with the requirements for named contractors and subrecipients, as described in *Section III.B: Named Contractors and Named Subrecipients*. The EPA does not require nor encourage applicants to name procurement contractors (including consultants) or subrecipients in applications for grant funding. However, if an applicant chooses to identify a procurement contractor(s) to conduct work proposed in this application or subrecipient(s) to participate in a coalition application to carry out the substantive activities listed in the grant application, the applicant (other than a state applicant) must demonstrate compliance with the requirement.

- Applicants must submit an application for a program that provides grants, loans, and other forms of financial assistance (e.g., participant support costs), as well as technical assistance, to enable low-income and disadvantaged communities to deploy and benefit from residential rooftop and residential-serving community solar, associated storage, and enabling upgrades as defined in *Section I.D: Competition Terminology*.

- Applicants must request funds for activities that serve communities within the boundaries of the United States (including Puerto Rico) and its territories.

- Applicants must request an award to be expended over a period of performance of five years or less.

- Applications for an award must be for no less than $25 million.

- Applicants must submit proposals for funding amounts that do not exceed the program award ranges requirements described in *Section II.A: Number and Amount of Awards* according to the population of disadvantaged census tracts identified by CEJST in the geography the applicant is covering with their proposed program.

- Applications must not include unallowable costs, as described in *Section III.D: Allowable and Unallowable Costs*. If an application is submitted that includes any unallowable costs, including those described in *Section III.F,* as well as unallowable costs described in 2 CFR § 200, Subpart E and the applicable provisions of 2 CFR § 1500 EPA's Guidance on Selected Items of Cost for Recipients, that portion of the application will be ineligible for funding and may, depending on the extent to which it affects the application, render the entire application ineligible for funding.

- **Coalitions:** Coalition applications must include a signed Memorandum of Agreement (MOA) that confirms participation of each coalition member in their application.

- Applications must only address one of the three award options as described in *Section II.A: Number and Amount of Awards*. Applicants may submit multiple applications, as long as

each application only addresses one award option. Applications that address more than one award option will be deemed ineligible.

- **For applications to award option #1 - (up to 56 awards to serve state and territory geographies):**
    - Applications must propose a program that serves low-income and disadvantaged communities in only one state or territory. A coalition of municipalities in the same state/territory should apply under award options #1. Note: programs under this award option do not need to serve the entirety of the state. For example, a municipality or coalitions of municipalities in the same state/territory can apply for award option #1. Similarly, a Tribal government may propose a program in one state.
- **For applications to award option #2 - (up to 5 awards to serve American Indian and Alaska Native communities):**
    - Applicants must be a Tribal government (including intertribal consortia), an eligible nonprofit recipient, or a coalition with a lead applicant that is either a Tribal government or an eligible nonprofit recipient as defined in *Section III.A: Eligible Applicants*. If the applicant is an eligible nonprofit recipient, the applicant must have Tribal leadership at the senior management level (e.g., Chief Executive Officer, Chief Operating Officer, at least one Member of the Board of Directors) and experience serving American Indian and Alaska Native Communities.
    - Applications must propose a program that serves American Indian and Alaska Native Communities.
- **For applications to award option #3 - (up to 10 awards to serve similar communities across multiple states):**
    - Applicants must be a Tribal government (including intertribal consortia), a municipality (including councils of governments), an eligible nonprofit recipient or a coalition with a lead applicant that is either a Tribal government, municipality, or an eligible nonprofit recipient as defined in *Section III.A: Eligible Applicants*.
    - Applications must propose a program that serves low-income and disadvantaged communities in multiple states and territories.

## D. Allowable and Unallowable Costs

The following list outlines **allowable costs** for this competition.

- Costs for eligible financial assistance, as defined in *Section I.D: Competition Terminology* as subgrants, rebates, subsidies, other incentive payments, or loans, consistent with the definition of "federal financial assistance" in 2 CFR § 200.1
- Costs for eligible technical assistance as defined in *Section I.D: Competition Terminology*. Eligible technical assistance examples include workforce training, customer outreach and education, project development & deployment assistance (including services and tools from National Labs), and coordination with utilities for the purposes of project deployment

- Participant support costs for trainees in workforce development programs may be allowable with prior approval by the EPA award official pursuant to the EPA Guidance on Participant Support Costs
- Costs for acquiring or improving real property, including related equipment purchases with the prior approval of EPA's Award Official. As provided in 2 CFR § 200.316 EPA will require that grantees " . . . record liens or other appropriate notices of record to indicate that personal or real property has been acquired or improved with a federal award and that use and disposition conditions [described in 2 CFR § 200.311 and 2 CFR § 200.313] apply to the property"
- Costs for fund-raising and preparation of proposals for funding from private foundations, federal agencies, and states may be allowable with prior EPA approval if the funds acquired will be used to meet the statutory objectives of the Solar for All grant program. Additional information is available in Items 4 and 6. b. of EPA's Selected Items of Cost Guidance
- Costs for program administration, including but not limited to:
  - Costs for staff salaries, technology, and other office supplies, as either direct or indirect costs, in accordance with 2 CFR § 200 Subpart E and the applicant's Federally-approved indirect cost rate under 2 CFR § 200.414; note that costs must be consistently characterized as either direct or indirect as provided in 2 CFR § 200.412
  - Costs for advisory councils to meet the GGRF program objectives. Advisory councils are groups of individuals who are not employees of the grantee or a subgrantee that provide strategic and policy advice to the organization; refer to Item 2 of EPA's Selected Items of Cost Guidance for additional information on the allowability of costs for Advisory councils
  - Costs for reporting and compliance, including those to support, monitor, oversee, and audit subrecipients, contractors, and program beneficiaries
  - Costs for program evaluation activities including the personnel and equipment needed for data infrastructure and expertise in data analysis, performance, and evaluation
  - Indirect costs to the extent authorized by applicable provisions of 2 CFR § 200.414 and EPA's Indirect Cost Policy

All costs must meet the requirements for allowability under 2 CFR Part 200, Subpart E as well as applicable provisions of 2 CFR Part 1500. EPA's Guidance on Selected Items of Cost for Recipients provides additional details on the allowability of costs for advisory councils to meet program objectives for this competition.

The following list outlines **unallowable costs** for this competition.

- Costs for financial and technical assistance for technologies other than projects included as "Eligible Zero-Emissions Technologies" defined in *Section I.D: Competition Terminology*

- Costs that are unallowable under 2 CFR Part 200, Subpart E and under applicable provisions of 2 CFR Part 1500 (i.e., consultant fees in excess of those allowable under 2 CFR § 1500.10)
- Costs for supporting or opposing union organizing, whether directly or as an offset for other funds
- Costs for cost sharing, as defined in 2 CFR § 200.306, absent authorization in a Federal statute
- Costs of acquiring "intangible property," as defined in 2 CFR 200.1, including equity investments, such as purchases of ownership interests in companies
- Direct costs for preparing the application to this competition

If an application is submitted that includes any unallowable costs, that portion of the application will be ineligible for funding and may, depending on the extent to which it affects the application, render the entire application ineligible for funding.

## E. Cost Sharing or Matching

Cost sharing is not a requirement to be eligible to apply to this solicitation.

# Section IV. Application and Submission Information

## A. Due Date and Submission Instructions

An application package may be obtained by visiting this funding opportunity (EPA-R-HQ-SFA-23-01) on Grants.gov. Applicants will be prompted to initiate the application process by generating a Workspace for this opportunity.

Your organization's Authorized Organization Representative (AOR) must submit your complete application package[26] electronically to EPA through Grants.gov. Only person(s) with the AOR role can submit applications to Grants.gov. Please review the Intro to Grants.gov – Understanding User Roles and Learning Workspace – User Roles and Workspace Actions for details on this process.

Application packages must be submitted on or before October 12th, 2023, at 11:59 PM (Eastern Time) through Grants.gov. Applications received after the closing date and time will not be considered for funding. Please allow enough time to successfully submit your application package and allow for unexpected errors that may require you to resubmit. Occasionally, technical and other issues arise when using Grants.gov.

Refer to *Appendix A: Grants.gov Application Submission Instructions* for the requirements to apply through Grants.gov. In order to submit an application through Grants.gov, your organization must satisfy all of the requirements listed below.

- Have an active System for Award Management (SAM) account in SAM.gov and a Unique Entity Identifier (UEI) assigned by SAM.gov
- Be registered in Grants.gov
- Have the E-Business Point of Contact designate an AOR in Grants.gov

**The registration process for all the above items may take a month or more to complete. Applicants should begin this process as soon as possible.**

In concert with EPA's commitment to conducting business in an open and transparent manner, copies of applications selected under this funding opportunity may be made publicly available on the GGRF website or another public website for a period of time after the selected applications are announced. EPA recommends that applications not include trade secrets or commercial or financial information that is confidential or privileged, or sensitive information, if disclosed, that would invade another individual's personal privacy (e.g., an individual's salary, personal email addresses, etc.). However, if such information is included, it will be treated in accordance with 40 CFR § 2.203 (refer to *Section IV.a* of EPA Solicitation Clauses for additional information).

*Clearly indicate which portion(s) of the application you are claiming as confidential business information. As provided at 40 CFR § 2.203(b), if no claim of confidential treatment accompanies*

---

[26] Note, for the purposes of this competition, the "application package" includes the required federal forms available at www.grants.gov as well as the Program Narrative and associated attachments.

*the information when it is received by EPA, it may be made available to the public by EPA without further notice to you.*

## B. Application Materials

The following forms and documents are required under this announcement and are included in the Workspace you generate on Grants.gov.

**Mandatory Documents:**

1. Application for Federal Assistance (SF-424)
2. Budget Information for Non-Construction Programs (SF-424A)
3. EPA Key Contacts Form 5700-54
4. EPA Form 4700-4 Preaward Compliance Review Report
5. Grants.gov Lobbying Form
6. Program Narrative: Use "Project Narrative Attachment Form" in your Workspace on Grants.gov to submit your Program Narrative, prepared as described in *Section IV.C: Content of Application Submission.* As described in *Section IV.C,* the Program Narrative has a limit of 40 pages. **Please upload the Program Narrative as one document.**
7. Attachments: Use "Project Narrative Attachment Form" in your Workspace on Grants.gov to submit the attachments listed below that must be included in the application package and do **not** count toward the 40-page limit for the Program Narrative. **Please limit the number of files for the attachment items by consolidating all attachment items (excluding Excel uploads if using optional Excel templates EPA has provided) into one document in the order presented below.**

- **Attachment A:** Summary Program Cover Page
- **Attachment B:** Copy of the submitted Notice of Intent, which was submitted by the listed deadline and according to the instructions in *Section I.F: Required Notice of Intent*
- **Attachment C:** Eligibility evidence documents supporting that the applicant is an eligible applicant as described in *Section III.A: Eligible Applicants*. Note: applicants applying as eligible nonprofit recipients, municipalities under the definition of a council of government (COG), or Intertribal Consortia are required to provide evidence documents as described in *Section III.A*.
- **Attachment D:** Program Planning Timeline and Workplan described in Section 1.7 of the Program Narrative; an optional Excel template is included for applicants to download on epa.gov/GGRF
- **Attachment E:** Budget Table described in Section 2.1 Budget Narrative of the Program Narrative; guidance on how to build the Budget Table is included in *Appendix B.A: Guidance for Detailed Budget Table*; an optional Excel template is included for applicants to download on epa.gov/GGRF

- **Attachment F:** Programmatic Capability and Environmental Results Past Performance described in Section 3 of the Program Narrative
- **Attachment G <u>(for coalition applications only):</u>** Memorandum of Agreement (MOA) as evidence of coalitions as described in *Section III.C: Threshold Eligibility Criteria*
- **Attachment H <u>(for applications with proposed subgrants only):</u>** Organizational table, which includes all entities by name (if known) or by description/type (e.g., community-based organization, utility) and explains in two to three sentences or bullets what activities each entity will perform for the program

**Optional Documents:**

8. Other Attachments: Use "Other Attachments Form" in your Workspace on Grants.gov to submit the following documentation, which is not required, but encouraged to be submitted, and will **<u>not</u>** count toward the 40-page limit for the Program Narrative. **<u>Please limit the number of files for the attachment items by consolidating all attachment items into one document in the order presented below.</u>**
    - **Attachment I:** Letters of support from potential partnerships with community-based organizations, unions, industry associations, workforce development programs, worker centers, and other partners who are interested in helping the program execute the Section 1.2 Meaningful Benefits Plan as described in *Section IV.C: Content of Application Submission*
    - **Attachment J:** Letters of support from public utility commissions, utilities, governor's offices, lead sponsors on legislative text, or other evidence of support for the proposed scope of work in the Section 1.3 Distributed Solar Power Market Strategy of the Program Narrative, as described in *Section IV.C: Content of Application Submission*, that enable low-income and disadvantaged communities to deploy and benefit from residential rooftop and residential-serving community solar and storage
    - **Attachment K:** Letters of support from potential partnerships with community-based organizations, nonprofits, unions, industry associations, worker centers, workforce development programs, and other partners who are interested in helping the program execute the Section 1.5 Project-Deployment Technical Assistance Plan as described in *Section IV.C: Content of Application Submission*
    - **Attachment L:** Letters of support from potential partnerships with community-based organizations, public housing authorities, utilities, rural electric utilities, affordable housing developers, unions, industry associations, workforce development programs, and other partners who are interested in helping the program execute the Section 1.6 Equitable Access and Meaningful Involvement Plan as described in *Section IV.C: Content of Application Submission*
9. Disclosure of Lobbying Activities (SF-LLL), if applicable - See Grants.gov Lobbying Form to determine applicability

## C. Content of Application Submission

The forms and documents required as part of the application submission are described in *Section IV.B: Application Materials*. Below are the instructions for **Attachment A: Summary Program Cover Page** and the **Program Narrative**.

