# EXHIBIT B

## Notice of Intent

GROWTH OPPS

GO GREEN ENERGY FUND
FUELED BY GrowthOpps

***Delivered via electronic mail***

August 14, 2023

The Honorable Michael S. Regan
Administrator
U.S. Environmental Protection Agency
1200 Pennsylvania Avenue NW
Washington, D.C. 20460

Dear Administrator Regan:

This letter is to serve as the Notice of Intent (NOI) for Growth Opportunity Partners to pursue grant funding allocated to the U.S. Environmental Protection Agency's Office of the Greenhouse Gas Reduction Fund for the Solar for All program under Award Option #3, Multi-state Programs.

*Applicant Eligibility*

I certify that Growth Opportunity Partners (Growth Opps) is an "Eligible Nonprofit Recipient" as defined in Section III.A in the Request for Applications published on June 28, 2023. Growth Opportunity Partners is a 501(c)(3) nonprofit organization, as set forth in 2 CFR § 200.1, that offers community development capital, services, and solutions to growing small businesses primarily located in underserved, low and moderate-income communities.

To further the organization's mission and serve the need in Ohio, the Midwest, and beyond, the GO Green Energy Fund, Ohio's first green bank and the nation's first African American-led green bank, was created and is operated by Growth Opps. The fund leverages private investment in clean energy technologies to reduce energy costs, stimulate economic activity, create Meaningful Wage Jobs (as featured in The Federal Reserve Bank of New York's: *Investing in America's Workforce*) and expedites the transition to a low-carbon economy.

Growth Opps does not receive any "deposit" (as defined in Section 3(l) of the Federal Deposit Insurance Act) or "member account," or "account" (as defined in Section 101 of the Federal Credit Union Act). Growth Opps is funded by public or charitable contributions and has the legal authority to invest in or finance projects.

As detailed in the funding announcement, we have included the additional required information below:

*Number and Type of Applications*

Growth Opportunity Partners is serving as the lead applicant for one application to the Solar for All program under Award Option #3.

*Additional Award Details*

Our application for Award Application #3 will request $400,000,000 in funding and will cover, at minimum, 30,000 households across the following geographic areas:

- City of Akron, Ohio
- Allegany County, New York
- Allegheny County, Pennsylvania, inclusive of the City of Pittsburgh
- Cass County, Missouri
- Cattaraugus County, New York
- Chautauqua County, New York
- City of Charleston, West Virginia
- Clay County, Missouri
- Cuyahoga County, Ohio, inclusive of the City of Cleveland
- City of Detroit, Michigan
- Douglas County, Kansas
- Erie County, New York, inclusive of the City of Buffalo
- Fayette and Kanawha counties, West Virginia, inclusive of the cities of Smithers and Montgomery
- City of Fort Wayne, Indiana
- Franklin County, Ohio and the City of Columbus
- City of Grand Rapids, Michigan
- Hamilton County, Ohio, inclusive of the City of Cincinnati
- City of Huntington, West Virginia
- Indianapolis-Marion County, Indiana, inclusive of the cities of Lawrence, Beech Grove, and Speedway
- Jackson County, Missouri
- Johnson County, Kansas
- City of Kansas City, Missouri
- Leavenworth County, Kansas
- City of Morgantown, West Virginia
- Montgomery County, Ohio, inclusive of the City of Dayton
- Niagara County, New York
- Platte County, Missouri
- City of South Charleston, West Virginia
- City of St. Louis, Missouri
- Wyandotte County, Kansas

Thank you for your time and consideration, and I look forward to our future collaboration.

Best regards,

Michael Jeans
President & CEO
Growth Opps | GO Green Energy Fund