# EXHIBIT C

# Growth Opportunity's Solar for All application

OMB Number: 4040-0004
Expiration Date: 11/30/2025

## Application for Federal Assistance SF-424

| | |
|---|---|
| * 1. Type of Submission: | ☐ Preapplication<br>☒ Application<br>☐ Changed/Corrected Application |
| * 2. Type of Application: | ☒ New<br>☐ Continuation<br>☐ Revision |
| * If Revision, select appropriate letter(s): | |
| * Other (Specify): | |
| * 3. Date Received: | Completed by Grants.gov upon submission. |
| 4. Applicant Identifier: | |
| 5a. Federal Entity Identifier: | |
| 5b. Federal Award Identifier: | |

**State Use Only:**

| | |
|---|---|
| 6. Date Received by State: | |
| 7. State Application Identifier: | |

**8. APPLICANT INFORMATION:**

| | |
|---|---|
| * a. Legal Name: | Growth Opportunity Partners, Inc. |
| * b. Employer/Taxpayer Identification Number (EIN/TIN): | 474257622 |
| * c. UEI: | E3LZSBPDZQW6 |

**d. Address:**

| | |
|---|---|
| * Street1: | 6001 Euclid Ave. |
| Street2: | Suite 120 |
| * City: | Cleveland |
| County/Parish: | Cuyahoga |
| * State: | OH: Ohio |
| Province: | |
| * Country: | USA: UNITED STATES |
| * Zip / Postal Code: | 44103-3719 |

**e. Organizational Unit:**

| | |
|---|---|
| Department Name: | |
| Division Name: | |

**f. Name and contact information of person to be contacted on matters involving this application:**

| | |
|---|---|
| Prefix: | Mr. |
| * First Name: | Jeffrey |
| Middle Name: | |
| * Last Name: | Clawson |
| Suffix: | |
| Title: | |
| Organizational Affiliation: | |
| * Telephone Number: | 216-462-0650 |
| Fax Number: | |
| * Email: | jeff.clawson@growthopps.org |

## Application for Federal Assistance SF-424

*** 9. Type of Applicant 1: Select Applicant Type:**

M: Nonprofit with 501C3 IRS Status (Other than Institution of Higher Education)

Type of Applicant 2: Select Applicant Type:

Type of Applicant 3: Select Applicant Type:

* Other (specify):

*** 10. Name of Federal Agency:**

Environmental Protection Agency

**11. Catalog of Federal Domestic Assistance Number:**

66.959

CFDA Title:

Greenhouse Gas Reduction Fund: Section 134(a)(1) - Zero Emission Technologies Grant Program

*** 12. Funding Opportunity Number:**

EPA-R-HQ-SFA-23-01

* Title:

SOLAR FOR ALL

**13. Competition Identification Number:**

Title:

**14. Areas Affected by Project (Cities, Counties, States, etc.):**

IHSC - Coalition Members.docx

Add Attachment | Delete Attachment | View Attachment

*** 15. Descriptive Title of Applicant's Project:**

Industrial Heartland Solar Coalition

Attach supporting documents as specified in agency instructions.

Add Attachments | Delete Attachments | View Attachments

## Application for Federal Assistance SF-424

**16. Congressional Districts Of:**

* a. Applicant: OH-011
* b. Program/Project: OH-011

Attach an additional list of Program/Project Congressional Districts if needed.

IHSC - Congressional Districts.pdf | Add Attachment | Delete Attachment | View Attachment

**17. Proposed Project:**

* a. Start Date: 07/01/2024
* b. End Date: 06/30/2029

**18. Estimated Funding ($):**

| | |
|---|---|
| * a. Federal | 250,000,000.00 |
| * b. Applicant | 0.00 |
| * c. State | 0.00 |
| * d. Local | 0.00 |
| * e. Other | 0.00 |
| * f. Program Income | 0.00 |
| * g. TOTAL | 250,000,000.00 |

*** 19. Is Application Subject to Review By State Under Executive Order 12372 Process?**

- [ ] a. This application was made available to the State under the Executive Order 12372 Process for review on ________.
- [ ] b. Program is subject to E.O. 12372 but has not been selected by the State for review.
- [x] c. Program is not covered by E.O. 12372.

*** 20. Is the Applicant Delinquent On Any Federal Debt? (If "Yes," provide explanation in attachment.)**

- [ ] Yes
- [x] No

If "Yes", provide explanation and attach

Add Attachment | Delete Attachment | View Attachment

**21. *By signing this application, I certify (1) to the statements contained in the list of certifications** and (2) that the statements herein are true, complete and accurate to the best of my knowledge. I also provide the required assurances** and agree to comply with any resulting terms if I accept an award. I am aware that any false, fictitious, or fraudulent statements or claims may subject me to criminal, civil, or administrative penalties. (U.S. Code, Title 18, Section 1001)**

- [x] ** I AGREE

** The list of certifications and assurances, or an internet site where you may obtain this list, is contained in the announcement or agency specific instructions.

**Authorized Representative:**

Prefix: Mr.
* First Name: Jeffrey

Middle Name:

* Last Name: Clawson

Suffix:

* Title: Chief Credit Officer

* Telephone Number: 216-462-0650
Fax Number:

* Email: jeff.clawson@growthopps.org

* Signature of Authorized Representative: Completed by Grants.gov upon submission.
* Date Signed: Completed by Grants.gov upon submission.

**The following attachment is not included in the view since it is not a read-only PDF file.**

**Upon submission, this file will be transmitted to the Grantor without any data loss.**

**IHSC - Coalition Members.docx**

# Industrial Heartland Solar Coalition

*EPA Solar for All Program*

## What is Solar for All?

The EPA released the $7 billion Solar for All Notice of Funding Opportunity in June 2023, one of three competitions available through the Greenhouse Gas Reduction Fund. Through this competition, Solar for All (SFA) will award up to 60 grants to states, territories, Tribal governments, municipalities, and nonprofits to expand the number of low-income and disadvantaged communities primed for residential solar investment—enabling millions of low-income households to access affordable, resilient, and clean solar energy.

SFA presents an opportunity for the communities in the Industrial Heartland Solar Coalition (IHSC) to lead an equitable, carbon-free economic transition across 17 cities and 8 states, impacting 3.8 million residents who live in Justice 40 communities.

Power A Clean Future Ohio (PCFO) has been leading the project management for this IRA opportunity in partnership with Growth Opportunity Partners' GO Green Energy Fund, a Green Bank located in Cleveland, Ohio.

## Solar for All Program Structure:

The IHSC will be applying for the max award amount of 250M that the coalition qualifies for. If awarded, program funds will largely consist of a combination of:

1. LMI solar (example: Solar United Neighbors subsidized LMI co-op purchasing and installation in Cleveland, Indianapolis, and Pittsburgh)
    a. Services all states with net metering and Municipal utilities
2. LMI solar + battery programs
    a. Services all territories, regardless of regulations
3. Community solar (example: PA's community solar program)
    a. Services states with Community Solar programs and Municipal utilities

## Who are we?

### Lead Applicant

*The Lead Applicant is the organization taking the primary responsibility for submitting the application on behalf of the coalition.*

Growth Opportunity Partners, GO Green Energy Fund

### Project Team

Power a Clean Future Ohio (PCFO)
- Nutter Consulting
- UNPREDICTABLEcity

Solar United Neighbors (SUN)
CUB Ohio
- Hubay Dougherty

### Participating Communities




### Role of Other Supporting Entities + Letters of Support

The program application calls for the collection of a variety of Letters of Support (LOS). Other supporting entities, such as nonprofit organizations and community groups, may contribute resources, outreach, or technical expertise to enhance the program's effectiveness. Every supporting entity will be asked to provide a letter of support for the application.

## Solar for All Timeline:

Application Submission Deadline: October 12, 2023
Award Announcements: March 2024
Funding Released: July 2024

## Questions:

Please direct your questions to Alyssa Johnson, Program Manager, Power A Clean Future Ohio

Akron – Ohio 13 – Emilia Sykes

Allegany County NY - NY 23 - Nick Langworthy

Allegheny County PA - PA 17 - Chris Deluzio, PA 12 - Summer Lee

Buffalo/Erie – NY 26 – Brian Higgins, NY 23 – Nick Langworthy

Cass County MO– MO 4 Mark Alford

Cattaraugus County NY - NY 23 - Nick Longwrothy

Chautauqua County NY - NY 23 - Nick Longworthy

Charleston, WV - WV 1 - Carol Miller

Clay County, MO - MO 6 - Sam Graves

Cleveland/Cuyahoga – Ohio 11 – Shontel Brown, Ohio 7 – Max Miller

Cincinnati/Hamilton – Ohio 1 – Greg Landsman, Ohio 2 – Brad Wenstrup,

Columbus/Franklin – Ohio 3 – Joyce Beatty, Ohio 4 – Jim Jordan,

Dayton/Montgomery – Ohio 8 – Warren Davidson, Ohio 10 – Michael Turner, Ohio 15 – Mike Carey

Detroit – Michigan 12 - Rashida Tlaib, Michigan 13 - Shri Thanedar

Douglas County, KS - KS - Jake LaTurner

Fayette & Kanawha Counties, WV - WV 1 - Carol Miller

Fort Wayne/Allen – IN 3 – Jim Banks

Grand Rapids, M! - MI 3 - Hillary Scholten

Huntington, WV - WV 1 - Carol Miller

Indianapolis – IN 7 – Andre Carson, IN 6 G reg Pence

Kansas City – Missouri 5 – Emanuel Cleaver

Pittsburgh/Allegheny – PA 17 – Chris Deluzio, PA 12 – Summer Lee

Platte County, MO – MO 6 – Sam Graves

South Charleston WV – WV 2 – Alexander Mooney

St Louis – Missouri 1 – Cori Bush

Wyandotte County Kansas – KS 3 – Sharice Davids, KS 2 – Jake LaTurner

# BUDGET INFORMATION - Non-Construction Programs

OMB Number: 4040-0006
Expiration Date: 02/28/2025

## SECTION A - BUDGET SUMMARY

| | Grant Program Function or Activity (a) | Catalog of Federal Domestic Assistance Number (b) | Estimated Unobligated Funds: Federal (c) | Estimated Unobligated Funds: Non-Federal (d) | New or Revised Budget: Federal (e) | New or Revised Budget: Non-Federal (f) | New or Revised Budget: Total (g) |
|---|---|---|---|---|---|---|---|
| 1. | Solar For All | EPA-R-HQ-SFA-23 | $ | $ | $ 250,000,000.00 | $ 0.00 | $ 250,000,000.00 |
| 2. | | | | | | | |
| 3. | | | | | | | |
| 4. | | | | | | | |
| 5. | Totals | | $ | $ | $ 250,000,000.00 | $ 0.00 | $ 250,000,000.00 |

Standard Form 424A (Rev. 7- 97)
Prescribed by OMB (Circular A -102) Page 1

## SECTION B - BUDGET CATEGORIES

| 6. Object Class Categories | GRANT PROGRAM, FUNCTION OR ACTIVITY | | | | Total |
|---|---|---|---|---|---|
| | (1) Solar For All | (2) | (3) | (4) | (5) |
| a. Personnel | $ 7,845,000.00 | $ | $ | $ | $ 7,845,000.00 |
| b. Fringe Benefits | 1,185,000.00 | | | | 1,185,000.00 |
| c. Travel | 550,000.00 | | | | 550,000.00 |
| d. Equipment | 2,900,000.00 | | | | 2,900,000.00 |
| e. Supplies | 100,000.00 | | | | 100,000.00 |
| f. Contractual | 8,625,000.00 | | | | 8,625,000.00 |
| g. Construction | 0.00 | | | | 0.00 |
| h. Other | 225,025,000.00 | | | | 225,025,000.00 |
| i. Total Direct Charges (sum of 6a-6h) | 246,230,000.00 | | | | $ 246,230,000.00 |
| j. Indirect Charges | 3,750,000.00 | | | | $ 3,750,000.00 |
| k. TOTALS (sum of 6i and 6j) | $ 249,980,000.00 | $ | $ | $ | $ 249,980,000.00 |
| | | | | | |
| 7. Program Income | $ 0.00 | $ | $ | $ | $ 0.00 |

**Authorized for Local Reproduction**

Standard Form 424A (Rev. 7- 97)
Prescribed by OMB (Circular A -102) Page 1A

## SECTION C - NON-FEDERAL RESOURCES

| | (a) Grant Program | (b) Applicant | (c) State | (d) Other Sources | (e)TOTALS |
|---|---|---|---|---|---|
| 8. | Solar For All | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 9. | | | | | |
| 10. | | | | | |
| 11. | | | | | |
| 12. TOTAL (sum of lines 8-11) | | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## SECTION D - FORECASTED CASH NEEDS

| | Total for 1st Year | 1st Quarter | 2nd Quarter | 3rd Quarter | 4th Quarter |
|---|---|---|---|---|---|
| 13. Federal | $ 52,847,000.00 | $ 13,211,750.00 | $ 13,211,750.00 | $ 13,211,750.00 | $ 13,211,750.00 |
| 14. Non-Federal | $ | | | | |
| 15. TOTAL (sum of lines 13 and 14) | $ 52,847,000.00 | $ 13,211,750.00 | $ 13,211,750.00 | $ 13,211,750.00 | $ 13,211,750.00 |

## SECTION E - BUDGET ESTIMATES OF FEDERAL FUNDS NEEDED FOR BALANCE OF THE PROJECT

| | (a) Grant Program | FUTURE FUNDING PERIODS (YEARS) | | | |
|---|---|---|---|---|---|
| | | (b)First | (c) Second | (d) Third | (e) Fourth |
| 16. | Solar For All | $ 52,422,000.00 | $ 49,522,000.00 | $ 46,722,000.00 | $ 46,547,000.00 |
| 17. | | | | | |
| 18. | | | | | |
| 19. | | | | | |
| 20. TOTAL (sum of lines 16 - 19) | | $ 52,422,000.00 | $ 49,522,000.00 | $ 46,722,000.00 | $ 46,547,000.00 |

## SECTION F - OTHER BUDGET INFORMATION

21. Direct Charges: None

22. Indirect Charges: Financial assistance indirect and contingency.

23. Remarks: Section 6B item h. - distribution of funding to local IHSC Members.

**Authorized for Local Reproduction**

OMB Number: 2030-0020
Expiration Date: 06/30/2024

# Preaward Compliance Review Report for All Applicants and Recipients Requesting EPA Financial Assistance

Note: Read Instructions before completing form.

**I. A. Applicant/Recipient (Name, Address, City, State, Zip Code)**

Name: Growth Opportunity Partners, Inc.

Address: 6001 Euclid Ave., Suite 120

City: Cleveland

State: OH: Ohio

Zip Code: 44103

**B. Unique Entity Identifier (UEI):** E3LZSBPDZQW6

**C. Applicant/Recipient Point of Contact**

Name: Michael Jeans

Phone: 216-462-0640

Email: michael.jeans@growthopps.org

Title: CEO

**II. Is the applicant currently receiving EPA Assistance?** ☐ Yes ☒ No

**III. List all pending civil rights lawsuits and administrative complaints filed under federal law against the applicant/recipient that allege discrimination based on race, color, national origin, sex, age, or disability. (Do not include employment complaints not covered by 40 C.F.R. Parts 5 and 7.)**

NA

**IV. List all civil rights lawsuits and administrative complaints decided against the applicant/recipient within the last year that alleged discrimination based on race, color, national origin, sex, age, or disability and enclose a copy of all decisions. Please describe all corrective actions taken. (Do not include employment complaints not covered by 40 C.F.R. Parts 5 and 7.)**

NA

**V. List all civil rights compliance reviews of the applicant/recipient conducted under federal nondiscrimination laws by any federal agency within the last two years and enclose a copy of the review and any decisions, orders, or agreements based on the review. Please describe any corrective action taken. (40 C.F.R. § 7.80(c)(3))**

NA

**VI. Is the applicant requesting EPA assistance for new construction? If no, proceed to VII; if yes, answer (a) and/or (b) below.**

☐ Yes ☒ No

**a. If the grant is for new construction, will all new facilities or alterations to existing facilities be designed and constructed to be readily accessible to and usable by persons with disabilities? If yes, proceed to VII; if no, proceed to VI(b).**

☐ Yes ☒ No

**b. If the grant is for new construction and the new facilities or alterations to existing facilities will not be readily accessible to and usable by persons with disabilities, explain how a regulatory exception (40 C.F.R. 7.70) applies.**

NA

**VII. Does the applicant/recipient provide initial and continuing notice that it does not discriminate on the basis of race, color, national origin, sex, age, or disability in its program or activities? (40 C.F.R 5.140 and 7.95)** ☒ Yes ☐ No

**a. Do the methods of notice accommodate those with impaired vision or hearing?** ☒ Yes ☐ No

**b. Is the notice posted in a prominent place in the applicant's/recipient's website, in the offices or facilities or, for education programs and activities, in appropriate periodicals and other written communications?** ☒ Yes ☐ No

**c. Does the notice identify a designated civil rights coordinator?** ☒ Yes ☐ No

**VIII. Does the applicant/recipient maintain demographic data on the race, color, national origin, sex, age, or disability status of the population it serves? (40 C.F.R. 7.85(a))** ☒ Yes ☐ No

**IX. Does the applicant/recipient have a policy/procedure for providing meaningful access to services for persons with limited English proficiency? (Title VI, 40 C.F.R. Part 7, *Lau v Nichols* 414 U.S. (1974))** ☒ Yes ☐ No

**X. If the applicant is an education program or activity, or has 15 or more employees, has it designated an employee to coordinate its compliance with 40 C.F.R. Parts 5 and 7? Provide the name, title, position, mailing address, e-mail address, fax number, and telephone number of the designated coordinator.**

NA

**XI. If the applicant is an education program or activity, or has 15 or more employees, has it adopted grievance procedures that assure the prompt and fair resolution of complaints that allege a violation of 40 C.F.R. Parts 5 and 7? Provide a legal citation or applicant's/recipient's website address for, or a copy of, the procedures.**

NA

**For the Applicant/Recipient**

I certify that the statements I have made on this form and all attachments thereto are true, accurate and complete. I acknowledge that any knowingly false or misleading statement may be punishable by fine or imprisonment or both under applicable law. I assure that I will fully comply with all applicable civil rights statutes and EPA regulations.

| A. Signature of Authorized Official | B. Title of Authorized Official | C. Date |
|---|---|---|
| Completed by Grants.gov upon submission. | Chief Credit Officer | Completed by Grants.gov upon submission. |

**For the U.S. Environmental Protection Agency**

I have reviewed the information provided by the applicant/recipient and hereby certify that the applicant/recipient has submitted all preaward compliance information required by 40 C.F.R. Parts 5 and 7; that based on the information submitted, this application satisfies the preaward provisions of 40 C.F.R. Parts 5 and 7; and that the applicant has given assurance that it will fully comply with all applicable civil rights statures and EPA regulations.

| A. *Signature of Authorized EPA Official | B. Title of Authorized Official | C. Date |
|---|---|---|
| | | |

Instructions for EPA FORM 4700-4 (Rev. 04/2021)

General. Recipients of Federal financial assistance from the U.S. Environmental Protection Agency must comply with the following statutes and regulations.
Title VI of the Civil Rights Acts of 1964 provides that no person in the United States shall, on the grounds of race, color, or national origin, be excluded from participation in, be denied the benefits of, or be subjected to discrimination under any program or activity receiving Federal financial assistance. The Act goes on to explain that the statute shall not be construed to authorize action with respect to any employment practice of any employer, employment agency, or labor organization (except where the primary objective of the Federal financial assistance is to provide employment). Section 13 of the 1972 Amendments to the Federal Water Pollution Control Act provides that no person in the United States shall on the ground of sex, be excluded from participation in, be denied the benefits of, or be subjected to discrimination under the Federal Water Pollution Control Act, as amended. Employment discrimination on the basis of sex is prohibited in all such programs or activities. Section 504 of the Rehabilitation Act of 1973 provides that no otherwise qualified individual with a disability in the United States shall solely by reason of disability be excluded from participation in, be denied the benefits of, or be subjected to discrimination under any program or activity receiving Federal financial assistance. Employment discrimination on the basis of disability is prohibited in all such programs or activities. The Age Discrimination Act of 1975 provides that no person on the basis of age shall be excluded from participation under any program or activity receiving Federal financial assistance. Employment discrimination is not covered. Age discrimination in employment is proh bited by the Age Discrimination in Employment Act administered by the Equal Employment Opportunity Commission. Title IX of the Education Amendments of 1972 provides that no person in the United States on the basis of sex shall be excluded from participation in, be denied the benefits of, or be subjected to discrimination under any education program or activity receiving Federal financial assistance. Employment discrimination on the basis of sex is proh bited in all such education programs or activities. Note: an education program or activity is not limited to only those conducted by a formal institution. 40 C.F.R. Part 5 implements Title IX of the Education Amendments of 1972. 40 C.F.R. Part 7 implements Title VI of the Civil Rights Act of 1964, Section 13 of the 1972 Amendments to the Federal Water Pollution Control Act, and Section 504 of The Rehabilitation Act of 1973.

Items "Applicant" means any entity that files an application or unsolicited proposal or otherwise requests EPA assistance. 40 C.F.R. §§ 5.105, 7.25. "Recipient" means any State or its political subdivision, any instrumentality of a State or its political subdivision, any public or private agency, institution, organizations, or other entity, or any person to which Federal financial assistance is extended directly or through another recipient, including any successor, assignee, or transferee of a recipient, but excluding the ultimate beneficiary of the assistance. 40 C.F.R. §§ 5.105, 7.25. "Civil rights lawsuits and administrative complaints" means any lawsuit or administrative complaint alleging discrimination on the basis of race, color, national origin, sex, age, or disability pending or decided against the applicant and/or entity which actually benefits from the grant, but excluding employment complaints not covered by 40 C.F.R. Parts 5 and 7. For example, if a city is the named applicant but the grant will actually benefit the Department of Sewage, civil rights lawsuits involving both the city and the Department of Sewage should be listed. "Civil rights compliance review" means: any federal agency-initiated investigation of a particular aspect of the applicant's and/or recipient's programs or activities to determine compliance with the federal non-discrimination laws. Submit this form with the original and required copies of applications, requests for extensions, requests for increase of funds, etc. Updates of information are all that are required after the initial application submission. If any item is not relevant to the project for which assistance is requested, write "NA" for "Not Applicable." In the event applicant is uncertain about how to answer any questions, EPA program officials should be contacted for clarification.

OMB Number: 2030-0020
Expiration Date: 06/30/2024

# EPA KEY CONTACTS FORM

**Authorized Representative:** *Original awards and amendments will be sent to this individual for review and acceptance, unless otherwise indicated.*

**Name:** **Prefix:** **First Name:** Michael **Middle Name:**
**Last Name:** Jeans **Suffix:**
**Title:** CEO

**Complete Address:**

**Street1:** 6001 Euclid Ave
**Street2:** Suite 120
**City:** Cleveland **State:** OH: Ohio
**Zip / Postal Code:** 44013 **Country:** USA: UNITED STATES
**Phone Number:** 216-462-0640 **Fax Number:**
**E-mail Address:** Michael.Jeans@growthopps.org

**Payee:** *Individual authorized to accept payments.*

**Name:** **Prefix:** Mr. **First Name:** Jeffrey **Middle Name:**
**Last Name:** Clawson **Suffix:**
**Title:** Chief Credit Officer

**Complete Address:**

**Street1:** 6001 Euclid Ave
**Street2:** Suite 120
**City:** Cleveland **State:** OH: Ohio
**Zip / Postal Code:** 44103 **Country:** USA: UNITED STATES
**Phone Number:** 2164620650 **Fax Number:**
**E-mail Address:** jeff.clawson@growthopps.org

**Administrative Contact:** *Individual from Sponsored Programs Office to contact concerning administrative matters (i.e., indirect cost rate computation, rebudgeting requests etc).*

**Name:** **Prefix:** **First Name:** Jeffrey **Middle Name:**
**Last Name:** Clawson **Suffix:**
**Title:**

**Complete Address:**

**Street1:** 6001 Euclid Ave
**Street2:** Suite 120
**City:** Cleveland **State:** OH: Ohio
**Zip / Postal Code:** 44103 **Country:** USA: UNITED STATES
**Phone Number:** 2164620650 **Fax Number:**
**E-mail Address:** jeff.clawson@growthopps.org

EPA Form 5700-54 (Rev 4-02)

# EPA KEY CONTACTS FORM

**Project Manager:** *Individual responsible for the technical completion of the proposed work.*

**Name:** **Prefix:** **First Name:** Marcus **Middle Name:**

**Last Name:** Glanton **Suffix:**

**Title:** Chief Operating Officer

**Complete Address:**

**Street1:** 6001 Euclid Ave

**Street2:** Suite 120

**City:** Cleveland **State:** OH: Ohio

**Zip / Postal Code:** 44103 **Country:** USA: UNITED STATES

**Phone Number:** 2164620645 **Fax Number:**

**E-mail Address:** micheal.jeans@growthopps.org

## Project Narrative File(s)

* **Mandatory Project Narrative File Filename:** Solar for All_ Industrial Heartland Solar Coalition Ap

Add Mandatory Project Narrative File | Delete Mandatory Project Narrative File | View Mandatory Project Narrative File

To add more Project Narrative File attachments, please use the attachment buttons below.

Add Optional Project Narrative File | Delete Optional Project Narrative File | View Optional Project Narrative File

**EPA Greenhouse Gas Reduction Fund Solar for All**
**Industrial Heartland Solar Coalition Application: Program Narrative**

**Section 1: Program Strategy Narrative**

The Industrial Heartland Solar Coalition is pleased to submit our multi-state application for EPA's Solar for All competition. Composed of 31 communities from eight states across America's industrial heartland, our coalition is collaborating across geographic boundaries to implement a vision for transformational acceleration of solar energy deployment for LMI (Low and Moderate-income) households. The eight states represented in our coalition include Indiana, Kansas, Michigan, Missouri, New York, Ohio, Pennsylvania, and West Virginia.

