# EXHIBIT G

ASAP Account Settlement Report Reflecting August 2025 Withdrawal of Grant Funds

ASAP.gov
Automated Standard Application for Payments
BUREAU OF THE FISCAL SERVICE

# Account Settlement Report

Date: 01/29/2026
Time: 9:46 AM

| ALC/Region: | Agency Short Name: | Account ID: | |
|---|---|---|---|
| 68128933 | RTP-Grants | 5H84087601 | |
| **Recipient ID:** | **Recipient Short Name:** | **Transaction Date From:** | **Through:** |
| 3931956 | Growth Opp | 10/24/2024 | 01/29/2026 |

**Inquiry Results:**

| Applied Date | Transaction Type | Increases | Decreases | Account Balance |
|---|---|---|---|---|
| 10/24/2024 | Balance Forward | | | $0.00 |
| 10/25/2024 | Authorization | + $155,720,000.00 | | $155,720,000.00 |
| 01/23/2025 | Payment | | - $44,114.00 | $155,675,886.00 |
| 02/07/2025 | Payment | | - $130,340.68 | $155,545,545.32 |
| 02/20/2025 | Payment | | - $24,565.00 | $155,520,980.32 |
| 03/13/2025 | Payment | | - $40,473.07 | $155,480,507.25 |
| 03/13/2025 | Payment | | - $113,925.00 | $155,366,582.25 |
| 03/31/2025 | Payment | | - $82,280.00 | $155,284,302.25 |
| 04/04/2025 | Returned Payment | + $55,000.00 | | $155,339,302.25 |
| 04/22/2025 | Payment | | - $43,565.06 | $155,295,737.19 |
| 05/09/2025 | Payment | | - $68,531.57 | $155,227,205.62 |
| 06/05/2025 | Payment | | - $156,725.58 | $155,070,480.04 |
| 07/09/2025 | Payment | | - $96,544.26 | $154,973,935.78 |
| 08/04/2025 | Payment | | - $24,734.41 | $154,949,201.37 |
| 08/06/2025 | Payment | | - $1,000.00 | $154,948,201.37 |
| 08/08/2025 | Authorization | | - $144,102,757.27 | $10,845,444.10 |
| 12/05/2025 | Payment | | - $105,825.27 | $10,739,618.83 |
| | **Totals:** | **$155,775,000.00** | **$145,035,381.17** | |