# EXHIBIT M

Final Federal Financial Report
(December 5, 2025)

From: Michael Jeans, President & CEO
Growth Opportunity Partners

To: Devon Brown
EPA Award Official

Date: December 5, 2025

Re: Wrongful Termination and Closeout of EPA Assistance Agreement 5H-84087601 under 2 CFR 200.340 and 2 CFR 200.344

Dear Mr. Brown,

Please find attached Growth Opportunity Partners' Final Federal Financial Report in compliance with 2 CFR 200.344(b) with respect to Solar for All – Industrial Heartland Solar Coalition grant number 5H-84087601. We have also attached our final technical report, including Appendix D – Transaction- and Project-Level Report and Appendix E – Semi-annual Progress Report. The attached reports are filed under protest and with reservation of all available legal rights and remedies.

Growth Opportunity Partners does not agree to the closeout of this grant award, as it has been unlawfully and unilaterally terminated in direct contradiction to our terms and conditions and controlling law. We intend to pursue all legal rights and remedies available to us to redress the significant harm caused by this unlawful termination. Specifically, we do not believe that EPA had a legal basis to terminate the grant, and we will continue to pursue all legal remedies to reach an acceptable redress.

**We reserve the right under 2 CFR 200.345(a)(3) to amend our final financial report after the conclusion of litigation and obtain additional payments in compliance with the court's order, any settlement with Growth Opportunity Partners or other circumstances that would result in additional payments by EPA.**

Pursuant to our communication to you on November 13, 2025, we do not believe that it is appropriate for the agency to require closeout at this time, as we have filed an administrative dispute disagreeing with the notice of termination. The dispute decision remains pending.

6001 Euclid Avenue, Suite 120
Cleveland, OH 44103

T 216-462-0600

growthopps.org

However, the agency has unreasonably denied our request to extend the deadline to submit final paperwork in what we believe to be an ongoing effort to force us to relinquish our due process rights to challenge an unlawful termination. To ensure full compliance with all regulations and to preserve all available legal rights and remedies, and out of an abundance of caution and to avoid any suggestion that we do not remain in compliance, **we are filing our final report and accompanying materials under protest and with reservation of rights.**

To the extent that the agency desires and is willing to reasonably address the significant harms that have been caused by this unlawful termination, we would welcome an opportunity to discuss a settlement negotiation with you in advance of filing a claim in court. Please respond within 30 days if you are willing to engage in such settlement discussions. If we do not hear back from you, we will be forced to take all available actions in a court of law.

For the avoidance of doubt, we are submitting these final reports and other materials only to avoid any threat of noncompliance actions; we do not agree that any agency action to close out our grant is appropriate. These materials cannot be construed as Growth Opportunity Partners' acquiescence to EPA's improper unilateral termination, nor as Growth Opportunity Partners' waiver of its right to challenge the termination in court and obtain additional payments. If you have any questions about this filing and/or would be willing to initiate reasonable and productive settlement negotiations, please respond to Michael Jeans at michael.jeans@growthopps.org.

We remain ready, willing, and able to resume performance if EPA is directed to restore our grant or if we receive damages that allow us to resume performance.

CC:

Michael Molina
Bryan Fiedorczyk
Hazeletta Burgess
Phillip Schindel
Angelia Talbert-Duarte
Wendel Askew
Jim Payne
Sean Donahue
Melissa Wise
Nathaniel Tisa
ggrf@epa.gov

# Federal Financial Report

(Follow form Instructions)

OMB Number: 4040-0014
Expiration Date: 06/30/2028

**1. Federal Agency and Organizational Element to Which Report is Submitted:** U.S. Environmental Protection Agency

**2. Federal Grant or Other Identifying Number Assigned by Federal Agency (To report multiple grants, use FFR Attachment):** 84087601

**3. Recipient Organization (Name and complete address including Zip code)**

Recipient Organization Name: Growth Opportunity Parnters Inc

Street1: 6001 Euclid Avenue, Suite 120

Street2:

City: Cleveland    County: Cuyahoga

State: OH: Ohio    Province:

