# EXHIBIT N

Amended Final Federal
Financial Report
(April 15, 2026)

GROWTH OPPS | GO GREEN ENERGY FUND FUELED BY GrowthOpps

From: Michael Jeans, President & CEO
Growth Opportunity Partners

To: Devon Brown
EPA Award Official

Date: April 15, 2026

Re: Amended FR-425 Submitted as Follow-up to Wrongful Termination and Closeout of EPA Assistance Agreement 5H-84087601 under 2 CFR 200.340 and 2 CFR 200.344

Dear Mr. Brown,

Please find attached Growth Opportunity Partners' Amended Federal Financial Report in compliance with 2 CFR 200.344(b) with respect to Solar for All – Industrial Heartland Solar Coalition grant number 5H-84087601. The attached report is filed under protest and with reservation of all available legal rights and remedies.

Growth Opportunity Partners does not agree to the closeout of this grant award, as it has been unlawfully and unilaterally terminated in direct contradiction to our terms and conditions and controlling law. We intend to pursue all legal rights and remedies available to us to redress the significant harm caused by this unlawful termination. Specifically, we do not believe that EPA had a legal basis to terminate the grant, and we will continue to pursue all legal remedies to reach an acceptable redress.

**We reserve the right under 2 CFR 200.345(a)(3) to amend our final financial report after the conclusion of litigation and obtain additional payments in compliance with the court's order, any settlement with Growth Opportunity Partners or other circumstances that would result in additional payments by EPA.**

Pursuant to our communication to you on November 13, 2025 and December 5, 2025, we do not believe that it is appropriate for the agency to require closeout at this time, as we have filed an administrative dispute disagreeing with the notice of termination. The dispute decision remains pending.

6001 Euclid Avenue, Suite 120
Cleveland, OH 44103

T 216-462-0600

growthopps.org

However, the agency has unreasonably denied our request to extend the deadline to submit final paperwork in what we believe to be an ongoing effort to force us to relinquish our due process rights to challenge an unlawful termination. To ensure full compliance with all regulations and to preserve all available legal rights and remedies, and out of an abundance of caution and to avoid any suggestion that we do not remain in compliance, **we are filing our amended final report under protest and with reservation of rights.**

To the extent that the agency desires and is willing to reasonably address the significant harms that have been caused by this unlawful termination, we would welcome an opportunity to discuss a settlement negotiation with you in advance of filing a claim in court. Please respond if you are willing to engage in such settlement discussions. If we do not hear back from you, we will be forced to take all available actions in a court of law.

For the avoidance of doubt, we are submitting this amended final report only to avoid any threat of noncompliance actions; we do not agree that any agency action to close out our grant is appropriate. These materials cannot be construed as Growth Opportunity Partners' acquiescence to EPA's improper unilateral termination, nor as Growth Opportunity Partners' waiver of its right to challenge the termination in court and obtain additional payments. If you have any questions about this filing and/or would be willing to initiate reasonable and productive settlement negotiations, please respond to Michael Jeans at michael.jeans@growthopps.org.

We remain ready, willing, and able to resume performance if EPA is directed to restore our grant or if we receive damages that allow us to resume performance.

CC:

Michael Molina
Bryan Fiedorczyk
Hazeletta Burgess
Phillip Schindel
Angelia Talbert-Duarte
Wendel Askew
Jim Payne
Sean Donahue
Melissa Wise
Nathaniel Tisa
ggrf@epa.gov

# Federal Financial Report

(Follow form Instructions)

OMB Number: 4040-0014
Expiration Date: 06/30/2028

1. Federal Agency and Organizational Element to Which Report is Submitted: U.S. Environmental Protection Agency

2. Federal Grant or Other Identifying Number Assigned by Federal Agency (To report multiple grants, use FFR Attachment): 84087601

3. Recipient Organization (Name and complete address including Zip code)

Recipient Organization Name: Growth Opportunity Parnters Inc

Street1: 6001 Euclid Avenue, Suite 120

Street2:

City: Cleveland

County:

State: OH: Ohio

Province:

Country: USA: UNITED STATES

ZIP / Postal Code: 44103

4a. UEI: E3LZSBPDZQW6

4b. EIN: 47-4257622

5. Recipient Account Number or Identifying Number (To report multiple grants, use FFR Attachment):

6. Report Type
- ☐ Quarterly
- ☐ Semi-Annual
- ☒ Annual
- ☐ Final

7. Basis of Accounting
- ☐ Cash
- ☒ Accrual

8. Project/Grant Period
From: 05/01/2024 To: 08/07/2025

9. Reporting Period End Date: 08/07/2025

| 10. **Transactions** | Cumulative |
|---|---|
| *(Use lines a-c for single or multiple grant reporting)* | |
| **Federal Cash (To report multiple grants, also use FFR attachment):** | |
| a. Cash Receipts | 877,623.90 |
| b. Cash Disbursements | 759,480.70 |
| c. Cash on Hand (line a minus b) | 118,143.20 |
| *(Use lines d-o for single grant reporting)* | |
| **Federal Expenditures and Unobligated Balance:** | |
| d. Total Federal funds authorized | 155,720,000.00 |
| e. Federal share of expenditures | 759,480.70 |
| f. Federal share of unliquidated obligations | 0.00 |
| g. Total Federal share (sum of lines e and f) | 759,480.70 |
| h. Unobligated balance of Federal Funds (line d minus g) | 154,960,519.30 |
| **Recipient Share:** | |
| i. Total recipient share required | 400,000.00 |
| j. Recipient share of expenditures | 0.00 |
| k. Remaining recipient share to be provided (line i minus j) | 400,000.00 |
| **Program Income:** | |
| l. Total Federal program income earned | 0.00 |
| m. Program Income expended in accordance with the deduction alternative | 0.00 |
| n. Program Income expended in accordance with the addition alternative | 0.00 |
| o. Unexpended program income (line l minus line m and line n) | 0.00 |

11. Indirect Expense

| a. Type | b. Rate | c. Period From | Period To | d. Base | e. Amount Charged | f. Federal Share |
|---|---|---|---|---|---|---|
| De Minimis 10% Base MTDC | 10.00 | 05/01/2024 | 01/05/2025 | 160,122.78 | 16,012.28 | 16,012.28 |
| De Minimis 15% Base MTDC | 15.00 | 01/06/2025 | 08/07/2025 | 400,231.13 | 60,034.67 | 60,034.67 |
| | | | g. Totals: | 560,353.91 | 76,046.95 | 76,046.95 |

12. *Remarks: Attach any explanations deemed necessary or information required by Federal sponsoring agency in compliance with governing legislation:*

Cover memo included

Add Attachment | Delete Attachment | View Attachment

**13. Certification: By signing this report, I certify to the best of my knowledge and belief that the report is true, complete, and accurate, and the expenditures, disbursements and cash receipts are for the purposes and objectives set forth in the terms and conditions of the Federal award. I am aware that any false, fictitious, or fraudulent information, or the omission of any material fact, may subject me to criminal, civil or administrative penalties for fraud, false statements, false claims or otherwise. (U.S. Code Title 18, Section 1001 and Title 31, Sections 3729-3730 and 3801-3812).**

a. Name and Title of Authorized Certifying Official

Prefix: Mr. First Name: Michael Middle Name:

Last Name: Jeans Suffix:

Title: President & CEO

b. Signature of Authorized Certifying Official

[signature]

c. Telephone (Area code, number and extension)

216-462-0600

d. Email Address

michael.jeans@growthopps.org

e. Date Report Submitted

4/15/26

**14. Agency use only:**