# In the United States Court of Federal Claims

No. 26-691
(Filed: October 22, 2026)

* * * * * * * * * * * * * * * * * * * * * * * * * *

GROWTH OPPORTUNITY PARTNERS,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant*.

* * * * * * * * * * * * * * * * * * * * * * * * * *

ORDER

The court will hold oral argument on Defendant's Motion to Dismiss (ECF No. 16) in person on Friday, December 4, 2026, at 9:30 a.m. ET at the National Courts Building in Washington, DC.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Senior Judge