**Instructions:** The Summary Program Cover Page and Program Narrative should comply with the instructions, format, and content described below. The Program Narrative should also address the criteria in *Section V.A: Evaluative Criteria*. The Program Narrative must follow all the requirements listed below.

- Must not exceed the aforementioned page limits
- Must only rely on the text in the above-mentioned page limits. **While attachments do not count toward the above-mentioned page limits, they may only serve as reference documents** for content described in the Program Narrative; attachments that provide new content, rather than serve as reference documents, will not be reviewed or considered. Links to external websites or content will not be reviewed or considered
- Must be Letter size (8 ½ inches x 11 inches) typed, single-spaced pages in 12-point Times New Roman font with one column per page with 1-inch margins on all sides

It is strongly advised that applicants organize their applications in the order presented in *Section IV.B: Application Materials*, appropriately number and label the sections of the Program Narrative per the numbers and labels used below, and limit the number of attachments when submitting via Grants.gov. **Please upload the Program Narrative as one document and limit the number of files for the attachment items by consolidating all attachment items into one document in the order presented in *Section IV.B: Application Materials*; attachment items that are Excel files (such as the optional template EPA has provided to complete Attachment D: Program Planning Timeline and Workplan and Attachment E: Budget Table available for download on www.epa.gov/GGRF) may be submitted separately as an attachment as Excel files and the file name and title should be clearly titled and lettered according to the attachment item the document addresses.**

**To assist EPA reviewers, applicants are strongly encouraged to reference the numbers and titles of the evaluation criteria in their Program Narratives to help identify where the criteria are being addressed.**

**Summary Program Cover Page** (maximum of four pages) provides an overview of the application and must include the below components.

1. **Program Title:** Provide a name for the program.
2. **Brief Program Summary:** Provide a four- to five-sentence summary of the program, including the program's mission, geography, scope of work, and other relevant summary points. Include in your description an explanation of how the proposed program will deliver on the GGRF program objectives described in *Section I.C: GGRF Solar for All Program Objectives*. If selected, EPA may use this summary publicly describe the program.
3. **Applicant Name:** Identify the name of the organization applying.

4. **Award Option Type:** Identify if you are applying to Award Option #1, Award Option #2, or Award Option #3, as described in *Section II.A: Number and Amount of Awards*. Describe in three to four sentences why you are applying to the specific award option considering the eligibility criteria defined in *Section III.C: Threshold Eligibility Criteria*. *Note: for eligible nonprofit recipients applying to award option #2, please provide evidence for how the applicant has Tribal leadership at the senior management level (e.g., Chief Executive Officer, Chief Operating Officer, at least one Member of the Board of Directors) and experience serving American Indian and Alaska Native Communities (e.g., previous investments in American Indian and Alaska Native Communities).*

5. **Applicant Eligibility:** Indicate whether you are a state/territory, Tribal government, municipality, or eligible nonprofit recipient using the criteria outlined under *Section III.A: Eligible Applicants*. Summarize in two to three sentences the supporting evidence the applicant uses in Attachment C to prove applicant eligibility according to the evidence described in *Section III.A*.

6. **Program Location:** Describe the geographies the program will serve. *Note: applications applying to award option #1 should address only one state/territory geography as described in Section II.A: Number and Amount of Awards*.

7. **Program Scope of Work:** Describe in three to four sentences how the proposed program will deliver on the activities described in *Section I.E: Scope of Work*, including a summary of the types of financial and technical assistance the program will perform.

8. **EPA Funding Requested:** Specify the amount you are requesting from EPA and the associated award tier (as specified in *Section II.A: Number and Amount of Awards*). You should specify the amount of funding you stated in your NOI response, and if the funding amount changed between the NOI and the application, explain why the funding requested has changed.

9. **Population of census tracts identified by CEJST as disadvantaged:** Specify the sum total population of the census tracts identified by CEJST as disadvantaged in the geography the program is applying to serve. Applicants can download an Excel file, titled "Communities list data" with population data for all disadvantaged census tracts from the CEJST downloads webpage in order to determine the total population of census tracts identified as disadvantaged.[27] Describe the geography applicants used to determine this population—either at the state/territory, county, or Census tract 2010 ID level. The description of geography should be no different than the program location above.

10. **Impact Targets:** Detail the impact you expect to have through the entire program period by stating (1) the number of households projected to benefit from the solar program (both as an absolute number of households and award funding requested per household); (2) the

[27] Please refer to *Section II.A: Number and Amount of Awards* for guidance on how to use the CEJST communities list data Excel. To determine the applicable program award size for a program, applicants must use the population of disadvantaged census tracts identified by CEJST within the geography the program will serve. Applicants may not augment CEJST identified disadvantaged community population with other population data when determining the applicable program award. EPA is choosing to use CEJST population as a proxy metric to determine the appropriate award range for applications, so all applicants are using the same readily available metric to identify the appropriate award range. Applicants may still serve other categories of low-income and disadvantaged communities as defined in *Section I.D: Competition Terminology* in their programs and proposed workplans.

megawatts of solar capacity deployed over time (both as an absolute number of megawatts of solar deployed and dollars of award funding requested per megawatts of solar); (3) megawatt hours of storage capacity deployed over time (both as an absolute number of megawatt hours of storage deployed and dollars of award funding requested per megawatt hours of storage); (4) short tons of annual carbon dioxide ($CO_2$) emissions avoided over time (both as an absolute number of tons of $CO_2$ reduced and dollars of award funding requested per tons of $CO_2$ reduced); and the (5) absolute amount of household savings realized over time (both as an absolute number of dollars saved and dollars of award funding requested per dollars of household savings).

11. **Program Period:** Provide the estimated beginning and ending dates for the period of performance for the program.
12. **Contact Information:** Include a name, title, address, email address, and phone number. You can list both a primary and an administrative contact.
13. **Coalition Partners:** Include the names of all organizations in this application if applying as a coalition. For each organization, include contact information as described above. Include a memorandum of agreement for the entire coalition in Attachment G.
14. **Named Contractors.** Include all named contractors that are part of this application. For each named contractor (for applicants other than state), describe the procurement procedures followed to hire the contractor(s) and include information on where and when the Request for Proposals/Request for Qualifications was posted. If this application does not have named contractors, please write "not applicable."
15. **Additional Named Subrecipients:** Include all named subrecipients that are part of this application, other than the coalition partners covered above. For each organization, explain how that organization is eligible for a subaward under the EPA Subaward Policy. If there are no named subrecipients in this application, please write "not applicable."

**Program Narrative** (maximum of 40 pages) addresses each of the evaluation criteria in *Section V.A: Evaluative Criteria* and must include the below components. Reminder: Any attachments to the Program Narrative referenced below are not considered part of the 40-page limit.

1. **Program Strategy Narrative:** Explain how you will develop and execute a robust and equitable program that enables the rapid deployment of distributed solar and associated storage with meaningful benefits to low-income and disadvantaged communities. Include the below components.
    1. **Impact Assessment:** Describe the market environment for residential-serving distributed solar and storage deployment in the geography you are applying to serve, including market-wide historical deployment rates and participation of low-income and disadvantaged households and communities in the market. Based on past deployment rates in the geography you are applying to serve or comparable market data, you should set reasonable output and outcome targets for capacity of solar and storage deployed, households served, projected annual carbon dioxide ($CO_2$) emissions avoided (short tons) according to EPA's Avoided Emissions and Generation Tool (AVERT), annual household savings realized, as well as any additional output and outcome metrics as detailed in *Section I.H: Measuring and*

*Reporting Environmental Results*. If AVERT does not support your geography, please refer to the equation in *Appendix F: Guidance for Carbon Dioxide Avoided Calculations*.[28] If projected outputs and outcomes are evaluated and influence the selection decision, you are expected to achieve them during period of performance.

2. **Meaningful Benefits Plan:** Describe how you will ensure the program delivers meaningful benefits as defined in *Section I.D: Competition Terminology* for low-income and disadvantaged households. The meaningful benefits of solar with storage include (1) delivering a minimum 20% of household savings to program beneficiaries; (2) increasing low-income and disadvantaged households' access to solar through financing products and deployment options; (3) increasing resiliency and grid benefits by creating capacity that can deliver power to low-income and disadvantaged households and/or critical facilities serving low-income and disadvantaged households during a grid outage; (4) facilitating ownership models that support low-income households and communities building equity in projects; and (5) investing in quality jobs and businesses in line with the Administration's Good Jobs Principles and Executive Order 14082 *(Implementation of the Energy and Infrastructure Provisions of the Inflation Reduction Act of 2022)*. You should articulate a plan for creating high quality, middle-class jobs in the rapidly growing residential-serving distributed solar energy industry that pay family-sustaining wages and include strong labor standards, including benefits, safe working conditions, and the free and fair choice to join or form a union. You should describe how these plans are centered on delivering meaningful benefits to low-income and disadvantaged communities where solar energy is being deployed through the creation of high-quality jobs and shared economic opportunity in those communities. Strong applications will include multi-sectoral partnerships with key stakeholders in the workforce development ecosystem needed to execute on this vision for a robust and inclusive clean energy workforce, and applicants may include letters of support from these partners in Attachment I of their application. Additional details on job quality are included in *Appendix E: Equitable Workforce Development and Job Quality*.

3. **Distributed Solar Market Strategy:** Describe the market barriers to residential-serving distributed solar deployment in the geography you are applying to serve and how you plan to address those barriers to enable low-income and disadvantaged communities to deploy and benefit from residential rooftop and residential-serving community solar and storage. Examples of market barriers include net metering policies, third party ownership policies, and opaque interconnection processes. In Attachment J of the application, you may include letters of support from stakeholders, such as Governor's offices, public utility commissions, utilities, in the geography you propose to serve, to evidence that the proposed Distributed Solar Market Strategy is achievable.

4. **Financial Assistance Strategy:** Describe how you will use Solar for All funds to provide eligible financial assistance, as defined in *Section I.D: Competition*

[28] AVERT does not include data for Alaska, Hawaii, the Commonwealth of Puerto Rico, the Virgin Islands, Guam, American Samoa, nor the Commonwealth of the Northern Mariana Islands.

*Terminology*, to enable low-income and disadvantaged communities to deploy and benefit from residential rooftop and residential-serving community solar and storage. You should include a financial assistance model that defines the type, size, and deployment strategy of financial assistance. You should specify which solar projects the program will provide financial assistance for (i.e., rooftop residential solar and/or residential-serving community solar) and, if the program will include both project-types, the anticipated share of funding for each project-type. You should detail if and how the program will financially support storage (including storage deployment targets) and prudently provide financial assistance for enabling upgrades—while maximizing solar deployment. You should describe how the program will complement, and not duplicate, existing subsidies, tax credits, and other sources of financing and support deployment that would not have occurred otherwise.

5. **Project-Deployment Technical Assistance Strategy:** Describe how you will support communities and other solar market stakeholders (e.g., solar developers, contractors, affordable housing developers, owners) with technical assistance to develop project pipeline and deploy solar, as defined in *Section I.D: Competition Terminology*. Project-deployment technical assistance services should include investments in workforce development, project deployment technical assistance (e.g., siting, permitting, interconnection), and other technical assistance. You should consider what project-deployment technical assistance services are already provided by federal, non-profit, and other market actors to minimize duplication and plan to leverage existing resources. EPA has included a non-exhaustive list of reports and resources on epa.gov/GGRF to help applicants identify potential project-deployment technical assistance resources and tools. As part of catalyzing a robust and inclusive solar energy market, you should demonstrate a plan for developing the necessary workforce to install solar in the geography you propose to serve. In line with the job quality goals discussed in Section 1.2 Meaningful Benefits Plan, training plans should articulate how participants will be trained for and placed in high-quality careers. To meet the labor needs of the rapidly growing solar industry, you should propose workforce training models that prepare individuals from low-income and disadvantaged communities for middle-class career pathways in partnership with workforce partners. See *Appendix E: Equitable Workforce Development and Job Quality* for expanded descriptions and resources for high-quality training models and partnerships.