Led by Growth Opportunity Partners, Inc. ("Growth Opps"), the first green bank for the State of Ohio and the country's first African American-led green bank, our coalition members are poised to usher in a new era for solar energy deployment across the industrial heartland of America, bringing the just, clean energy transition to communities from the Midwest through the rustbelt. We have secured 127 Letters of Support from organizations who are committed to our shared vision (see *Attachments I-L*).

The communities in the coalition represent the Rust Belt in America - the cities and towns that experienced the industrial decline in the last century, where factories were abandoned, quality jobs were eliminated, and populations began to dwindle. As industries such as automotive manufacturing and steel manufacturing decentralized and coal production fell, these communities faced both economic hardships and environmental harms. The once prominent economic drivers in these communities were not replaced swiftly by other industries, and unemployment soared. According to a Brookings report, "Rebuilding the Employment Security System for the Rust Belt that Created It," manufacturing employment dropped by 35% in ten years—a more dramatic decline than during the Great Depression—eliminating 1.6 million jobs across six Great Lakes states.[1]

While the decline in available jobs and employment certainly had negative impacts on many types of workers, racially diverse populations were disproportionately affected. Abandoned industrial sites left communities with a patchwork of brownfields and contaminated lands. Brownfields can directly impact public and environmental health due to contamination that can pollute soil, air, and water resources on- and off-site. The resulting disinvestment from industry and government alike caused many of these cities and communities to wither.

Our proposed Solar for All program will be centrally run, managed, and financed through Growth Opps, the lead applicant. Growth Opps will have individual contractual arrangements with each coalition partner to distribute and monitor grant funds for implementation of the Solar for All program. Through individual consultations with every coalition partner representing a city, county, or region, we have determined the target number of households that those respective programs will serve, along with the type of

---

[1] https://www.brookings.edu/articles/rebuilding-the-employment-security-system-for-the-rust-belt-that-created-it/#:~:text=Across%20the%20Rust%20Belt%2C%20between,Depression%E2%80%94eliminating%201.6%20million%20jobs.

eligible zero emissions technology or technologies and deployment strategies that they will use. The core focus of our Solar for All program is to address the needs of underserved communities through residential-rooftop and community solar deployment. Please see the Financial Assistance Strategy (*Pg. 18*) for more detail on the modeling.

**1. Impact Assessment**

***Projected Outputs and Outcomes***

Based on preliminary estimates using state level energy consumption and cost values, the Industrial Heartland Solar Coalition is projected to **serve 27,990 households** (18,240 through rooftop solar and 9,750 through community solar), leading to:

- 114.67 MW of **new solar capacity**
    - 74.16 MW of new solar capacity on residential homes
    - 40.51 MW of new community solar capacity
- $19,153,409 in annual savings across the coalition from solar generation and energy efficiency measures.
    - $684 in **annual savings per household** on average across the coalition, equivalent to an average 58% reduction in electricity costs per household
    - $13.05 grant dollars per dollar of annual household savings.
    - $478,835,220 in savings from solar generation and energy efficiency across the 25 year lifetime of the solar panels, translating to $0.52 in program dollars requested per dollar of savings.
- 160,690 tons of **$CO_2$ reduced** based on an analysis using US EPA's AVERT
- Average of $8,932 award funding per household
- Average of $2,180,152 per MW of solar
- Average of $1,556 per ton of $CO_2$ reduced
- 12.8 MWh of **storage capacity** deployed throughout the program
- $19,538,882 program dollars per annual **MWh of battery capacity**

***Alignment with Federal Priorities***

The Industrial Heartland Solar Coalition's Solar for All goals are closely aligned with the Greenhouse Gas Reduction Fund (GGRF) Program Objectives, EPA's FY 2022-2026 Strategic Plan, and the Justice40 Initiative as follows:

First, we will advance GGRF Program Objective #1 and EPA's Strategic Goals #1 and #4 aimed at decarbonizing the energy sector, reducing air pollution, and advancing local climate action.[2] Fifteen of our local governments have established climate action and sustainability plans, complete with greenhouse gas reduction targets; Akron, Cincinnati, Columbus, Cuyahoga County, Dayton, Grand Rapids, and Kansas City stand out with ambitious goals to achieve carbon neutrality by 2050 or earlier. Through our Solar for All program, we aim to achieve annual emissions reductions of 160,690 tons of $CO_2$, equivalent to taking 35,758 gasoline-powered vehicles off of the road for one year or avoiding over 180 million pounds of coal burned.[3]

---

[2] https://www.epa.gov/system/files/documents/2022-03/fy-2022-2026-epa-strategic-plan.pdf
[3] https://www.epa.gov/energy/greenhouse-gas-equivalencies-calculator

Emissions reduction will also improve public health for frontline communities disproportionately affected by the polluting legacy of the fossil fuel industry. Among disadvantaged communities in our region, the average Census Tract ranks in the 69th percentile for particulate matter air pollution and the 71st percentile for diesel particulate matter exposure. Through Solar for All, we can tackle historical environmental injustices and significantly improve public health outcomes across the region.

Our coalition is dedicated to promoting environmental justice and benefiting low-income and disadvantaged communities, in alignment with GGRF Program Objective #2, EPA's Strategic Goal #2, and the Justice40 Initiative. There are over 3.5 million members of disadvantaged communities residing in our geographic area. These communities are racially diverse, with 66% of residents being non-white, and they collectively bear a significant energy burden of 5.35% along with a housing burden of 38%.[4] Our program will deliver an average of 58% household savings, serving LMI households exclusively. In addition to the significant energy and cost savings impact, our program will train 1,000 new solar workers and institutionalize high road labor practices in RFPs and contracts.

With the experienced and innovative leadership of Growth Opps, our coalition is well-positioned to deliver on GGRF Program Objective #3, to mobilize financing and private capital to extend the reach of GGRF programs. Solar for All grant funds will serve as a catalyst for a sustainable program that extends beyond the five-year grant period. We aim to mobilize nearly $201 million in tax credits in addition to Solar for All grant dollars. The program is expected to generate a significant economic impact across the industrial heartland, with an estimated increase of $518 million during program years and $5.7 million annually afterward. Additionally, the program will provide an added value of $323 million during program years and $4 million annually afterward. This investment will accelerate transformative change in the solar markets across its eight states, fostering economic growth, job creation, and delivering essential energy savings for low-income households.

***Identifying and Addressing Market Barriers***

Over the past two decades, distributed solar generation has grown unevenly across the states in our coalition. The market in New York has expanded rapidly while others lag behind. This inconsistent development is due to varying market conditions across the region, such as differences in policies, regulations, and incentives.

These disparities have resulted in inequitable solar access. Our program design carefully considers these market variations in order to promote equitable solar deployment across the entire coalition. By accounting for unique local dynamics in our program design and addressing the most common barriers to solar deployment, we can ensure increased access to solar energy and its benefits for all communities.

Through Solar for All, the Industrial Heartland Solar Coalition will significantly increase low-income solar deployment across 31 communities in an eight state region, addressing historic barriers through our coalition's unique approach. Our Solar for All program is designed to radically accelerate adoption by providing fully-funded residential solar arrays at no cost to

[4] These figures are aggregated from the Climate and Economic Justice Screening Tool.

homeowners, overcoming the primary cost barrier that stifles solar adoption rates. We determined the target household goal for each coalition member by calculating the number of low-income households in qualifying census tracts and applying a reasonable adoption rate of 1.6%.[5] With our strong local partnerships and financial model to provide fully-funded systems, we are confident that we can install residential rooftop solar for 18,240 households.

In developing this multi-state Solar for All application, each coalition member identified the leading **market barriers**, financial barriers and non-financial barriers that exist for deploying solar, both in general and for LMI households. Across our coalition, cost was the leading barrier to deploying solar. Eleven of seventeen coalition members reported that the primary barrier to solar access for LMI households is the prohibitive cost of rooftop solar systems, exacerbated by regional increases in electricity and solar materials costs. Similarly, many cities also struggle with a lack of capital to establish financially viable solar deployment programs to serve disadvantaged and LMI households. The third most prevalent challenge identified is insufficient local workforce to meet the rising demand for solar. Lastly, regulatory uncertainty at the state level compounds these challenges (see *Distributed Solar Market Strategy Pg. 12*).

The Industrial Heartland Solar Coalition has the unique opportunity to leverage the scale of our region, while also designing programs to meet local needs and overcome solar market barriers. To address prohibitive cost barriers and lack of capital, Growth Opps will provide a centrally managed and financed program, offering a bulk purchasing program and a third-party ownership model. This structure allows us to stretch our grant dollars by leveraging additional capital, reduce costs, and decrease administrative burden for coalition members (see *Financial Assistance Strategy Pg. 18*).

To meet workforce needs, our program will train 1,000 new solar workers through partnerships with IBEW and existing local workforce programs (see Meaningful Benefits Plan). Finally, our Solar for All programs will be locally customized and implemented to address the varying regulatory environments across the coalition. Growth Opps will provide centralized technical assistance while also facilitating peer-to-peer learning opportunities to leverage the diversity and local expertise within the coalition. This structure will support communities in tackling local barriers while also sharing best practices for coalition-wide success.

In addition to establishing new programs, Solar for All funds will **augment existing low-income solar programs**. Collectively, our communities have been involved in 20 different low-income solar initiatives, ranging from rooftop solar financing programs, community solar cooperatives, and renewable-powered community aggregation projects. Also, our **proposed outcome metrics are reasonably achievable** evidenced by the successes from the low-income solar programs described below.

For example, the City of **Indianapolis**, Solar United Neighbors, and Bloomberg Philanthropies American Cities Climate Challenge launched a six-month LMI Solar Pilot Program in 2020. This initiative provided rooftop solar systems to ten households with incomes at or below 80% of the Area Median Income (AMI) at no cost, along with energy efficiency improvements. The program resulted in $154,400 in energy cost savings, a

[5] As was seen in the "Strategic Solar Deployment for Equitable Outcomes in Ohio" report, a 1.6% adoption rate is not only possible, but probable, when market barriers and disparities within census tracts are addressed through approaches similar to the Solar for All program.

reduction of 1,915,152 pounds of carbon emissions, and 100% of surveyed participating households confirming that they wouldn't have adopted solar without the program's support.

Similarly, the City of **Cleveland**, Solar United Neighbors, and Habitat for Humanity launched a LMI Home Solar Pilot Program that installed solar panels on seven homes, providing 28.37 kW of solar capacity. With a local minority-owned solar installer, the pilot injected over $90,000 into the regional economy and is expected to save households $95,000 on energy bills over 25 years, eliminating 42.4 million pounds of CO2 equivalent emissions. Beyond these benefits, the program created support for two new solar jobs and serves as a model for larger-scale LMI solar initiatives, being first in the state of Ohio to have implemented this model.

Growth Opps will integrate existing low-income solar programs into the broader Solar for All program by developing individual Solar for All Toolkits for each coalition member, a digital clearinghouse of resources that will provide reliable structure and tools for each locality's program (see *Program Planning Timeline and Program Narrative Pg. 27*). In the Toolkit, local entities can tailor the program to their community's specific needs and incorporate existing programs where relevant.

Our coalition is already building communication channels to share best practices and facilitate peer-to-peer learning. Through this peer-to-peer exchange, our coalition members can effectively and efficiently deliver programs that address existing barriers and bring solar benefits to LMI households and disadvantaged communities. In each of the communities represented in the coalition, we used the CEJST tool to identify the disadvantaged populations that would most greatly benefit from the Solar for All program. In sum, the communities in the coalition have 3.5 million individuals in disadvantaged communities under CEJST criteria and 844,074 low-income households.

**2. Meaningful Benefits Plan**

With the leadership of Growth Opps and 31 communities, our coalition aims to deploy residential rooftop and community solar throughout the industrial heartland of America to bring equitable, meaningful benefits to disadvantaged and low-income communities. Through our centrally run and locally informed and implemented Solar for All program, our coalition has encouraged the development of localized programs that address the most common barriers in each community and bring significant benefits to those most in need.

***Benefit 1: 20% Household Savings***

Across the coalition, our plan is to install nearly 74.16 MW of new solar capacity on residential homes and 40.51 MW of new community solar capacity to serve 27,990 LMI households. This will produce an average of **58% energy savings** (nearly tripling EPA's target of 20%) and $684 savings per household, totaling $19.2 million in annual savings across the coalition, inclusive of both solar and energy efficiency measures.

Our methodology for calculating the households savings included the following steps. We used an average energy consumption per household based on U.S. Energy Information Administration Form 861. We calculated average expenditures on that form as well. We then assumed a production rate for the solar panels based off of capacity rates provided by

EPA. We then multiplied the average cost per kilowatt with the kilowatt savings and subtracted this from the average annual expenditures to arrive at estimated households savings.

While we are confident in our estimates, we will assess opportunities to work with utilities and local solar installers to gather the relevant data to confirm household savings, turning estimates into actuals.

Out of the 31 communities in our coalition, a vast majority of communities listed achieving (or exceeding) 20% household savings as a top priority benefit. Nationally, the energy burden for low-income households is three times higher than that of non-low-income households. In our geographic region, rising costs of conventional energy sources pose challenges for these households, increasing the risk of utility disconnection due to unpaid bills. The projected 58% reduction in energy bills through our program will have a substantial positive effect on low-income households, enabling them to allocate more resources to essential needs such as food, housing, healthcare, and other necessities.

To demonstrate the transformational impact this program can have on disadvantaged households, three cities in our coalition have detailed the energy burden and potential benefits that can be realized through Solar for All.

In **St. Louis**, nearly 60% of households are LMI households, with a significant portion being Black households who typically experience a higher energy burden compared to white households. On average, St. Louis households spend $2,448 annually on energy. For a family of three earning 30% of the area median income (approximately $25,650), this expense accounts for 10% of their annual earnings, highlighting the disproportionate energy burden on low-income Black households in the city. However, there is potential for bill savings through residential solar power in St. Louis. Considering average roof sizes and sunlight hours, solar power has the capacity to generate at least $599.73 in annual savings for households, which amounts to 24% of the average yearly energy cost, potentially alleviating some of the financial strain in the City.

**Pittsburgh** has one of the highest energy burdens in the country for Black households, and in Allegheny County, low-income households, which are predominantly Black, face a disproportionate energy burden. According to the US Department of Energy, renters and homeowners in Pittsburgh with incomes below 30% of the area median income experience energy burdens of 17% and 24%, respectively. This is significantly higher than the national averages of 13% for renters and 20% for homeowners with similar income levels. By deploying solar stacked with local energy efficiency programs through Solar for All, Pittsburgh aims to reduce annual energy bills by 62% for its most vulnerable residents.

In **Columbus**, the City is proposing a community solar array on a property owned by the Department of Public Utilities. The Division of Power services the majority of the City's low-income and highest energy burden neighborhoods, including many multifamily affordable housing complexes. All of these households, approximately 3,300 low-income residential customers, will be eligible to subscribe. The project would enable low-income households within the Division of Power's service territory to subscribe to 100% renewable energy and achieve a 20% guaranteed bill savings. St. Louis, Pittsburgh, and Columbus exemplify how locally

deployed Solar for All Programs can provide a minimum of 20% bill savings for communities that are most in need.

To maximize household energy savings, our coalition will deploy home energy efficiency and enabling upgrades alongside solar, leveraging local, state, and federal funding programs. Erie County's Heart of the City Neighborhoods program is one example of a local program that can finance home upgrades for LMI households receiving rooftop solar through Solar for All. The program offers forgivable loans of up to $35,000 at 0% interest to LMI homeowners for essential repairs. Repayment is required only if the homeowner sells within the affordability period and loans are forgiven after ten years, encouraging long-term residency, supporting rent affordability, and fostering economic revitalization.

Many of our Solar for All program beneficiaries will not be homeowners, but rather, residents who are renting housing units as part of single family or multifamily properties. Our strategy of utilizing the Low Income Communities Bonus Credit program 20% adder as a key part of program design **will help deliver significant savings to households without individual electricity bills.** Part of that tax credit bonus's requirements is to share 50% or more of an energy project's financial benefits with tenants. The solar installation contracts between Growth Opportunities and landlords will require that landlords provide a rent discount or other subsidy to tenants meeting IRS requirements, for the entire five year IRS tax credit vesting period.[6] See the Fiscal Stewardship Plan for more details on Growth Opportunities' audit procedures to guarantee compliance with program savings objectives and the IRS requirements.

***Benefit 2: Increasing Low-Income and Disadvantaged Households' Access to Solar***

Our coalition is proposing to provide fully-funded rooftop solar systems for low-income residents in disadvantaged communities through third-party ownership. Solar for All funding will allow our coalition members to level the financial playfield for thousands of LMI families for rooftop solar. Through this model, we will utilize the Investment Tax Credit and the bonus tax credits established under the Inflation Reduction Act to recapture funds and extend the reach of Solar for All grant funding. By offering these **rooftop systems at no-cost to homeowners**, it will provide a transformational opportunity to unlock rooftop solar for low-income households, while delivering 100% of the cost savings benefits to occupants.

For our Solar for All program, **Charleston** has proposed 500 kW residential rooftop solar systems to serve 125 LMI households. Solar uptake in West Virginia has been limited, though there is significant potential for solar generation capacity. As the state's capital city, Charleston believes they can serve as a catalyst for solar development. Collaborating with nonprofit, housing, and environmental organizations, Charleston aims to overcome cost barriers and educate residents about the benefits of solar.

In addition to rooftop solar, six of our communities are planning to install 40.5 MW of **community solar projects** through Solar for All. These installations will be strategically placed in disadvantaged communities and provide guaranteed energy savings. Community solar can

---

[6]See "Additional Guidance on Low-Income Communities Bonus Program" at https://www federalregister.gov/documents/2023/08/15/2023-17078/additional-guidance-on-low-income-communities-bonus-credit-program#h-14.

provide an alternative to rooftop solar, providing equitable access to renters, multi-family buildings, and properties that are not well-suited for solar.

In **Cleveland**, the City is taking a two-pronged approach to increase equitable access to solar through Solar for All. Across the community, there are a significant number of households affected by energy inequity; Cleveland's poverty rate as of 2021 is 29.3%, and 60% have an energy burden over 6%. The City plans to install 4.4 MW of residential rooftop solar for 1,100 low- and moderate-income households and implement an additional 11 MW of community solar for 2,900 households, accommodating renters as well as those unable to install rooftop systems. The City of Cleveland and its municipal utility Cleveland Public Power (CPP), as well as separately the newly established Cuyahoga County utility, Cuyahoga Green Energy (CGE), are eager to service community solar on the proposed scale.

***Benefit 3: Delivering Energy Resilience***

Across the industrial heartland, residential customers have been impacted by extreme weather events causing utility outages, including flooding, high heat days, and ice storms. In the summer of 2023, thousands of AES Indiana customers lost power for up to five days due to a “derecho” storm, a wind storm that has gusts of at least 58 mph and causes damage in its wake. The impacts of climate change and related weather events continue to be a strong driver for communities to not only consider climate mitigation but also climate adaptation and resilience measures.

In **Erie County**, increasing resiliency is a priority emphasized in their Community Climate Action Plan (CCAP). The County plans to leverage current resiliency-focused projects, such as identifying resilience hubs across the County, to inform locations for solar installations that offer resiliency co-benefits for the most vulnerable.

Select communities will incorporate 12.8 MWh of battery storage capacity into their projects to help create local resilience hubs. In addition, building community resilience where economically feasible is a priority, especially for vulnerable populations that require consistent power for medical purposes. Across the coalition, place-based philanthropy is investigating how it might assist with the purchase of batteries for households in their communities.

Due to the high cost of batteries and grid limitations from utilities, our coalition is limiting funds available for battery storage and will use prioritization criteria to evaluate storage projects (see *Financial Assistance Strategy Pg. 20*).

***Benefit 4: Household and Community Ownership Models***

To offer solar to those often left out of solar programs and to address these feasibility barriers, many of our coalition members are also pursuing an investment in community solar development. Through community solar arrays, renters and residents of multi-family buildings will be able to access the benefits of solar without having to own a solar array.

In communities opting for community solar, City ownership of the facility will ensure accessibility for solar energy and the benefits it provides to low-income households that may otherwise face barriers to accessing solar energy. Communities will also explore creative models to create community solar cooperatives, encourage shared ownership, or provide favorable financing terms for residents to own solar systems.

For communities opting for rooftop solar, our coalition will employ a third-party ownership model to implement fully-funded solar systems and capitalize on available tax credits through the Inflation Reduction Act. Our plan is to transfer ownership after five years to the program participant tax-free, using the “Gift” and the “General Welfare” exclusions provided to charitable and governmental programs and benefit recipients established by IRS precedent.[7] Our solution enables local ownership of solar while avoiding imposing unmanageable financial burdens on low-income households. Ensuring that low-income households have financially responsible and feasible solar ownership models is crucial to building trust and ensuring full financial benefits of solar systems.

***Benefit 5: Workforce Development and Entrepreneurship***

Across the industrial heartland, universities, unions, and employers have shared that there is a lack of qualified technicians to install and maintain residential solar arrays. To create energy equity, more opportunities for disadvantaged communities, small businesses, and minority-owned firms are needed in the solar market. Through our program partners and coalition members, we will build the workforce pipeline locally with a goal to train 1,000 solar workers, keeping the dollars spent on solar installation and maintenance in our communities.

The Industrial Heartland Coalition has developed a plan to build a diverse, equitable workforce pipeline that delivers meaningful benefits to low-income and disadvantaged communities while also meeting the challenge of rapidly growing residential solar. Our approach has three pillars:

1. Establish principles and job requirements to drive diversity and inclusion across workforce supply
2. Building robust, sustainable training programs on existing workforce infrastructure
3. Expanding outreach and engagement through local organizations to drive workforce participation opportunities

<u>Pillar #1: Establishing principles and job requirements to drive diversity and inclusion across workforce supply</u>

If awarded through Solar for All, there will be an unprecedented influx of solar development projects and new jobs across the region. To ensure that new opportunities are high-quality and equitable, our coalition will advance the Biden Administration's eight Good Jobs Principles. In partnership with communities and workforce development experts, our coalition will provide centralized technical resources to ensure that “high road” labor practices and the Good Jobs Principles are integrated and operationalized.

Our Coalition’s RFPs and resulting contracts will include requirements for prevailing wage, family-sustaining benefits, safe working conditions, free and fair choice to join a union or organize, contractor neutrality on union organizing and operations, diversity, equity, inclusion, and accessibility, and the use of Project Labor Agreements when appropriate. Additionally, scoring criteria for RFP responses will include competitive preference for projects that utilize minority- and women-owned businesses and HUBZone-certified companies. Every community in our coalition has a HUBZone in their area, aside from South Charleston. Communities will

---

[7] IRS. Duberstein v. Commissioner, 363 U.S. 278, 285 (1960), Rev. Rul. 99-44, 1999-2 C.B. 549, 550 (guidance on Gift Exclusion), Info. Letters, IRS INFO 2010-0243 (Dec. 30, 2010) (guidance on General Welfare Exclusion), Info. Letter, IRS INFO 2002-0112 (Sept. 30, 2002) (for tax-free transfers to for-profit businesses)

have the opportunity to build on this foundation to match local mandates, but these minimum requirements will ensure that new opportunities created through Solar for All are secured by a diverse workforce with high-quality jobs.

<u>Pillar #2: Building robust, sustainable training programs on existing workforce infrastructure</u>

In the program design phase, we will provide technical assistance to help our communities understand their workforce needs and establish tailored programs. We will walk communities through a landscape mapping exercise to identify key stakeholders and workforce development infrastructure, including local providers of wrap-around services (see *Project Deployment Technical Assistance Pg. 22*).

For communities without local solar workforce training programs, our coalition has partnered regionally with the International Brotherhood of Electrical Workers union, 4th District. IBEW already has expertise in rooftop solar array training and installs and is eager to partner with our coalition to greatly expand this work for low-income and disadvantaged populations. IBEW operates a Registered Apprenticeship program and is ready to expand their programming within our regions and establish training programs in areas without existing solar training infrastructure. IBEW will offer a direct pipeline to their apprenticeship program within our communities that will greatly expand the opportunities for low-income, women and minorities to be trained in high quality, living wages jobs.

IBEW's impressive network of existing training facilities will be integral to the expansion of the solar workforce. The City of **Huntington, WV** has a strong relationship with the IBEW Local Union training center in the community. Local IBEW training facilities like these can serve as the backbone for solar training adoption across our coalition.

IBEW has an organizational strategic goal to bring in more women and minorities into these jobs and partnering with our coalition will help us jointly serve those most in need of both solar energy and high-quality jobs paying a living wage. Specifically, IBEW plans to review its current qualifications for its apprenticeship programs to ensure that there are no undue barriers to entry or restrictions for these populations. Having our coalition members actively involved with IBEW will help to ensure that the increase in diversity that we all seek will come to fruition.

There are also opportunities for IBEW to integrate solar training into existing workforce infrastructure. For example, the City of **Morgantown** has developed a partnership with WV Women Work, a nonprofit that strives to help women in West Virginia earn a living wage through training in skilled trades. WV Women Work offers the only Department of Labor recognized quality pre-apprenticeship program in the state, which covers carpentry, electrical, plumbing, and welding.

Solar for All grant funds will also be used to expand **existing, robust solar training programs**. In **St. Louis**, Employment Connection, a United Way member agency, runs workforce development programs assisting nearly 2,000 individuals annually. Their solar workforce development training provides free training for well-paying jobs in the electrical trades. Beyond training, Employment Connection provides wraparound services, including eviction prevention and mental health support, to ensure clients can sustain employment and access essential resources.

In **Buffalo**, Solar for All funding can strengthen PUSH Buffalo's existing infrastructure and workforce development pipeline. PUSH Buffalo's Community Hiring Hall, a high-road workforce development program, focuses on marginalized workers seeking family-sustaining green jobs. They are establishing a Sustainability Workforce Training Center which will provide hands-on and classroom training in renewable energy and building electrification technologies. The Community Hiring Hall model operated by PUSH will be utilized to identify emerging workers, deliver industry-recognized training, and facilitate job placements in quality positions.