Country: USA: UNITED STATES    ZIP / Postal Code: 44103

**4a. UEI:** E3LZSBPDZQW6

**4b. EIN:** 47-4257622

**5. Recipient Account Number or Identifying Number (To report multiple grants, use FFR Attachment):**

**6. Report Type**

- ☐ Quarterly
- ☐ Semi-Annual
- ☐ Annual
- ☒ Final

**7. Basis of Accounting**

- ☐ Cash
- ☒ Accrual

**8. Project/Grant Period**

From: 05/01/2024    To: 08/07/2025

**9. Reporting Period End Date:** 08/07/2025

| 10. **Transactions** | Cumulative |
|---|---|
| *(Use lines a-c for single or multiple grant reporting)* | |
| **Federal Cash (To report multiple grants, also use FFR attachment):** | |
| a. Cash Receipts | 877,623.90 |
| b. Cash Disbursements | 878,370.65 |
| c. Cash on Hand (line a minus b) | -746.75 |
| *(Use lines d-o for single grant reporting)* | |
| **Federal Expenditures and Unobligated Balance:** | |
| d. Total Federal funds authorized | 11,617,242.70 |
| e. Federal share of expenditures | 878,370.65 |
| f. Federal share of unliquidated obligations | 0.00 |
| g. Total Federal share (sum of lines e and f) | 878,370.65 |
| h. Unobligated balance of Federal Funds (line d minus g) | 10,738,872.05 |
| **Recipient Share:** | |
| i. Total recipient share required | 400,000.00 |
| j. Recipient share of expenditures | 0.00 |
| k. Remaining recipient share to be provided (line i minus j) | 400,000.00 |
| **Program Income:** | |
| l. Total Federal program income earned | 0.00 |
| m. Program Income expended in accordance with the deduction alternative | 0.00 |
| n. Program Income expended in accordance with the addition alternative | 0.00 |
| o. Unexpended program income (line l minus line m and line n) | 0.00 |

11. Indirect Expense

| a. Type | b. Rate | c. Period From | Period To | d. Base | e. Amount Charged | f. Federal Share |
|---|---|---|---|---|---|---|
| De Minimis 10% Base MTDC | 10.00 | 05/01/2024 | 01/05/2025 | 163,969.86 | 16,396.99 | 16,396.99 |
| De Minimis 15% Base MTDC | 15.00 | 01/06/2025 | 08/07/2025 | 606,959.83 | 91,043.97 | 91,043.97 |
| | | | g. Totals: | 770,929.69 | 107,440.96 | 107,440.96 |

*12. Remarks: Attach any explanations deemed necessary or information required by Federal sponsoring agency in compliance with governing legislation:*

Cover Memo Report Submission with Reservat: Add Attachment Delete Attachment View Attachment

**13. Certification: By signing this report, I certify to the best of my knowledge and belief that the report is true, complete, and accurate, and the expenditures, disbursements and cash receipts are for the purposes and objectives set forth in the terms and conditions of the Federal award. I am aware that any false, fictitious, or fraudulent information, or the omission of any material fact, may subject me to criminal, civil or administrative penalties for fraud, false statements, false claims or otherwise. (U.S. Code Title 18, Section 1001 and Title 31, Sections 3729-3730 and 3801-3812).**

a. Name and Title of Authorized Certifying Official

Prefix: Mr. First Name: Michael Middle Name:

Last Name: Jeans Suffix:

Title: President & CEO

b. Signature of Authorized Certifying Official

[signature]

c. Telephone (Area code, number and extension)

216-462-0600

d. Email Address

michael.jeans@growthopps.org

e. Date Report Submitted

12/05/2025

**14. Agency use only:**

GROWTH OPPS | GO GREEN ENERGY FUND FUELED BY GrowthOpps

Transaction and Project level Annual Report
December 5th, 2025
Growth Opportunity Partners, Inc. (Growth Opps)

I have reviewed and certified the information contained in the transaction and project-level annual report submitted on December 5, 2025, to the Office of the Greenhouse Gas Reduction Fund.

[redacted]EO

Jose Vasquez, CMO

| Column Header | GGRF Program (DE001) |
|---|---|
| Data Type | Picklist |
| Picklist Options | CCIA;NCIF;SFA |
| | SFA |

| Recipient Name (DE002) | Unique Entity Identifier (UEI) (DE004) |
|---|---|
| String | String |
| Not applicable | Not applicable |
| Growth Opportunity Partners, Inc. | E3LZSBPDZQW6 |

| Reporting Period End Date (DE011) | US EPA Grant Number (DE003) |
|---|---|
| Date | String |
| Not applicable | 2025-12-31 0:00:00 |
| 31-Dec-25 | 84087601 |

| Date Created (DE069) | Date Modified (DE363) |
|---|---|
| Date | Date |
| Not applicable | Not applicable |

| Grant Title (DE257) |
| --- |
| String |
| Not applicable |
| Industrial Heartland Solar Coalition |

| Reporting Period | Success Story |
| --- | --- |
| SFY25 - January to June 2025 | Throughout this period, the team advanced planning with comprehensive data infrastructure, supplier research, and partnership development. Significant progress was made on automating reporting, validating data, and establishing a collaborative tech forum that will support program rollout. |
| SFY25 - July to August 7, 2025 | Rapid, Compliant Wind-Down: Following EPA's program termination announcement on August 7, 2025, Growth Opps executed a structured closeout protocol within 72 hours. All subrecipients, vendors, and coalition partners received formal notifications with clear instructions on transition steps. Program documentation, data systems, and reporting artifacts were preserved to support ongoing oversight and potential federal reinstatement efforts. |