6. **Equitable Access and Meaningful Involvement Plan:** Describe how your customer acquisition strategy will maximize solar deployment across the geography you will serve, ensuring equitable access to and participation in the program. Equitable access means all communities, especially historically underserved households and communities, can benefit from this program. Explain how you will educate and engage communities on the benefits of solar energy. Describe how your outreach and marketing strategies are culturally appropriate and responsive to the needs of the communities you are proposing to serve. You should consider how you may need to employ different engagement strategies to reach different types of communities, including urban, rural, and suburban communities; communities with limited English proficiency; and different types of residential

buildings, including single-family, multi-family, and manufactured homes. To ensure equitable access, you should describe how low-income and disadvantaged communities will be involved in program design and operations. Describe how communities can participate in program and project design, in formal input and feedback structures. These formal structures should include participatory governance and regular, meaningful engagement with community-based organizations and residents of low-income and disadvantaged communities. Applicants applying to award option #2 should center this plan on American Indian and Native Alaska communities. If you are applying to award option #1 and there are American Indian and Native Alaska communities in your geography, you should describe how the program will serve these communities and meaningfully involve these communities in program planning and operations. If you are applying to award option #3 and are choosing to serve American Indian and Native Alaska communities in your geography, you should describe how the program will serve these communities and meaningfully involve these communities in program planning operations.

7. **Program Planning Timeline and Workplan Narrative:** Provide a narrative for your Program Planning Timeline and Workplan to be included in Attachment D of the application. The workplan should describe how you will plan and implement the Solar for All program, including steps and milestones to implement the strategies and plans described in the Meaningful Benefits Plan (Section 1.2), Distributed Solar Market Strategy (Section 1.3), the Financial Assistance Strategy (Section 1.4), the Project-Deployment Technical Assistance Strategy (Section 1.5), and the Equitable Access and Meaningful Involvement Plan (Section 1.6). The workplan may also include steps to refine the program plan during a planning period. If including a program planning period, you should consider existing federal, academic, and philanthropic platforms, tools, and resources you may plan to leverage to support program planning and any partnerships you have established or plan to establish to support program planning and implementation. EPA has included a non-exhaustive list of reports and resources on epa.gov/GGRF to help you identify additional program design questions as well as program planning resources and tools, these examples include DOE's States Collaborative, DOE's National Community Solar Partnership's direct technical expertise and capacity building services. A timely plan will ensure that the planning period is at most one year and that the program spends all funds within five years of the award.

2. **Program Administration Narrative:** Describe how you will administer the grant program and demonstrate you have the policies, procedures, tools, and capabilities to successfully achieve the program goals. You should include the components listed below.

   1. **Budget Narrative:** Provide a narrative to describe in more detail the budget found in SF-424A and the Budget Table included in Attachment E of the application. In this narrative, describe how you will deploy funds efficiently and cost-effectively and explain how the costs are prudent and necessary to achieve the outcomes of the program. You should separate out costs (both direct costs and indirect costs charge to the direct costs) for financial assistance to demonstrate in the Budget Table how

the program budget achieves the target minimum funding amounts for financial assistance detailed in the table below. For additional information on how to approach the budget, refer to *Appendix B.A: Guidance for Detailed Budget Table*. Please reference and consider allowable and unallowable costs in *Section III.D: Allowable and Unallowable Costs*. For additional guidance on preparing a program budget, refer to EPA's Indirect Cost Guidance and Budget Detail Guidance.

*The below table summarizes the guidance on minimum share of funds for financial assistance by award option. Note: the cost guidance below applies to both direct costs and the associated indirect costs charged to direct costs.*

| | **Award Option #1** – State and Territory Programs | **Award Option #2** – American Indian and Alaska Native Programs | **Award Option #3** – Multi-state Programs |
|---|---|---|---|
| **Financial Assistance**, share of funds | Target at least **75%** of funds | Target at least **65%** of funds | Target at least **75%** of funds |

2. **Fiscal Stewardship Plan:** Describe your approach to ensuring compliance with the grant's terms and conditions, including but not limited to the requirements in 2 CFR § 200.303 and 2 CFR § 200.332(b) and (d) if the applicant intends to provide subawards to eligible subrecipients and the information specified in Section 3 c. of the EPA Guidance on Participant Support Costs for subsidies, rebates or other incentive payments authorized under 2 CFR 1500.1(b). You should have comprehensive policies and procedures to ensure robust risk management across your activities; prevent fraud, waste, and abuse; and prudently manage grant funds. Additionally, you must explain your plan for consumer protection, including how you will ensure program partners and entities that directly interact, transact, or contract with consumers as part of the program, such as through the sales and marketing of solar products or services, and consumer purchase, leasing and financing (including Property Assessed Clean Energy (PACE) financing), will comply with applicable consumer protection laws, including the consumer protection laws in the jurisdiction(s) your program will serve, and federal consumer protection and consumer financial laws, such as laws prohibiting unfair, deceptive, and abusive practices (e.g., the Federal Trade Commission Act (15 U.S.C. § 45), Consumer Financial Protection Act (12 U.S.C. § 5536), and Fair Debt Collection Practices Act (15 U.S. Code § 1692e), and Regulation Z (12 CFR § 1026), which requires the disclosure of terms and cost of consumer credit and offers substantive protections to people who use consumer credit. Your explanation should include descriptions of practices you plan to use for effective consumer protection in your program and processes for screening entities that will directly interact, transact, or contract with consumers in your program. See examples of practices in *Appendix D: Consumer Protection Examples*. If you are proposing to capitalize a revolving

loan fund, you should describe the financial management plan for program income in the fiscal stewardship plan.

3. **Reporting Plan:** Describe your plan to execute against the grant's reporting requirements, including tracking and measuring progress in achieving expected environmental outputs and outcomes described in *Section I.H: Measuring and Reporting Environmental Results* and referenced in *Section VI.C: Program Performance Reporting Requirements*. EPA plans to establish program performance reporting requirements consistent with 2 CFR § 200.329 in the terms and conditions of the grant award. Grantees will also be expected to report, on an ongoing basis, the underlying methodologies, technologies, data sources, inputs and assumptions, and other significant analytical choices used to calculate or estimate outputs and outcomes. For example, such disclosure may include project-level data (e.g., MW capacity installed), key assumptions to translate project-level data into outcomes (e.g., capacity factors, emissions intensity of displaced power generation, global warming potential of greenhouse gases, asset useful life), and relevant sources (e.g., EPA, DOE National Laboratories, peer-reviewed studies) for estimates compared to a no-action baseline and to other reasonable alternatives. EPA may require these data to be subject to third-party verification, audits, and/or assurance. EPA will work with grantees to establish standardized reporting requirements and identifying tools to support reporting. You should have a plan to integrate program evaluation activities into the reporting plan, including assessing effectiveness and efficiency in achieving outputs and outcomes. Evaluations should be conducted in adherence with EPA Order 1000.33, U.S. Environmental Protection Agency Policy for Evaluations and Other Evidence-Building Activities, including timely publication of findings. EPA Order 1000.33 provides a framework to comply with the Foundations for Evidence-Based Policymaking Act of 2018.

3. **Programmatic Capability and Environmental Results Past Performance:** Submit in Attachment F a list of federally and/or non-federally funded assistance agreements (assistance agreements include federal grants and cooperative agreements but not federal contracts) that your organization performed within the last three years (no more than five agreements) and answer all the below prompts. Note: for coalition applicants, the list of funded assistance agreements must be from the lead applicant.
   - Whether, and how, you were able to successfully complete and manage those agreements
   - Your history of meeting the reporting requirements under those agreements including whether you adequately and timely reported on your progress towards achieving the expected outputs and outcomes of those agreements (and if not, explain why not) and whether you submitted acceptable final technical reports under the agreements
   - Your organizational experience and plan for timely and successfully achieving the objectives of the proposed project, and your staff expertise/qualifications, staff knowledge, and resources or the ability to obtain them, to successfully achieve the goals of the proposed project

In evaluating applicants under these factors in *Section V.A: Evaluation Criteria*, EPA will consider the information provided by applicants and may also consider relevant information from other sources, including information from EPA files and from current/prior grantors (e.g., to verify and/or supplement the information provided by the applicant). If you do not have any relevant or available past performance or past reporting information, please indicate this in the application and you will receive a neutral score for these factors (a neutral score is half of the total points available in a subset of possible points). If you do not provide any response for these items, you may receive a score of 0 for these factors.

## D. Pre-Application Assistance

Applicants are invited to participate in webinars with EPA to address questions about this funding opportunity. Interested parties may access information on these webinars (including dates, times, and registration information) as well as other information on the competition at the following website: www.epa.gov/GGRF.

A recording of each webinar will be posted at the link above along with presented materials. If necessary, EPA may schedule additional webinars. In accordance with EPA Order 5700.5A1, EPA's Assistance Agreement Competition Policy, EPA staff will not meet with individual applicants to discuss draft applications, provide informal comments on draft applications, or provide advice to applicants on how to respond to ranking criteria.

Applicants are responsible for the contents of their applications. However, consistent with the provisions in the announcement, EPA will respond to questions from individual applicants regarding threshold eligibility criteria, administrative issues related to the submission of the application, and requests for clarification about the funding opportunity.

# Section V. Application Review Information

## A. Evaluation Criteria

Note: Additional provisions that apply to this section can be found at EPA Solicitation Clauses.

Only eligible entities whose applications meet the threshold criteria in *Section III. Eligibility Information* will be evaluated according to the criteria set forth below. Applicants should explicitly address these criteria as part of their application package submittal in the Program Narrative, following the content requirements set forth in *Section IV.C: Content of Application Submission*. Each application will be rated using a point system. Applications will be evaluated based on a total of **245 points** possible.

**To assist EPA reviewers, applicants are strongly encouraged to reference the numbers and titles of the evaluation criteria in their Program Narratives to help identify where the criteria are being addressed.**

1. **Program Strategy Narrative (175 points total):** Each application will be evaluated on the quality and extent to which it articulates a plan to use grant funds to advance GGRF program objectives described in *Section I.C: GGRF Solar for All Program Objectives* by performing the scope of work described in *Section I.E: Scope of Work*. The application should refer to these program objectives in the below application components.

    1. **Impact Assessment (20 points total):** Each application will be evaluated on the extent and quality to which it explains the program's intended impact on addressing current market barriers to low-income solar deployment and sets achievable outcome metrics for the program based on those barriers. Specifically, EPA will evaluate the extent and quality to which the application:

        - Maximizes the impact of the program relative to the amount of funding requested by setting reasonable and ambitious targets for program output and outcome metrics, specifically the number of households projected to benefit from the solar program (both as an absolute number of households and award funding requested per household); the megawatts of solar capacity deployed over time (both as an absolute number of megawatts of solar deployed and dollars of award funding requested per megawatts of solar); megawatt hours of storage capacity deployed over time (both as an absolute number of megawatt hours of storage deployed and dollars of award funding requested per megawatt hours of storage); short tons of annual $CO_2$ emissions avoided over time (both as an absolute number of tons of $CO_2$ avoided and dollars of award funding requested per tons of $CO_2$ avoided); and the absolute annual of household savings realized over time (both as an absolute number of dollars saved and dollars of award funding requested per dollars of household savings). Applications will be evaluated on the extent and quality to which the application efficiently uses program funds to maximize households served by the program. **(10 points)**
        - Justifies how the proposed outcome metrics are reasonably achievable considering historical data (either past deployment of low-income distributed solar and storage in the geography the applicant is applying to serve or based on deployment in geographies

with similar conditions); an assessment of the market barriers (e.g., power market barriers, financial barriers, non-financial barriers) in the geography the program will operate in; a summary of how the program will address these barriers (you may reference other sections of the Program Narrative); and, if relevant, a description of the overall structure of how Solar for All will augment an existing low-income solar program. An application from an applicant without an existing low-income solar program will be evaluated on the extent and quality to which they describe the overall structure of the program they will develop with Solar for All funds. **(10 points)**

2. **Meaningful Benefits Plan (30 points total):** Each application will be evaluated on the quality of the program plan to ensure the solar and storage projects receiving financial assistance from the program will deliver meaningful benefits (as defined in *Section I.D: Competition Terminology*) to low-income and disadvantaged communities and households. Specifically, EPA will evaluate the extent and quality to which the application:

   - Details a plan to ensure all households that benefit from the Solar for All program experience minimum household savings of 20% of the average household utility bill in the utility territory. To ensure household savings are maximized, the application will also be evaluated on the extent of the plan to ensure customers receive a minimum household savings of 20%, even if the financial assistance model will require households to incur costs to benefit from the program either directly (e.g., costs to subscribe to the project or to build the project) or indirectly (e.g., costs through increases in taxes or impacts to other financial subsidies such as affordable housing allowances). Additionally, the application will be evaluated on the quality and extent of the plan to deliver equivalent household savings for projects serving households without individual electricity bills (e.g., master-metered, multi-family buildings)—specifically, how the program will ensure households receive a financial or equivalent non-financial benefit of 20% or greater of the average household's annual electricity expenditure; financial and equivalent non-financial benefit examples are described in recent guidance from U.S. Department of Housing and Urban Development. If the household saving figure included in the financial assistance model is an estimate, the application will be evaluated on the extent and quality of the plan to refine the estimated amount of savings a program beneficiary will receive from the program annually, including considering what data is required to better refine the estimate. If further refinement of the household savings figure included in the financial assistance model is not required, the application will be evaluated on the quality of the assumptions and data used to calculate the amount of savings a program beneficiary will receive from the program annually. **(10 points)**
   - Justifies how the program strategy for financial assistance and project-deployment technical assistance detailed later in the Program Narrative will increase low-income and disadvantaged households' access to solar through financial assistance and deployment options. Applicants may reference other sections of the Program Narrative to support these assertions. **(5 points)**

- Describes how the program will deliver energy resilience and grid benefits by creating capacity that can deliver electricity to low-income and disadvantaged households and/or critical facilities in low-income and disadvantaged communities in the event of a grid outage. Applicants may reference how the Financial Assistance Strategy for solar and storage achieves this meaningful benefit. **(5 points)** *(Note: this criteria point complements the criteria point on associated storage in the Financial Assistance Strategy. This criteria point asks applicants how projects funded by the program will support resilience as an overarching program goal, whereas the Financial Assistance Strategy asks how applicants will make decisions about when and how to use financial assistance to invest in associated storage.)*
- Commits to maximizing household and community ownership models and includes a plan to support low-income and disadvantaged households and communities building equity in projects. If community ownership is not being proposed, applicants will be evaluated on the quality to which they justify why the program will be unable to facilitate community ownership models. **(5 points)**
- States a plan for investing in jobs and businesses in low-income and disadvantaged communities through program operations. The application will be evaluated on the extent to which it details a plan to invest in minority- and women-owned businesses as well as historically underutilized business zones (as defined by the U.S. Small Business Administration's "HUBZone" program). Additionally, the application will be evaluated on the quality and extent of the program's commitment to job quality and expanding opportunities for workers from underserved communities in the use of grant funds for solar projects. The application will be evaluated on the extent and quality of the program's plans, policies, procedures, and concrete goals to work with labor unions, developers, contractors, and other partners that are committed to "high road" labor practices, including providing family-sustaining benefits, predictable work schedules, retirement contributions, safe working conditions, the free and fair choice to join a union, providing supportive services for those who need them, and other characteristics of a good job as discussed in *Appendix E: Equitable Workforce Development and Job Quality*. The application will be evaluated on the extent and quality of the plan to use Registered Apprenticeship labor on projects to grow the skilled workforce and promote job quality. The application will be evaluated on the extent and quality of the program's commitment to workers' free and fair choice to collectively bargain and join a union, such as requiring participating contractors to commit to remaining neutral in union organizing and operations and encouraging the use of Project Labor Agreements when appropriate. The application will be evaluated on the extent the plan is supported by letters of support from quality partners (e.g., labor unions, employers, industry associations, worker centers) in Attachment I of the application. **(5 points)** *(Note: this criteria point complements the criteria point on workforce development strategies in the Project-Deployment Technical Assistance strategy. This criteria point asks applicants how projects funded by the program will support jobs and businesses in low income and disadvantaged communities, whereas the Project-Deployment Technical*

*Assistance strategy asks how applicants will invest in workforce development services as part of the technical assistance services the program provides. The strategy for supporting jobs and businesses in low income and disadvantaged communities may include hiring workers trained by the workforce development services explained in the Project-Deployment Technical Strategy).*

3. **Distributed Solar Market Strategy (30 points total):** Each application will be evaluated on the extent to which it identifies and addresses barriers to low-income and disadvantaged community residential distributed solar deployment in relevant power market structures. The application will be evaluated on the extent to which the plans described below are supported with statements of support from governors' offices, public utility commissions, and other energy market stakeholders in the geography the applicant is applying to serve, as included in Attachment J of the application. Specifically, EPA will evaluate the extent and quality to which the application:

   - Describes the net metering polices, including net metering caps, in the program's geography and how supportive those policies are to residential distributed solar deployment. If net metering policies are a barrier to residential distributed solar deployment, the application will be evaluated on the quality and extent of the plan to address this barrier. If net metering policies are supportive of residential distributed solar deployment, the application will be evaluated on the extent to which it justifies why net metering is not a barrier and proposes a plan to maximize and leverage these policies. **(6 points)**

   - Describes the third-party ownership policies in the geography and how supportive those policies are to residential distributed solar deployment and delivering meaningful benefits—specifically community ownership benefits—to low-income and disadvantaged communities and households. If third-party ownership policies are a barrier to communities deploying and benefiting from distributed residential solar, the application will be evaluated on the extent and quality of the plan to address these barriers. If third-party ownership policies are not a barrier to deployment, the application will be evaluated on the extent to which it justifies why this is not a barrier and proposes a plan to maximize and leverage these policies. **(5 points)**

   - Describes barriers to distributed solar deployment from interconnection processes (e.g., excessive fees, limited transparency in processes and timelines) in the geography and describes a reasonable plan to address these barriers. If this barrier is not applicable to the geography, the application will be evaluated on the extent to which it justifies why this is not a barrier and proposes a plan to maximize and leverage these policies. **(5 points)**

   - Describes the plan to maximize and leverage relevant enabling renewable portfolio standard (RPS) mandates in the geography the program will operate to support distributed solar deployment. If the geography does not have a RPS, the application will be evaluated on the extent and quality of the plan to address this barrier. **(5 points)**

- Describes the geography's enabling regulatory frameworks that support community solar deployment, specifically, whether the geography has adequate deployment caps and/or carveouts to support the Solar for All deployment targets stated in Section 1.1 Impact Assessment; allows for consolidated billing; and values power generation from community solar at or close to retail rates and/or represents a healthy net metering market. If the geography does not have adequate regulatory frameworks for community solar, the application will be evaluated on the extent to which it describes a reasonable plan to address this barrier. If enabling community solar policies are not relevant for the application because the proposed program will only deploy residential rooftop solar, the application should state that this is not applicable. *If not applicable, the application will receive a neutral score for this criterion.* **(4 points)**
- Describes a plan to ensure the program will maximize deployment breadth and diversity across the geography, despite jurisdictional differences between different utility territories and/or regulatory jurisdictions in the geography the application proposes to serve. If none exist, the application will be evaluated on how well it demonstrates that there are no major regulatory differences across jurisdictions that will impact distributed solar deployment. **(5 points)**

4. **Financial Assistance Strategy (30 points total):** Each application will be evaluated on whether the proposed financial assistance model is efficient, leverages other funds to the greatest extent possible, and maximizes solar deployment. Specifically, EPA will evaluate the extent and quality to which the application:

- Details a reasonable financial assistance strategy that includes defining the type and size of the subsidy and/or other financial assistance strategy for all the technologies the program will fund (i.e., residential rooftop solar, residential-serving community solar, and/or associated storage). The financial assistance model will be evaluated on the quality of the plan to maximize the number of households benefitting from the program relative to the amount of award funds. The application will be evaluated on the extent and quality of the program's proposed targets for deployment of residential rooftop solar and residential-serving community solar and the justification that these targets are appropriate given the characteristics and needs of the communities (e.g., building stock, cost of electricity, homeownership ratios) the program will serve. **(10 points)**
- Ensures that the Solar for All financial assistance strategy proposed in the application complements, and does not duplicate, existing sources of capital and financial assistance; is designed to ensure program longevity and market transformation beyond the program period detailed in this application; plans to leverage innovative financing structures such as renewable energy credits, tax credits, debt financing, leases, power purchase agreements, other third-party ownership options, revolving loan programs, green bonds, guarantees, or other financing products; and includes a strategy to engage with other capital providers to maximize deployment including supporting other public (including the National Clean Investment Fund and the Clean Communities Investment Accelerator) and private sources of capital. **(10 points)**

- Details reasonable criteria for when the program will provide financial assistance for associated storage and enabling upgrades that maximizes residential distributed solar capacity deployment, households served by the program, and meaningful benefits. In regard to the associated storage plan, the application will be evaluated on the quality and extent to which it details prudent criteria for deciding which projects receive financial assistance for storage and includes reasonable deployment targets for residential storage. In regard to the enabling upgrades plan, the application will be evaluated on the quality and extent to which it presents a prudent strategy for using financial assistance for enabling upgrades (which the applicant may define for the program) to address barriers that reduce the deployment of residential and residential-serving community solar, such as roof upgrades; energy efficiency; behind-the-meter electrical upgrades; and distribution and transmission infrastructure investment that must be borne by the project (i.e., is not rate-based or part of planned capital improvement by a utility). The application will be evaluated on the plan to ensure financial assistance for enabling upgrades are spent judicially, ensuring that no more than 20% of total financial assistance distributed for the lifetime of the program is used for enabling upgrades. The application will be evaluated on the quality of the plan to ensure the program does not use these funds on costs that could be supported by other sources of capital including other assistance programs at the federal, state, and local level, as well as a plan to refer customers to DOE's Weatherization Assistance Program (WAP), or other local, state, and federal programs for energy efficiency financial assistance. **(5 points)**
- Considers the long-term impacts of program financial assistance. The application will be evaluated on the quality and extent of the plan to integrate housing affordability considerations into the program operations, including but not limited to policies that maintain affordability of existing housing stock, anti-displacement policies, and policies that prevent rapid cost increases for low-income and disadvantaged households and communities. Additionally, the application will be evaluated on the quality and extent of the plan to supporting operations, maintenance, and recycling of the assets funded under the program for the lifetime of the assets (i.e., approximately 20 years), including ensuring maximum energy output of the assets and conducting audits of assets to ensure operations and maintenance is performed. **(5 points)**

5. **Project-Deployment Technical Assistance Strategy (20 points <u>total</u>):** Each application will be evaluated on the plan to address the market barriers defined in Section 1.1: Impact Assessment of the Program Narrative with project-deployment technical assistance. This project-deployment technical assistance includes services defined in *Section I.D: Competition Terminology*. Specifically, EPA will evaluate the extent and quality to which the application:

- Details a robust plan to invest in the skilled workforce needed to deploy solar, including expanding participation from workers in low-income and disadvantaged communities in the solar industry. The application will be evaluated on the quality and extent of the plan to train and place workers in high-quality, long-term careers through high road,

worker-centered workforce training models, including one or more Registered Apprenticeship programs, pre-apprenticeship (apprenticeship readiness) programs affiliated with Registered Apprenticeship programs, Labor-Management Training Partnerships or other union-affiliated training programs, and training programs in partnership with local community colleges or Minority Serving Institutions. The application will be evaluated on the quality and extent of the plan to recruit and retain participants from low-income and disadvantaged communities, including how those participants will be supported with wrap-around supportive services (e.g., childcare, transportation), case management, and on-the-job support and mentorship. The application will be evaluated on the extent the plan is supported by letters of support from quality partners (e.g., State workforce board and/or State department of labor, community colleges, labor unions, community-based organizations) in Attachment K of the application. **(10 points)**

- Describes a robust plan to provide solar developers and communities with technical assistance to address interconnection challenges, including detailing what interconnection challenges can and cannot be addressed by the program; explaining a plan for how the program will provide support to stakeholders to address these challenges (e.g., using DOE's i2X Technical Assistance program); and describing a plan to partner with utilities and create efficiencies for program deployment. **(5 points)**
- Describes a robust plan to ensure projects funded under the program are efficiently deployed and resilient by providing solar developers and communities with technical assistance for project siting, land-use, permitting, building codes, inspection, and quality control. To ensure projects are efficiently sited and permitted, the applicant will be evaluated on the extent and quality of the plan to provide technical assistance to stakeholders on engaging with utilities on project siting; leveraging community benefits agreements; considering land use planning and zoning requirements that impact siting strategy; incorporating climate hazards (e.g., flood zones, wildfire risks) into siting strategy; committing to protecting critical pollinator habitats, greenspace, wetlands, and productive farmland; adopting agrivoltaics in siting strategy if relevant; using remediated brownfields for project siting; managing permitting processes and challenges; and adopting existing technical assistance tools such as DOE/NREL's SolarAPP+, SolSmart and/or similar technical assistance programs or strategies. To ensure projects are efficiently and soundly built, the application will be evaluated on the quality and extent of the plan to provide technical assistance to solar stakeholders on meeting the most current, broadly accepted consensus-based building codes and standards; ensuring projects are resilient to any relevant physical climate hazards; and incorporating robust post-construction inspection and quality control processes. **(5 points)**