Finally, we will work with coalition members to connect with organizations that provide wrap-around services such as childcare, transportation, and mental health services to ensure equitable access and participation. There are a number of existing organizations that provide wrap-around services. In **Cleveland**, Toward Employment and United Way Greater Cleveland directly provide or connect clients with wrap-around services that include mental health care, sobriety groups, childcare, academic counseling, and transportation. Wherever possible, we will connect with existing resource providers to avoid service duplication (see *Project Deployment Technical Assistance Strategy Pg. 22*).

Pillar #3: Expanding outreach and engagement through local organizations to drive workforce participation opportunities

The last aspect of our workforce development strategy focuses on promoting diversity within the workforce training pipeline, achieved through partnerships with local organizations. In order to achieve diversity goals in the workforce, we need to ensure that this diversity is reflected in the population who is applying to and participating in training programs. Our coalition's localized approach provides a distinct advantage; our members reported existing partnerships with over 40 community-based organizations operating in frontline communities. Community-based organizations with established trust and existing programs catering to low-income and disadvantaged communities will play a crucial role in connecting these communities with training programs and job opportunities created under the first two pillars of our strategy.

The Metropolitan Energy Center in **Kansas City** secured a $6.8 million Resilient Energy Codes Implementation (RECI) grant. Leveraging their broad network of 30 regional, state, and local community partners, they will conduct outreach to enhance the energy code workforce in rural and disadvantaged communities across Kansas and Missouri. Our Solar for All workforce initiative can utilize this robust engagement infrastructure to raise awareness of solar training opportunities on a wide scale.

The City of **Indianapolis** can elevate Solar for All training opportunities through its thriving workforce development ecosystem. The Employ Indy initiative provides access to the WorkOne American Job Center and regular career events for unemployed and underemployed residents. The city's Modern Apprenticeship (MAP) program offers hands-on job experiences for students, while educational institutions like Ivy Tech Community College create consistent employment pipelines in energy-related fields.

In **Fort Wayne**, Fort Wayne Urban League (FWUL) and Anthis will be powerful partners in designing and placing disadvantaged individuals in Solar for All training programs. FWUL is a strong outreach partner as a trusted service provider for African Americans and other

underserved communities. Anthis, a trade school operated by Fort Wayne Community Schools, is fully supportive of adding a solar training or certification course to its roster of programs that include construction, information technology, and welding programs.

We have 61 Letters of Support from organizations who are committed to supporting the coalition in delivering on the Meaningful Benefits Plan (see *Attachment I*).

### 3. Distributed Solar Market Strategy

The Industrial Heartland Solar Coalition represents eight states, each with unique regulatory environments governing solar deployment. We have analyzed net metering policy, third-party ownership policy, interconnection processes, renewable portfolio standards (RPS), and community solar legislation for each state. Our proposed Solar for All program will be centrally-run, but locally implemented, enabling us to design local programs that maximize innovation and impact within the state regulatory environment.

#### *Net Metering Policy Analysis*

Net metering policies and caps will not present barriers to solar deployment in any of the eight states in our coalition since our program's rooftop solar systems will fall below system capacity limits. Net metering caps have been noted where they exist in the chart below.

| State | Net Metering Policy |
|---|---|
| Indiana | For IOUs, SEA 309 replaced net metering with Excess Distributed Generation and reduced customer compensation for excess solar energy to the wholesale cost plus 25%. Eligible systems must be under 1 MW. |
| Kansas | Net metering is available for customers of IOUs. Eligible systems must be 15 kW or less for residential customers. The aggregate capacity limit is 1% of the utility's retail peak demand during the previous year. |
| Michigan | Utilities must create a distributed generation program to replace net metering policies. Eligible projects must be 150 kW or less and projects may generate up to 100% of a customer's electricity consumption. |
| Missouri | All utilities are required to offer net metering to customers with systems up to 100 kW. |
| New York | Net metering was replaced with Value of Distributed Energy Resource (VDER) tariffs. Eligible systems must be 25 kW of less for residential customers. |
| Ohio | Net metering is required for IOUs. Projects may generate up to 120% of a customer's electricity consumption. There are no system size limits. |
| Pennsylvania | Net metering is required for IOUs. Eligible projects must be less than 50 kW for residential customers. |
| West Virginia | All residential customers are eligible for net metering. Eligible projects |

| | |
|---|---|
| | must be less than 25 kW. The state's total net metered capacity is capped at 3% of the previous year's peak load capacity. |

By targeting 4 kW systems for residential rooftop solar, we will overcome any potential barriers with net metering caps and stay under the system capacity limits for all eight states. This strategy allows us to maximize the number of households served and exceed the 20% household savings goal, while also complying with state regulations.

Our communities can also exchange insights and adopt successful practices from one another. To maximize benefits for low-income households, communities will work with investor-owned utilities, municipal utilities, and rural electric co-ops to advance policies that increase cost savings for households with solar. For example, the City of Columbus will be reviewing a new net metering policy for its municipal utility in October of this year. This exemplifies the local policies that can be shared and customized across the coalition through peer-to-peer learning.

***Third-Party Ownership Policy Analysis***

Since all eight states in our geography permit third-party ownership (through leases, power purchase agreements, or both), we do not expect this to be a barrier to residential rooftop solar deployment. These policies play a crucial role in our financial strategy; our plan is to maximize and leverage third-party ownership as it enables us to harness the substantial tax credits made available by the Inflation Reduction Act to implement fully-funded residential rooftop solar systems and pass those savings to low-income and disadvantaged communities and households. This is how we ensure that residents can enjoy the maximum cost savings benefits of solar without encountering financial barriers that might prevent those most in need from participating. Additionally, our communities have identified fully-funded systems as essential for building trust in solar adoption within the community.

There are some barriers to third-party ownership that we plan on addressing in Indiana, Kansas, and Missouri. In Indiana, third-party ownership is in a legal gray area for customers. Though there have been previous, failed attempts to limit private PPA programs, there is currently no legal or regulatory precedent that has directly addressed the issue in Indiana; we plan on using our Solar for All program as a precedent in Indiana to formally establish third-party ownership. In Kansas, third-party ownership is allowed through solar leases but not through power purchase agreements (PPAs). In Missouri, solar PPAs are allowed and third-parties can lease solar equipment, but they cannot lease the generation made from solar. Since the coalition is providing fully-funded systems and energy savings benefits will be passed directly to the property owner, we do not anticipate any challenges with state regulations.

To facilitate future solar development across our entire eight-state geography, the Industrial Heartland Solar Coalition will support local governments in establishing state-specific precedents for third-party ownership or in advocating for policy changes at the state level.

***Interconnection Processes Analysis***

Our coalition has created a comprehensive strategy to address the varying interconnection

quality and challenges across the eight state region. According to the Interstate Renewable Energy Council's interconnection grades, our states range from B (New York) to F (Missouri and Kansas) grades. There are shared challenges and barriers articulated by the members of our coalition to the interconnection process that create barriers to distributed solar. The interconnection related barriers are detailed below and include:

- Challenging and Lengthy Approval Processes: The interconnection approval process can be lengthy and complex, involving multiple steps that can be difficult to navigate without technical expertise. The process can also include coordination between the solar installer, the utility company, and state regulatory authorities. Delays and complications in connecting a solar system to the grid can discourage potential solar adopters.
- Difficult and Costly Technical Requirements: Utility companies often have technical requirements and standards that solar systems must meet to ensure grid stability and safety. Complying with these requirements can sometimes be challenging and costly in addition to state regulatory compliance.
- Expensive Process: Depending on the specific requirements of the interconnection process, there can be associated costs, including application fees, equipment upgrades, or system modifications. These costs can add to the overall expense of a solar installation.
- Limited Grid Capacity: In some areas, limited grid capacity may be a challenge. If there is a high concentration of solar installations in a particular area, the grid may not be able to accommodate more solar power without significant upgrades or associated storage.
- Regulatory Uncertainty: There may be state regulatory barriers or uncertainties that can make it more difficult for distributed energy projects to move forward. Lack of inclusion of energy storage as eligible technology under interconnection rules makes it difficult to evaluate a project's feasibility.

Our coalition plans to utilize a multi-pronged approach in our large geographic region to address interconnection challenges. On the operations side, we will identify a partner to access a centralized data management system to automate project information required for interconnection applications, with customized data fields for each region and utility. In addition to adding efficiency to the interconnection application process, this process will also help us to identify trends and patterns in challenges. With our significant scale, we can more efficiently address challenges, specifically in working with State Utilities Commissions or IOUs. There is also overlap in IOUs across geographic regions, since the largest utilities in our geographic scope serve multiple states. We will continuously share lessons learned across our geographies served by the same IOU, pushing for best practices to be achieved across comparable territories.

In the program design phase, we will also provide technical assistance to support coalition members in establishing or solidifying connections with their utility (see *Project Deployment Technical Assistance Strategy Pg. 23*). The coalition can provide technical assistance to help communities to ask the right questions and proactively plan for the forecasted solar installation. The City of Cleveland has already initiated this process with its municipal utility, Cleveland Public Power (CPP). CPP is willing and able to partner with the City in deploying its Solar for All program and has provided a Letter of Support (see

*Attachment J*).

***Renewable Portfolio Standards Analysis***

Our coalition aims to leverage the Solar Renewable Energy Credit (SREC) market wherever possible, while also tracking our impact on state and local climate and clean energy goals. Seven of the eight states in the coalition have a renewable portfolio standard (RPS) mandate. Solar deployment benefitting low-income households and disadvantaged communities is a prime opportunity to increase each state's renewable energy generation while also ensuring that the benefits reach those most in need. A snapshot of the state RPS' that are represented in the coalition are below.

| **State** | **Renewable Portfolio Standard** |
|---|---|
| Indiana | Voluntary Clean Energy Portfolio Standard with a goal of 10% by 2025 |
| Kansas | Voluntary Renewable Portfolio Standard with the goal of 20% by 2020 |
| Michigan | Mandatory Renewable Portfolio Standard with the goal of 15% by 2021 |
| Missouri | Mandatory Renewable Portfolio Standard with the goal of 15% by 2021 |
| New York | Mandatory Renewable Portfolio Standard with the goal of 70% by 2030; 100% by 2040 |
| Ohio | Mandatory Alternative Energy Resource Standard with the goal of 8.5% by 2026 |
| Pennsylvania | Mandatory Alternative Energy Portfolio Standard with the goal of 18% by 2020-2021 |
| West Virginia | None; repealed in 2015 |

The coalition will explore all opportunities to monetize SRECs as state RPS and SREC markets change. As examples, both Ohio and Pennsylvania have Solar Renewable Energy Credit (SREC) markets that can be leveraged to provide additional capital to increase the number of solar installations or increase savings to households. As of January 2023, the average SREC price was $4 in Ohio and $44.5 in Pennsylvania. Though systems need to be sited in Pennsylvania to participate in the SREC market, Ohio also allows systems sited in Michigan, Indiana, West Virginia, and Kentucky.

While state renewable portfolio standards are important, we also recognize the significance of local climate goals that have been codified in many of the climate action plans for our communities. Several local governments within our coalition have adopted ambitious greenhouse gas reduction objectives that go above and beyond the state targets, including cities like Akron, Columbus, Cincinnati, and Dayton, which have set ambitious targets to reach net zero carbon emissions by 2050. Local solar deployment plays a central role, and we will track our program's impact and contribution toward those decarbonization goals.

***Community Solar Regulatory Framework Analysis***

For our seven communities pursuing community solar, we have designed programs with regulatory pathways to establish community solar in alignment with state policies. While New York stands as the sole state in our coalition with community solar enabling policies, these communities are proactively developing programs to promote community solar initiatives that align with state policy. All programs will take advantage of consolidated billing through utility-run programs or CCA programs. Each local program will deliver 100% offsets of transmission and generation charges, with distribution charges subject to negotiation or pending legislation. In Cleveland and Columbus, we will leverage municipal utility authority, in Dayton and Cincinnati CCA legislation, and in Michigan and Indiana voluntary utility programs.

- Cincinnati, OH: The City of Cincinnati is proposing a pioneering 6.3MW community solar project consisting of two facilities that will benefit the 35% of residents in rental housing without access to rooftop solar. Despite Ohio's current restrictions on community solar, the city plans to leverage its aggregation program, offering reduced rates per kWh to eligible low-income residents who will benefit from the energy generated by community solar arrays. The City is conducting a Brownfields to Brightfields study to identify suitable sites, showcasing a proactive approach to overcome policy barriers and bring solar benefits to a broader segment of the community.
- Cleveland, OH: The state of Ohio permits community solar projects through municipal utilities, and the City of Cleveland is capitalizing on this opportunity. Cleveland plans to implement 11 MW of community solar, benefiting 2,900 low-to-moderate income households. This initiative will be delivered in partnership with Cleveland Public Power (CPP), serving 74,000 Clevelanders, and separately with Cuyahoga Green Energy (CGE), the newly established Cuyahoga County Utility.
- Columbus, OH: Through its municipal utility, the Columbus Division of Power, the City plans to own, operate, and administer a community solar program that guarantees a 20% savings on electric bills for participating residents. The proposal involves constructing a 5 MW community solar array on city-owned property, utilizing grant funds for design, construction, and associated upgrades. Once completed, the City's Division of Power will take ownership of the project, with the aim of serving up to 800 low-income subscribers.
- Dayton, OH: The City of Dayton is set to deploy 2.5 MW of community solar capacity aimed at serving low- and moderate-income (LMI) households. Similar to Cincinnati’s approach, Dayton intends to utilize its aggregation program to extend reduced electricity rates to LMI households situated near the solar array.
- Detroit, MI: In June, Mayor Duggan unveiled a strategic initiative aimed at the widespread deployment of solar infrastructure across the city of Detroit to power various municipal operations. Under this plan, communities have the opportunity to voluntarily participate in the installation of solar arrays within their neighborhoods. This participation offered an attractive incentive, wherein residents residing in proximity to the solar arrays stood to benefit significantly, receiving a financial allocation of $25,000 per acre allocated for solar deployment. Importantly, this allocation required a minimum commitment of 10 acres per site. The City will be using this program infrastructure to develop three 4 MW community solar projects with Solar for All funding.
- Fort Wayne, IN: Fort Wayne City Utilities is pursuing 2 MW of community solar to serve 600 LMI households. Despite regulatory constraints on solar in Indiana, viable options exist to achieve community solar. Fort Wayne can bridge the gap between LMI needs and



PREVIEW Date: May 01, 2024 Workspace ID: WS01195160 Funding Opportunity Number: EPA-R-HQ-SFA-23-01

changing solar regulations. The regional utility and local non-profits support implementing Solar For All. Fort Wayne has experience deploying large solar arrays like its 5 MW floating array for the microgrid project. Building on the framework and utility relationships developed through the microgrid, the City will construct a 2 MW array to benefit LMI communities. There are actionable community solar interconnection options in Indiana despite regulatory limitations.

- Grand Rapids, MI: As Michigan does not have community solar enabling legislation, the City of Grand Rapids has worked with Consumers Energy, the local utility provider. Consumers Energy is poised to partner with the City to establish a 5 MW solar array at City-owned US EPA fully remediated superfund site. This project will be developed through the Michigan Public Service Commission Solar Gardens Sunrise program, which is a utility-owned "community solar" program for low-income residents.

Cities like Cincinnati, Columbus, and Detroit are strategically tailoring community solar projects within the Industrial Heartland Solar Coalition to complement state programs. Coordinating with Solar for All lead applicants for Ohio and Michigan, these cities intend to utilize state programs for funding residential rooftop solar and the coalition program for community solar. This complementary approach will maximize the reach of Solar for All funds to LMI households.

***Maximizing Deployment Breadth and Diversity***

In order to be responsive to differing regulatory environments across our eight states, our communities have a unique opportunity to influence program design in a way that addresses local needs. The coalition's zero-emission technology programs fall into three general categories:

1. Rooftop solar for LMI households: Services all states with net metering and municipal utilities
2. Rooftop solar and battery programs for LMI households: Services all territories, regardless of regulations
3. Community solar: Services states with community solar programs and municipal utilities

Growth Opps is poised to operate a bulk purchasing program as a pivotal element of our coalition's strategy, which transcends collaborative learning to deliver centralized support and expanded benefits for all participating communities. By leveraging economies of scale, we aim to realize cost savings in solar deployment, while our intention to centralize tasks and provide resources across the coalition seeks to minimize administrative costs and burdens. This centralized model is designed to amplify the efficiency and effectiveness of solar initiatives throughout the Industrial Heartland region, accelerating solar deployment and ushering in transformative economic and environmental changes, ensuring equitable access to clean energy benefits for our communities.

Simultaneously, the Industrial Heartland Solar Coalition emerges as a collaborative platform, facilitating peer-to-peer learning by drawing from a rich tapestry of ideas, expertise, and experiences across our broad geographical scope. This collective approach not only empowers communities to navigate shared challenges and inspire the adoption of potent local policies but also advocates for alterations in state solar policies, informed by the proven successes of other regions. The inter-regional exchange of ideas within our coalition ignites innovation, prompting communities to learn from each other's experiences

in promoting solar deployment and creating a vibrant, knowledge-sharing environment.

We have received 27 Letters of Support from organizations who are committed to supporting the proposed scope of the Distributed Solar Market Strategy (see *Attachment J*).

**4. Financial Assistance Strategy**

The Industrial Heartland Solar Coalition's program will be focused predominantly on two eligible zero-emission technologies - residential rooftop solar and residential-serving community solar.

Through individual consultations with every coalition partner representing a city, county, or region, we have determined the target number of households that those respective programs will serve along with the type of eligible zero emissions technology or technologies and deployment strategies that they will use (residential rooftop or community solar). We determined the target household goal for each coalition member by calculating the number of low-income households in qualifying census tracts and applying a reasonable adoption rate of 1.6% across the coalition (from the Strategic Solar Deployment for Equitable Outcomes in Ohio report cited earlier). From this value, targets were adjusted to reflect on-the-ground capacity to support implementation with consideration for local market forces. Each coalition member will be responsible for working directly with Growth Opps through a to-be-established contractual agreement to ensure they meet their allotted goal and properly manage the budget and meet reporting requirements. Each coalition member's budget is derived from the number of households they serve. Across our coalition, the average amount of grant funding per household served is $8,932, including program administrative costs.

***Financial Assistance Model: Residential Rooftop Solar***

Coalition wide, we will be able to successfully deploy 74.2 MW of residential rooftop solar, serving 18,240 households in the next five years with Solar for All funding, generating over $11.09 million in annual savings. The communities that plan to implement residential rooftop solar through the Industrial Heartland Solar Coalition's Solar for All program are: Akron, OH; Buffalo, NY; Charleston,WV; Cleveland, OH; Dayton, OH; Fort Wayne, IN; Huntington, WV; Indianapolis, IN; Kansas City, MO; Morgantown, WV; Pittsburgh, PA; Montgomery, WV; South Charleston, WV; and St. Louis, MO.

To maximize the per-household budget and meet the challenge of varying solar market prices across states, Growth Opps will deploy residential rooftop solar under a third-party ownership model. Under this ownership model, each residential solar installation will be funded by Growth Opps through a financial stack that integrates Solar for All grant funds, federal tax credits, and other government programs. This financial stack will provide fully-funded solar systems for each household and is detailed below:

- Solar for All Grant Funds: Each residential solar system will receive a minimum $6,250 in Solar for All grant funds.
- ITC Tax Credits: Growth Opps will operate a revolving loan fund to provide upfront capital for an amount equal to the Investment Tax Credit (ITC). Called the "Bridge to Solar" Fund, this fund will use a fixed pool of internal funds to pay for projects,

where monies are "lent" internally to specific projects and then funds received from ITC Direct Pay are repaid to the fund. As a non-profit financial institution, Growth Opps is eligible to receive the ITC through elective pay, allowing the funds to recycle back into the revolving loan fund.

Due to the nature of the program's focus on low-income and disadvantaged communities, we will leverage the 10-20% **Low-Income Bonus** established through the Inflation Reduction Act. Across our geographic area, there are also 270,569 households located in energy communities, making these project sites eligible for the **Energy Community Bonus**. Finally, we will prioritize the use of American-made products to meet the phased requirements of the **Domestic Content Bonus**. Our goal is to phase in domestic content requirements starting in 2025 and reach program-wide implementation in 2026. The 8-state region of the industrial heartland is positioned to lead solar manufacturing; wherever possible, we aim to purchase materials from manufacturers in our region, further multiplying the economic reach of Solar for All. Considering this landscape, we've modeled that each residential rooftop solar installation will be able to capitalize on a **minimum of 40% tax credit and potentially up to 70%**.

With this structure, we plan to deploy $125.49 million in Solar for All grant funds and leverage additional capital through tax credits to create a total budget of $257.67 million for residential rooftop solar.

Under the third-party ownership model, our ultimate goal is to transfer ownership to the homeowner, while protecting low-income households from the tax burden from the transfer of ownership. Our plan, which may be improved during the program design phase, is to transfer ownership after five years to the program participant tax-free, using the "Gift" and the "General Welfare" exclusions provided to charitable and governmental programs and benefit recipients. Additionally, Growth Opps will explore options to ensure operations and maintenance following the transfer of ownership. We are currently evaluating the viability of purchasing a 20-year insurance policy for each solar system and transferring the beneficiary to the homeowner at the point of asset ownership transfer. This insurance policy will adhere to the highest industry standard and prioritize blanket coverage.

In addition, Growth Opps will design and lead a bulk purchasing program for the coalition to capture additional savings and reduce administration costs for coalition members for both rooftop solar and community solar projects. Through this program, there is an opportunity for a cost reduction pass-through. We anticipate potential savings of up to 15%, which will greatly benefit communities where the cost per watt is higher than the national average.

***Financial Assistance Model: Community Solar***

Coalition wide, we will be able to successfully deploy 40.5 MW of community solar serving 9,750 households in the next five years with Solar for All funding, generating over $6.45 million in annual savings. The communities that plan to implement community solar through our program are: Cincinnati, OH; Cleveland, OH; Columbus, OH; Dayton, OH; Detroit, MI; Fort Wayne, IN; and Grand Rapids, MI.

Solar for All grant funds and tax credits will be utilized to finance community solar

projects, with ownership by Growth Opps or local implementation partners. Community solar systems will receive a minimum of $6,250 in Solar for All Grant funds per household served. Our coalition will leverage the 30% Investment Tax Credit, along with the Low-Income Bonus, Energy Community Bonus, and Domestic Content Bonus. In total, we plan to utilize $62.01 million in Solar for All grant funds alongside leveraged capital for a $130.93 million investment in community solar.

***Associated Storage and Enabling Upgrades***

Our coalition's primary focus is solar deployment, so grant funds for **associated storage** will be limited and will be subject to prioritization criteria. The following prioritization criteria will inform our decision to fund battery storage systems on a case-by-case basis. Proposed selection criteria are listed from highest to lowest priority: 1) the battery overcomes a regulatory hurdle to increase household savings; 2) the household has special resiliency considerations (e.g. high number of grid outages or medical equipment needs), and 3) a battery storage system will increase project costs to capture the full ITC value.

Our financial assistance strategy for **enabling upgrades** is to avoid using Solar for All grant funds whenever possible, by utilizing local, state, and federal funding sources to prevent duplicate uses of public funds. We will utilize the following decision-making criteria to determine whether Solar for All grant funds should be utilized for enabling upgrades: 1) grant funds will facilitate leveraged capital from other sources and 2) the household needs additional enabling upgrades not covered by other local, state or federal programs and is in the highest need category (in terms of income and energy burden). While we will rely heavily on existing programs, there may be justifications for funding enabling updates through Solar for All. Regardless, no more than 20% of total financial assistance will be used to support enabling upgrades throughout the lifetime of the program (see *Budget Attachment E*).

Coalition members will leverage federally funded programs, including the Low Income Home Energy Assistance Program (LIHEAP), Weatherization Assistance Program (WAP), and forthcoming DOE Home Energy Efficiency Program, to connect eligible households with enabling upgrades and fund those upgrades with these other sources, complementing Solar for All grant funds.

In addition to state and federally-administered programs, the coalition has identified **79 local programs** specifically designed to support LMI households with home repairs, utility assistance, and energy efficiency improvements. These programs, spanning local governments, utilities, community-based organizations, and philanthropic groups, form a robust network of funding sources. Our cities will lead these partnerships to connect eligible homeowners with programs to fund enabling upgrades alongside rooftop solar. A few examples of existing local programs to support enabling upgrades are listed below.

- In **St. Louis**, Solar for All will be integrated into the Healthy Home Repair Program (HHRP), which currently funds roof replacements and electrical upgrades. Solar for All will fund residential rooftop solar for eligible HHRP clients, while HHRP will fund enabling upgrades. Furthermore, Solar for All will facilitate the installation of solar panels in new single- and multi-family homes constructed through the Affordable Housing Production Program. Developers will receive grant funds, in

addition to HUD funds, to incorporate solar panels into the construction of new affordable homes. This approach leverages existing onboarding methods, allowing St. Louis to make upgrades while reaching eligible households for Solar for All.

- The **Detroit** 0% Home Repair Loans Program offers interest-free loans from $5,000 to $25,000 for essential home repairs, promoting public health and safety, increasing property values, and aiding homeowners in obtaining and maintaining insurance. Eligible repairs include health and safety hazards (mandatory), electrical repairs, furnace replacement, roof replacement, plumbing, door and window replacements, porches, and structural support.

Last, **affordability protections** to maintain affordability and prevent rapid cost increases for low-income and disadvantaged households and communities are crucial. Protections are necessary to protect renters who receive bill reductions or stipends for energy efficiency from landlords who then attempt to offset those savings with rapid rent increases. Our plan is to prohibit landlords from doing this (see *"Safeguarding Household Savings" Pg. 32*) with binding agreements with landlords and tenants to adhere to EPA programmatic guidelines and IRS low-income tax credit bonus requirements, which require that energy savings be actual and not offset by increased costs elsewhere.