| | |
|---|---|
| SFY25 - July to August 7, 2025 | During our grant performance period, we were prevented from completing the milestones in our grant agreement due to EPA frequently pausing grant funds in our ASAP account, handicapping our ability to complete milestones and to be reimbursed for incurred expenses on a timely basis.<br><br>In addition, the sudden termination of our grant by EPA on August 7, 2025 and our inability to subsequently be reimbursed for eligible expenses for our grant has further hampered our abilities to complete our grant-funded project and harmed our organization's ability to carry out its mission-critical work.<br><br>Growth Opportunity Partners, Inc. does not agree to the current expenses of this grant award, as it has been unlawfully and unilaterally terminated in direct contradiction to our terms and conditions and controlling law. We submit these documents solely out of an abundance of caution and to avoid any suggestion that we do not remain in compliance with the terms of our grant agreement and applicable regulations.<br><br>We intend to pursue all legal rights and remedies available to us to redress the significant harm caused by this unlawful termination. Specifically, we do not believe that the EPA had a legal basis to terminate the grant, and we will continue to pursue all legal remedies to reach an acceptable redress.<br><br>We reserve the right under 2 CFR 200.345(a)(3) to amend our final financial report after the conclusion of litigation and obtain additional payments in compliance with the court's order, any settlement with the EPA, or other circumstances that would result in additional payments by the EPA. We remain ready, willing, and able to resume performance if the EPA is directed to restore our grants, or if we receive |

| | |
|---|---|
| SFY25 - July to August 7, 2025 | EXAMPLES OF ASSOCIATED HARMS - ORGANIZATIONAL IMPACT:<br>• Loss of revenue for projected direct and indirect expenses<br>• Inability to recover program expenses already incurred; Vendors not paid in accordance with contract terms<br>• Damage to organizational financial stability and creditworthiness<br>• Loss of revenue opportunity<br>• Reputational harm as federal grantee unable to complete grant-funded project<br>• Loss of talent, organizational momentum and staff capacity<br>• Diversion of leadership time to manage unexpected termination instead of mission work<br><br>PROJECT DELIVERABLES NOT COMPLETED DUE TO TERMINATION:<br>• Solar installations not completed for planned residential and community sites<br>• Workforce training programs never launched (workforce development framework completed but not implemented)<br>• Community ownership models not deployed (frameworks prepared but not operationalized)<br>• Climate resilience solar projects with battery storage and microgrid integration not built<br>• Technical assistance activities halted<br>• Feasibility studies and community research completed but not translated into projects<br>• Site assessments conducted but projects never advanced to installation phase |

| Progress Towards Achievement of Outputs, | Participatory Governance (only SFA) | Media Attention |
|---|---|---|
| Activities included developing database schemas, validating suppliers, conducting stakeholder meetings, and laying out a detailed implementation framework. These efforts created a strong foundation for upcoming deployment phases. | Monthly coalition meetings involved community members, local organizations, and technical staff, fostering participatory governance and stakeholder alignment. These sessions provided input on program design and execution. | Media coverage included local stakeholder briefings and engagement events, with positive feedback on transparency. |
| The EPA sent a notice of termination on August 7, 2025, resulting in the suspension of all planned Q3–Q4 implementation milestones. Prior to termination, Growth Opps completed: (1) final reporting framework validation, (2) comprehensive subrecipient briefings on termination implications, and (3) documented contingency plans. Activities that were in-flight at termination—including technology platform onboarding (Flux.io) and planned training cohorts—were placed on controlled hold pending resolution of federal action and potential reinstatement. | Post-announcement community engagement: Growth Opps conducted briefings with all Industrial Heartland Solar Coalition (IHSC) members to explain the termination and answer questions as we were able. | Widespread media coverage of the EPA's Solar for All termination decision occurred in August, with coverage from major outlets (New York Times, Reuters, CBS News, EarthJustice, and others). Growth Opps received multiple inquiries from local media, community organizations, and advocacy groups. Communications emphasized Growth Opps' commitment to compliance, careful wind-down protocols, and sustained |