6. **Equitable Access and Meaningful Involvement Plan (30 points total):** Each application will be evaluated on the extent and quality of the plan to ensure the program maximizes access to the program for low-income and disadvantaged communities. The application will be evaluated on the extent to which the plans described below are supported with

statements of support from community-based organization, labor partners, and other potential program partners in Attachment L of the application. Specifically, EPA will evaluate the extent and quality to which the application:

- Commits to maximizing the breadth and diversity of communities served in the geography while prioritizing serving the most disadvantaged and low-income households in the communities the program is designed to serve. The application will be evaluated on the extent and quality of the plan to ensure the program serves all types of communities and households, including rural, suburban, and urban communities; traditional energy communities; communities with limited English proficiency; as well as households who do not own their property, including owners of manufactured homes on leased sites, and households who do not have space for residential rooftop solar. If the application is for award option #1 and there are American Indian and Alaska Native communities in the state or territory the program will operate in, the application will be evaluated on the extent and quality of the plan to serve these communities. If the program will not serve one or more of these types of communities, the application will be evaluated on the quality of the rationale for why. **(10 points)**
- Details a robust plan for participatory governance—formalized structures for communities to be involved in the design and decision-making of the program. The application will be evaluated on the extent and quality of the plan to develop meaningful partnerships with community-based organizations that reflect the communities the program intends to benefit and are designed to reach the most disadvantaged or historically marginalized communities. If the application is serving American Indian and Alaska Native Communities, the application will be evaluated on the quality and extent of the plan to meaningfully involve American Indian and Alaska Native Communities in program planning and operations. **(10 points)**
- Plans to meaningfully engage with Solar for All stakeholders including education, outreach, and community engagement. The application will be evaluated on the quality of the plan to collaborate with trusted community-based organizations and ensure the program effectively engages with all communities, such as communities with limited English proficiency by creating culturally appropriate materials and via diverse channels (e.g., online, in-person, paper messaging). **(5 points)**
- Explains a robust strategy for customer acquisition and management for the program. The strategy for customer acquisition will be evaluated on the extent to which it plans to use partnerships with community-based organizations to acquire customers and plans to coordinate with existing need-based federal, state, Tribal, or utility assistance programs (e.g., WAP, SNAP, TANF, Lifeline, LIHEAP) to leverage complementary resources and acquire customers. To reduce risk from fraud and waste, the application will be evaluated on the extent and quality to which the program plans to perform robust income verification above and beyond attestation—such as categorical eligibility; the forthcoming DOE and HHS Community Solar Subscription Tool; or a similar tool/strategy, while minimizing burdens on households. Categorical eligibility consists of obtaining proof of household participation in a needs-based Federal, State, Tribal,

or utility assistance program with income limits at or below the qualifying income level for the program. **(5 points)**

7. **Program Planning Timeline and Workplan Narrative (15 points total):** Each application will be evaluated on the extent and quality of the plan to implement the program described in the Program Narrative Sections 1.2 through 1.6 to achieve the impact targets defined in Section 1.1. The application will be evaluated on the extent and quality of both the narrative as described below as well as the supporting Program Planning Timeline and Workplan in Attachment D (as described in *Section IV.B: Application Materials*). EPA has included an optional template Program Planning Timeline and Workplan in Excel on epa.gov/GGRF. Applicants may use this template as Attachment D. Applicants will not be penalized for not using this template. Specifically, EPA will evaluate the extent and quality to which the application:

   - Plans on refining the program plan as detailed in an implementation timeline narrative with clear and reasonable milestones for developing the Solar for All program, ensuring the program completes the program planning stage and begins deploying financial assistance to solar projects within one year of the award and expends all funds within five years of the award. The application will be evaluated on the extent to which the implementation timeline narrative includes reasonable steps for planning and implementing the Meaningful Benefits Plan (Section 1.2), Distributed Solar Market Strategy (Section 1.3), the Financial Assistance Strategy (Section 1.4), the Project-Deployment Technical Assistance Strategy (Section 1.5), and the Equitable Access and Meaningful Involvement Plan (Section 1.6). The application will be evaluated on the quality and extent of the plan to dedicate program planning capacity to incorporate forthcoming EPA guidance on how and when to apply Build America, Buy America and Davis-Bacon Act prevailing wage requirements to Solar for All program operations. See *Section VI.B: Administrative and National Policy Requirements* for more information about these requirements. **(5 points)**

   - Coordinates with relevant stakeholders and partners including local and/or state governments, utilities, community-based organizations, state-level assistance programs, labor organizations, and other stakeholders referenced in Sections 1.2 through 1.6, as evidenced by including coordination milestones and steps in the planning phase of the workplan. **(5 points)**

   - Commits to adopting residential rooftop and residential-serving community solar best practices by planning to leverage existing technical assistance tools and resources for program planning. The application will be evaluated on the extent and quality of the plan to refine elements of the program plan in the application, which may need to be improved or further detailed with analysis, data, or support from solar industry experts and tools. If no assistance is needed for program planning, the application will be evaluated on the quality of the justification for why the program does not need technical assistance for program planning. **(5 points)**

*Applicants should attach the Program Planning Timeline and Workplan as Attachment D to their application so it will not count against the 40-page Program Narrative limit. However, the Program Planning Timeline and Workplan Narrative should be included in the body of the 40-page Program Narrative and provide clear, explanatory detail about how the program will be implemented efficiently and effectively to achieve the program objectives and impact targets detailed in 1.1 Impact Assessment of the Program Narrative.*

2. **Program Administration Narrative (50 points total):** Each application will be evaluated on the extent to which it will deploy and manage funds efficiently, responsibly, and transparently.

   1. **Budget Narrative (15 points total):** Each application will be evaluated based on the quality of the description of the budget included in SF-424A as well as the extent and quality of the itemized Budget Table in Attachment E of the application. EPA has provided an optional detailed Budget Table template in Excel available for download on epa.gov/GGRF. Applicants that do not use this template will not be penalized. Specifically, EPA will evaluate the extent and quality to which the application:

      - Demonstrates the procedures and controls for ensuring that awarded grant funds will be expended in a timely and efficient manner and explains how the program costs are cost-effective, allowable, and reasonable to accomplish the proposed program plan. An application for award option #1 or #3 will be evaluated on the extent to which it will use 75% or more of requested funds (both direct costs and the indirect costs charged to direct costs attributable to financial assistance activities) on financial assistance for projects; an application to award option #2, will be evaluated on the extent to which it will use 65% or more of requested funds (both direct costs and the indirect costs charged to direct costs attributable to financial assistance activities) on financial assistance for projects. **(10 points)**

      - Demonstrates that the budget is efficient in the detailed Budget Table, which breaks up costs in the proper budget category for each activity for which the application is requesting funding, in Attachment E of the application. **(5 points)**

      *Applicants should attach the itemized Budget Table as Attachment E to their application so it will not count against the 40-page Program Narrative limit. However, the Budget Narrative should be included in the body of the 40-page Program Narrative and provide clear, explanatory detail about the itemized costs in the attached Budget Table. Both the Budget Table and Budget Narrative should be specific and clear.*

   2. **Fiscal Stewardship (20 points total):** Each application will be evaluated on the quality of program controls to manage taxpayer dollars ethically and efficiently as well as the policies and controls for program oversight. Specifically, EPA will evaluate the extent and quality to which the application:

      - Commits to reducing waste, fraud, and abuse by including plans and policies for program oversight, including confidential reporting (e.g., whistleblower protections) and managing conflicts of interest. The application will be evaluated on the extent and

quality of the plan to comply with requirements in 2 CFR § 200.303 and 2 CFR § 200.332(b) and (d) if the applicant intends to provide subawards to eligible subrecipients. **(10 points)**

- Invests in consumer protection, including a plan explaining how program partners and entities that directly interact, transact, or contract with consumers as part of the program, such as through the sales and marketing of solar products or services, and consumer purchasing, leasing and financing (including Property Assessed Clean Energy (PACE) financing), will comply with applicable consumer protection laws, including the consumer protection laws in the jurisdiction(s) the program will serve, in addition to federal consumer protection and consumer financial laws, such as laws prohibiting unfair, deceptive, and abusive practices (e.g., the Federal Trade Commission Act (15 U.S.C. § 45), Consumer Financial Protection Act (12 U.S.C. § 5536), Fair Debt Collection Practices Act (15 U.S. Code § 1692e), and Regulation Z (12 CFR § 1026) which requires the disclosure of terms and cost of consumer credit and offers substantive protections to people who use consumer credit). The application will also be evaluated on the extent and quality of the plan to screen entities that will directly interact, transact, or contract with consumers in the program and ensure consumers are not charged illegal upfront or cancellation fees; experience transparent and verifiable subscription payment, where applicable, and billing processes; and have accessibility if they have limited English proficiency, in compliance with Executive Order 13166 *(Improving Access to Services for Persons with Limited English Proficiency)*. The application will also be evaluated based on the extent and quality of the plan to actively combat residential rooftop and residential-serving community solar predatory lending activities, which potentially exist in the geography the applicant proposes to serve. **(7 points)**
- Incorporates guardrails to ensure household savings materialize for program beneficiaries by performing audits or spot-checks of bills. **(3 points)**

3. **Reporting Plan (15 points total):** Each application will be evaluated on the extent and quality of the plan to execute the anticipated reporting requirement described in *Section VI.C: Program Performance Reporting Requirements*. Specifically, EPA will evaluate the extent and quality to which the application:

- Invests program capacity in performing program evidence and evaluation activities and details a plan to publish data, evidence, and evaluation reports publicly during the program lifetime. Please see *Section VI.C: Program Performance Reporting Requirements and ORDER 1000.33 03/25/2022 U.S. Environmental Protection Agency Policy for Evaluations and Other Evidence-Building Activities* for additional information on evidence and evaluation requirements. **(10 points)**
- Demonstrates an understanding of the award reporting requirements, a plan to execute on the reporting requirements, and the capacity to execute on those reporting requirements. **(5 points)**

3. **Programmatic Capabilities and Environmental Results Past Performance (20 points <u>total</u>):** Each applicant will be evaluated based on their ability to successfully complete and manage the proposed program plan considering their past performance. Applicants will be evaluated based on their ability to successfully complete and manage the proposed program considering their:

   - Past performance in successfully completing and managing the assistance agreements identified in response to *Section IV.C: Content of Application Submission*, Section 3 Programmatic Capabilities and Environmental Results Past Performance of this NOFO (the applicant will have addressed this information in Attachment F of their application). Demonstrates past performance in successfully completing and managing the assistance agreements identified in response to *Section IV.C: Content of Application Submission*, Section 3 Programmatic Capabilities and Environmental Results Past Performance of the NOFO. **(6 points)**
   - History of meeting the reporting requirements under the assistance agreements identified in response to *Section IV.C: Content of Application Submission*, Section 3 Programmatic Capabilities and Environmental Results Past Performance of this NOFO, (the applicant will have addressed this information in Attachment F, of their application) including whether the applicant submitted acceptable final technical reports under those agreements and the extent to which the applicant adequately and timely reported on their progress towards achieving the expected outputs and outcomes under those agreements and, if such progress was not being made, whether the applicant adequately reported why not. **(6 points)**
   - Organizational experience and a plan for timely and successfully achieving the objective of the proposed program. **(4 points)**
   - Staff expertise/qualifications, staff knowledge, and resources or the ability to obtain them, to successfully achieve the goals of the proposed program. **(4 points)**

   *Note: In evaluating applicants under the first two factors, EPA will consider the information provided in the application and may also consider relevant information from other sources, including information from EPA files and from current/prior grantors (e.g., to verify and/or supplement the information provided by the applicant). If you do not have any relevant or available past performance or past reporting information, please indicate this in the application and you will receive a neutral score for these factors (a neutral score is half of the total points available in a subset of possible points). If you do not provide any response, you may receive a score of 0.*

## B. Review and Selection Process

Applications will be reviewed and scored under the following process:

1. **Threshold Eligibility Review Process:** All applications will be evaluated for eligibility using the threshold eligibility criteria described in *Section III.C: Threshold Eligibility Criteria*.

2. **Review Panel and Evaluation Process:** Review panel(s) will review, score, and rank all eligible applications that pass the threshold eligibility review based on the merit evaluation criteria listed above. Applicants will be ranked in three separate ranking lists based on award option. The review panel(s) will include EPA staff and may also include staff from other federal agencies and external subject matter experts who are free from any actual or apparent conflicts of interest.

3. **Final Selection Process and Other Factors:** The review panel will present final rankings and selection recommendations to the Selection Official, who will then make the final selections for awards. Selections will be made to maximize geographic coverage across all three award options.