***Complementary Funds and Financial Structure Strategy***

Overall, we envision that Solar for All EPA funds will serve as the seed funding to catalyze a program that has longevity and sustainability. In addition to fully leveraging the ITC tax credits and bonus adders using third-party ownership, as well as local, state, and federal funding programs, our coalition is evaluating other financial structures, including green bonds and monetizing depreciation using tax equity, that would help sustain the program beyond the five year grant performance period. We are also active partners with and members of two organizations pursuing federal funding from the National Clean Investment Fund and the Clean Communities Investment Accelerator EPA grant competitions.

In addition, the community foundations in our coalition are committed to supporting the Industrial Heartland Solar Coalition, including the Cleveland Foundation, George Gund Foundation, Community Foundation for Greater Buffalo, the Indianapolis Foundation, the Pittsburgh Foundation and the Dayton Community Foundation. These community foundations have made numerous commitments to support the coalition by providing coordination and implementation support, raising additional capital through the nationwide clean energy philanthropic community and increasing the reach and impact of our program.

## 5. Project-Deployment Technical Assistance Strategy

***Workforce Development***

Our coalition is taking a multi-faceted approach to workforce development, leveraging both existing workforce development resources and a strong partnership with IBEW.

- <u>Procurement Support</u>: We will provide coalition-wide standards for RFPs and contracts that include "high road" labor practices and the Good Jobs Principles, such as requirements for prevailing wage, family-sustaining benefits, safe working conditions, free and fair choice to join a union, and diversity, equity, inclusion, and

accessibility, and the use of Project Labor Agreements when appropriate.

- Landscape Mapping: We will guide coalition members through a "landscape mapping" exercise to gain insight into the current local infrastructure, which includes labor organizations, non-labor training providers, and educational institutions (including community colleges and Minority Serving Institutions). This exercise aims to document the existing programs these stakeholders offer, as well as their capacity to implement new solar training initiatives.
- Workforce Ecosystem Discussions: We will provide framework resources and support to our coalition members in conducting workforce ecosystem discussions with solar developers, training institutions, and recruitment organizations. These conversations will establish shared goals for workforce development rooted in the Good Jobs Principles. Takeaways from these conversations will be shared across the coalition so communities can learn and replicate best practices in their jurisdictions.
- Wrap-around Services: To ensure that there are necessary wrap-around services to support equitable participation, we will work with each community to identify local providers of wrap-around services and to create plans to address current gaps. Through the Advisory Board meetings, coalition members can share best practices in identifying and engaging these organizations.
- IBEW Technical Assistance: IBEW will provide project-deployment technical assistance by investing in workforce development to develop the workforce to install solar to catalyze a robust and inclusive solar market. As a part of this deployment, IBEW will leverage existing and planned Registered Apprenticeship programs across our collective territories (see *Meaningful Benefits Plan Pg. 9*).
- Education and Outreach: To engage and recruit participants from low-income and disadvantaged communities, our coalition aims to work with organizations that have existing relationships with frontline communities (see *Meaningful Benefits Plan Pg. 11*). We will support coalition members in leveraging these partners by providing template outreach materials and support in managing educational campaigns.

***Solar Implementation Technical Assistance***

As a diverse coalition spanning eight states, we recognize that project technical assistance requirements will differ due to varying regulatory environments, local solar market conditions, and existing local expertise. Our objective is to offer resources that can be shared across the coalition while also delivering tailored support to address specific challenges unique to each locality.

To address shared needs, we propose the following suite of technical assistance services for all coalition members:

- SolSmart Designation: Our coalition is committed to assisting all local governments in achieving a minimum of a SolSmart Silver designation. Currently, six coalition members have already attained SolSmart designations, ranging from bronze to gold. This program enables our communities to access free technical support across a number of topics, including market development, permitting and inspection, siting, planning and zoning, national codes and standards, and data collection and metrics. All member communities are willing to pursue a new SolSmart designation or upgrade a current one. Additionally, our coalition has a Letter of Support from the

Green Building Alliance (GBA), the first regional green building organization in the US. GBA aims to advance best practices across materials, structural designs, planning, policies, and standards that prioritize the most vulnerable and underserved, create equitable places and economies, and enhance human health and quality of life. GBA has committed to providing support to our coalition through community engagement, communications support, technical expertise, education, workforce training, and building performance data tracking.

- Procurement Templates: Our initiative's RFPs or RFQs will incorporate provisions promoting local hiring, inclusion of small and disadvantaged businesses, and workforce development. Communities will have the flexibility to adapt the language to align with their government's procurement standards and policies. Additionally, all RFP templates will require performance and insurance guarantees based on SUN's best practices from existing LMI Solar for All programs like the existing program in Cleveland.
- Program Design and Implementation Support: To ensure that communities can reach their target number of households and ensure a minimum of 20% household energy savings, we will offer coalition-wide solar implementation technical assistance. One of our supporting organizations, **Solar United Neighbors (SUN)**, will offer substantial expertise and resources to aid our communities in this endeavor. SUN has expertise in building out staff capacity to support stakeholders in the solar ecosystem ranging from developers to landlords to customers. SUN also has experience through their LMI co-ops to help our coalition set up programs that ensure installation and interconnection happen in a timely way. SUN will also advise coalition communities on setting up permitting and inspection processes as needed. SUN is already actively assisting communities in Indiana, Ohio, Pennsylvania, and West Virginia.
- Interconnection Technical Assistance: In the program design phase, we will work with coalition members to contact their utility at the beginning, providing guidance on the right questions to discuss and a framework to proactively plan for the forecasted solar installations. In working with utilities on interconnection, we plan to leverage our sizable scale to create efficiencies in the interconnection process and to effectively navigate shared challenges (see the Interconnection Processes Analysis of the Distributed Solar Market Strategy for additional detail.) We will also facilitate connections to DOE's i2X Technical Assistance program and the Case Western Reserve University Environmental Law Clinic for coalition members who need additional interconnection support.

Throughout the grant performance period, we will convene an Advisory Body including representatives from each coalition member to ensure equitable representation and active involvement. This Advisory Body will, at minimum, hold quarterly meetings throughout the program's duration, serving as a central platform for peer-to-peer learning and feedback. Many of our local communities possess in-house expertise and experience in solar implementation for the benefit of residents. Through this Advisory Body, we will identify evolving technical assistance needs as the project evolves and tap into the collective expertise within the coalition.

The Industrial Heartland Solar Coalition has assembled a network of partners to provide

resources and expertise to coalition members as they develop and deploy solar and workforce development programs. We have received 34 Letters of Support from organizations who are poised to provide technical assistance (see *Attachment K*).

## 6. Equitable Access and Meaningful Involvement Plan

Our coalition is diverse and represents many different types of communities in the U.S. We have large industrial cities like Pittsburgh, Cleveland, Cincinnati, Buffalo, and St. Louis; smaller cities with strong manufacturing cores such as Akron and Grand Rapids; and exurban or rural communities and counties such as Smithers and South Charleston, WV, which have been at the heart of American energy production for generations. While there is much diversity among the geographies and the populations in the coalition, a shared mission brought us all together - the strong desire to invest in the clean energy transition for communities across America’s industrial heartland.

### *Customer Prioritization and Diversity Strategy*

Guided by Growth Opps, our coalition, dedicated to the practical implementation of the Solar for All program, emphasizes a customer diversity strategy that harmoniously blends centralized resources with localized customization to alleviate administrative burdens and cater to the unique cultural and regional nuances of each community within the coalition.

While the specific centralized support will be meticulously tailored to each community's distinct needs, our preliminary assessment identifies a need for marketing collateral, communication support, and outreach and education support, ensuring that communities, regardless of size, have access to specialized communications and outreach expertise. Furthermore, we're exploring the potential to employ on-the-ground field managers through local grassroots organizations to ensure substantial community engagement. Our education and marketing endeavors will utilize and expand upon the existing communication channels our coalition members have established with disadvantaged communities, aiming to enhance and leverage the trust and relationships already fostered within these communities. These proven channels will ensure effective and inclusive engagement with all communities, including those with limited English proficiency, supported by culturally appropriate content as well as online and offline communication methods. Examples below demonstrate local resources that can be leveraged to ensure a smooth and effective rollout of the Solar for All initiative.

In **Allegheny County**, successful deployment of Solar for All will rely on partnerships between local government agencies and non-profit organizations to serve LMI households. Allegheny County Economic Development, Urban Redevelopment Authority of Pittsburgh, and Action Housing are all committed partners and will provide access to the homeowners already receiving financial assistance through their Whole Home Repair Program, which serves homeowners at or below 80% of the Area Median Income (AMI). Collaboration with these partners will enable quicker and more effective communication with eligible households, while also ensuring that their homes are equipped with the necessary roofing and infrastructure for solar installation.

**Cincinnati's** Office of Environment and Sustainability has developed engagement pathways to connect with low-income households and a network of community-based organizations serving these communities through local building electrification initiatives. From 2022 to 2023, the city

spearheaded a building electrification program focused on educating and involving disadvantaged communities in the benefits of electrification. This effort involved recruiting 24 community ambassadors from 21 different communities, including 13 Justice40 communities, who reached over 3,500 residents. The community ambassadors engaged in various activities, both in-person and virtual, such as distributing flyers at libraries and recreation centers, and cg conducted virtual activities over Facebook and email. Additionally, the initiative facilitated partnerships with key organizations, including People Working Cooperatively, a local nonprofit specializing in HWAP and home repairs for low-income families, serving as a crucial link to low- and moderate-income homeowners and renters in the city.

Over the past decade, **PUSH Buffalo**, through its PUSH Green program, has served as an independent contractor for NYSERDA, conducting outreach, enrollment, and project management for energy efficiency and renewable energy programs in disadvantaged communities and LMI households across the region. As the lead of the Western New York Regional Clean Energy Hub, PUSH will expand these efforts and collaborate with partners, including Erie County government, to significantly increase participation in NYSERDA programs in Disadvantaged Communities (DACs) while leveraging federal IRA investments in clean energy.

In **Indianapolis**, their customer acquisition strategy will include constituents from pre-qualified programs who might have already received HUD funding or may have participated in a local housing program. They plan to include owner-occupants and renters, single-family and multi-family. Their pipeline network includes up to more than 15 community-based organizations that sponsor housing programs from all corners of the city and county.

These are just a few of the existing outreach and communications channels that will be leveraged for customer acquisition and engagement for the Solar for All program. Our coalition members have robust programs and partnerships to reach LMI households and disadvantaged communities, a foundation built on trust that can bridge the gap in equitable access to solar.

***Participatory Governance and Community-Based Program Design and Decision-Making***

This multi-state application provides a unique opportunity to reduce administrative costs and engagement activity costs for individual communities as well as the opportunity to learn about best practices and successful programs from their peers. However, given our coalition's diversity across eight states and 31 communities, customized community engagement strategies are essential as well. Our coalition members have established partnerships with over 40 community-based organizations operating in frontline communities and will be essential to the community engagement effort.

Growth Opps will collaborate with coalition members to identify their specific outreach and engagement programs, connect them with relevant technical experts and resources, and promote peer-to-peer knowledge sharing within the coalition. Coalition members are already actively involved in discussions and have offered various plans for community engagement and participatory governance, including:

In the **Buffalo/Erie region**, they will develop a Community Advisory Board as part of a community solar project in the pre-development phase. The CAB structure will combine public

education and collaborative decision-making processes to enable community members to determine key project design considerations around siting, ownership, and the provision of community benefits. **Cincinnati** also plans to set up a Community Advisory Board.

The existing participatory governance structure in **St. Louis** directly engages with constituents, working with their operating agencies to engage citizen participation and engaging in various town halls throughout the city. Many of the CBDOs funded by the City conduct outreach in disadvantaged neighborhoods, such as the North Newstead Association, representing a large part of North St. Louis, which has a high concentration of LMI residents.

For our communities in West Virginia, successful solar program development hinges on effective education and outreach due to the relatively small size and misconceptions around the solar industry in the state. The cities of **Charleston, Huntington, Morgantown, and South Charleston** plan to employ a mix of online and offline engagement strategies to reach a diverse resident group. Online initiatives, such as education campaigns and a dedicated program webpage, aim to provide transparency and extend reach. Offline methods like community forums, meetings with neighborhood associations, local media coverage, and distribution of mailed flyers and brochures can connect with residents who may not be actively engaged online.

The emphasis not just in these examples but on all of the models of participatory governance envisioned by our coalition partners is to co-create the Solar for All Program directly with the community.

***Stakeholder Outreach and Education***

Next, we will develop cohesive branding, messaging, and marketing materials tailored to target audiences. Outreach plans and timelines will be created for each territory. User-friendly digital infrastructure like an application portal, website, and data dashboards will be established with key performance indicators to track success. Program staff will be hired and trained across territories. Educational materials will be created for homeowners in various formats. Solar contractors will be vetted and qualified while installation standards and quality control processes are finalized. Financing options like grants and loans will be confirmed. Systems and technology integrations will be tested through beta trials. Comprehensive homeowner FAQs and support resources will be developed.

***Customer Acquisition and Program Management Strategy***

For outreach, kickoff events utilizing toolkit assets will promote the program locally. We will leverage coalition members' communication channels for broader reach. Digital, print, radio, and TV campaigns with clear calls-to-action will run in each territory. Volunteers will canvas high-opportunity neighborhoods door-to-door, while informational booths at community events will also engage residents. Partnerships with trusted local organizations will enable grassroots promotion. Website traffic, downloads, calls, and other leads will be tracked to analyze outreach effectiveness.

***Income Verification***

Growth Opps will build centralized systems for customer income verification while also leveraging local pipelines to capture efficiencies. Income verification is necessary to capture the

Low-Income Communities Bonus Credit. In accordance with IRS rules, participation in the following programs may be shown to verify low-income status: Federal Communication Commission's Lifeline Support for Affordable Communications, USDA's National School Lunch Program; U.S. Social Security Administration's Supplemental Security Income, or any verified government or non-profit program serving Asset Limited Income Constrained Employed (ALICE) persons or households.[8] In addition to these programs, we will utilize existing pipelines that local governments have established for income verification. Our coalition will also review the forthcoming DOE Low-Income Community Solar Subscription Tool to evaluate how it can be utilized for income verification.

We have received 42 Letters of Support from organizations who are committed to supporting the coalition in executing the Equitable Access and Meaningful Involvement Plan (see *Attachment L*).

**7. Program Planning Timeline and Project Narrative**

***Program Blueprint: Our Path Forward***

Our program strategy is grounded in building a robust program management framework with **reasonable and achievable milestones,** as detailed in Attachment D. Our program is both structured and flexible, allowing for localization to meet the distinct needs of every partner while maintaining a cohesive and unified direction with strong quality control. This approach ensures that we are not prescribing solutions, but co-creating them with the invaluable input of all stakeholders involved. By doing so, we aim to foster a program that is resilient, adaptable, and capable of meeting the diverse needs of our communities while achieving the overarching goals of the initiative.

Our program blueprint is derived from **coordination with relevant stakeholders and partners** as well as the insights and input of every coalition member through facilitated individual and group meetings over the last several months. This blueprint is not just a plan but a commitment by Growth Opps' to leading and convening this coalition in the practical work of investing in our communities and prioritizing sustainable and inclusive economic growth and environmental protection. Our approach is grounded in inclusivity, leveraging the unique strengths and insights assets of each partner to build a program that is both comprehensive and responsive to the individualized needs of each locality.

Central to our strategy is the compilation of **technical assistance tools and resources** into a Solar for All Toolkit, a digital clearinghouse of resources that will provide reliable structure and tools for each locality's program. This toolkit, coupled with personalized consultative support, will be a living repository, evolving with feedback and experiences from the ground, ensuring a program that is not just top-down but is informed by local expertise and learnings as we progress.

Our coalition aims to utilize solar industry best practices and technical resources to ensure that our program plan and project implementation meets the highest industry standards. We have assembled a network of solar technical experts that we will consult for ongoing refinement of our program plan, including SolSmart, Solar United Neighbors (SUN) and Solar Energy Industries

[8] https://www.federalregister.gov/d/2023-17078/p-152

Association (SEIA). Our coalition is committed to adopting residential rooftop and residential-serving community solar best practices by leveraging resources from these and local experts. Additionally, we are in conversations and coordinating with the Department of Commerce to identify strategies to support the solar supply chain across the entire ecosystem. Our proposal recognizes that additional assistance may be needed to adjust or evolve program implementation based on market and legislative activity (such as changes to net metering or community solar policies). We expect our broader coalition and partners to be able to provide the needed expertise to successfully navigate these issues.

**Pre-Launch Preparation**

As we prepare for launch, we will facilitate seamless communication and project management through collaborative tools, creating a supportive ecosystem where every voice is heard. First, we will finalize coalition member agreements, define roles through RACI charts, and host a virtual kickoff outlining requirements and timelines. Growth Opps will then co-host internal kickoffs with each region to provide on-the-ground support, team building, and establish norms tailored to each partner's needs. We will integrate an intuitive digital platform for coalition-wide collaboration and provide personalized consultative support to address unique needs. A Solar for All toolkit will offer customizable marketing, education, and guidelines.

**Program Implementation**

During implementation, applications will be efficiently processed for eligibility. Site visits will evaluate home solar potential. Eligible applicants will be enrolled and provided program details. Coordination teams will facilitate communication between homeowners and contractors during installations. Inspections will ensure quality standards are met. Ongoing customer support and issue resolution will be provided through a helpline and online resources. Regular consultative check-ins will offer localized guidance to address challenges. Impact reports will showcase savings and achievements for homeowners. Feedback surveys will drive continuous improvement. Detailed progress reports will be provided to the EPA and coalition members. These components together will result in a turnkey solution for LMI households to easily access solar energy and its benefits (see *Attachment D Timeline* for project implementation milestones).

<u>Other Considerations & Next Steps During Program Planning</u>

As we implement the Industrial Heartland Solar Coalition's EPA Solar for All program, it is essential to clearly outline the next steps and key considerations that will guide our journey. This section is designed to provide a roadmap that details the immediate actions to be undertaken and highlights the critical aspects that need our attention.

Considerations:

- Regulatory Compliance: Ensuring that all activities are in compliance with local, state, and federal regulations.
- Community Engagement: Engaging with the local communities to understand their needs and preferences better in close collaboration with our coalition partners.
- Feedback Loop: Establishing a continuous feedback loop and mechanism with all stakeholders for iterative improvements.
- Risk Management: Identifying potential risks and developing mitigation strategies.

- Sustainability: Ensuring the sustainability of the program beyond the grant period.
- Build America, Buy America (BABA): Integrating forthcoming EPA guidance for BABA in alignment with our plans to meet the Domestic Content Bonus tax credit (see *Financial Assistance Strategy Pg. 19*).
- Davis-Bacon Act: Incorporating prevailing wage requirements in compliance with the Davis-Bacon Act into RFPs coalition-wide.
- Data Security: Ensuring the security of sensitive data managed during the program.
- Resource Allocation: Ensuring equitable resource allocation across all territories.
- Timeline: Meeting the project milestones within the stipulated timelines.
- Community Reception: Ensuring positive reception and participation from the communities involved.

Next Step Action Items:
- Finalize the Plan: Incorporate feedback from coalition members and finalize the program design details and implementation plan.
- Toolkit Development: Begin the development of the "Solar for All Toolkit".
- Training: Schedule training sessions.
- Community Engagement: Plan and schedule community engagement activities.
- Regulatory Compliance: Begin ensuring regulatory compliance for all planned activities.

**Section 2: Program Administration Narrative**

**1. Budget Narrative**

This comprehensive $250 million, five-year budget provides the resources and strategic allocation needed to successfully implement the Solar for All program across the 31 coalition partners. The budget is structured to invest more heavily in the initial program launch and implementation activities, with funding normalized as operations mature.

The budget narrative provides transparency into the strategic allocation of the requested $250 million across the key categories essential for Solar for All program success. The narrative outlines the implementation phases, category funding amounts and proportions, line item examples, and rationale for the budget structure, demonstrating a responsible and impact-driven approach.

**Solar Implementation: $187.5M (75%)**

The majority of the budget, $187.5 million or 75%, is dedicated directly towards solar deployment for low-income households across the partner communities. This category covers activities like contractor procurement, site evaluations, solar installations, operations and maintenance, and associated personnel costs. The upfront investments in Years 1-2 enable rapid scale-up of solar access. As programs mature in Years 3-5, resources are allocated efficiently to sustain operations and continue driving adoption.

Highlights of this budget include the thoughtful allocation of the $250 million needed for program success. Resources are mapped to support solar deployment, administration and community benefits. The structure allows flexibility while ensuring consistent oversight and impact.

**Non-Solar Implementation $62.5M (25%):** The remaining $62.5 million (25%) is allocated to essential non-solar implementation costs:

**Growth Opps Administration ($25M, 10%):** Covers personnel, planning, technical assistance, equipment, travel, and other costs for project management, including program leadership, management, technical staff, data infrastructure, professional services, and more.

**Coalition Member Administration ($25M, 10%):** Provides funding to the 31 municipal and nonprofit partners to support local outreach, engagement, and administrative costs for promoting and managing Solar for All in their communities. This includes local program managers, outreach staff, marketing materials and events, and travel.

**Workforce Development ($10M, 4%):** Includes costs to develop training programs, workshops, and certifications to build a pipeline of 1,000 skilled solar workers. This covers training organization contracts, trainee stipends, facilities, and equipment.

**Community Engagement ($2.5M, 1%):** Supports marketing, events, materials, and advertising to raise local awareness and drive participation. This includes promotional campaigns, outreach grants, collateral, and sponsorships.

The $62.5 million budget allocation provides essential support for efficient solar deployment, community empowerment, job training, and program administration. It enables the program vision of spreading economic justice through access, education, and opportunity.

**2. Fiscal Stewardship Plan**

With our blend of financial capabilities and dedication to underserved communities, Growth Opps is prepared to manage Solar for All grant funds judiciously. Our experience empowering communities has prepared us to steward funds ethically and responsibly.

**Safeguarding Taxpayer Funds Through Rigorous Program Oversight**

At Growth Opps, robust oversight policies and procedures are integral to reducing waste, fraud, and abuse. We have established stringent confidential whistleblower protections aligned with best practices from the National Council of Nonprofits, providing multiple secure channels for anonymous reporting of any suspected misconduct. This includes a toll-free ethics hotline, online reporting form, and external PO box to submit concerns. We will promptly investigate all credible reports through fair procedures guided by legal counsel.

Our stringent conflict of interest policy requires annual disclosures from all staff and board members which are reviewed by the Audit Committee. Any potential conflicts must be addressed or the individual will be recused from related decisions. We will verify that no conflicts exist before partnering with vendors or subrecipients.

For subawards, we will mandate training on proper grants management and ongoing monitoring and support to ensure full adherence to federal regulations including cost principles under 2 CFR 200 Subpart E. Our subrecipient policies comply with all requirements in 2 CFR 200.303 for financial management and 200.332 for subrecipient monitoring, including site visits, expense documentation reviews, and single audit report analysis. We will provide technical assistance to

address any deficiencies identified. Our subrecipient monitoring procedures align with federal guidelines and industry best practices. We will conduct pre-award assessments of financial systems, risk, and capacity. Subaward agreements will contain detailed terms and conditions on compliance, monitoring, and oversight. We will establish clear performance goals and budgets. During the award, we will provide training on federal regulations and cost principles, conduct regular check-ins, perform site visits, review performance and financial reports, verify supporting documentation for expenditures, and analyze single audit findings. We will work closely with subrecipients to provide technical assistance to address any issues identified and maintain proper documentation of monitoring activities.

**Screening Contractors and Protecting Consumers**

We will thoroughly vet all contractors and subcontractors who interact directly with consumers through background checks, licensing verification, and reviews of company track records. Our stringent pre-screening will identify any history of illegal, deceptive, or fraudulent business practices to prevent engagement.

To safeguard customers, we will prohibit partners from charging any illegal upfront fees or cancellation penalties. All financing terms and subscription payments will be clearly disclosed upfront using plain language. Billing and payment processes will be transparent and verifiable through statements sent directly to customers from their utility. We will require linguistic accessibility for limited English proficiency customers, including translated materials and interpretive services that comply with Executive Order 13166.

With existing robust internal expense controls, anti-fraud measures, staff training, and subrecipient oversight, Growth Opps maintains the highest standards of accountability in management of all our programs. Our steadfast commitment to fiscal stewardship will ensure every Solar for All grant dollar is utilized effectively to empower communities.

**Supplemental Policy Details**

***Comprehensive Audits***

Growth Opps undergoes annual financial statement audits by an independent external auditor as well as regular audits by our Board Audit Committee. Audits ensure compliance with federal awards requirements and assess the effectiveness of internal controls over financial reporting and grant/contract management. We implement timely corrective actions for any audit findings. Our partnership with the global accounting firm BDO USA, LLP provides additional fiscal expertise, helping ingrain strong controls and compliance across our operations.

***Effective Risk Management***

Our organization has a robust risk management framework including enterprise risk assessments, mitigation strategies tracked in a risk register, and Board oversight. This enables us to proactively identify and address key risks to safeguard communities. Additionally, we have long fought against predatory lending in underserved areas. We will leverage this experience to actively combat any solar predatory lending through multifaceted tactics. These include prohibiting abusive financing terms, capping interest rates, requiring plain language disclosures, secret shopping sales agents, establishing an ethics hotline, and imposing penalties on predatory

contractors. Our diligent oversight and steadfast commitment to financial fairness will ensure vulnerable households are protected. Our comprehensive risk management and proactive consumer protections will provide the foundation for secure and equitable clean energy financing as we connect disadvantaged communities with wealth-building solar benefits, not debt traps.

***Consumer Protection***

Growth Opps' mission is rooted in economically empowering underserved communities. For over eight years, we have worked diligently to support vulnerable and at-risk populations through responsible lending, training programs, and community engagement. We understand the importance of building trust and will extend that same diligent community protection to the Solar for All program.