| Challenges in Implementation | Program Evaluation and Evidenc |
|---|---|
| Challenges included coordinating across multiple jurisdictions with differing regulations and timelines. Solutions involved dedicated virtual meetings and shared tools. | |
| Program suspension mid-planning phase (Aug 7, 2025) created several operational challenges: (1) schedule disruption for 18-month pipeline, (2) vendor and contractor commitments placed on hold with associated liability management, (3) technology implementation (Flux.io platform onboarding) suspended before launch, (4) supply-chain procurement paused mid-cycle to avoid stranded costs, and (5) stakeholder and subrecipient uncertainty regarding long-term program status. Growth Opps maintained all contractual and legal obligations while executing controlled wind-down activities. | To preserve evaluability and support potential reinstatement, Growth Opps archived: (1) all monitoring plans and program logic models, (2) data dictionaries and validation schemas, (3) baseline measurement tools and benchmarks, (4) subrecipient performance baseline data, and (5) market-building evidence from pre-termination outreach. All documentation was organized, version-controlled, and retained in compliance with federal record retention rules (3-year hold minimum). These materials enable rapid re-mobilization and evidence continuity if the program is reinstated. |

| Project Pipeline or Plans for Next Reporting Period | Community Ownership (only SFA) |
|---|---|
| Plans include finalizing subawards, completing the program toolkit, and beginning deployment activities in Q3 2025. | Community ownership models are under review, including cooperative and municipal ownership options, with stakeholder feedback guiding decisions. |
| No new project commitments or financial assistance transactions were authorized post-termination. However, Growth Opps maintained comprehensive pipeline documentation including (1) pre-screened subrecipient and community applicants (various entities across IHSC), (2) preliminary solar deployment plans and technical specifications, (3) low-income household target lists and draft outreach materials, and (4) vendor and contractor pre-qualification records. This archive ensures rapid restart capability if federal action restores funding or grants reinstatement authority. | Pre-termination community ownership and consumer-protection frameworks were started to get documented, including (1) transfer protocols for 5-year asset ownership transition from Growth Opps to local recipients, (2) subscriber agreement templates with clear billing and consumer protections, (3) community benefit agreements and stakeholder co-governance structures, and (4) conflict resolution and dispute resolution procedures. These frameworks remain ready for completion and implementation upon reinstatement; no new agreements were entered into post-Aug 7. |

| Climate Resilience | Labor and Equitable Workforce Development (only |
|---|---|
| Resilience planning involves siting and infrastructure design adjustments to withstand climate hazards. | Workforce strategies focus on partnerships with unions and training providers to ensure equitable access. |
| Climate resilience design elements were researched and discussed to support the implementation and to create documentation for use in pre-termination project specifications, including (1) storm hardening for solar installations, (2) microgrid and battery storage resilience measures, (3) grid stabilization planning for community solar, and (4) long-term climate risk assessments for participating communities. completion of this importatnt resilience features were | N/A |

| Workforce Development and Entrepreneurship (only S | Model Practices |
|---|---|
| Development of a comprehensive tech platform and collaborative forum demonstrates innovative program management. | Smart integration of validation tools and reporting automation exemplifies best practices. |
| Started workforce development planning activities—including how we would establish cohorts for installers with partners, electricians, and solar technicians—were scheduled for completion in Q4 2025 but were placed on hold following the August 7 termination. Pre-termination accomplishments: (1) partnership agreements with trade unions and apprenticeship programs, (2) potential curriculum development for low-income solar workforce tracks, (3) mentor-matching and placement support systems ideated. Teams working on Rosters of training partners and potential delivery conpcpets remain available for rapid restart. | Growth Opps documented a replicable "rapid closeout playbook" for transparent, auditable program wind-down: (1) 72-hour notification protocol for all stakeholders, (2) vendor termination and cost-mitigation procedures, (3) data preservation, (4) stakeholder communications templates, (5) legal and compliance checklists, and (6) federal reporting continuity steps. |

| Innovations in Projects and Financial Products (only CCIA and NCIF) |
| --- |

Regular stakeholder engagement, supplier research, and integrated tech systems showcase cutting-edge approach.

N/A

## Technical Assistance or Market Building Accomplishments

Market development efforts include community engagement, supplier onboarding, and policy alignment.

Pre-termination technical assistance achievements: (1) feasibility studies completed for 47 community solar sites, (2) energy savings analyses for 1,200+ low-income households identified, (3) financing playbook developed for revolving loan funds, (4) consumer education materials translated into five languages, (5) partnerships established with 12 nonprofits and CDFIs for ongoing community engagement. All TA products remain available for future deployment.

| Changes in Low-Income Solar Deployment Market Structure and Regulatory Policies (only SFA) |
| --- |

The EPA's August 7, 2025 termination of Solar for All represents a significant policy reversal that disrupts the near-term expansion of low-income solar deployment nationally. Key impacts: (1) loss of $7 billion in planned federal investment, (2) delayed adoption of low-income solar and community solar models in 17 states, (3) uncertainty for state-level environmental justice initiatives, and (4) reduced momentum for utility regulatory reform in support of LI solar. Growth Opps and coalition partners are pursuing legal, administrative, and congressional remedies to restore or replace program funding.