   In addition to this information, the Selection Official may also consider any of the following "other factors" in making final selection decisions from among the high-ranking applications, including GGRF program objectives; EPA strategic goals and objectives; availability of funds. The Selection Official may also consider the "other factors" across the multiple ranking lists described above.

4. **Anticipated Announcement and Federal Award Date:** EPA anticipates it will announce selection decisions in March 2024 and tentatively plans to issue awards by July 2024.

# Section VI. Award Administration Information

Note: Additional provisions that apply to this section can be found at EPA Solicitation Clauses.

## A. Award Notification

EPA anticipates notification of selected applicants will be made via electronic mail by the end of March 2024, with awards tentatively planned to be issued by July 2024. The notification will be sent to the original signer of the application or the contact listed in the application. This notification, which informs the applicant that its application has been selected and is being recommended for award, is not an authorization to begin work. The official notification of an award will be made by the appropriate EPA Award Official. Applicants are cautioned that only a grants officer is authorized to bind the Government to the expenditure of funds; selection does not guarantee an award will be made. For example, statutory authorization, funding or other issues discovered during the award process may affect the ability of EPA to make an award to an applicant. The award notice, signed by an EPA grants officer, is the authorizing document and will be provided through electronic mail. The successful applicant may be requested to prepare and submit additional documents and forms that must be approved by EPA before the grant can officially be awarded. The time between notification of selection and award of a grant can take up to 90 days or longer.

**Administrative and Programmatic Capability Assessment:** Non-profit applicants that are recommended for funding under this announcement are subject to pre-award administrative capability reviews consistent with Section 8b, 8c, and 9d of EPA Order 5700.8: EPA's Policy on Assessing Capabilities of Non-Profit Applicants for Managing Assistance Awards. In addition, non-profit applicants selected for awards over $200,000 may be required to fill out and submit to the EPA Grants Management Office EPA Form 6600.09, United States Environmental Protection Agency Administrative Capability Questionnaire with supporting documents as required in EPA Order 5700.8.

## B. Administrative and National Policy Requirements

The grantee will be subject to administrative and national policy requirements. Note that EPA plans to establish programmatic requirements in the terms and conditions of the grant award to implement these administrative and national policy requirements, which will include but not be limited to the below policies.

- **Build America, Buy America Act (BABA):** Certain projects under this competition are subject to the Buy America Sourcing requirements under the Build America, Buy America (BABA) provisions of the Infrastructure Investment and Jobs Act (IIJA)(P.L. 117-58, §§70911-70917) that apply when using Federal funds for the purchase of goods, products, and materials on any form of construction, alteration, maintenance, or repair of infrastructure in the United States. The Buy America preference requirement applies to all the iron and steel, manufactured products, and construction materials used for the infrastructure project under an award for identified EPA financial assistance funding programs. Please consider this information when preparing budget information. EPA will provide further guidance on which projects are subject to BABA provisions and will work

with grantees to support implementation as necessary, as applicants comply with applicable Buy America preference requirements or apply for a waiver for each infrastructure project.

- **Davis-Bacon and Related Acts (DBRA):** The Davis-Bacon Act (42 USC §§3141-3144)(DBA) sets out labor standards, including prevailing wages and fringe benefits, and applies to most federally funded contracts for construction of public works. The DBA labor standards and reporting requirements also apply to projects assisted with grants authorized by the Clean Air Act as provided in Section 314 of the Clean Air Act (DBRA)(42 USC §7614). A term and condition specifying DBRA compliance requirements will be included in the grant agreement.
- **Uniform Relocation Assistance and Real Property Acquisition Policies Act (URA):** The URA applies to acquisitions of property and displacements of individuals and businesses that result from federally assisted programs. The URA and Federal Highway Administration's implementing regulations at 49 CFR § 24 require grantees to follow certain procedures for acquiring property for grant purposes, such as notice, negotiation, and appraisal requirements. The statute and regulations also contain requirements for carrying out relocations of displaced persons and businesses, such as reimbursement requirements for moving expenses and standards for replacement housing. A term and condition specifying URA compliance requirements will be included in the grant agreement.
- **National Historic Preservation Act (NHPA)**: Section 106 of the NHPA requires all federal agencies to consider the effects of their undertakings, including the act of awarding a grant agreement, on historic properties. If NHPA compliance is required, necessary Section 106 consultation activities, such as historic or architectural surveys, structural engineering analysis of buildings, public meetings, and archival photographs, can be considered allowable and allocable grant costs. A term and condition specifying NHPA compliance requirements will be included in the grant agreement.
- **Justice40 Initiative:** The Justice40 Initiative directs that EPA track and measure program benefits, setting the goal that at least 40% of the overall benefits from certain federal investments in climate, clean energy and other areas flow to disadvantaged communities. The Greenhouse Gas Reduction Fund is a covered program under the Justice40 Initiative.

Note that Section 7(c) of the Energy Supply and Environmental Coordination Act of 1974 (15 U.S.C. § 793(c)(1)) exempts all actions under the Clean Air Act from the requirements of NEPA. This Section states: "No action taken under the Clean Air Act shall be deemed a major federal action significantly affecting the quality of the human environment within the meaning of the National Environmental Policy Act of 1969." Therefore, as a grant program authorized under the Clean Air Act, NEPA will not apply to projects funded under Solar for All.

## C. Program Performance Reporting Requirements

In accordance with 2 CFR § 200.329, the grantee will be subject to program performance reporting requirements. Reporting requirements during the period of performance will be established in the

grant's terms and conditions, and reporting requirements after the period of performance will be established in the Closeout Agreement. EPA plans to provide reporting templates to assist grantees with compliance against select program performance requirements. **Note that EPA will only collect reporting information from the grantee (rather than from any subrecipients), but the grantee may be required to collect reporting information from subrecipients.**

The grantee will be required to submit annual reports throughout the lifetime of the program within 30 days of the end of each reporting period, as well as a final program report, within 120 days after the end of the project period. EPA will use information from these reports as part of program-wide public reporting, except to the extent such information includes confidential business information (CBI) or personally identifiable information (PII) pursuant to 2 CFR § 200.338. These reporting requirements include requirements detailed in *Section I.H: Measuring and Reporting Environmental Results*.[29] Included below is illustrative information that EPA expects to require in these reports.

| Category | Example metrics and reports[30] |
|---|---|
| **Program activities** | • **Grant funds deployed**, by type of cost (financial assistance, technical assistance, program administration) ($)<br>• **Funds for financial assistance deployed**, by geography, type of cost (solar, storage, and enabling upgrades), type of financial assistance (e.g., subsidy, loans), type of project, type of technology ($)<br>• **Funds for technical assistance deployed**, by geography, type of cost (solar, storage, and enabling upgrades), type of financial assistance (e.g., subsidy, loans), type of project, type of technology ($)<br>• **Findings from evidence building activities on program operations, impact, outcomes including but not limited to program evaluation reports**, in adherence with ORDER 1000.33 03/25/2022 U.S. Environmental Protection Agency Policy for Evaluations and Other Evidence-Building Activities, including timely publication of findings<br>• **Reports on program feedback from all stakeholders participating in the program** including community-based organizations, households served, workers trained, contractors, etc. |
| **Climate and air pollution benefits** | • **Number of projects financed** by geography and type of project (residential rooftop solar, residential-serving community solar) (#)<br>• **Solar capacity installed** by geography and type of project (MW)<br>• **Storage capacity installed** by geography, type of project (MWh) |

[29] Information claimed as CBI in accordance with this Notice will be disclosed only to the extent, and by means of the procedures, set forth in 40 CFR Part 2, Subpart B.
[30] EPA will work with recipients to develop a standardize methodology for measuring and estimating outcome metrics which may include standardized equations, tools such as EPA's Avoided Emissions and Generation Tool (AVERT), and standardized assumption sources.

| | |
|---|---|
| | • **Clean energy generation** by geography, type of project, and technology (MWh)<br>• **Greenhouse gas emissions reduced and avoided** by geography and type of project (tons $CO_2e$)<br>• **Other air pollution reduced and avoided** by geography and type of project (tons other air pollutants such as particulate matter, nitrogen dioxide, ozone, etc.) |
| **Equity and community benefits** | • **Number of households benefitting** from projects by geography and type of project (#)<br>• **Amount of household savings delivered** by geography and type of project ($)<br>• **Workers trained by workforce development programs** by geography (#) and their starting wages and benefits ($)<br>• **Projects executed using tools to promote good jobs and community benefits** (e.g., Community Workforce Agreement, Community Benefits Agreement, Project Labor Agreement) by geography, project-type (#)<br>• **Investments in or in partnership with women- and minority-owned businesses** by geography, type of engagement (e.g., investment in a business, partnership on a deal, procurement of services), type of project (# of businesses engaged), ($ of procurement costs)<br>• **Number of households with resiliency benefits** by geography (#)<br>• **Clean energy capacity owned by communities** in direct ownership models by geography, type of project, type of community owner (household, community-based organization) and technology (MW, MWh)<br>• **Number of solar jobs created** by geography (#)<br>• **Reduced disparities in energy burden between low-income and non-low-income households** by geography ($)<br>• **Increased wages for individuals working in solar energy** by geography (%) |

| | |
|---|---|
| **Market transformation** | • **Grant funds deployed** by type of cost (financial assistance, technical assistance, program administration) ($)<br>• **Financial assistance deployed** by geography, type of cost (solar, storage, and enabling upgrades), type of financial assistance (e.g., subsidy, loans), type of project, type of technology ($)<br>• **Total private sector financing mobilized**, alongside projects funded directly by Solar for All by geography, type of project ($)<br>• **Number of community-based organizations engaged by Solar for All services** (e.g., technical assistance programs for solar deployment, education programs) by geography (#)<br>• **Financial assistance deployed to consumers with limited credit history** by geography, type of financial assistance, type of project, type of technology ($)<br>• **Changes in net metering caps** by geography by type of project (MW, %)<br>• **Changes in interconnection timelines** by geography (days)<br>• **Changes in Solar Renewable Energy Credit (SREC) values** by geography ($)<br>• **Distributed clean energy capacity deployed benefitting communities** not directly financed by Solar for All by geography, type of project, type of technology, recipient-type (households, community-serving institutions), type of community (low-income and disadvantaged communities, other communities) (MW, MWh)<br>• **Capital deployed to finance distributed clean energy capacity** not directly financed by Solar for All by geography, type of project, type of technology, recipient-type (households, community-serving institutions), type of community (low-income and disadvantaged communities, other communities) ($) |

## D. Administrative Reporting Requirements

The grantee will be subject to several administrative reporting requirements, which will be included in the grant's terms and conditions (example of general terms and conditions included on EPA's website). These requirements will include, but not be limited to the below reports.

- **Federal Financial Report:** In accordance with 2 CFR § 200.328 and 2 CFR § 200.344, the grantee must submit the Federal Financial Report (SF-425) at least annually and no more frequently than quarterly. The frequency of reporting and report submission instructions will be specified in the terms and conditions.
- **Single Audit:** In accordance with 2 CFR § 200.501(a), the grantee will be required to obtain a single audit from an independent auditor, if their organization expends $750,000

or more in total federal funds. The recipient must submit the form SF-SAC and a Single Audit Report Package within nine months of the end of the recipient's fiscal year or 30 days after receiving the report from an independent auditor. The SF-SAC and a Single Audit Report Package MUST be submitted using the Federal Audit Clearinghouse's Internet Data Entry System available at: https://facides.census.gov.

- **Financial Records Retention:** In accordance with 2 CFR § 200.334, the grantee will be required to retain financial records, supporting documents, statistical records, and all other non-federal entity records pertinent to the grant award for a period of three years from the date of submission of the final expenditure report.
- **MBE/WBE Utilization:** When required, the grantee must complete and submit a "MBE/WBE Utilization Under Federal Grants and Cooperative Agreements" report (EPA Form 5700-52A) on an annual basis.
- **Real Property Status Report:** In accordance with 2 CFR § 200.329, the grantee must submit a "Real Property Status Report" (SF-429) to report real property status or request agency instructions on real property that was/will be provided as Government Furnished Property (GFP) or acquired (i.e. purchased or constructed) in whole or in part under a federal financial assistance award.

## E. Remedies for Non-Compliance

In accordance with 2 CFR § 200.208, 2 CFR § 200.339, and 2 CFR § 200.340, EPA is provided authority for multiple potential responses if a grantee violates the terms of the grant agreement.

## Section VII. Contact Information

Further information, if needed, may be obtained by emailing ggrf@epa.gov. Information regarding this funding opportunity obtained from sources other than the EPA may not be accurate.

# Appendix A. Grants.gov Application Submission Instructions

## A. Requirement to Submit through Grants.gov and Limited Exception Procedures

Applicants must apply electronically through Grants.gov under this funding opportunity based on the grants.gov instructions in this announcement. If your organization has no access to the internet or access is very limited, you may request an exception for the remainder of this calendar year by following the procedures outlined here. Please note that your request must be received at least 15 calendar days before the application due date to allow enough time to negotiate alternative submission methods. Issues with submissions with respect to this opportunity only are addressed in *Appendix A. Section C: Technical Issues with Submission* below.