We will require solar vendors and financiers to comply with all applicable federal, state, and local consumer laws covering unfair, deceptive, or abusive acts; telemarketing and door-to-door sales; lending disclosures; privacy and data security; and access for non-English speakers.

Specific unlawful practices that will be prohibited include misrepresenting products or contract terms, aggressive sales tactics, excessive fees, discrimination, and unauthorized data sharing. Sales agents will undergo background checks and training on ethical marketing tailored to solar industry practices. Consumers will have 3-day cancellation periods for in-home sales. Financing terms will be disclosed per Regulation Z requirements.

We will review all marketing materials, sales scripts, and financing agreements to ensure adherence to our standards. Vendors must provide translations and interpretive services for non-English speakers. A simple complaint process will be established for reporting concerns, which we will investigate thoroughly. Violations will result in penalties, including partner contract termination. Ongoing spot checks and secret shopping evaluations will be conducted as well. Additional consumer safeguards we will employ include securing customer data and providing accommodations and overseeing customer complaints through a customer advocate.

We aim to help low-income communities gain access to beneficial solar energy options free from deception or abuse. Our vigilant community-focused consumer protection practices will build trust and provide vulnerable households peace of mind.

**Safeguarding Household Savings by Incorporating Guardrails**

In addition to the consumer protections already outlined, we must ensure that landlords and building owners honor agreements to pass on financial savings from solar installations to tenants. This is required by EPA program rules and IRS requirements for tax credits.

To guarantee these ongoing energy bill savings for tenants, we will implement automated utility bill monitoring where available. This system will track actual savings compared to projected amounts, triggering alerts for underperformance. We can then work to diagnose and address any issues to maximize solar output. Third-party meter readings will verify realized savings and system performance.

For multi-family housing with shared solar installations, we will mandate that building owners enter into binding agreements to distribute a defined portion of the financial savings to tenants.

This will be structured as direct rent reductions or cash payments, and these agreements will prohibit landlords from offsetting tenant energy savings with rent increases. We will audit these savings distributions through periodic requests for documentation of tenant credits/payments. Any non-compliance will result in penalties, fees, and potential loss of incentives or tax benefits.

As an experienced community lender, we will establish the "Bridge to Solar" revolving loan fund with Solar for All program income and repayments. The fund will be maintained in a dedicated bank account for new solar loans and incentives benefiting low-income households. We will implement financial controls around lending approvals, disbursements, collections, and reporting. The fund administrator will provide monthly updates on cash balances, lending activity, and portfolio performance.

By safeguarding performance and savings for households while sustaining benefits through lending, we will ensure communities continue realizing the full value of solar energy for at least 5 years beyond the initial program term. We are currently evaluating the viability of purchasing a 20-year insurance policy for each solar system and transferring the beneficiary to the homeowner at the point of asset ownership transfer.

**Program Income Financial Management**

Growth Opps will implement robust financial planning and management of any Solar for All program income in alignment with EPA regulations at 2 CFR 1500.8. We will maintain program income in a separate revolving loan fund bank account to sustainably reuse funds after the initial grant term.

Our policies and procedures for managing program income will include:

- Tracking and recording all program income in our accounting system in dedicated accounts and cost centers.
- Using program income funds **only** for allowable grant activities that further Solar for All program goals. Repayments will be re-lent to new recipients.
- Implementing controls around lending approvals, disbursements, collections, repayments, and reporting.
- Providing monthly financial reports detailing cash balances, accrued interest, lending activities, delinquencies, and portfolio performance.
- Undergoing annual audits of the revolving loan fund as part of our A-133 single audit.
- Maintaining detailed records of program income recipients, loan terms, projected energy savings, and actual outcomes.

By prudently planning the use of program income, we will sustainably extend the benefits of the program. Our strategic financial management will ensure maximum community impact.

**Supplemental Savings Guardrails and Revolving Loan Fund Controls**

<u>Savings Verification Policies</u>

- Require installers to provide real-time monitoring of system to homeowners
- Perform annual on-site meter readings by qualified technicians
- Automate data feeds from utility bills into savings tracking system where available
- Provide plain language explanations of savings achieved on monthly statements
- Conduct surveys with statistically valid sampling to confirm projected savings

- Task internal auditors with spot-checking projected vs. actual savings for a subset of households

"Bridge to Solar" Loan Fund Financial Management

- Maintain detailed records of program income recipients, loan terms, projected energy savings, and actual outcomes
- Provide monthly financial reports on cash balances, accrued interest, lending activities, delinquencies, and portfolio performance
- Undergo annual audits of the revolving loan fund as part of A-133 single audits
- Track and record all program income separately in accounting system
- Implement controls around lending approvals, disbursements, collections, repayments, and reporting
- Use program income only for allowable grant activities that further program goals

Through rigorous oversight policies, prudent risk management, comprehensive auditing, and steadfast consumer protections, Growth Opps will safeguard taxpayer funds and community interests. Our layered internal controls and diligent subrecipient monitoring will reduce waste, fraud and abuse. Ongoing audits and risk assessments will ensure continuous improvement. Strict consumer protection standards will guarantee ethical marketing and fair treatment. Growth Opps will uphold the highest fiscal stewardship, accountability, and community responsibility standards in managing all allocated Solar for All grant funds. Our commitment to judicious financial management will provide the foundation to equitably and efficiently deploy solar, reduce energy bills for low-income communities, and deliver transformative market impact.

**3. Reporting Plan**

**Program Evidence and Evaluation Activity Reporting**

Growth Opps' commitment to driving lasting impact is enabled by our meticulous approach to measurement, evaluation, and transparent reporting. We have a demonstrated history of tracking key performance indicators, gathering feedback, and disseminating findings to stakeholders for all our programs.

For the Solar for All grant, we will implement the required data collection processes and reporting procedures and will regularly update EPA and the public on progress. Our capable team has experience designing systems to capture solar production data, energy savings, household demographics, and community feedback. We will supplement internal monitoring with independent third-party evaluations. Findings will be published to support national learnings. By integrating strong reporting capabilities, Growth Opps will maintain accountability, drive improvements, and share results to catalyze further solar deployment beyond the initial grant term. Our reporting rigor supports scaling impact.

Growth Opps is fully committed to comprehensive and transparent reporting that will drive accountability, demonstrate impact, support national learnings, and advance equitable community solar access. Our rigorous and multifaceted tracking will showcase progress toward program objectives. We will comply with all EPA reporting requirements in a timely manner. Responsible data collection and dissemination will catalyze solar access for disadvantaged households across our eight state coalition.

We will support the development of standardized reporting procedures and adopt any EPA-identified tracking tools. Our team has experience integrating such systems. All reported calculations will disclose underlying methodologies, data sources, assumptions, and analytical choices while protecting personal information.

Third-party evaluators will verify installation data, energy savings, and customer satisfaction through site visits, engineering estimates, meter readings, and surveys. We understand EPA may also require independent audit and assurance of reported results. Growth Opps will fully comply with all EPA verification and assurance processes.

Our leadership team has a proven track record of timely reporting on performance, goals, and budget expenditures for federal grants. We are committed to continuing this history of exemplary reporting compliance for the Solar for All program. Detailed yet standardized reporting will support national learnings while maintaining transparency.

<u>Supplemental Reporting Compliance Policies</u>

- Submit all mandated reports covering program objectives, key indicators, and progress to the EPA on or before deadlines
- Follow EPA guidance on reporting frequency, deadlines, required indicators, and standard calculations
- Assign responsibility for report review to confirm accuracy and completeness before submission
- Provide EPA access to the raw project-level data upon request
- Develop templates for quarterly and annual reports to facilitate consistent data collection
- Establish thorough QA protocols for verifying reported data and addressing errors
- Document and retain all reporting procedures, methodologies, and communications with EPA
- Conduct internal audits of reporting processes and data integrity as part of our A-133 single audit

**Catalyzing Progress: Growth Opps' Reporting Capabilities and Capacity**

As required by the EPA Policy for Evaluations and Other Evidence-Building Activities per ORDER 1000.33, Growth Opps will publish all data, evidence, and evaluation reports publicly during the program lifetime to support transparency and national learnings. This will allow national learnings and replication of effective models to scale equitable community solar access.

Our robust data tracking will capture both quantitative and qualitative metrics. Quantitative data will include household demographics, income levels, system technical specifications, location, costs, financing terms, projected and actual energy savings, utility bill reductions, and more. Qualitative and quantitative data will be gathered through surveys assessing customer satisfaction, energy affordability, jobs created, and other indicators. Our team of data analysts will review data over time to identify trends and analyze progress toward objectives like reducing emissions and energy burdens.

**Evaluating Outcomes with Rigor to Drive Continuous Improvement**

We will implement robust data gathering to evaluate Solar for All outcomes, capturing over 50 data points per installation, including demographics, costs, production, savings, and customer

feedback. Through diligent reporting and regular impact evaluations, we will drive accountability and continuous improvement. Knowledge sharing will help scale equitable solar access.

Surveys at six and twelve months will gather longitudinal feedback on satisfaction, affordability, jobs, and other outcomes. Independent evaluators will verify details through site visits, savings metering, and surveys. Their annual assessments will analyze progress on the outputs and outcomes listed in the Impact Assessment.

This multifaceted evaluation approach aligns with DOE best practices. We are committed to transparent publication of findings while protecting privacy. Strict evaluations will enable data-driven enhancements and replication of effective models.

**Supplemental Evaluation Policies and Procedures**

- Require consent from participants to provide performance data and survey feedback.
- Develop rigorous measurement and verification plans including engineering estimates, metering, and utility bill analysis.
- Convene an expert Evaluation Advisory Committee to review methodologies and provide input.
- Assess cost-effectiveness by comparing expenditures to outcomes.
- Interview partners annually to identify successes, challenges, and improvements.
- Benchmark reported results against similar programs to identify performance gaps.
- Publish all evaluations, methodologies, and data transparently.

**Section 3: Programmatic Capability and Environmental Results Past Performance**

With our strong blend of leadership expertise and dedication to underserved communities, Growth Opps is prepared to successfully manage grants and drive programmatic outcomes. Our vast experience with community impact has prepared us to achieve Solar for All program goals.

**Organizational Experience and Plan for Timely, Successful Achievement of Objectives**

For over eight years, Growth Opps has been a change agent for diversity, equity, and inclusion, convening institutions and creating mission-driven programs focused on economically empowering low-income and disadvantaged communities. Our expertise spans designing holistic solutions, securing funding, coordinating partners, driving implementation, tracking data, and reporting results. We have spearheaded initiatives across sectors by identifying unmet needs and bringing together diverse stakeholders to drive impact.

**Examples demonstrating the breadth and depth of our experience include:**

**Clean Energy Funding/Programming:** We pioneered the GO Green Energy Fund in 2020, one of the first tailored clean energy lending vehicles nationally. We have provided solar technical assistance to small businesses through comprehensive site evaluations assessing generation potential, detailed financial modeling to determine ROI, streamlined permitting/interconnections support, and hands-on application assistance. Through providing technical assistance to over 365 small businesses and nonprofits, assisting three new minority-owned clean energy companies with accessing capital, and educating over 1000 residents through clean energy workshops and

our RISE Energy Summit , this hands-on assistance has generated widespread interest, enabling disadvantaged communities to participate in alternative energy advancement.

**Minority Business Support:** In 2021, we designed and launched GOBE, the nation's first Black enterprise grant fund focused on flexible capital for early-stage minority-owned businesses. Through forging partnerships with corporations and securing $1,000,000 in funds raised, we have processed over 155 grants with awards of up to $150,000 to Black-owned businesses spanning sectors like retail, tech, construction, and professional services. Our customized quarterly tracking reports cover business growth metrics, job creation totals, and milestone funding achievements.

**Workforce Development:** Since 2019, we have collaborated with Goldman Sachs 10K Small Business, co-facilitating finance and business financial management curriculum modules focused on access to growth capital and demystifying the process of securing investments. We have also provided 1-on-1 coaching and advising to program participants, supporting minority, women, and veteran-owned businesses in developing investment decks, financial projections, and pitch materials to successfully obtain funding and accelerate growth.

**Community Partnerships:** Our team has actively partnered with over 25 community organizations by taking on board leadership roles and expanding opportunities for disadvantaged populations. We have collaborated with groups focused on the arts, social services, workforce development, and small business support. Our hands-on engagement as leaders, partners, and advisors has strengthened local nonprofits through needs assessments, capacity building, fundraising guidance, and governance expertise. By leveraging our skills in program design, strategic planning, and governance, we have helped increase the impact of organizations serving vulnerable communities across the Midwest. Our diverse partnership network and board-level participation demonstrate our deep commitment to driving equitable outcomes.

**Climate Justice Coalition**: We played a pivotal role in identifying the need for and convening major public, private, and nonprofit institutions to form the Greater Cleveland Climate Justice Network. We led the development of shared equitable climate action goals and continue serving as a key coordinator across three working groups driving strategy, community engagement, tracking, and reporting working in service of the Coalition.

**Technical Assistance Capabilities:** Growth Opps has extensive experience providing hands-on, customized technical assistance across focus areas like clean energy, small business growth, workforce development, and nonprofit strategic planning. Growth Opps has provided over 10,000 hours of management consulting to over one thousand diverse small business owners, executives, and community leaders at no cost to the client. We estimate the dollar value of these services to exceed $7 million of unrealized income. The return on this investment is better informed, prepared, and performing businesses and communities. This extensive pro bono assistance demonstrates our deep commitment to community empowerment.

**Our technical consultancy and assistance spans:**

- Conducting needs assessments through surveys, interviews, and data analysis to understand challenges and opportunities
- Designing tailored solutions that are responsive to identified needs, from new programs to innovative funds

- Securing public, philanthropic, and corporate funding to support programming
- Coordinating partners across sectors to maximize resources and alignment
- Overseeing implementation, from marketing and outreach to deploying funds to tracking outputs
- Collecting and analyzing data to identify trends, gaps, and opportunities for improvement
- Reporting results to stakeholders with actionable recommendations for enhancing impact
- Providing capacity building and advisory services to translate ideas into action, from application assistance to one-on-one coaching

Our change-making experience driving results through collaboration is directly applicable to coordinating Solar for All partners, responsibly managing funding, overseeing projects, tracking data, and reporting progress and outcomes.

This diverse experience has honed our skills convening partners, designing solutions, deploying funds responsibly, implementing programs, tracking data, and reporting results. We are fully prepared to meet Solar for All objectives through timely expenditure of funds, project deployment, partner coordination, tracking outputs/outcomes, and progress reporting. Our multifaceted technical assistance expertise, from design to implementation, will be instrumental in ensuring Solar for All achieves maximum impact.

**Past Performance**

While Growth Opps does not have experience with EPA grants specifically, we have successfully completed and managed the following community and economic empowerment agreements:

- **CDFI Fund Technical Assistance (2014-2016)**: Growth Opps (via the acquisition of EMF Management) received technical assistance from the U.S. Department of the Treasury's Community Development Financial Institutions (CDFI) Fund to help launch its loan fund serving disadvantaged communities. This early support enabled us to finalize our operational structure and complete due diligence to develop the fund. We complied fully with all CDFI/NACA program compliance requirements, providing timely reporting throughout the assistance period. With the CDFI Fund's support, Growth Opps successfully established our community loan fund, which remains in good standing today. This positive experience demonstrated our capabilities in utilizing technical assistance for capacity building while meeting reporting obligations and performance goals.
- **Accelerated Growth Loan Fund (AGLF) (2016-current)**: Growth Opps received funding led by Cuyahoga County, including additional funding from PNC Bank to provide flexible financing and advisory services for minority-owned small businesses. We assisted over 35 businesses with loans and counseling, exceeding targets. All grant reporting requirements were met on schedule. We originated loans to a plethora of businesses located in low-income and disadvantaged communities across Cuyahoga County, consistent with fund goals. Our quarterly reports are consistently submitted on time with positive feedback.
- **KeyBank Business Boost & Build Program (2017-2019):** Growth Opps was a grant recipient under this program. We administered a $2MM capital infusion program providing funding and technical assistance to minority-owned businesses. We exceeded targets for companies assisted.

**History of Meeting Reporting Requirements**

For all the agreements referenced above, Growth Opps has consistently complied with reporting obligations. We have submitted scheduled financial, metrics, and progress reports on time, meeting funder requirements for detail and documentation. For example, our quarterly reports for the AGLF incorporated detailed lending data and narrative updates as required. No concerns were raised by funders regarding our reporting thoroughness or timelines. We take our reporting obligations seriously and ensure we have the capacity and controls to fully meet expectations. Our strong track record demonstrates our ability to accurately and consistently report progress, outputs, and outcomes.

**Organizational Experience**

Leveraging eight years of experience in uplifting disadvantaged communities, Growth Opps has developed a robust expertise in executing programs that drive economic, social, and environmental impact. Our proven track record in coordinating partners, designing solutions, securing funding, and implementing initiatives that support underserved communities, coupled with our organizational agility and strategic planning capabilities, positions us uniquely to manage the Solar for All program.

We bring to the table our adept ability to strategically deploy resources, manage funding judiciously, oversee project implementation, and report progress, ensuring that our change-making experience translates into real-world impact by convening people and resources.

**Staff Expertise**

Growth Opps' diverse leadership team and staff offer the ideal blend of qualifications and expertise to successfully manage the Solar for All program and drive results. This includes:

- Executive leadership with decades of experience in community development finance, clean energy, economic inclusion, technology, and entrepreneurship.
- Program managers and coordinators skilled at building partnerships, managing subcontractors, tracking projects, and engaging communities.
- Data analysts and technical specialists experienced gathering metrics, conducting evaluations, and developing reporting systems.
- Financial experts focused on lending, credit, underwriting, budget management, and grants administration.
- Marketing, communications, and outreach professionals who effectively engage diverse audiences.

We also leverage partnerships with universities and professional services firms to augment our capabilities when needed.

**Delivering Measurable Impact and Results**

Through our extensive organizational experience, seasoned leadership, qualified staff, and strong passion for our mission, Growth Opps is primed to deliver measurable impact and results for the Solar for All program. We have a proven track record designing, coordinating, managing, and optimizing programs focused on economic empowerment and sustainability.

Our multifaceted expertise in areas from clean energy finance to data tracking will be leveraged to drive efficient deployment of solar and storage, deliver meaningful benefits to households, and

provide transparent reporting. Growth Opps will bring the same diligence, innovation, and passion that has made us a recognized community development leader to catalyze solar access for low-income families.

We understand what it takes to convene partners, strategically administer funding, overcome obstacles, capitalize on opportunities, and report progress. Growth Opps will leverage this knowledge to meet or exceed Solar for All performance metrics and objectives. Our data-driven approach, coupled with on-the-ground experience, empowers underserved communities and will ensure the program's success.

**Delivering Lasting Impact**

Through over eight years of experience, Growth Opps has established differentiating capabilities that will drive Solar for All success, including:

- A passion for community empowerment that motivates our mission of equitable solar access. We are dedicated to spreading resources and opportunities.
- Diverse expertise in program design, funding, implementation, reporting, and evaluation that will catalyze real-world impact.
- Deep community engagement as trusted advisors that has informed impactful solutions.
- Proven experience convening partners, overcoming obstacles, and communicating progress.
- Innovation mentality to translate vision into measurable results benefiting disadvantaged households.

**Conclusion**

This proposal outlines a plan for the Industrial Heartland Solar Coalition, composed of 31 communities across eight states, to implement a transformative Solar for All program focused on accelerating solar deployment to serve low-income and disadvantaged households. Through a combination of residential rooftop solar and community solar projects, the Coalition aims to install 114 MW of new solar capacity, reduce greenhouse gas emissions by over 160,000 tons annually, and deliver an average of 58% in energy savings to nearly 28,000 households. The project will also create 1,000 new solar jobs through workforce training and bring $19 million in annual energy bill savings to disadvantaged communities. Overall, this collaborative solar acceleration program will drive substantial climate, economic, and environmental justice benefits across America's industrial heartland.

# CERTIFICATION REGARDING LOBBYING

Certification for Contracts, Grants, Loans, and Cooperative Agreements

The undersigned certifies, to the best of his or her knowledge and belief, that:

(1) No Federal appropriated funds have been paid or will be paid, by or on behalf of the undersigned, to any person for influencing or attempting to influence an officer or employee of an agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with the awarding of any Federal contract, the making of any Federal grant, the making of any Federal loan, the entering into of any cooperative agreement, and the extension, continuation, renewal, amendment, or modification of any Federal contract, grant, loan, or cooperative agreement.

(2) If any funds other than Federal appropriated funds have been paid or will be paid to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with this Federal contract, grant, loan, or cooperative agreement, the undersigned shall complete and submit Standard Form-LLL, "Disclosure of Lobbying Activities," in accordance with its instructions.

(3) The undersigned shall require that the language of this certification be included in the award documents for all subawards at all tiers (including subcontracts, subgrants, and contracts under grants, loans, and cooperative agreements) and that all subrecipients shall certify and disclose accordingly. This certification is a material representation of fact upon which reliance was placed when this transaction was made or entered into. Submission of this certification is a prerequisite for making or entering into this transaction imposed by section 1352, title 31, U.S. Code. Any person who fails to file the required certification shall be subject to a civil penalty of not less than $10,000 and not more than $100,000 for each such failure.

Statement for Loan Guarantees and Loan Insurance

The undersigned states, to the best of his or her knowledge and belief, that:

If any funds have been paid or will be paid to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with this commitment providing for the United States to insure or guarantee a loan, the undersigned shall complete and submit Standard Form-LLL, "Disclosure of Lobbying Activities," in accordance with its instructions. Submission of this statement is a prerequisite for making or entering into this transaction imposed by section 1352, title 31, U.S. Code. Any person who fails to file the required statement shall be subject to a civil penalty of not less than $10,000 and not more than $100,000 for each such failure.

* APPLICANT'S ORGANIZATION
Growth Opportunity Partners, Inc.

* PRINTED NAME AND TITLE OF AUTHORIZED REPRESENTATIVE

Prefix: Mr. * First Name: Jeffrey Middle Name:

* Last Name: Clawson Suffix:

* Title: Chief Credit Officer

* SIGNATURE: Completed on submission to Grants.gov * DATE: Completed on submission to Grants.gov

# Other Attachment File(s)

* **Mandatory Other Attachment Filename:** Attachment H.pdf

Add Mandatory Other Attachment | Delete Mandatory Other Attachment | View Mandatory Other Attachment

To add more "Other Attachment" attachments, please use the attachment buttons below.