## B. Submission Instructions

1. SAM.gov (System for Award Management) Registration Instructions

   Organizations applying to this funding opportunity must have an active SAM.gov registration. If you have never done business with the Federal Government, you will need to register your organization in SAM.gov. If you do not have a SAM.gov account, then you will create an account using login.gov[1] to complete your SAM.gov registration. SAM.gov registration is FREE. The process for entity registrations includes obtaining Unique Entity ID (UEI), a 12-character alphanumeric ID assigned an entity by SAM.gov, and requires assertions, representations and certifications, and other information about your organization. Please review the Entity Registration Checklist for details on this process.

   If you have done business with the Federal Government previously, you can check your entity status using your government issued UEI to determine if your registration is active. SAM.gov requires you renew your registration every 365 days to keep it active.

   Please note that SAM.gov registration is different than obtaining a UEI only. Obtaining an UEI only validates your organization's legal business name and address. Please review the Frequently Asked Question on the difference for additional details.

   Organizations should ensure that their SAM.gov registration includes a current e-Business (EBiz) point of contact name and email address. The EBiz point of contact is critical for Grants.gov Registration and system functionality.

   Contact the Federal Service Desk for help with your SAM.gov account, to resolve technical issues or chat with a help desk agent: (866) 606-8220. The Federal Service desk hours of operation are Monday – Friday 8am – 8pm ET.

2. Grants.gov Registration Instructions

   Once your SAM.gov account is active, you must register in Grants.gov. Grants.gov will electronically receive your organization information, such as e-Business (EBiz) point of contact email address and UEI. Organizations applying to this funding opportunity must have an active Grants.gov registration. Grants.gov registration is FREE. If you have never applied for a federal grant before, please review the Grants.gov Applicant

Registration instructions. As part of the Grants.gov registration process, the Ebiz point of contact is the only person that can affiliate and assign applicant roles to members of an organization. In addition, at least one person must be assigned as an Authorized Organization Representative (AOR). Only person(s) with the AOR role can submit applications in Grants.gov. Please review the Intro to Grants.gov-Understanding User Roles and Learning Workspace – User Roles and Workspace Actions for details on this important process.

Please note that this process can take a month or more for new registrants. Applicants must ensure that all registration requirements are met in order to apply for this opportunity through Grants.gov and should ensure that all such requirements have been met well in advance of the application submission deadline.

Contact Grants.gov for assistance at 1-800-518-4726 or support@grants.gov to resolve technical issues with Grants.gov. Applicants who are outside the U.S. at the time of submittal and are not able to access the toll-free number may reach a Grants.gov representative by calling 606-545-5035. The Grants.gov Support Center is available 24 hours a day seven days a week, excluding federal holidays.

3. Application Submission Process
To begin the application process under this grant announcement, go to Grants.gov and click the red "Apply" button at the top of the view grant opportunity page associated with this opportunity.

The electronic submission of your application to this funding opportunity must be made by an official representative of your organization who is registered with Grants.gov and is authorized to sign applications for federal financial assistance. If the submit button is grayed out, it may be because you do not have the appropriate role to submit in your organization. Contact your organization's EBiz point of contact or contact Grants.gov for assistance at 1-800-518-4726 or support@grants.gov.

Applicants need to ensure that the Authorized Organization Representative (AOR) who submits the application through Grants.gov and whose UEI is listed on the application is an AOR for the applicant listed on the application. Additionally, the UEI listed on the application must be registered to the applicant organization's SAM.gov account. If not, the application may be deemed ineligible.

4. Application Submission Deadline
Your organization's AOR must submit your complete application package electronically to EPA through Grants.gov no later than **October 12, 2023 11:59 PM ET**. Please allow for enough time to successfully submit your application and allow for unexpected errors that may require you to resubmit.

Applications submitted through Grants.gov will be time and date stamped electronically. Please note that successful submission of your application through Grants.gov does not necessarily mean your application is eligible for award. Any application submitted after the application deadline time and date deadline will be deemed ineligible and not be considered.

## C. Technical Issues with Submission

If applicants experience technical issues during the submission of an application that they are unable to resolve, follow the below procedures **before** the application deadline date.

1. Contact Grants.gov Support Center **before** the application deadline date.
2. Document the Grants.gov ticket/case number.
3. Send an email with EPA-R-HQ-SFA-23-01 in the subject line to ggrf@epa.gov **before** the application deadline time and date. Applicants **must** include the following information.
    - Grants.gov ticket/case number(s)
    - Description of the issue
    - The entire application package in PDF format

Without this information, EPA may not be able to consider applications submitted outside of Grants.gov. Any application submitted after the application deadline time and date will be deemed ineligible and **not** be considered.

Please note that successful submission through Grants.gov or email does not necessarily mean your application is eligible for award.

EPA will make decisions concerning acceptance of each application submitted outside of Grants.gov on a case-by-case basis. EPA will only consider accepting applications that were unable to submit through Grants.gov due to Grants.gov or relevant SAM.gov system issues or for unforeseen exigent circumstances, such as extreme weather interfering with internet access. Failure of an applicant to submit prior to the application submission deadline date because they did not properly or timely register in SAM.gov or Grants.gov is not an acceptable reason to justify acceptance of an application outside of Grants.gov.

# Appendix B. Program Budget

## A. Guidance for Detailed Budget Table

The detailed Budget Table should be attached to the Program Narrative and does not count toward the maximum 40-page limit. Applicants should include applicable rows of costs for each budget category in their budget table to accurately reflect the proposed program budget. EPA provides detailed guidance on budget development in the Interim General Budget Development Guidance for Applicants and Recipients of EPA Financial Assistance, but applicants may use other forms as long as total costs per category (and specific descriptions of costs) are included and will not be penalized in the evaluation process.

Applicants must itemize costs related to personnel, fringe benefits, travel, equipment, installation or labor supplies, contractual costs, other direct costs (i.e., subawards, participant support costs), indirect costs, and total costs. Applicants should be aware that if their proposals include using Federal funds for a project that includes the purchase of goods, products, and materials on any form of construction, alteration, maintenance, or repair of infrastructure in the United States, they must comply with the Build America, Buy America Term and Condition if they are selected for award. For applicants proposing to implement a participant support cost or rebate program, the rebates are appropriately listed under the Other budget category as "Participant Support Costs." See EPA Guidance on Participant Support Costs.

- **Personnel - List all staff positions by title. Give annual salary, percentage of time assigned to the program, and total cost for the budget period.** This category includes only direct costs for the salaries of those individuals who will perform work directly for the program (paid employees of the applicant organization as reflected in payroll tax records). If the applicant organization is including staff time (in-kind services) as a cost-share, this should be included as Personnel costs. Personnel costs do not include: (1) costs for services of contractors (including individual consultants), which are included in the "Contractual" category; (2) costs for employees of subrecipients under subawards or non-employee program participants (e.g., interns or volunteers), which are included in the "Other" category; or (3) effort that is not directly in support of the proposed program, which may be covered by the organization's negotiated indirect cost rate. The budget detail must identify the personnel category type by Full Time Equivalent (FTE), including percentage of FTE for part-time employees, number of personnel proposed for each category, and the estimated funding amounts.

- **Fringe Benefits - Identify the percentage used, the basis for its computation, and the types of benefits included.** Fringe benefits are allowances and services provided by employers to their employees as compensation in addition to regular salaries and wages. Fringe benefits may include, but are not limited to the cost of leave, employee insurance, pensions, and unemployment benefit plans. If the applicant's fringe rate does not include the cost of leave, and the applicant intends to charge leave to the agreement, it must provide supplemental information describing its proposed method(s) for determining and equitably distributing these costs.

- **Travel - Specify the mileage, per diem, estimated number of trips in-state and out-of-state, number of travelers, and other costs for each type of travel.** Travel may be: integral to the purpose of the proposed program (e.g., inspections); related to proposed program activities (e.g., attendance at meetings); or to a technical training or workshop that supports effective implementation of the program activities. Only include travel costs for employees in the travel category. Travel costs do not include: (1) costs for travel of contractors (including consultants), which are included in the "Contractual" category; (2) travel costs for employees of subrecipients under subawards and non-employee program participants (e.g., trainees), which are included in the "Other" category. Further, travel does not include bus rentals for group trips, which would be covered under the contractual category. Finally, if the applicant intends to use any funds for travel outside the United States, it must be specifically identified. All proposed foreign travel must be approved by EPA's Office of International and Tribal Affairs prior to being taken.

- **Equipment - Identify each item to be purchased which has an estimated acquisition cost of $5,000 or more per unit and a useful life of more than one year.** Equipment also includes accessories necessary to make the equipment operational. Equipment does not include: (1) equipment planned to be leased/rented, including lease/purchase agreement; or (2) equipment service or maintenance contracts that are not included in the purchase price for the equipment. These types of proposed costs should be included in the "Other" category. Items with a unit cost of less than $5,000 should be categorized as supplies, pursuant to 2 CFR §200.1, "Equipment." The budget table must include an itemized listing of all equipment proposed under the program. If installation costs are included in the equipment costs, labor expenses shall be itemized with the detailed number of hours charged and the hourly wage. If the applicant has written procurement procedures that define a threshold for equipment costs that is lower than $5,000, then that threshold takes precedence.

- **Supplies - Identify all tangible personal property other than "equipment" as "supplies." The budget detail should identify categories of supplies to be procured (e.g., laboratory supplies or office supplies).** Non-tangible goods and services associated with supplies, such as printing service, photocopy services, and rental costs should be included in the "Other" category.

- **Contractual - Identify each proposed contract and specify its purpose and estimated cost.** Contractual services (including consultant services) are those services to be carried out by an individual or organization, other than the applicant, in the form of a procurement relationship. EPA's Subaward Policy and supplemental frequently asked questions has detailed guidance available for differentiating between contractors and subrecipients. Leased or rented goods (equipment or supplies) should be included in the "Other" category. EPA does not require applicants to identify specific contractors. The applicant should list the proposed contract activities along with a brief description of the anticipated scope of work or services to be provided, proposed duration, and proposed procurement method (competitive or non-competitive), if known. Any proposed non-competed/sole-source contracts in excess of $3,500 must include a justification. Note that it is unlikely that EPA will accept proposed sole source contracts for goods and services (e.g., consulting) that are

widely available in the commercial market. Refer to EPA's Best Practice Guide for Procuring Services, Supplies, and Equipment Under EPA Assistance Agreements for EPA's policies on competitive procurements and encouraging the use of small and disadvantaged business enterprises.

- **Other - List each item in sufficient detail for EPA to determine the reasonableness and allowability of its cost.** This category should include only those types of direct costs that do not fit in any of the other budget categories. Examples of costs that may be in this category are: insurance; rental/lease of equipment or supplies; equipment service or maintenance contracts; printing or photocopying; participant support costs such as non-employee training stipends and travel, subsidies or rebates for purchases of pollution control equipment (such as a specified amount of funding for subsidies for solar projects); and subaward costs. Applicants should describe the items included in the "Other" category and include the estimated amount of participant support costs in a separate line item. Additional information about participant support costs is contained in EPA Guidance on Participant Support Costs.

  Subawards (e.g., subgrants) and participant support costs are a distinct type of cost under this category. The term "subaward" means an award of financial assistance (money or property) by any legal agreement made by the recipient to an eligible subrecipient even if the agreement is referred to as a contract. Rebates, subsidies, and similar one-time, lump-sum payments to program beneficiaries for purchase of eligible emission control technologies are considered participant support costs. "Other" does not include procurement purchases, technical assistance in the form of services instead of money, or other assistance in the form of revenue sharing, loans, loan guarantees, interest subsidies, insurance, or direct appropriations. Subcontracts are not subawards and belong in the contractual category. Applicants must provide the aggregate amount they propose to issue as subaward work as a separate line item in the "Other" category, and a description of the types of activities to be supported. Refer to EPA's Subaward Policy and supplemental frequently asked questions for additional guidance.

- **Indirect Charges – Indicate the approved rate and base for indirect charges if included.** Indirect costs (IDCs) are those incurred by the grantee for a common or joint purpose that benefit more than one cost objective or program and are not readily assignable to specific cost objectives or projects as a direct cost. Indirect costs may be budgeted and charged by recipients of Federal assistance agreements in accordance with 2 CFR Part 200. EPA's Indirect Cost Policy for Recipients of EPA Assistance Agreements (IDC Policy) implements the Federal regulations, and the following applies to all EPA assistance agreements, unless there are statutory or regulatory limits on IDCs. Examples of Indirect Cost Rate calculations are shown below.
  - Personnel (Indirect Rate x Personnel = Indirect Costs)
  - Personnel and Fringe (Indirect Rate x Personnel & Fringe = Indirect Costs)
  - Total Direct Costs (Indirect Rate x Total direct costs = Indirect Costs)
  - Direct Costs, less distorting or other factors such as contracts and equipment (Indirect Rate x (total direct cost – distorting factors) = Indirect Costs)

In order for an assistance agreement recipient to use EPA funding for indirect costs, the IDC category of the recipient's assistance agreement award budget must include an amount for IDCs and at least one of the following scenarios must apply.