Add Optional Other Attachment | Delete Optional Other Attachment | View Optional Other Attachment

ATTACHMENT H

| | |
|---|---|
| **Name: City of Akron, OH**<br>Description/Type: Local Government<br>Activities: Subgrantee will work collaboratively with the lead applicant to deploy grant funding in support of local projects serving LMI households with solar, energy storage, and/or enabling upgrades in collaboration with local community partners and in line with the goals and objectives of Solar for All. This includes but is not limited to household recruitment and selection, RFP drafting and contractor selection, local workforce development, and other necessary functions as outlined within this application. | **Name: City of Charleston, WV**<br>Description/Type: Local Government<br>Activities: Subgrantee will work collaboratively with the lead applicant to deploy grant funding in support of local projects serving LMI households with solar, energy storage, and/or enabling upgrades in collaboration with local community partners and in line with the goals and objectives of Solar for All. This includes but is not limited to household recruitment and selection, RFP drafting and contractor selection, local workforce development, and other necessary functions as outlined within this application. |
| **Name: City of Cincinnati, OH**<br>Description/Type: Local Government<br>Activities: Subgrantee will work collaboratively with the lead applicant to deploy grant funding in support of local projects serving LMI households with solar, energy storage, and/or enabling upgrades in collaboration with local community partners and in line with the goals and objectives of Solar for All. This includes but is not limited to household recruitment and selection, RFP drafting and contractor selection, local workforce development, and other necessary functions as outlined within this application. | **Name: City of Cleveland, OH**<br>Description/Type: Local Government<br>Activities: Subgrantee will work collaboratively with the lead applicant to deploy grant funding in support of local projects serving LMI households with solar, energy storage, and/or enabling upgrades in collaboration with local community partners and in line with the goals and objectives of Solar for All. This includes but is not limited to household recruitment and selection, RFP drafting and contractor selection, local workforce development, and other necessary functions as outlined within this application. |
| **Name: City of Columbus, OH**<br>Description/Type: Local Government<br>Activities: Subgrantee will work collaboratively with the lead applicant to deploy grant funding in support of local projects serving LMI households with solar, energy storage, and/or enabling upgrades in collaboration with local community partners and in line with the goals and objectives of Solar for All. This includes but is not limited to household recruitment and selection, RFP drafting and contractor selection, local workforce development, and other necessary functions as outlined within this application. | **Name: City of Detroit, MI**<br>Description/Type: Local Government<br>Activities: Subgrantee will work collaboratively with the lead applicant to deploy grant funding in support of local projects serving LMI households with solar, energy storage, and/or enabling upgrades in collaboration with local community partners and in line with the goals and objectives of Solar for All. This includes but is not limited to household recruitment and selection, RFP drafting and contractor selection, local workforce development, and other necessary functions as outlined within this application. |
| **Name: City of Grand Rapids, MI**<br>Description/Type: Local Government<br>Activities: Subgrantee will work collaboratively with the lead applicant to deploy grant funding in support of local projects serving LMI households with solar, energy storage, and/or enabling upgrades in | **Name: City of Huntington, WV**<br>Description/Type: Local Government<br>Activities: Subgrantee will work collaboratively with the lead applicant to deploy grant funding in support of local projects serving LMI households with solar, energy storage, and/or enabling upgrades in |

| | |
|---|---|
| collaboration with local community partners and in line with the goals and objectives of Solar for All. This includes but is not limited to household recruitment and selection, RFP drafting and contractor selection, local workforce development, and other necessary functions as outlined within this application. | collaboration with local community partners and in line with the goals and objectives of Solar for All. This includes but is not limited to household recruitment and selection, RFP drafting and contractor selection, local workforce development, and other necessary functions as outlined within this application. |
| **Name: City of Kansas City, MO**<br>Description/Type: Local Government<br>Activities: Subgrantee will work collaboratively with the lead applicant to deploy grant funding in support of local projects serving LMI households with solar, energy storage, and/or enabling upgrades in collaboration with local community partners and in line with the goals and objectives of Solar for All. This includes but is not limited to household recruitment and selection, RFP drafting and contractor selection, local workforce development, and other necessary functions as outlined within this application. | **Name: City of Morgantown, WV**<br>Description/Type: Local Government<br>Activities: Subgrantee will work collaboratively with the lead applicant to deploy grant funding in support of local projects serving LMI households with solar, energy storage, and/or enabling upgrades in collaboration with local community partners and in line with the goals and objectives of Solar for All. This includes but is not limited to household recruitment and selection, RFP drafting and contractor selection, local workforce development, and other necessary functions as outlined within this application. |
| **Name: City of South Charleston, WV**<br>Description/Type: Local Government<br>Activities: Subgrantee will work collaboratively with the lead applicant to deploy grant funding in support of local projects serving LMI households with solar, energy storage, and/or enabling upgrades in collaboration with local community partners and in line with the goals and objectives of Solar for All. This includes but is not limited to household recruitment and selection, RFP drafting and contractor selection, local workforce development, and other necessary functions as outlined within this application. | **Name: City of St. Louis, MO**<br>Description/Type: Local Government<br>Activities: Subgrantee will work collaboratively with the lead applicant to deploy grant funding in support of local projects serving LMI households with solar, energy storage, and/or enabling upgrades in collaboration with local community partners and in line with the goals and objectives of Solar for All. This includes but is not limited to household recruitment and selection, RFP drafting and contractor selection, local workforce development, and other necessary functions as outlined within this application. |
| **Name: Cuyahoga County, OH**<br>Description/Type: Municipal Government<br>Activities: Subgrantee will work collaboratively with the lead applicant to deploy grant funding in support of local projects serving LMI households with solar, energy storage, and/or enabling upgrades in collaboration with local community partners and in line with the goals and objectives of Solar for All. This includes but is not limited to household recruitment and selection, RFP drafting and contractor selection, local workforce development, and other necessary functions as outlined within this application. | **Name: Dayton Energy Collaborative**<br>Description/Type: Non-Profit<br>Activities: Subgrantee will work collaboratively with the lead applicant to deploy grant funding in support of local projects serving LMI households with solar, energy storage, and/or enabling upgrades in collaboration with local community partners and in line with the goals and objectives of Solar for All. This includes but is not limited to household recruitment and selection, RFP drafting and contractor selection, local workforce development, and other necessary functions as outlined within this application. |

| | |
|---|---|
| **Name: Erie County, NY**<br>Description/Type: Municipal Government<br>Activities: Subgrantee will work collaboratively with the lead applicant to deploy grant funding in support of local projects serving LMI households with solar, energy storage, and/or enabling upgrades in collaboration with local community partners and in line with the goals and objectives of Solar for All. This includes but is not limited to household recruitment and selection, RFP drafting and contractor selection, local workforce development, and other necessary functions as outlined within this application. | **Name: The Community Foundation of Greater Fort Wayne**<br>Description/Type: Non-Profit<br>Activities: Subgrantee will work collaboratively with the lead applicant to deploy grant funding in support of local projects serving LMI households with solar, energy storage, and/or enabling upgrades in collaboration with local community partners and in line with the goals and objectives of Solar for All. This includes but is not limited to household recruitment and selection, RFP drafting and contractor selection, local workforce development, and other necessary functions as outlined within this application. |
| **Name: The Indianapolis Foundation**<br>Description/Type: Non-Profit<br>Activities: Subgrantee will work collaboratively with the lead applicant to deploy grant funding in support of local projects serving LMI households with solar, energy storage, and/or enabling upgrades in collaboration with local community partners and in line with the goals and objectives of Solar for All. This includes but is not limited to household recruitment and selection, RFP drafting and contractor selection, local workforce development, and other necessary functions as outlined within this application. | **Name: The Pittsburgh Foundation**<br>Description/Type: Non-Profit<br>Activities: Subgrantee will work collaboratively with the lead applicant to deploy grant funding in support of local projects serving LMI households with solar, energy storage, and/or enabling upgrades in collaboration with local community partners and in line with the goals and objectives of Solar for All. This includes but is not limited to household recruitment and selection, RFP drafting and contractor selection, local workforce development, and other necessary functions as outlined within this application. |

*All named subrecipient/non-lead coalition members are eligible for a subaward in compliance with Appendix A of EPA's Subaward Policy.*

GROWTH OPPS

GO GREEN ENERGY FUND
FUELED BY GrowthOpps

***Delivered via electronic mail***

August 14, 2023

The Honorable Michael S. Regan
Administrator
U.S. Environmental Protection Agency
1200 Pennsylvania Avenue NW
Washington, D.C. 20460

Dear Administrator Regan:

This letter is to serve as the Notice of Intent (NOI) for Growth Opportunity Partners to pursue grant funding allocated to the U.S. Environmental Protection Agency's Office of the Greenhouse Gas Reduction Fund for the Solar for All program under Award Option #3, Multi-state Programs.

*Applicant Eligibility*

I certify that Growth Opportunity Partners (Growth Opps) is an "Eligible Nonprofit Recipient" as defined in Section III.A in the Request for Applications published on June 28, 2023. Growth Opportunity Partners is a 501(c)(3) nonprofit organization, as set forth in 2 CFR § 200.1, that offers community development capital, services, and solutions to growing small businesses primarily located in underserved, low and moderate-income communities.

To further the organization's mission and serve the need in Ohio, the Midwest, and beyond, the GO Green Energy Fund, Ohio's first green bank and the nation's first African American-led green bank, was created and is operated by Growth Opps. The fund leverages private investment in clean energy technologies to reduce energy costs, stimulate economic activity, create Meaningful Wage Jobs (as featured in The Federal Reserve Bank of New York's: *Investing in America's Workforce*) and expedites the transition to a low-carbon economy.

Growth Opps does not receive any "deposit" (as defined in Section 3(l) of the Federal Deposit Insurance Act) or "member account," or "account" (as defined in Section 101 of the Federal Credit Union Act). Growth Opps is funded by public or charitable contributions and has the legal authority to invest in or finance projects.

As detailed in the funding announcement, we have included the additional required information below:

*Number and Type of Applications*

Growth Opportunity Partners is serving as the lead applicant for one application to the Solar for All program under Award Option #3.

*Additional Award Details*

Our application for Award Application #3 will request $400,000,000 in funding and will cover, at minimum, 30,000 households across the following geographic areas:

- City of Akron, Ohio
- Allegany County, New York
- Allegheny County, Pennsylvania, inclusive of the City of Pittsburgh
- Cass County, Missouri
- Cattaraugus County, New York
- Chautauqua County, New York
- City of Charleston, West Virginia
- Clay County, Missouri
- Cuyahoga County, Ohio, inclusive of the City of Cleveland
- City of Detroit, Michigan
- Douglas County, Kansas
- Erie County, New York, inclusive of the City of Buffalo
- Fayette and Kanawha counties, West Virginia, inclusive of the cities of Smithers and Montgomery
- City of Fort Wayne, Indiana
- Franklin County, Ohio and the City of Columbus
- City of Grand Rapids, Michigan
- Hamilton County, Ohio, inclusive of the City of Cincinnati
- City of Huntington, West Virginia
- Indianapolis-Marion County, Indiana, inclusive of the cities of Lawrence, Beech Grove, and Speedway
- Jackson County, Missouri
- Johnson County, Kansas
- City of Kansas City, Missouri
- Leavenworth County, Kansas
- City of Morgantown, West Virginia
- Montgomery County, Ohio, inclusive of the City of Dayton
- Niagara County, New York
- Platte County, Missouri
- City of South Charleston, West Virginia
- City of St. Louis, Missouri
- Wyandotte County, Kansas

Thank you for your time and consideration, and I look forward to our future collaboration.

Best regards,

Michael Jeans
President & CEO
Growth Opps | GO Green Energy Fund

**The following attachment is not included in the view since it is not a read-only PDF file.**

**Upon submission, this file will be transmitted to the Grantor without any data loss.**

**Attachement G_MOA Letter to EPA - Industrial Heartland Solar Coalition**

**- All_signed.pdf**

**The following attachment is not included in the view since it is not a read-only PDF file.**

**Upon submission, this file will be transmitted to the Grantor without any data loss.**

**Attachment E Budget Table Template_Solar for All.xlsx**

**The following attachment is not included in the view since it is not a read-only PDF file.**

**Upon submission, this file will be transmitted to the Grantor without any data loss.**

**Attachment C_GO_SFA_combined.pdf**

**The following attachment is not included in the view since it is not a read-only PDF file.**

**Upon submission, this file will be transmitted to the Grantor without any data loss.**

**Attachment D Timeline & Workplan Template (Solar for All) (2).xlsx**

**Attachment F: Past Performance**

While Growth Opps does not have experience with EPA grants specifically, we have successfully completed and managed the following agreements focused on community and economic empowerment:

- **CDFI Fund Technical Assistance (2014-2016)**: Growth Opps (via the acquisition of EMF Management) received technical assistance from the U.S. Department of the Treasury's Community Development Financial Institutions (CDFI) Fund to help launch its loan fund serving disadvantaged communities. This early support enabled us to finalize our operational structure and complete due diligence to develop the fund. We complied fully with all CDFI/NACA program compliance requirements, providing timely reporting throughout the assistance period. With the CDFI Fund's support, Growth Opps successfully established our community loan fund which remains in good standing today. This positive experience demonstrated our capabilities in utilizing technical assistance for capacity building while meeting reporting obligations and performance goals.
- **Accelerated Growth Loan Fund** - AGLF (2016-current): Growth Opps received funding led by Cuyahoga County and including additional funding from PNC Bank to provide flexible financing and advisory services for minority-owned small businesses. We assisted over 35 businesses with loans and counseling, exceeding targets. All grant reporting requirements were met on schedule. We originated loans to a plethora of businesses located in low-income and disadvantaged communities across Cuyahoga County, consistent with fund goals. Our quarterly reports are consistently submitted on time with positive feedback.
- **KeyBank Business Boost & Build Program (2017-2019):** Growth Opps was a grant recipient under this program. We administered a $2MM capital infusion program providing funding and technical assistance to minority-owned businesses. We exceeded targets for companies assisted. Our final program report was approved with no revisions required.

**History of Meeting Reporting Requirements**

For all the agreements referenced above, Growth Opps has consistently complied with reporting obligations. We have submitted scheduled financial, metrics, and progress reports on time, meeting funder requirements for detail and documentation. For example, our quarterly reports for the AGLF incorporated detailed lending data, and narrative updates as required. No concerns were raised by funders regarding our reporting thoroughness or timeliness. We take our reporting obligations seriously and ensure we have the capacity and controls to fully meet expectations. Our strong track record demonstrates our ability to accurately and consistently report progress, outputs, and outcomes.

**Organizational Experience**

Leveraging 8 years of experience in uplifting disadvantaged communities, Growth Opps has developed a robust expertise in executing programs that drive economic, social, and environmental impact. Our proven track record in coordinating partners, designing solutions, securing funding, and implementing initiatives that support underserved communities, coupled with our organizational agility and strategic planning capabilities, positions us uniquely to manage the Solar for All program.

We bring to the table our adept ability to strategically deploy resources, manage funding judiciously, oversee project implementation, and report progress, ensuring that our change-making experience translates into real-world impact by bringing people and resources together.

**Staff Expertise**

Growth Opps' diverse leadership team and staff offer the ideal blend of qualifications and expertise to successfully manage the Solar for All program and drive results. This includes:

- Executive leadership with decades of experience in areas including community development finance, clean energy, economic inclusion, communications, technology and entrepreneurship.
- Program managers and coordinators skilled at building partnerships, managing subcontractors, tracking projects, and engaging communities.
- Data analysts and technical specialists experienced gathering metrics, conducting evaluations, and developing reporting systems.
- Financial experts focused on lending, credit, underwriting, budget management, and grants administration.
- Marketing, communications, and outreach professionals who effectively engage diverse audiences.

We also leverage partnerships with universities and professional services firms to augment our capabilities when needed.

**Delivering Measurable Impact and Results**

Through our extensive organizational experience, seasoned leadership qualified staff, and strong passion for our mission, Growth Opps is primed to deliver measurable impact and results for the Solar for All program. We have a proven track record designing, coordinating, managing, and optimizing programs focused on economic empowerment and sustainability.

Our multifaceted expertise in areas from clean energy finance to data tracking will be leveraged to drive efficient deployment of solar and storage, deliver meaningful benefits to households, and provide transparent reporting. Growth Opps will bring the same diligence, innovation, and passion that has made us a recognized community development leader to catalyze solar access for low-income families.

We understand what it takes to convene partners, strategically administer funding, overcome obstacles, capitalize on opportunities, and report progress. Growth Opps will leverage this knowledge to meet or exceed Solar for All performance metrics and objectives. Our data-driven approach coupled with on-the-ground experience empowers underserved communities will ensure the program's success.

**Delivering Lasting Impact**

Through our over 8 years of experience, Growth Opps has established differentiating capabilities that will drive Solar for All success:

- A passion and commitment to community empowerment that motivates our mission of equitable access to clean energy. We are dedicated to spreading resources and opportunities.
- Breadth of expertise across program design, coordination, funding, implementation, optimization, reporting, and evaluation that will catalyze impact. We know how to activate real-world change.
- Deep community engagement as leaders, collaborators, and trusted advisors that has informed impactful solutions and built momentum for change.
- Proven experience convening partners, administering funds responsibly, overcoming obstacles, capitalizing on opportunities, and transparently communicating progress.
- Technical skills and innovation mentality that translate vision into measurable results benefiting disadvantaged households and spreading solar access.
- A deeply-rooted passion and commitment to community empowerment that motivates and focuses our mission of equitable access to clean energy. We are dedicated to spreading resources and opportunities to those who need them most.

This proposal outlines a plan for the Industrial Heartland Solar Coalition, composed of 31 communities across 8 states, to implement a transformative Solar for All program focused on accelerating solar deployment to serve low-income and disadvantaged households. Through a combination of residential rooftop solar and community solar projects, the Coalition aims to install 114 MW of new solar capacity, reduce greenhouse gas emissions by over 160,000 tons annually, and deliver an average of 58% in energy savings to nearly 28,000 households. The project will also create 1,000 new solar jobs through workforce training and bring $19 million in annual energy bill savings to disadvantaged communities. Overall, this collaborative solar acceleration program will drive substantial climate, economic, and environmental justice benefits across America's industrial heartland.

**The following attachment is not included in the view since it is not a read-only PDF file.**

**Upon submission, this file will be transmitted to the Grantor without any data loss.**

**Attachment I_GO_SFA_combined.pdf**

ATTACHMENT J

Included in this attachment are all relevant letters of support based on the description provided. Duplicate letters may be included across multiple attachments due to the authoring organization's applicability to multiple attachment descriptions. This application received a total of 127 unique letters of support.

**CHARLES E. SCHUMER**
NEW YORK

**Democratic Leader**

# United States Senate

**WASHINGTON, DC 20510-3203**

October 11, 2023

The Honorable Michael S. Regan
Administrator
U.S. Environmental Protection Agency
1200 Pennsylvania Avenue NW
Washington, DC 20004

Dear Administrator Regan:

I am pleased to write in support of the application submitted by the support Growth Opportunity Partners and the Industrial Heartland Solar Coalition to the Environmental Protection Agency's Solar for All Grant program.

The Western New York contingent of the Industrial Heartland Solar Coalition includes leaders in this space, such as Erie County, the Community Foundation for Greater Buffalo, PUSH Buffalo, the City of Buffalo, Home HeadQuarters, and Heart of the City Neighborhoods. These partners are well-positioned to work together to achieve the goals of the proposal, which complements the New York State application.

With funding, the Industrial Heartland Solar Coalition will deploy distributed solar and energy storage, including rooftop residential and community solar and storage to reduce energy burdens, particularly within low-income and disadvantaged households within our communities. This project will further the objectives of the Solar for All initiative and the Greenhouse Gas Reduction Fund program.

I applaud Growth Opportunity Partners and the Industrial Heartland Solar Coalition for their foresight, and sincerely hope the application meets with your approval.

Thank you for your consideration. Please do not hesitate to contact me or my Grants Coordinator in my Washington, DC office at 202-224-6542.

Sincerely,

Charles E. Schumer
United States Senator

**Anne Schweitzer**
Alderwoman, 1st Ward

# BOARD OF ALDERMAN

CITY OF SAINT LOUIS
MISSOURI

September 6th, 2023

The Honorable Michael S. Regan
Administrator
U.S. Environmental Protection Agency
1200 Pennsylvania Avenue, N.W.
Washington, DC 20460

RE: Letter of Support for the EPA Solar for All Grant Program

Dear Administrator Regan:

As Alderwoman, I, Anne Schweitzer am committed to partnering with Growth Opportunity Partners and the **Industrial Heartland Solar Coalition** to create and implement a program that aligns with the objectives of the Greenhouse Gas Reduction Fund's Solar for All initiative.

My office recognizes the pressing need to deploy distributed solar and energy storage, including rooftop residential and community solar and storage to reduce energy burdens, particularly within low-income and disadvantaged households within our communities. We recognize that strong community partnerships and networks are needed to design and manage the proposed program.

In support of the **Industrial Heartland Solar Coalition**, we commit to working closely together to implement a program that furthers the objectives of the Solar for All initiative and of the Greenhouse Gas Reduction Fund program. As an elected official of St. Louis City, a partnering organization, I can attest that my office will assist with community engagement efforts to further the programs reach.

Should this funding request be successful, we will look forward to working with you on this valuable project beginning in 2024. Please let us know how we may be of additional assistance.

Sincerely,

Anne Schweitzer
Alderwoman 1st Ward, City of St. Louis, Mo

CC: Michael Jeans, Growth Opportunity Partners

Room 230, City Hall - 1200 Market St, St. Louis, MO 63103 - Office: (314) 622-3287 - Fax: (314) 622-4273
Email: Schweitzera@stlouis-mo.gov

CITY OF BUFFALO
OFFICE OF THE MAYOR

BYRON W. BROWN
MAYOR

10/5/2023

The Honorable Michael S. Regan
Administrator
U.S. Environmental Protection Agency
1200 Pennsylvania Avenue, N.W.
Washington, DC 20460

RE: Letter of Support for the EPA Solar for All Grant Program

Dear Administrator Regan:

The **City of Buffalo, New York** is committed to partnering with Growth Opportunity Partners and the Industrial Heartland Solar Coalition to create and implement a program that aligns with the objectives of the Greenhouse Gas Reduction Fund's Solar for All initiative. As outlined in Buffalo's Four-Year Strategic Plan, enhancing climate resilience stands as a paramount priority among the core objectives aimed at promoting sustainability.

We recognize the pressing need to deploy distributed solar and energy storage, including rooftop residential and community solar and storage to reduce energy burdens, particularly within low-income and disadvantaged households within our communities. We recognize that strong community partnerships and networks are needed to design and manage the proposed program.

In support of the Industrial Heartland Solar Coalition, we commit to working closely together to implement a program that furthers the objectives of the Solar for All initiative and of the Greenhouse Gas Reduction Fund program. As a partnering organization we agree to contribute communications support and community engagement support to enhance the program's effectiveness.

Should this funding request be successful, we will look forward to working with you on this valuable project beginning in 2024. Please let us know how we may be of additional assistance.

Sincerely,

Byron W. Brown
Mayor, City of Buffalo

CC: Michael Jeans, Growth Opportunity Partners

DAYTON

Office of the City Manager

City Hall
101 W. Third Street
P.O. Box 22
Dayton, OH 45401
(937) 333-3600 / Fax (937) 333-4298
www.daytonohio.gov

September 15, 2023

The Honorable Michael S. Regan, Administrator
U.S. Environmental Protection Agency
1200 Pennsylvania Avenue, N.W.
Washington, DC 20460

**RE:** Letter of Support for the EPA Solar for All Grant Program

Dear Administrator Regan:

The City of Dayton is committed to partnering with Growth Opportunity Partners and the Industrial Heartland Solar Coalition to create and implement a program that aligns with the objectives of the Greenhouse Gas Reduction Fund's Solar for All initiative.

The City of Dayton has been working over the last several years to grow our sustainability program and work to lower the energy burden for low-income communities. Dayton has one of the highest energy burden rates for the state of Ohio. We recognize the pressing need to deploy distributed solar and energy storage, including rooftop residential and community solar and storage to reduce energy burdens, particularly within low-income and disadvantaged households within our communities. We recognize that strong community partnerships and networks are needed to design and manage the proposed program.

In support of the Industrial Heartland Solar Coalition, we commit to working closely together to implement a program that furthers the objectives of the Solar for All initiative and of the Greenhouse Gas Reduction Fund program. As a partnering organization, we agree to contribute outreach assistance, communications support, and community engagement support to enhance the program's effectiveness.

Should this funding request be successful, we will look forward to working with you on this valuable project beginning in 2024. Please let us know how we may be of additional assistance.

Sincerely,

Shelley Dickstein
City Manager

c: Michael Jeans, Growth Opportunity Partners

CITY OF PITTSBURGH

**OFFICE OF THE MAYOR**

MAYOR ED GAINEY

September 25, 2023

The Honorable Michael S. Regan, Administrator
U.S. Environmental Protection Agency
1200 Pennsylvania Avenue, N.W.
Washington, DC 20460

**RE: Letter of Support for the EPA Solar for All Grant Program**

Dear Administrator Regan:

The City of Pittsburgh is committed to partnering with Growth Opportunity Partners and the Industrial Heartland Solar Coalition to create and implement a program that aligns with the objectives of the Greenhouse Gas Reduction Fund's Solar for All initiative.

The City of Pittsburgh's Sustainability + Resilience division empowers all Pittsburghers to address the climate crisis by reducing pollution, improving access to food, and integrating the environment into their daily decisions. As a division, they champion preventative resilience strategies in partner operations to mitigate stressors facing the City and prepare for future shocks. They will lead this effort that perfectly aligns with our City's priorities.

We recognize the pressing need to deploy distributed solar and energy storage, including rooftop residential and community solar and storage, to reduce energy burdens, particularly within low-income and disadvantaged households within our communities. Strong community partnerships and networks are needed to design and manage the proposed program.

In support of the **Industrial Heartland Solar Coalition**, we commit to working closely together to implement a program that furthers the Solar for All initiative's objectives and the Greenhouse Gas Reduction Fund program. As a partnering organization, we can contribute **outreach assistance, technical expertise, and community engagement support** to enhance the program's effectiveness.

Should this funding request succeed, we look forward to working with you on this valuable project beginning in 2024. Please let us know how we may be of additional assistance.

Yours in Service,

Ed Gainey, Mayor
City of Pittsburgh
Pronouns: He/Him/His
CC: Michael Jeans, Growth Opportunity Partners

**City of Cleveland**
Justin M. Bibb, Mayor

Department of Public Utilities
1201 Lakeside Avenue
Cleveland, Ohio 44114-1175
(216) 664-2444
www.clevelandwater.com

October 11, 2023

The Honorable Michael S. Regan
Administrator
U.S. Environmental Protection Agency
1200 Pennsylvania Avenue, N.W.
Washington, DC 20460

RE: Letter of Support for the EPA Solar for All Grant Program

Dear Administrator Regan:

**Cleveland Public Power (CPP),** a division of the Department of Public Utilities (DPU) at the City of Cleveland, is looking forward to and begun planning to be able to partner with **Growth Opportunity Partners** and the **Industrial Heartland Solar Coalition** to support the design and future implementation of a program that aligns with the objectives of the Greenhouse Gas Reduction Fund's Solar for All initiative.

Cleveland Public Power's three-hundred-megawatt system ranks as the largest municipally owned electric utility in the State of Ohio and one of the largest in the United States. CPP's electrical footprint extends throughout the City of Cleveland, providing service to nearly 74,000 residential, commercial and industrial customers.

We recognize the pressing need to equitably deploy distributed solar and energy storage, including rooftop residential and community solar and storage to reduce energy burdens, particularly for low-income and disadvantaged households within our communities. We recognize that strong community partnerships and networks are necessary to design and implement the proposed program.

As a partnering organization, and a municipally owned electric utility, we are in a unique position to contribute technical and regulatory assistance to facilitate community solar in our service territory, which would enhance the program's effectiveness.

Should this funding request be successful, we will look forward to working with you on this valuable project beginning in 2024. Please let us know how we may be of additional assistance.

Sincerely,

Martin Keane
Director, Department of Public Utilities
Martin_keane@clevelandwater.com / (216) 664-2444
CC: Michael Jeans, Growth Opportunity Partners

An Equal Opportunity Employer

Community Foundation
for Greater Buffalo

September 28, 2023

The Honorable Michael S. Regan
Administrator
U.S. Environmental Protection Agency
1200 Pennsylvania Avenue, N.W.
Washington, DC 20460

RE: Letter of Support for the EPA Solar for All Grant Program

Dear Administrator Regan:

The Community Foundation for Greater Buffalo is committed to partnering with Growth Opportunity Partners and the **Industrial Heartland Solar Coalition** to create and implement a program that aligns with the objectives of the Greenhouse Gas Reduction Fund's Solar for All initiative.

The Community Foundation for Greater Buffalo is dedicated to stewarding significant environmental resources in the context of climate resilience. Founded in 1919, the Community Foundation has a long track record of serving Western New York through grantmaking, convening and coalition building. We have administered grant programs for the New York State Attorney General's Office and the Department of Environmental Conservation using funds generated from settlements with polluters. We have a long history of strong relationships with government, philanthropy and environmental justice organizations locally and across the country. We recruited and convened the members of the Buffalo partnership in the Industrial Heartland Coalition and will continue to do so.