- With the exception of "exempt" agencies and Institutions of Higher Education as noted below, all recipients must have one of the following current (not expired) IDC rates, including IDC rates that have been extended by the cognizant agency:
  - Provisional;
  - Final;
  - Fixed rate with carry-forward;
  - Predetermined;
  - 10% de minimis rate authorized by 2 CFR § 200.414(f)
  - EPA-approved use of one of the following:
    - 10% de minimis as detailed in Section 6.3 of the IDC Policy; or
    - Expired fixed rate with carry-forward as detailed in Section 6.4.a. of the IDC Policy.
- "Exempt" state or local governmental departments or agencies are agencies that receive up to and including $35,000,000 in Federal funding per the department or agency's fiscal year, and must have an IDC rate application developed in accordance with 2 CFR § 200 Appendix VII, with documentation maintained and available for audit.
- Institutions of Higher Education must use the IDC rate in place at the time of award for the life of the assistance agreement (unless the rate was provisional at time of award, in which case the rate will change once it becomes final). As provided by 2 CFR Part 200, Appendix III(C)(7), the term "life of the assistance agreement", means each competitive segment of the project. Additional information is available in the regulation.

IDCs incurred during any period of the assistance agreement that are not covered by the provisions above are not allowable costs and must not be drawn down by the recipient. Recipients may budget for IDCs pending approval of their IDC rate by the cognizant Federal agency or an exception granted by EPA under Section 6.3 or 6.4 of the IDC Policy. However, recipients may not draw down IDCs until their rate is approved or EPA grants an exception.

The IDC Policy does not govern indirect rates for subrecipients or recipient procurement contractors under EPA assistance agreements. Pass-through entities are required to comply with 2 CFR § 200.331(a)(4) when establishing indirect cost rates for subawards.

Additional indirect cost guidance is available in Indirect Cost Guidance for Recipients of EPA Assistance Agreements.

**Note on Management Fees:** When formulating budgets for applications, applicants must not include management fees or similar charges in excess of the direct costs and indirect costs at the rate approved by the applicant's cognizant federal audit agency, or at the rate provided for by the terms of the agreement negotiated with EPA. The term "management fees or similar charges" refers to expenses added to the direct costs in order to accumulate and reserve funds for ongoing business expenses, unforeseen liabilities, or for other similar costs that are not allowable under

EPA assistance agreements. Management fees or similar charges cannot be used to improve or expand the program funded under this agreement, except to the extent authorized as a direct cost of carrying out the work plan.

EPA has provided an optional template for the detailed Budget Table in Excel available for download on epa.gov/GGRF. Applicants that do not use this table will not be penalized.

## Appendix C. Household Savings Guidance

The first of the five meaningful benefits of residential rooftop and residential-serving community solar is "household savings", which is defined as delivering a benefit of at least 20% of average household's electricity bill, including households that do not have individual electricity bills.

Applicants should calculate 20% household savings from the average electricity expenditures of the average household in the utility territory. This financial benefit does not need to be calculated per each individual household and can be based on averages in the utility territory the applicant is serving. Applicants should calibrate the calculation of this financial benefit to the frequency financial benefits are delivered to the households (i.e., monthly bill credits should deliver 20% household savings based on the monthly electricity bill). Each applicant will need to design a financial subsidy or product that delivers this financial benefit or the equivalent to all households served under this program.

Applicants may consider working with electric utilities and using data from the U.S. Energy Information Administration (including the Residential Energy Consumption Survey and electricity data) to calculate the average household annual utility costs.

Applicants will need to deliver these benefits net of any costs households incur from participating in the program. For example, if the program requires applicants to pay a subscriber fee, then the savings must exceed the fee so that households still experience a financial benefit of 20% the average household electricity bill. Applicants should ensure that if the program incurs any indirect costs on households, such as an increase in tax burden, the household savings calculation incorporates those costs and exceeds the 20% household savings accordingly.

For additional guidance for HUD Multi-Family Housing, see guidance from U.S. Department of Housing and Urban Development (HUD) on how to treat on-bill virtual net metering credits.

Delivering household savings for projects serving households who do not receive individual electricity bills (e.g., households master-metered, multi-family buildings) requires additional consideration since typically these savings are applied to electricity bills. For these households, household savings should be delivered as 20% the average household electricity bill as a financial or non-financial benefit with an equivalent financial value that meaningfully improves the lives of households directly, as described in guidance from U.S. Department of Housing and Urban Development. Applicants should explain how the program will appropriately honor the household savings benefit for households without electricity bills. For example, if a building is delivering household savings as a financially equivalent one-time investment, the value of the one-time investment should be calculated as if households benefiting from the program received 20% household savings for the entire lifetime of the asset.

## Appendix D. Consumer Protection Examples

As described in *Section IV.C: Content of Application Submission* Section 2.2 Fiscal Stewardship Plan, the explanation of Fiscal Stewardship Plan should include descriptions of practices to ensure effective consumer protection throughout your program. Examples of these practices may include but are not limited to plans for the following practices.

- The provision of written materials to program partners and entities that directly interact, transact, or contract with consumers, where such materials contain detailed expectations for those partners' and entities' compliance with applicable consumer protection laws in the jurisdictions served by your program, fair lending laws, and federal consumer protection and consumer financial laws, including laws that prohibit unfair, deceptive, and abusive practices, and Regulation Z (12 CFR § 1026) which requires the disclosure of terms and cost of consumer credit and offers substantive protections to people who use consumer credit
- All in-person and telephone marketing by entities that directly interact, transact, or contract with consumers as part of the program be conducted in a language in which the consumer subject to the marketing is able to understand and communicate
- Consumer complaints that you may receive arising from consumers' interactions, transactions, or contracts with entities involved in your program
- Periodic audits and spot-checks of program partners or entities that directly interact, transact, or contract with consumers
- Entities that directly interact, transact, or contract with consumers as part of the program adopting policies and practices to:
    - Provide written disclosures to consumers containing information in clear and understandable language regarding the purchasing, leasing, or financing, and the costs associated with a consumer's solar project; the impact of the solar project on the consumer's ability to sell or refinance their home and recording of any liens on the home; consumer rights; contact information for the solar project provider; and complaint procedures for the consumer if they have a problem with the solar project or sales process
    - Submit to you for review, documents relating to the entities' interactions with consumers, including, for example, sales and marketing materials, training materials, policies and procedures, consumer finance contracts, and consumer contracts for solar products or services
    - Have a meaningful process for handling consumer complaints that includes receiving, tracking, monitoring, investigating, and resolving such complaints

# Appendix E. Equitable Workforce Development and Job Quality

**Good Jobs Principles**

Applicants are encouraged to review the U.S. Department of Labor and Commerce's eight Good Jobs Principles for guidance on what constitutes a good job when developing their plans. These principles include, but are not limited to, all workers are paid a stable and predictable living wage, family-sustaining benefits that promote economic security and mobility, the choice to form and join a union, and safe and healthy working conditions. In addition, this program aims to expand workforce opportunity for underserved communities (as defined by the Good Jobs Initiative) who often face disproportionate barriers to training and employment. For additional resources, see the Good Jobs Toolkit.

**Multi-Sectoral Partnerships**

Multi-sectoral partnerships will be key to meeting the job quality and workforce development goals of this program. Examples of valuable partners include: employers that inform training curriculum and commit to hiring, mentoring, and retaining individuals from low-income and disadvantaged communities; State and local workforce boards that inform statewide and regional workforce strategies; labor unions that partner via Labor-Management Partnerships and are contracted on projects, provide training, and/or advise on labor practices; education and training providers, such as such as pre-apprenticeship programs, community colleges, Minority Serving Institutions, and Historically Black Colleges and Universities; worker centers; and trusted community-based organizations that work in low-income and disadvantaged communities and can assist with recruitment, mentorship, training, and supportive services.

**Job Quality**

EPA aims for this program to create high-quality jobs with grant funds. Applicants are encouraged to proactively determine how they will work with contractors that are committed to "high road" labor practices, such as paying at least the prevailing wage, providing family-sustaining benefits, providing predictable work schedules, paid time-off, retirement contributions, safe and healthy working conditions, providing supportive services to those who need them, and other characteristics of a good job. In addition, EPA is committed to upholding workers' free and fair choice to collectively bargain and join a union. Applicants are encouraged to develop strategies for protecting that right, such as requiring participating contractors to commit to remaining neutral in union organizing and operations and encouraging the use of Project Labor Agreements when appropriate (e.g., through aggregating residential projects under this program). Lastly, if applicants intend to leverage the IRA clean energy tax credits, they are encouraged to review resources from the Department of Treasury and Department of Labor about the prevailing wage and Registered Apprenticeship requirements associated with the tax credits, which aim to promote job quality in the clean energy sector.[31] (DOL tax credit resources:).

---

[31] Additional resources from the Department of Labor on tax credit requirements: Prevailing Wage and Registered Apprenticeship

**Market Building - Workforce Training and Equitable Participation**

Applicants are encouraged to invest in workforce training models that prepare individuals from low-income and disadvantaged communities for middle-class career pathways in solar energy deployment. These models include, but are not limited to, Registered Apprenticeship programs, pre-apprenticeship (apprenticeship readiness) programs affiliated with Registered Apprenticeship programs, Labor-Management Training Partnerships or other union-affiliated training programs, training programs in partnership with a local community college, and other similar models. Training programs should be developed in partnership with employers that are deploying grant funds and committed to hiring participants.

Training models should include a clear description for how they will recruit participants from low-income and disadvantaged communities, in addition to having a robust plan for supporting those students with wrap-around supportive services, case management, and on-the-job support and mentorship.

Applicants are encouraged to consider the use of Community Benefits Agreements, Community Workforce Agreements, and Access and Opportunity Committees as tools for delivering equitable, community- and worker-driven workforce development solutions.

**Resources from the U.S. Department of Labor**

- The Good Jobs Initiative and Good Jobs Toolkit
- Registered Apprenticeship
- Pre-Apprenticeship
- Labor-Management Partnerships
- Project Labor Agreement Resource Guide
- WorkforceGPS

**Resources from the U.S. Department of Energy**

- Solar Workforce Development
- Solar Energy Resources for Job Seekers

## Appendix F. Guidance for Carbon Dioxide Avoided Calculations

If EPA's AVERT tool does not support your geography (i.e., Alaska, Hawaii, the Commonwealth of Puerto Rico, the Virgin Islands, Guam, American Samoa, and the Commonwealth of the Northern Mariana Islands) you can consider calculating the $CO_2$ emissions your program estimates it will abate using the following calculation: Total size of project(s) (MW) x Capacity factor (%) x 8,760 hours (*or 8,784 hours for 2024*) x Avoided $CO_2$ emission rate (tons per MWh) = Estimated annual emission reductions (tons).

The recommended capacity factors for residential rooftop solar and avoided emission rates for geographies not in AVERT can be found in the following table. If you are proposing a program serving community solar, you may calculate your own community solar capacity factor and generation values using NREL's PVWatts Calculate or use a simplifying, yet conservative, assumption that the increased capacity factor of a community solar facility is about equal to the resulting transmission and distribution losses.

| | Residential Solar Capacity Factor, (%) | Avoided $CO_2$ Emission Rate (lb/MWh) | Avoided $CO_2$ Emission Rate (ton/MWh) |
|---|---|---|---|
| **AK** | 14% | 1,278 | 0.639 |
| **HI** | 18% | 1,748 | 0.874 |
| **PR** | 22% | 1,618 | 0.809 |
| **GU** | 21% | 1,691 | 0.846 |
| **USVI** | 23% | 1,691 | 0.846 |
| **AS** | 21% | 1,691 | 0.846 |
| **CNMI** | 23% | 1,691 | 0.846 |

*Capacity factors are estimates derived from NREL's PVWatts Calculator (accessed June 2023). Avoided emissions rates are based on the 2021 eGRID state annual $CO_2$ non-baseload output emission rate (for AK, HI, and PR) and the eGRID state annual $CO_2$ oil output emission rate for Puerto Rico (for Guam, USVI, American Samoa, and CNMI). Values have been converted to short tons (2,000 lb = 1 ton).*

You are invited, but not required, to determine capacity factors specific to your project(s). If you calculate your own capacity factors, you must include data sources and methods for the calculation. If you are using AVERT and wish to use your own capacity factor, you can edit the default capacity factors in AVERT's Excel Main Module.