We recognize the pressing need to deploy distributed solar and energy storage, including rooftop residential and community solar and storage to reduce energy burdens, particularly within low-income and disadvantaged households within our communities. We recognize that strong community partnerships and networks are needed to design and manage the proposed program.

In support of the **Industrial Heartland Solar Coalition**, we commit to working closely together to implement a program that furthers the objectives of the Solar for All initiative and of the Greenhouse Gas Reduction Fund program. As a partnering organization we agree to continue our role as convener, provide outreach assistance, and leverage additional financial resources as possible to enhance the program's effectiveness.

Should this funding request be successful, we will look forward to working with you on this valuable project beginning in 2024. Please let us know how we may be of additional assistance.

Sincerely,

Betsy Constantine
President and CEO
betsyc@cfgb.org
(716) 852-2847 x214

CC: Michael Jeans, Growth Opportunity Partners

ANDRÉ CARSON
7TH DISTRICT, INDIANA

HOUSE PERMANENT SELECT COMMITTEE
ON INTELLIGENCE

CHAIRMAN
SUBCOMMITTEE ON COUNTERTERRORISM,
COUNTERINTELLIGENCE, AND COUNTERPROLIFERATION

SUBCOMMITTEE ON STRATEGIC TECHNOLOGIES
AND ADVANCED RESEARCH

COMMITTEE ON TRANSPORTATION
AND INFRASTRUCTURE

SUBCOMMITTEE ON AVIATION

SUBCOMMITTEE ON RAILROADS,
PIPELINES, AND HAZARDOUS MATERIALS

Congress of the United States
House of Representatives
Washington, DC 20515-1407

DC OFFICE
2135 RAYBURN HOUSE OFFICE BUILDING
WASHINGTON, DC 20515-1407
(202) 225-4011

DISTRICT OFFICE
300 E FALL CREEK PKWY N DR. #300
INDIANAPOLIS, IN 46205
(317) 283-6516

SENIOR WHIP

September 26, 2023

The Honorable Michael S. Regan
Administrator
U.S. Environmental Protection Agency
1200 Pennsylvania Avenue, N.W.
Washington, DC 20460

Dear Administrator Regan,

I write in support of the application submitted by the **Industrial Heartland Solar Coalition's** application to the Greenhouse Gas Reduction Fund's Solar for All grant program (EPA-R-HQ-SFA-23-01).

The Cit of Indianapolis is located in the heart of the Congressional District that I represent and is one of sixteen cities represented in the coalition. This project is a continuation of the low- and moderate-income micro pilot completed by the City of Indianapolis, Solar United Neighbors, Kheprw Institute, and Indianapolis Neighborhood Partnership in 2021. It also aligns with Thrive Indianapolis, the city's sustainability and resilience plan. Approximately 30,000 households will be equipped with solar power, an estimated 2,000 of which will be in Indianapolis. Residential rooftop solar, multi-family properties, energy efficiency measures, and battery back-up are all strategies proposed by this coalition.

Thank you for your careful consideration of this proposal, which I am confident will be reviewed on a fair and objective basis solely on its merits. Do not hesitate to contact Kathy Souchet-Downey at kathy.downey@mail.house.gov with any questions regarding my support.

Sincerely,

André Carson
Member of Congress

The Dayton Foundation
*We help you help others.*

*The Regional Community Foundation*

1401 S. Main St., Suite 100
Dayton, Ohio 45409
Phone: (937) 222-0410
Fax: (937) 222-0636
Website: www.dayton foundation.org
E-mail: info@dayton foundation.org

Michael M. Parks, President

*Governing Board*
David T. Miller, *chair*
Janice L. Culver, *vice chair*
Rakesh Arora
Cassie B. Barlow
Thomas J. Becker
Marva Cosby
J. Norman Eckstein
George E. Forest
Art Harlan
Valerie Lemmie
Alice O. McCollum
L. Tony Ortiz
Martha Shaker
Josh Stucky
James M. Vaughn

The Dayton Foundation
Tax No. 31-6027287

Dayton Foundation Charitable Accounts, Inc.
Tax No. 31-1330325

Dayton Foundation Depository, Inc.
Tax No. 31-1044298

The Dayton Foundation Plus, Inc.
Tax No. 54-2101090

Confirmed in Compliance with National Standards for U.S. Community Foundations

October 3, 2023

The Honorable Michael S. Regan
Administrator
U.S. Environmental Protection Agency
1200 Pennsylvania Avenue, N.W.
Washington, DC 20460

RE: Letter of Support for the EPA Solar for All Grant Program

Dear Administrator Regan:

**The Dayton Foundation** is committed to partnering with Growth Opportunity Partners and the **Industrial Heartland Solar Coalition** to create and implement a program that aligns with the objectives of the Greenhouse Gas Reduction Fund's Solar for All initiative.

The Dayton Foundation's mission is to help others through philanthropy and community leadership in order to build a better tomorrow for all. The Foundation often convenes diverse, interested parties to address critical and chronically challenging issues in the community. As the region's largest community foundation we recognize the pressing need to deploy distributed solar and energy storage, including rooftop residential and community solar and storage to reduce energy burdens, particularly within low-income and disadvantaged households within our communities. We recognize that strong community partnerships and networks are needed to design and manage the proposed program and support Dayton Energy Collaborative and the City of Dayton and Montgomery County in leading this work.

In support of the **Industrial Heartland Solar Coalition**, we commit to working closely together to implement a program that furthers the objectives of the Solar for All initiative and of the Greenhouse Gas Reduction Fund program. As a supporting organization we agree to contribute technical expertise, community engagement support and outreach to local non-profits and municipalities to enhance the program's effectiveness. This proposed program is a significant positive step for our region and we are proud to support it.

Should this funding request be successful, we will look forward to working with you on this valuable project beginning in 2024. Please let us know how we may be of additional assistance.

Sincerely,

*Michael M. Parks*
*The Dayton Foundation, President*

CC: Michael Jeans, Growth Opportunity Partners

**FORT WAYNE CITY COUNCIL**

**Office of the Common Council**
**200 E. Berry Street, Suite 120, Fort Wayne, Indiana 46802**
**260.427.1445 (office)** [www.cityoffortwayne.org/city-council.html](www.cityoffortwayne.org/city-council.html)

October 9, 2023

The Honorable Michael S. Regan
Administrator
U.S. Environmental Protection Agency
1200 Pennsylvania Avenue, N.W.
Washington, DC 20460

RE: Letter of Support for the EPA Solar for All Grant Program

Dear Administrator Regan:

As the Common Council of the City of Fort Wayne, we write in support of the City's application with Growth Opportunity Partners and the Industrial Heartland Solar Coalition to create and implement a program that aligns with the objectives of the Greenhouse Gas Reduction Fund's Solar for All initiative.

As part of the City's commitment to environmental stewardship, we support the strong community partnerships and networks needed to design and manage the proposed program. This program will deploy distributed solar and energy storage, including rooftop residential and community solar and storage to reduce energy burdens, particularly within low-income and disadvantaged households within our communities.

The program is essential to lowering energy costs and bringing economic revitalization to communities, particularly those that need prioritization after having been underserved for too long.

We urge your support for Fort Wayne's application for funding through the U.S. Environmental Protection Agency. Thank you for your thoughtful attention to this matter.

Sincerely,

Glynn Hines, At-Large
Fort Wayne City Council President

Thomas Freistroffer, At-Large
Fort Wayne City Council Vice President

Russell Jehl, 2nd District
Fort Wayne City Council

Thomas Didier, 3rd District
Fort Wayne City Council

Geoff Paddock, 5th District
Fort Wayne City Council

Sharon Tucker, 6th District
Fort Wayne City Council

Michelle Chambers, At-Large
Fort Wayne City Council

Green Energy Ohio

20 years
LEAD THE CHARGE WITH GEO

*Statewide Contact Information:* P.O. Box 521 • Granville, Ohio 43023 • 614-902-2465 • www.GreenEnergyOhio.org

October 6, 2023

The Honorable Michael S. Regan
Administrator
U.S. Environmental Protection Agency
1200 Pennsylvania Avenue, N.W.
Washington, DC 20460

RE: Letter of Support for the EPA Solar for All Grant Program

Dear Administrator Regan:

Green Energy Ohio is committed to partnering with Growth Opportunity Partners and the Industrial Heartland Solar Coalition to create and implement a program that aligns with the objectives of the Greenhouse Gas Reduction Fund's Solar for All initiative.

Green Energy Ohio (GEO) is a statewide nonprofit organization whose mission is to promote sustainable energy policies, practices, and technologies. For over two decades, GEO has engaged with individuals, businesses, community organizations, local governments, academic institutions, and other nonprofits who share our mission.

Since GEO's founding in 2000, we have seen enormous changes in Ohio's energy landscape. Large corporations have chosen to invest in Ohio and seek to fulfill their goal of a reduced carbon footprint. National and international developers have selected locations in Ohio for clean, utility-scale energy facilities. Residential and commercial solar installations have grown, and, with that, Ohio installers have multiplied, the supply chain has expanded, and job opportunities have increased.

GEO has played a significant role in the positive changes that have taken place through public education, stakeholder outreach, and successful partnerships. The organization has grown alongside the industry, with over forty business members, including many local installers and utility-scale developers. We actively support their efforts through formal testimony and informal activities within communities. GEO recently became a state affiliate of the Solar Energy Industries Association (SEIA), expanding our ability to connect with work being done across the country.

We recognize the pressing need to deploy distributed solar and energy storage, including rooftop residential and community solar and storage, to reduce energy burdens, particularly in low-income and disadvantaged households within our communities. Strong community partnerships and networks are needed to design and manage the proposed program. The prospect of partnering with the Industrial Heartland Solar Coalition to advance Ohioan's access to solar energy – especially those for whom solar has not been a viable option – is very meaningful. Financial and logistical barriers continue to create an unequal distribution of solar assets at a time when residents are spending increasing portions of their household income on energy needs. For that reason, GEO is one of the leaders of a coalition to bring community solar to Ohio, educating the public and policy makers on the opportunity for a large segment of the population, including in disadvantaged areas, to access solar power.

)



Green Energy Ohio is committed to working closely with the Industrial Heartland Solar Coalition and its other partners to implement a program that furthers the objectives of the Solar for All initiative and of the Greenhouse Gas Reduction Fund program. As a participating entity, we agree to employ our established educational programming and extensive communication networks to enhance the program's effectiveness.

Should this funding request be successful, we will look forward to working with you on this valuable project beginning in 2024. Please let us know how we may be of additional assistance.

Sincerely,

Jane Harf

Jane Harf
Executive Director
Green Energy Ohio

THE GEORGE GUND FOUNDATION

September 29, 2023
The Honorable Michael S. Regan
Administrator
U.S. Environmental Protection Agency
1200 Pennsylvania Avenue, N.W.
Washington, DC 20460

RE: Letter of Support for the EPA Solar for All Grant Program

Dear Administrator Regan:

The George Gund Foundation is excited to partner with Growth Opportunity Partners and the Industrial Heartland Solar Coalition to create and implement a program that aligns with the objectives of the Greenhouse Gas Reduction Fund's Solar for All initiative.

For more than 50 years Cleveland has experienced economic transitions and upheaval that have excluded our low-income residents of color. The Foundation is committed to ensuring that Cleveland leads the transition to a carbon-free economy with residents most likely to be excluded again. The Solar for All initiative alleviates the energy burden in Cleveland's underserved communities and helps jump-start Cleveland's transition to a clean energy economy focused on our lowest-income residents through the deployment of rooftop and community solar projects.

The George Gund Foundation supports numerous efforts to ensure the clean energy transition benefits low-income and BIPOC households first, including support to establish the first Black-led green bank in the country Growth Opportunity Partners, and working closely with community partners, like Solar United Neighbors and Citizen Utility Board of Ohio, the Cleveland Foundation, and philanthropy across the region to support and leverage investments that center equity and climate justice for Clevelanders.

In support of the Industrial Heartland Solar Coalition, we commit to working closely together to implement a program that furthers the objectives of the Solar for All initiative. The network of partners across this coalition is unique in its ability to leverage place-based philanthropy to maximize implementation and ensure lasting impact. As a partnering organization, we agree to contribute technical expertise, community engagement support, and recommend financial resources support to enhance the program's effectiveness.

The Foundation looks forward to working with you on this valuable initiative. If you have questions about the George Gund Foundation's support for this program, please do not hesitate to contact me.

Sincerely,

John Mitterholzer
Program Director, Climate and Environmental Justice

THE GEORGE GUND FOUNDATION
John Mitterholzer
Program Director
45 West Prospect Avenue
1845 Guildhall Building
Cleveland, Ohio 44115
216.241.3114
www.gundfoundation.org

iChoosr

October 6, 2023

**Industrial Heartland Solar Coalition**
The Honorable Michael S. Regan
Administrator
U.S. Environmental Protection Agency
1200 Pennsylvania Avenue, N.W.
Washington, DC 20460

RE: Letter of Support for the EPA Solar for All Grant Program

Dear Administrator Regan:

**iChoosr** is committed to partnering with Growth Opportunity Partners and the **Industrial Heartland Solar Coalition** to create and implement a program that aligns with the objectives of the Greenhouse Gas Reduction Fund's Solar for All initiative.

The mission of iChoosr is to accelerate the energy transition by significantly scaling up residential solar installations in a customer friendly way through our residential group purchase programs. We facilitate price and service conformity from multiple installers serving residential solar customers in the regions where we organize our programs. Across the markets that iChoosr operates in, our volume model and our digital, multi-sided platform serves both consumers and installers and delivers efficiencies for both of them, resulting into significant cost savings which are passed on to consumers. iChoosr almost always partners with local governments, consumer organizations and not-for-profit organizations to help them achieve their sustainability objectives. Since 2012, we have helped consumers realize over 170,000 completed residential solar installations through our programs. Solar United Neighbors and iChoosr collaborate in multiple Solar Switch programs in Capital Area, Colorado and Texas to significantly scale up the number of solar installations – including a sizable number of LMI households - relative to the previous programs that Solar United Neighbors organized in these regions

We recognize the pressing need to deploy distributed solar and energy storage, including rooftop residential and community solar and storage to reduce energy burdens, particularly within low-income and disadvantaged households within our communities. We recognize that strong community partnerships and networks are needed to design and manage the proposed program.

In support of the **Industrial Heartland Solar Coalition**, we commit to working closely together to implement a program that furthers the objectives of the Solar for All initiative and of the Greenhouse Gas Reduction Fund program. As a partnering community we agree to contribute to outreach assistance, communications support and community engagement support to enhance the program's effectiveness.

Should this funding request be successful, we will look forward to working with you on this valuable project beginning in 2024. Please let us know how we may be of additional assistance.

Sincerely,

Jacobus Bijlholt
CEO iChoosr

E; cas@ichoosr.com

CC: Michael Jeans, Growth Opportunity Partners

**Johnson County Government**
111 S Cherry Street Suite 3300
Olathe, Kansas 66061

JOHNSON COUNTY KANSAS

Date: October 5, 2023

To: The Honorable Michael S. Regan, Administrator
U.S. Environmental Protection Agency
1200 Pennsylvania Avenue, N.W.
Washington, DC 20460

From: Joe Connor, Assistant County Manager

Subject: Support for Industrial Heartland Solar Coalition's GGRF Solar for All Proposal

To Whom it May Concern,

On behalf of Johnson County, KS, I am pleased to submit this letter of support for Growth Opportunity Partners and the Industrial Heartland Solar Coalition's application to the Greenhouse Gas Reduction Fund's Solar for All initiative. Johnson County is committed to supporting Industrial Heartland Solar Coalition to create and implement a program that aligns with the objectives of the Greenhouse Gas Reduction Fund's Solar for All initiative. If awarded, we are committed to supporting the success of Solar for All in the Kansas City metropolitan area.

Johnson County has a deep history of sustainability stewardship including recently earning LEED for Cities and Communities Gold level certification. Already the most populous county in Kansas, Johnson County is experiencing tremendous growth and while growth can provide exciting opportunities, it's also critical to recognize that not all enjoy the benefits equally.

We recognize the pressing need to deploy distributed solar and energy storage, including rooftop residential and community solar and storage to reduce energy burdens, particularly within low-income and disadvantaged households within our communities. We also recognize that strong community partnerships and networks are needed to design and manage the proposed program.

In support of the Industrial Heartland Solar Coalition, and as a key stakeholder in the Kansas City metropolitan area, we agree to contribute outreach assistance, communications support, technical expertise, and community engagement support to enhance the program's effectiveness in our community.

Should this funding request be successful, we will look forward to working with you on this valuable project beginning in 2024.

Sincerely,

Joe Connor
Assistant County Manager
Johnson County, Kansas

October 2, 2023

The Honorable Michael S. Regan
Administrator
U.S. Environmental Protection Agency
1200 Pennsylvania Avenue, N.W.
Washington, DC 20460

RE: Letter of Support for the EPA Solar for All Grant Program

Dear Administrator Regan:

As a State Senator representing Allegheny County, I'm excited to support Growth Opportunity Partners and the **Industrial Heartland Solar Coalition** to create and implement a program that aligns with the objectives of the Greenhouse Gas Reduction Fund's Solar for All initiative.

There is a pressing need to deploy distributed solar and energy storage, including rooftop residential and community solar and storage to reduce energy burdens to low-income and disadvantaged households within our communities. Strong community partnerships and networks are needed to design and manage the proposed program.

I am supportive of the **Industrial Heartland Solar Coalition's** commitment to working closely together to implement a program that furthers the objectives of the Solar for All initiative and of the Greenhouse Gas Reduction Fund program. I look forward to working alongside the coalition to help bring together interested parties from across our state and in Washington to ensure maximum success.

Should this funding request be successful, I look forward to working with you on this valuable project beginning in 2024. If you have any follow up questions, please do not hesitate to reach out: Lindsey.Williams@PASenate.com | 412-364-0469.

Sincerely,

Lindsey M. Williams
38th Senatorial District

CITY OF FORT WAYNE
THOMAS C. HENRY, MAYOR

The Honorable Michael S. Regan
Administrator
U.S. Environmental Protection Agency
1200 Pennsylvania Avenue, N.W.
Washington, DC 20460

RE: Letter of Support for the EPA Solar for All Grant Program

Dear Administrator Regan:

As the Mayor of Fort Wayne, Indiana's second-largest city, I am writing in support of the application submitted by Growth Opportunity Partners on behalf of the Industrial Heartland Solar Coalition for the Solar for All grant program.

To continue to be a city known for excellent and unique quality of life amenities and successful projects and initiatives, we must be aware of how our actions impact the environment. I believe progressive cities need to reduce their dependency on fossil fuels. We have an obligation to explore alternative energy sources for the next generation and beyond.

I am encouraged by the opportunity to reduce energy burdens, particularly among low-income and struggling households, using community and rooftop residential solar and storage. The proposed program will allow the City to strengthen its partnerships with community-based organizations and other local groups to meet the objectives of the Greenhouse Gas Reduction Fund.

Thank you for your consideration of this application as Fort Wayne is committed to being a leader steward of the environment while providing new opportunities for growth and success.

Sincerely,

Thomas C. Henry
Mayor

CC: Michael Jeans, Growth Opportunity Partners

KANSAS CITY

QUINTON D. LUCAS
Mayor

September 28, 2023

The Honorable Michael S. Regan, Administrator
U.S. Environmental Protection Agency
1200 Pennsylvania Avenue, N.W.
Washington, DC 20460

RE: Support for Industrial Heartland Solar Coalition's GGRF Solar for All Proposal

Dear Honorable Michael Regan:

On behalf of the City of Kansas City I am pleased to submit this letter of support for Growth Opportunity Partners and the Industrial Heartland Solar Coalition's application to the Greenhouse Gas Reduction Fund's Solar for All initiative. For historically marginalized families who face barriers to accumulating wealth and limited access to credit, the upfront cost of roof-top solar is not feasible. This program provides the benefits of low-cost, sustainable energy to the communities that need these solutions the most.

The City of Kansas City recognizes the pressing need to deploy distributed solar and energy storage, including rooftop residential and community solar and storage to reduce energy burdens for low-income and disadvantaged households. Kansas City has an average energy burden of almost 5%, with some communities experiencing closer to 14-15%. This makes Kansas City residents among the most energy-burdened in the country. Low-income Latino and African American Kansas Citians often experience significantly higher energy burdens while also experiencing the highest rent hike in the United States this year (16.7% increase in the last year). The Industrial Heartland Solar Coalition's Solar for All is what is needed to build a sustainable environment and assist low-income families on their wealth-building journey.

In support of the Industrial Heartland Solar Coalition, the City of Kansas City commits to working closely together to implement a program that furthers the objectives of the Solar for All initiative and of the Greenhouse Gas Reduction Fund program.

As a key stakeholder in the Kansas City metropolitan area, we agree to contribute outreach and engagement assistance, and communications support to enhance the program's effectiveness in our community.

Thank you for your time and attention to this application. I will make myself available if you wish to discuss this proposal in more detail.

Sincerely,

Quinton D. Lucas

McKINNEY FAMILY
FOUNDATION

October 5, 2023

The Honorable Michael S. Regan
Administrator
U.S. Environmental Protection Agency
1200 Pennsylvania Avenue, N.W.
Washington, DC 20460

RE: Letter of Support for the EPA Solar for All Grant Program

Dear Administrator Regan:

The McKinney Family Foundation is honored to partner with Growth Opportunity Partners and the Industrial Heartland Solar Coalition to create and implement a program that aligns with the objectives of the Greenhouse Gas Reduction Fund's Solar for All initiative.

As Indiana's place-based, anchor funder, the McKinney Family Foundation is committed to building an environmentally sustainable future for every Hoosier. We strive to achieve this vision through funding civic and environmental organizations that advocate for inclusive democracy, environmental justice and state policies that promote a just transition to a clean energy economy and build resilient communities in the face of climate change.

In order to achieve these goals, we recognize the pressing need to deploy distributed solar and energy storage, including rooftop residential and community solar and storage to reduce energy burdens, particularly within low-income and disadvantaged households within our communities. We know this is only possible by supporting strong community partnership collaborations and networks that are empowered to design and manage the proposed program.

In support of the Industrial Heartland Solar Coalition, we commit to working closely together with our municipal and nonprofit colleagues to explore a program that furthers the objectives of the Solar for All initiative and of the Greenhouse Gas Reduction Fund program. As a partnering organization we commit to contributing financial resources, outreach assistance, communications support, technical expertise, and/or community engagement support to enhance the program's effectiveness.

Should this funding request be successful, we will look forward to working with you on this valuable project beginning in 2024. Please let us know how we may be of any additional assistance.

Sincerely,

Stephanie Goodrid Lawson
Executive Director
McKinney Family Foundation
135 N. Pennsylvania St., 10th Floor
Indianapolis, IN 46204

Midwest Building Decarbonization Coalition

10/5/2023

The Honorable Michael S. Regan
Administrator
US Environmental Protection Agency
1200 Pennsylvania Avenue, N.W.
Washington, D.C. 20460

RE: Letter of Support for the EPA Solar for All Grant Program

Dear Administrator Regan:

We are writing this letter regarding the Environmental Protection Agency's Solar for All grant competition, on behalf of the Industrial Heartland Solar Coalition, of which the City of Fort Wayne is a part.

The Midwest Building Decarbonization Coalition the City of Fort Wayne's plan to offer special financing packages to disadvantaged and BIPOC residents seeking to solarize, resulting in installations on up to 800 homes in qualifying census tracts; to incentivize affordable housing developers to deploy solar; to build on the success of the city's recently installed five-watt solar array; and to engage the community as a whole in understanding the benefits of solar. All of this work is meant to deliver household savings, leverage new jobs, and overcome barriers to renewable energy in Fort Wayne as called for in the city's Climate Action and Adaptation Plan, adopted in 2023.

Our organization's mission is The Midwest Building Decarbonization Coalition seeks to develop and implement equitable strategies to achieve zero emissions from the Midwestern building sector by 2050.

The Midwest Building Decarbonization Coalition is invested in the success of this project and is committed to what role may be played in terms of policy advocacy/movement building, piloting projects, technical assistance, market expansion, job creation, workforce development, achievement of equity goals, outreach, etc.

Should the EPA Solar for All grant be received, Midwest Building Decarbonization Coalition is committed to working with the City of Fort Wayne to ensure this project's success in building climate resilience for those who need it most.

Sincerely,

Marnese Jackson
Co-Director of Equity and Engagement
(248) 425-1241
jackson@fresh-energy.org

MONTGOMERY COUNTY

**MONTGOMERY COUNTY**
**Administration Building**

451 W. Third St.
Dayton, Ohio 45322
937-225-4693
www.mcohio.org

**COUNTY COMMISSIONERS**
Judy Dodge
Debbie Lieberman
Carolyn Rice

**COUNTY ADMINISTRATOR**
Michael B. Colbert

September 21, 2023

The Honorable Michael S. Regan, U.S. EPA Administrator
1200 Pennsylvania Ave. N.W.
Washington, DC 20460

**RE:** Letter of Support for the EPA Solar for All Grant

Administrator Regan,

Montgomery County is pleased to provide this letter of support to Growth Opportunity Partners and the Industrial Heartland Solar Coalition to create and implement a program that aligns with the objectives of the **Greenhouse Gas Reduction Fund's Solar for All** initiative.

We recognize the pressing need to deploy distributed solar and energy storage, including rooftop residential and community solar, particularly within low-income and disadvantaged households, through strong community partnerships and networks.

As a partnering organization, we agree to contribute to existing resources, such as outreach assistance, communications and community engagement support to enhance the program's effectiveness. Montgomery County requires no monetary contribution.

Should this request be successful, we will look forward to working with you on this valuable project beginning in 2024. Please let us know how we may be of additional assistance.

Sincerely,

Michael B. Colbert
Montgomery County Administrator

b i r t h p l a c e o f i n n o v a t i o n

CITY OF ST. LOUIS
PLANNING & URBAN DESIGN AGENCY

October 5, 2023

The Honorable Michael S. Regan
Administrator
U.S. Environmental Protection Agency
1200 Pennsylvania Avenue, N.W.
Washington, DC 20460

RE: Letter of Support for the EPA Solar for All Grant Program

Dear Administrator Regan:

**The Office of Sustainability of the City of St. Louis** fully supports the **Community Development Administration (CDA) of St. Louis'** partnership with Growth Opportunity Partners and the **Industrial Heartland Solar Coalition** to create and implement a program that aligns with the objectives of the Greenhouse Gas Reduction Fund's Solar for All initiative.

The City of St. Louis harnesses the strength and spirit of its diverse community to create an economically, socially and ecologically vibrant City for present and future generations. As we address the issues associated with climate change, we seek opportunities to reduce the energy burden of our most vulnerable populations through equitable energy strategies, affordable and energy-efficient housing and clean energy generation. The Solar for All initiative will reduce greenhouse gas emissions, create job opportunities and improve air quality in our city. We will work directly with CDA to implement these programs as they will complement other greenhouse gas emission reduction strategies.

We recognize the pressing need to deploy distributed solar and energy storage, including rooftop residential and community solar and storage to reduce energy burdens, particularly within low-income and disadvantaged households within our communities. We recognize that strong community partnerships and networks are needed to design and manage the proposed program.

We support the **CDA** and the **Industrial Heartland Solar Coalition**, and commit to finding ways to help them implement a program that furthers the objectives of the Solar for All initiative and of the Greenhouse Gas Reduction Fund program.

Should this funding request be successful, we will look forward to working with you on this valuable project beginning in 2024. Please let us know how we may be of additional assistance.

Sincerely,

Elysia M. Russell
Sustainability Director
russellel@stlouis-mo.gov

CC: Michael Jeans, Growth Opportunity Partners

**Tishaura O. Jones**
Mayor

**Donald W. Roe**
Executive Director, Planning & Urban Design Agency

314.657.3700
planning@stlouis-mo.gov
http://www.stlouis-mo.gov/planning

1520 Market Street, Suite 2000
St. Louis, Missouri 63103

SAMPLE LETTER OF PARTNERSHIP COMMITMENT TEMPLATE
**EPA Solar for All EPA-R-HQ-SFA-23-01**

October 5, 2023

The Honorable Michael S. Regan
Administrator
U.S. Environmental Protection Agency
1200 Pennsylvania Avenue, N.W.
Washington, DC 20460

RE: Letter of Support for the EPA Solar for All Grant Program

Dear Administrator Regan:

The Ohio Environmental Council (OEC) is committed to partnering with the City of Columbus and the Industrial Heartland Solar Coalition to create and implement a program that aligns with the objectives of the Greenhouse Gas Reduction Fund's Solar for All initiative.

**OEC's mission is to secure healthy air, land and water for all who call Ohio home, and climate change is an important area of focus. The Ohio Environmental Council has supported the City's 100% clean energy aggregation efforts, participates regularly in policy development, and frequently collaborates on events with its Emerging Leaders group.**

We recognize the pressing need to deploy distributed solar and energy storage, including community solar and storage to reduce energy burdens, particularly within low-income and disadvantaged households within our communities. We recognize that strong community partnerships and networks are needed to encourage low-income residents to participate in the proposed program.

In support of the Industrial Heartland Solar Coalition, we commit to working with the City of Columbus to help promote and implement a program that furthers the objectives of the Solar for All initiative and of the Greenhouse Gas Reduction Fund program. **As a partnering organization we agree to contribute outreach assistance, communications support, and community engagement support to enhance the program's effectiveness.**

Should this funding request be successful, we will look forward to working with you on this valuable project beginning in 2024. Please let us know how we may be of additional assistance.

Sincerely,

Carol Kauffman
Executive Director
ckauffman@theoec.org
614-400-8151

CC: Michael Jeans, Growth Opportunity Partners

**EMILY WEBER**
State Representative
District 24

**COMMITTEES**
Agricultural Policy, Ranking
Minority Member
General Laws
Economic Development
Utilities
Joint Committee on Agriculture

EMILY WEBER
State Representative
District 24

**DISTRICT ADDRESS**
P.O. Box 5971
Kansas City, MO, 64171
E-Mail:
info@emilyformissouri.com

**CAPITOL OFFICE**
State Capitol
201 West Capitol Avenue
Jefferson City, MO 65101-6806
Tele: (573) 751-4485
E-Mail:
emily.weber@house.mo.gov

Date: September 18, 2023

To: The Honorable Michael S. Regan, Administrator
U.S. Environmental Protection Agency
1200 Pennsylvania Avenue, N.W.
Washington, DC 20460

From: Representative Emily Weber, Missouri House District 24

Subject: Support for Industrial Heartland Solar Coalition's GGRF Solar for All Proposal

Dear Administrator Regan,

I am pleased to submit this letter of support for Growth Opportunity Partners and the Industrial Heartland Solar Coalition's application to the Greenhouse Gas Reduction Fund's Solar for All initiative. As a representative to Missouri's House District 24, I am committed to supporting Industrial Heartland Solar Coalition to create and implement a program that aligns with the objectives of the Greenhouse Gas Reduction Fund's Solar for All initiative and will improve the lives of my constituents, especially those living in disadvantaged communities.

I recognize the pressing need to deploy distributed solar and energy storage, including rooftop residential solar and storage to reduce energy burdens, particularly within low-income and disadvantaged households within my community. I recognize that strong community partnerships and networks are needed to design and manage the proposed program. I am confident that Kansas City's local non-profits, community-based organizations, contractors, municipalities, and other partners will execute a successful Solar for All program to create a more resilient and equitable Kansas City metropolitan area, contributing to a more reliable and cleaner energy grid.

The Kansas City area has a strong commitment to accelerating solar deployment in low-income and disadvantaged communities. Solarize Kansas City is a community-based group-purchasing program for solar energy to help homeowners, businesses and nonprofits become more resilient, reduce energy expenses, and save on the cost of renewable energy systems. Share the Sun is part of the greater Solarize Kansas City program that provides no-cost or reduced-cost solar to low-income households. Industrial Heartland Solar Coalition's Solar for All proposal would significantly increase access to solar for the Kansas City metropolitan area's low-income residents and reduce our region's reliance on fossil fuels.

In support of the Industrial Heartland Solar Coalition, I am committed to working to implement a program that furthers the objectives of the Solar for All initiative and of the Greenhouse Gas Reduction Fund program. Should this funding request be successful, I look forward to ensuring its success in Kansas City and beyond.

Thank you for your consideration of their application.

Sincerely,

Representative Emily Weber
District 24

SUMMER L. LEE
12TH DISTRICT, PENNSYLVANIA

COMMITTEE ON OVERSIGHT AND ACCOUNTABILITY
VICE RANKING MEMBER, SUBCOMMITTEE ON HEALTH CARE AND FINANCIAL SERVICES
SUBCOMMITTEE ON GOVERNMENT OPERATIONS AND FEDERAL WORKFORCE

COMMITTEE ON SCIENCE, SPACE, AND TECHNOLOGY
SUBCOMMITTEE ON ENERGY

**Congress of the United States**
**House of Representatives**
**Washington, DC 20515–3812**

243 CANNON HOUSE OFFICE BUILDING
WASHINGTON, DC 20515–3812
(202) 225–2135

211 N WHITFIELD ST, SUITE 802
PITTSBURGH, PA 15206
(412) 214-5000

September 27, 2023

The Honorable Michael S. Regan
Administrator
U.S. Environmental Protection Agency
1200 Pennsylvania Avenue, N.W.
Washington, DC 20460

RE: Letter of Support for the EPA Solar for All Grant Program

Dear Administrator Regan:

As a Representative of Pennsylvania's 12th Congressional District, I am excited to support Growth Opportunity Partners and the Industrial Heartland Solar Coalition to create and implement a program that aligns with the objectives of the Greenhouse Gas Reduction Fund's Solar for All initiative.

I recognize the pressing need to deploy distributed solar and energy storage, including rooftop residential and community solar and storage to reduce energy burdens, particularly within low-income and disadvantaged households within our communities. And most importantly, I recognize that strong community partnerships and networks are needed to design and manage the proposed program.

In support of the Industrial Heartland Solar Coalition, my office commits to working closely together to implement a program that furthers the objectives of the Solar for All initiative and of the Greenhouse Gas Reduction Fund program. My office has the ability to help bring together interested parties from across our district and in Washington to ensure maximum success.

Should this funding request be successful, I look forward to working with you on this valuable project beginning in 2024. Please let me or my office know how we may be of additional assistance.

Sincerely,

Summer Lee

Member of Congress, Pennsylvania's 12th Congressional District

42ND DISTRICT
WAYNE D. FONTANA
SENATE BOX 203042
HARRISBURG, PA 17120-3042
717-787-5300
FAX: 717-772-5484

1039 BROOKLINE BOULEVARD • SUITE 2
PITTSBURGH, PA 15226-2106
412-344-2551

KENMAWR PLAZA
524 PINE HOLLOW ROAD
KENNEDY TOWNSHIP, PA 15136-1661
412-331-1208

EMAIL: fontana@pasenate.com
TWITTER: @WayneDFontana
WEB: www.senatorfontana.com

Democratic Caucus Chairman

Senate of Pennsylvania

COMMITTEES

COMMUNITY, ECONOMIC & RECREATIONAL DEVELOPMENT
FINANCE
LOCAL GOVERNMENT
RULES & EXECUTIVE NOMINATIONS
URBAN AFFAIRS & HOUSING

October 2, 2023

The Honorable Michael S. Regan
Administrator
U.S. Environmental Protection Agency
1200 Pennsylvania Avenue, N.W.
Washington, DC 20460

RE: Letter of Support for the EPA Solar for All Grant Program

Dear Administrator Regan

As a state Senator representing the City of Pittsburgh and surrounding municipalities, I am excited to support Growth Opportunity Partners and the Industrial Heartland Solar Coalition to create and implement a program that aligns with the objectives of the Greenhouse Gas Reduction Fund's Solar for All initiative.

Pittsburgh has emerged as a leader in sustainable development and is recognized as a global leader in next energy planning and development.

There is a pressing need to deploy distributed solar and energy storage, including rooftop residential and community solar and storage to reduce energy burdens, particularly within low-income and disadvantaged households within our communities. Strong community partnerships and networks are needed to design and manage the proposed program.

Thank you, in advance for affording me the opportunity to offer this letter of support. If I may provide any additional information or answer any questions, please do not hesitate to contact me at 412-344-2551.

Sincerely,

Wayne D. Fontana
State Senator, 42nd Senatorial District

MATTHEW GERGELY, MEMBER
35TH LEGISLATIVE DISTRICT

117A EAST WING
P.O. BOX 202035
HARRISBURG, PENNSYLVANIA 17120-2035
(717) 783-1018

DISTRICT OFFICES:
409 WALNUT STREET
MCKEESPORT, PENNSYLVANIA 15132
(412) 664-0035
FAX: (412) 664-0039

3905 MAIN STREET
MUNHALL, PENNSYLVANIA 15120
(412) 476-3046
FAX: (412) 476-3048

SATELLITE OFFICE:
551 RAVENSBURG BOULEVARD
CLAIRTON, PENNSYLVANIA 15025
(412) 233-2505

REPGERGELY@PAHOUSE.NET

House of Representatives
COMMONWEALTH OF PENNSYLVANIA
HARRISBURG

COMMITTEES

CONSUMER PROTECTION, TECHNOLOGY & UTILITIES
INSURANCE
LIQUOR CONTROL
GAME &FISHERIES

October 5, 2023

The Honorable Michael S. Regan
Administrator
U.S. Environmental Protection Agency
1200 Pennsylvania Avenue, N.W.
Washington, DC 20460

Dear Administrator Regan:

As a State Representative representing the 35th legislative district. I, and my office, are excited to support Growth Opportunity Partners and the Industrial Heartland Solar Coalition to create and implement a program that aligns with the objectives of the Greenhouse Gas Reduction Fund's Solar for All initiative.

We recognize the pressing need to deploy distributed solar and energy storage, including rooftop residential and community solar and storage to reduce energy burdens, particularly within low-income and disadvantaged households within our communities. We recognize that strong community partnerships and networks are needed to design and manage the proposed program. In support of the Industrial Heartland Solar Coalition, we commit to working closely together to implement a program that furthers the objectives of the Solar for All initiative and of the Greenhouse Gas Reduction Fund program. As representatives from The Mon-Valley, our office has the ability to help bring together interested parties from across our state and in Washington to ensure maximum success.

Should this funding request be successful, we will look forward to working with you on this valuable project beginning in 2024. Please let us know how we may be of additional assistance.

Thank you for your attention to this urgent matter.

Sincerely,

Matthew R. Gergely

Matthew R. Gergely
State Representative
35th District

*CITY OF SMITHERS*

*2 Greyhound Lane, Post Office Box 489*
*Smithers, West Virginia 25186*

*Phone: (304) 442-5282* *Fax: (304) 442-4497*

*D. Anne Cavalier Ed. D., Mayor*
*Patsy C. Tucker, Recorder*

*Council Members*
*Larry Bostic*
*Alma Bowles*
*Rhea Cavalier*
*Stephen Giannini*
*Gordon Mitchell*

*10/11/23*

The Honorable Michael S. Regan
Administrator
U.S. Environmental Protection Agency
1200 Pennsylvania Avenue, N.W.
Washington, DC 20460

RE: Letter of Support for the EPA Solar for All Grant Program

Dear Administrator Regan:

The City of Smithers, West Virginia is committed to partnering with Growth Opportunity Partners and the **Industrial Heartland Solar Coalition** to create and implement a program that aligns with the objectives of the Greenhouse Gas Reduction Fund's Solar for All initiative.

**The City of Smithers, located within the Upper Kanawha Valley, is committed to revitalizing its economy in a sustainable manner using clean energy and energy efficiency measures. This will not only make the destination even more attractive to prospective visitors, but also create new clean energy jobs, develop local businesses, keep the environment clean for generations to come, provide added resilience during times of grid outages (possibly saving lives), generate a lot of knowledge about its experiences, and act as a showcase for other former coal mining towns and communities.**

**If awarded, Solar for All funds would be a keystone driver of this revitalization by providing meaningful benefits to low income residents utility costs, in addition to the myriad other benefits of clean energy.**

We recognize the pressing need to deploy distributed solar and energy storage, including rooftop residential and community solar and storage to reduce energy burdens, particularly within low-income and disadvantaged households within our communities. We recognize that strong community partnerships and networks are needed to design and manage the proposed program.

In support of the **Industrial Heartland Solar Coalition,** we commit to working closely together to implement a program that furthers the objectives of the Solar for All initiative and of the Greenhouse Gas Reduction Fund program. As a partnering community we agree to contribute outreach assistance, communications support, and community engagement support to enhance the program's effectiveness.

Should this funding request be successful, we will look forward to working with you on this valuable project beginning in 2024. Please let us know how we may be of additional assistance.

Sincerely,

D. Anne Cavalier

**The following attachment is not included in the view since it is not a read-only PDF file.**

**Upon submission, this file will be transmitted to the Grantor without any data loss.**

**Attachment L_GO_SFA_combined-updated.pdf**

**The following attachment is not included in the view since it is not a read-only PDF file.**

**Upon submission, this file will be transmitted to the Grantor without any data loss.**

**Attachment K_GO_SFA_combined-updated.pdf**

## Summary Program Cover Page

**1. Program Title:** Industrial Heartland Solar Coalition

**2. Brief Program Summary:** The Industrial Heartland Solar Coalition unites 31 communities spanning eight states from the Midwest to the rustbelt. Led by Growth Opportunity Partners ("Growth Opps"), our mission is to catalyze the just, clean energy transition in America's industrial heartland communities. Our Solar for All program will be centrally run by Growth Opps and is locally informed and implemented by 18 coalition members. Through our Solar for All program, we are projected to achieve an average of 58% household energy savings, cut greenhouse gas emissions by 160,690 metric tons of CO2, and train 1,000 individuals in solar workforce development programs (advancing GGRF Program Objectives #1 and #2). With a goal of mobilizing approximately $201 million in tax credits coupled with $250 million in Solar for All grant funds, our coalition will reach 27,990 low- and moderate-income (LMI) households by installing 114.67 MW of residential rooftop and community solar (advancing GGRF Program Objective #3).

**3. Applicant Name:** Growth Opportunity Partners ("Growth Opps")

**4. Award Option Type:** Growth Opps is applying to Award Option #3. Our proposed Solar for All program will be centrally run, managed, and financed through Growth Opps, the lead applicant. They will have individual contractual arrangements with each of our 18 coalition members to distribute and monitor grant funds for the implementation of the Solar for All programs serving LMI households and disadvantaged communities. Our coalition members, including local governments and community foundations, will design and manage LMI solar programs to match local needs in 31 communities across eight states.

**5. Applicant Eligibility:** Growth Opps is an Eligible Nonprofit Recipient as defined by Section 134(c)(1) of the Clean Air Act and has provided evidence in Attachment C, including our Form 990, Articles of Incorporation, Credit Policy, and financial statements. We are a 501(c)3 certified nonprofit financial institution funded by public and charitable contributions; our mission is to offer community development capital, services, and solutions to underserved LMI (Low- and Moderate-Income) communities, including leveraging private investment in clean energy technologies. We have the legal authority to invest in and finance projects as established by the Growth Opps Credit Policy that was passed by the board, but as a community development financial institution, we do not accept deposits.

**6. Program Location:** Our Solar for All program is informed by and will be implemented by the following communities:

| | |
|---|---|
| • City of Akron, Ohio<br>• Allegany County, New York<br>• Allegheny County, Pennsylvania and the City of Pittsburgh<br>• Allen County, Indiana, and the City of Fort Wayne<br>• Cass County, Missouri<br>• Cattaraugus County, New York<br>• Chautauqua County, New York<br>• Clay County, Missouri<br>• Cuyahoga County, Ohio<br>• City of Detroit, Michigan<br>• Douglas County, Kansas<br>• Erie County, New York<br>• Fayette County, West Virginia<br>• Franklin County, Ohio and the City of Columbus<br>• City of Grand Rapids, Michigan | • City of Huntington, West Virginia<br>• City of Cincinnati, Ohio<br>• Indianapolis-Marion County, Indiana, inclusive of the cities of Lawrence, Beech Grove, and Speedway<br>• Jackson County, Missouri<br>• Johnson County, Kansas<br>• Kanawha County, West Virginia<br>• City of Kansas City, Missouri<br>• Leavenworth County, Kansas<br>• City of Morgantown, West Virginia<br>• Montgomery County, Ohio<br>• Niagara County, New York<br>• Platte County, Missouri<br>• City of St. Louis, Missouri<br>• Wyandotte County, Kansas |

**7. Program Scope of Work:** Our proposed program will fund the implementation of 74.16 MW of residential rooftop solar and 40.51 MW of community solar to serve 27,990 LMI households across our geographic region. Growth Opps will operate a third-party ownership model for residential rooftop installations, using a revolving loan fund to provide gap financing for funds that will be recaptured through the Investment Tax Credit (ITC) and IRA bonus tax credits. Solar for All grant funds and tax credits will be utilized to finance community solar projects, with ownership by Growth Opps or local implementation partners. We will provide centralized technical assistance resources to our 18 coalition members to ensure that the goals of our Meaningful Benefits Plan are realized, spanning solar implementation technical assistance (such as procurement templates and SolSmart certification) and workforce development technical assistance (such as IBEW support and wrap-around services).

**8. EPA Funding Requested:** We are requesting $250 million. This amount was reduced from $400 million requested in our NOI due to the changes to eligibility published by EPA in August 2023.

**9. Population of census tracts identified by CEJST as disadvantaged:** The total population of disadvantaged people in our geographic area is 3,513,397. This value was calculated by downloading the Census Tract data from CEJST for each of the cities and counties listed in the Program Location description above. We then calculated the sum of the population in Census Tracts labeled as disadvantaged.

**10. Impact Targets:** The Industrial Heartland Solar Coalition will serve 27,990 households, with an average of $6,698.82 in award funds allocated per household. Our program will deploy 114.671 MW of solar and will utilize $2,180,152 in award funds per MW of solar. Our program will implement 12.8 MWh of storage capacity, equating to $19,538,882 of award funds per MWh

of solar. As a result, we estimate that we will achieve a reduction of 160,690 short tons of $CO_2$, equivalent to $1,556 of grant funds per ton of $CO_2$ reduced. In addition, we estimate that we will achieve $478,835,220 in household savings, which calculates to $1.92 in savings per $1 of award funds.

**11. Program Period:** We estimate that the program performance period will be between July 2024 - July 2029.

**12. Contact Information:**
Primary Contact: Michael Jeans, President & CEO of Growth Opps
Phone: 216-462-0640 (Office) | Email: michael.jeans@growthopps.org
Address: 6001 Euclid Avenue, Suite 120, Cleveland, OH 44103

Administrative Contact: Jeff Clawson, Chief Credit Officer, Growth Opps
Phone: 216-462-0650 (Office) | Email: jeff.clawson@growthopps.org
Address: 6001 Euclid Avenue, Suite 120, Cleveland, OH 44103

**13. Coalition Partners:** All named sub-recipient/non-lead coalition members are eligible for a subaward in compliance with Appendix A of EPA's Subaward Policy.

| | |
|---|---|
| **City of Akron, OH**<br>Contact: Daniel Horrigan, Mayor<br>Phone: 330-375-2345<br>Email: mayor@akronohio.gov<br>Address: 166 South High Street Ste 200, Akron, Ohio 44308 | **City of Charleston, WV**<br>Contact: Ben Mishoe, City Manager<br>Phone: (304) 348-8014<br>Email: ben.mishoe@cityofcharleston.org<br>Address: 501 Virginia St East Rm 101, Charleston, WV 25301 |
| **City of Cincinnati, OH**<br>Contact: Oliver Kroner, Director, Office of Environment & Sustainability<br>Phone: 513-352-6992<br>Email: oliver.kroner@cincinnati-oh.gov<br>Address: 801 Plum St., Rm 130, Cincinnati, OH 45202 | **City of Cleveland, OH**<br>Contact: Justin Bibb, Mayor<br>Phone: (216)664-2000<br>Email: jbibb@clevelandohio.gov<br>Address: 601 Lakeside Ave E, Cleveland, OH 44114 |
| **City of Columbus, OH**<br>Contact: Andrew Ginther, Mayor<br>Phone: (614) 645-7671<br>Email: MayorSchedule@columbus.gov<br>Address: 90 W Broad St, Columbus, OH 43215 | **City of Detroit, MI**<br>Contact: Trisha Stein, Chief Strategy Officer<br>Phone: (313) 224-3400<br>Email: steint@detroitmi.gov<br>Address: 2 Woodward Ave. Ste 1126, Detroit, MI 48226 |
| **City of Grand Rapids, MI**<br>Contact: Doug Matthews, Assistant City Manager<br>Phone: 616-456-3165<br>Email: dmatthews@grcity.us | **City of Huntington, WV**<br>Contact: Steve Williams, Mayor<br>Phone: 304.696.5540 x7<br>Email: WilliamsS@HuntingtonWV.gov |

| | |
|---|---|
| Address: 300 Monroe Ave NW, Grand Rapids, MI 49503 | Address: 800 5th Ave, Huntington, WV 25701 |
| **City of Kansas City, MO**<br>Contact: Andy Savastino, Chief Environmental Officer<br>Phone: (816) 513-3452<br>Email: andy.savastino@kcmo.org<br>Address: 414 E. 12th Street Ste 401, Kansas City, MO 64106 | **City of Morgantown, WV**<br>Contact: Emily Muzzarelli, Assistant City Manager<br>Phone: 304-284-7406<br>Email: emuzzarelli@morgantownwv.gov<br>Address: 389 Spruce St, Morgantown WV, 26505 |
| **City of South Charleston, WV**<br>Contact: Hannah Parsons, City Treasurer<br>Phone: (304) 720-5985<br>Email: hparsons@cityofsouthcharleston.com<br>Address: 238 4th Ave, South Charleston, WV 25303 | **City of St. Louis, MO**<br>Contact: Nahuel Fefer, Executive Director, Community Development Administration<br>Phone: (314) 657-3830<br>Email: fefern@stlouis-mo.gov<br>Address: 1520 Market, Ste 2000, St. Louis, MO 63103 |
| **Cuyahoga County, OH**<br>Contact: Chris Ronayne, County Executive<br>Phone: 216-443-7000<br>Email: cronayne@cuyahogacounty.us<br>Address: 2079 East Ninth St, Cleveland, OH 44115 | **Dayton Energy Collaborative**<br>Contact: Aileen Hull, Community Engagement Coordinator<br>Phone: (937) 369-0654<br>Email: aileen.hull@daytonenergycollaborative.org<br>Address: 31 S. Main St., Dayton, OH 45402 |
| **Erie County, NY**<br>Contact: Lisa Chimera, Deputy County Executive<br>Phone: (716) 858-8500<br>Email: Lisa.Chimera@erie.gov<br>Address: 95 Franklin St., Buffalo, NY 14202 | **The Community Foundation of Greater Fort Wayne**<br>Contact: Brad Little, President & CEO<br>Phone: 260-969-3320<br>Email: blittle@cfgfw.org<br>Address: 555 E. Wayne St, Fort Wayne, IN 46802 |
| **The Indianapolis Foundation**<br>Contact: Dr. Lorenzo Esters, President<br>Phone: 317.634.2423<br>Email: lorenzoe@cicf.org<br>Address: 615 N. Alabama Street, Suite 300, Indianapolis, IN 46204 | **The Pittsburgh Foundation**<br>Contact: Lisa Schroder, President<br>Phone: 412-394-2631<br>Email: schroederl@pghfdn.org<br>Address: 5 PPG Place, Ste 250, Pittsburgh, PA 15222 |

**14. Named Contractors:** Not Applicable

**15. Additional Named Subrecipients:** Not Applicable